## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Jesse Hammons
_____

**Plaintiff,**                               *

                                             *

**v.**                                       *          **Case No.**  1:20-cv-02088-ELH
                                                                      _____
University of Maryland Medical System Corp., et al.   *
_____

**Defendant.**                               *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐   I certify, as party/counsel in this case that _____
                                                        (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association,
partnership or other business entity, not a party to the case, has a financial interest in the outcome
of this litigation as defined in Local Rule 103.3 (D. Md.).

☒   The following corporate affiliations exist with  Defendants
                                                     _____
                                                     (name of party)                                .

Defendants UMSJ Health System, LLC, and University of Maryland St. Joseph Medical Center,
LLC, are subsidiaries of University of Maryland Medical System Corporation ("UMMS Corp.")
Affiliations regarding UMMS Corp. include UM Community Medical Group, LLC, UM Quality
Care Network, and UM Health Ventures, LLC.
_____
                                    (names of affiliates)

☐   The following corporations, unincorporated associations, partnerships or other business
entities which are not parties may have a financial interest in the outcome of this litigation:
_____ .
                        (names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____          _____
(name of member)                                                         (state of citizenship)

_____          _____
(name of member)                                                         (state of citizenship)

_____          _____
(name of member)                                                         (state of citizenship)

_____          _____
(name of member)                                                         (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

Sept. 25, 2020                                                    /s/ Denise Giraudo
_____                _____
Date                                                                      Signature

                                                                             Denise Giraudo (Bar No. 29015)
                                                                             _____
                                                                             Printed name and bar number
                                                                             Sheppard Mullin Richter & Hampton LLP
                                                                             2099 Pennsylvania Ave., NW, Suite 100, Washington, DC 20006
                                                                             Address

                                                                             dgiraudo@sheppardmullin.com
                                                                             _____
                                                                             Email address

                                                                             (202) 747-1900
                                                                             _____
                                                                             Telephone number

                                                                             (202) 747-1901
                                                                             _____
                                                                             Fax number