# Exhibit B

(ORDER LIST: 594 U.S.)

MONDAY, JUNE 28, 2021

CERTIORARI -- SUMMARY DISPOSITIONS

| | |
|---|---|
| 19-1459 | POLARIS INNOVATIONS LIMITED V. KINGSTON TECHNOLOGY CO., ET AL. |
| 20-74 | IANCU, ANDREI V. LUOMA, EUGENE H., ET AL. |
| 20-314 | RPM INTERNATIONAL INC., ET AL. V. STUART, ALAN, ET AL. |

The petitions for writs of certiorari are granted. The judgments are vacated, and the cases are remanded to the United States Court of Appeals for the Federal Circuit for further consideration in light of *United States* v. *Arthrex, Inc.*, 594 U. S. ___ (2021).

| | |
|---|---|
| 20-853 | IANCU, ANDREI V. FALL LINE PATENTS, ET AL. |

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Federal Circuit for further consideration in light of *United States* v. *Arthrex, Inc.*, 594 U. S. ___ (2021). Justice Alito took no part in the consideration or decision of this petition.

| | |
|---|---|
| 20-7523 | BRYANT, JOSEPH M. V. LOUISIANA |

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the Court of Appeal of Louisiana, Second Circuit for further consideration in light of *Ramos* v. *Louisiana*, 590 U. S. ___ (2020).

## ORDERS IN PENDING CASES

20M99     JOHNSON, JUNE V. WELLS FARGO BANK, N.A., ET AL.

       The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

20M100     WHITEHEAD, DAVID L. V. USDC WD AR

       The motion for leave to proceed as a veteran is denied.

20M101     RICE, RONNIE J. V. VANIHEL, WARDEN

       The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

20M102     DRAKES, DONTOUR D. V. UNITED STATES

       The motion for leave to file a petition for a writ of certiorari with the supplemental appendix under seal is granted.

152, ORIG.     MONTANA AND WYOMING V. WASHINGTON

154, ORIG.     NEW HAMPSHIRE V. MASSACHUSETTS

       The motions for leave to file the bills of complaint are denied.  Justice Thomas and Justice Alito would grant the motions.

20-1143     BADGEROW, DENISE A. V. WALTERS, GREG, ET AL.

       The motion of petitioner to dispense with printing the joint appendix is granted.

20-7883     O'DONNELL, KATHLEEN M. V. SAUL, COMM'R, SOCIAL SEC.

       The motion of petitioner for leave to proceed *in forma pauperis* is denied.  Petitioner is allowed until July 19, 2021, within which to pay the docketing fee required by Rule 38(a).

## CERTIORARI GRANTED

20-979     PATEL, PANKAJKUMAR S., ET AL. V. GARLAND, ATT'Y GEN.

       The petition for a writ of certiorari is granted limited to Question 1 presented by the petition.

| | |
|---|---|
| 20-1029 | AUSTIN, TX V. REAGAN NAT. ADVERTISING, ET AL. |

The petition for a writ of certiorari is granted.

### CERTIORARI DENIED

| | |
|---|---|
| 19-66 | RICKS, GEORGE Q. V. IDAHO CONTRACTORS BOARD, ET AL. |
| 19-648 | CACI PREMIER TECHNOLOGY, INC. V. AL SHIMARI, SUHAIL N. A., ET AL. |
| 19-841 | HOUSE OF REPRESENTATIVES V. TEXAS, ET AL. |
| 20-28 | PRICEWATERHOUSECOOPERS, ET AL. V. LAURENT, TIMOTHY, ET AL. |
| 20-92 ) | COMCAST CABLE COMMUNICATIONS V. PROMPTU SYSTEMS CORP., ET AL. |
| 20-271 ) | VILOX TECHNOLOGIES, LLC V. IANCU, ANDREI |
| 20-414 ) | ROVI GUIDES, INC. V. COMCAST CABLE COMMUNICATIONS |
| 20-679 ) | MICRON TECHNOLOGY, INC. V. NORTH STAR INNOVATIONS, INC. |
| 20-402 | RICHARDSON, CHAD, ET UX. V. OMAHA SCHOOL DISTRICT |
| 20-1013 | SIMON, CLARENCE J. V. DIR., OWCP, ET AL. |
| 20-1113 | AMERICAN HOSPITAL ASSN., ET AL. V. BECERRA, SEC. OF H&HS |
| 20-1129 | FLYNN, SCOTT P. V. UNITED STATES |
| 20-1158 | NORTH AMERICAN MISSION BOARD V. McRANEY, WILL |
| 20-1173 | PINEDA-SABILLON, GLENDY Y. V. GARLAND, ATT'Y GEN. |
| 20-1174 | LIPPARD, KIM, ET VIR V. HOLLEMAN, LARRY, ET AL. |
| 20-1183 | TRI-STATE ZOO OF MD, ET AL. V. PETA |
| 20-1203 | MOOSE JOOCE, ET AL. V. FDA, ET AL. |
| 20-1215 | NORTH AMERICAN MEAT INSTITUTE V. BONTA, ATT'Y GEN. OF CA, ET AL. |
| 20-1218 | EDWARDS, DEMETRIUS W., ET AL. V. BURT, WARDEN, ET AL. |
| 20-1286 | SACRAMENTO COUNTY, CA V. HARDESTY, JOSEPH, ET AL. |
| 20-1294 | CAMPBELL, SIMON, ET AL. V. PA SCH. BDS. ASS'N, ET AL. |
| 20-1306 | WALKER, ALAN D. V. MISSISSIPPI |
| 20-1313 | SHIVKOV, DIMITRI, ET AL. V. ARTEX RISK SOLUTIONS, ET AL. |
| 20-1354 | PORTLAND, OR, ET AL. V. FCC, ET AL. |
| 20-1357 | BD. OF CTY. COMM'RS V. EXBY-STOLLEY, LAURIE |

| | |
|---|---|
| 20-1376 | ABATTI, MICHAEL, ET AL. V. IMPERIAL IRRIGATION DISTRICT |
| 20-1448 | CORBELLO, DONNA V. VALLI, FRANKI, ET AL. |
| 20-1465 | WANG, CHANG, ET AL. V. CARTER-GARRETT, TERILYN, ET AL. |
| 20-1473 | CRITTENDEN, ALAN W. V. CRITTENDEN, MARIKO C. |
| 20-1475 | PERKINS, WESLEY V. MISCHTIAN, JOHN, ET AL. |
| 20-1482 | MELCHIONE, CHERI L. V. TEMPLE, TIMOTHY |
| 20-1491 | LASHEEN, WAEL V. SUPREME COURT OF OH |
| 20-1495 | McINTYRE, KAREN V. V. McINTYRE, KEVIN L., ET AL. |
| 20-1496 | ELATRACHE, ALI M. V. JACKSON, WARDEN |
| 20-1505 | MERCHANT, ZAINAB, ET AL. V. MAYORKAS, SEC. OF HOMELAND |
| 20-1508 | PIERSON, SUSAN V. HUDSON INSURANCE CO., ET AL. |
| 20-1510 | TAFUTO, LOUIS V. TRUMP FOR PRESIDENT, ET AL. |
| 20-1514 | DODD, ROBERT J. V. CLARKE, DIR., VA DOC |
| 20-1515 | ASSAD, JASON V. WASMER, WARDEN, ET AL. |
| 20-1525 | ARCHER, LEWIS V. AMERICA'S FIRST FED. CREDIT |
| 20-1535 | DIAZ, KEVIN V. JOHNSON, ASHLEY |
| 20-1537 | DICKINSON, TERENCE K. V. HSBC BANK USA, N.A., ET AL. |
| 20-1540 | EDNEY, VICTOR J. V. HINES, EONDRA L., ET AL. |
| 20-1543 | McNIECE, ADAM P. V. YANKEETOWN, FL, ET AL. |
| 20-1544 | ROSS, FELICIA V. PEREGRINE HEALTH SERV., ET AL. |
| 20-1545 | TCL COMMUNICATION, ET AL. V. GODO KAISHA IP BRIDGE 1 |
| 20-1564 | PERNA, JAMES M. V. HEALTH ONE CREDIT UNION, ET AL. |
| 20-1597 | CONTI, KATHRYN M. V. ARROWOOD INDEMNITY CO. |
| 20-1609 | SEATON, DAVID R. V. JOHNSON, BLAKE, ET AL. |
| 20-1625 | LILLIE, DAVID V. MANTECH INT'L CORP. |
| 20-1637 | DICKINSON, JANICE V. RYAN SEACREST PROD., ET AL. |
| 20-1645 | COLLINS, DON W. V. TEXAS |
| 20-1656 | JOHNSON, CARMEN V. UNITED STATES |

| | |
|---|---|
| 20-1663 | NORWOOD, MATTHEW D. V. UNITED STATES |
| 20-1671 | HO, CHI PING P. V. UNITED STATES |
| 20-1680 | ACI INFORMATION GROUP V. MIDLEVELU, INC. |
| 20-6600 | SMILEY, THRONE T. V. UNITED STATES |
| 20-6948 | CROGHAN, BEAU B. V. UNITED STATES |
| 20-7160 | GARRISON, EMMETT V. LOUISIANA |
| 20-7189 | THOMAS, BERNARD V. UNITED STATES |
| 20-7210 | CONNELL, TESFA V. NEW YORK |
| 20-7327 | WARD, TIMOTHY A. V. UNITED STATES |
| 20-7460 | RODRIGUEZ FERNANDEZ, CARLOS V. UNITED STATES |
| 20-7522 | JONES, JOSHUA R. V. UNITED STATES |
| 20-7528 | FIGUEROA-SERRANO, JONATHAN V. UNITED STATES |
| 20-7533 | JAMES, PRESTON V. UNITED STATES |
| 20-7549 | ARNOLD, SHANE V. UNITED STATES |
| 20-7611 | GARRISON, JAMAR V. UNITED STATES |
| 20-7667 | KENDRICK, TROY V. UNITED STATES |
| 20-7815 | BARBEE, SYLVESTER O. V. BOYD, JASON, ET AL. |
| 20-7823 | TROWBRIDGE, ALAN V. WOODS, WARDEN |
| 20-7827 | PLOURDE, GLEN D. V. BELLAVIA, STEPHEN C. |
| 20-7828 | MITCHELL, KEVIN N. V. SHINN, DIR., AZ DOC, ET AL. |
| 20-7835 | COOPER, STEVEN V. FLORIDA |
| 20-7841 | MANOR, SYLVIA J. V. UNITED OF OMAHA LIFE INS. CO. |
| 20-7843 | JOHNSON, TIMOTHY H. V. BAKER, WARDEN |
| 20-7844 | JOLIVETTE, PAUL P. V. USDC ND CA |
| 20-7848 | DAVIS, ASTARTE V. WILSON, JUDGE, ET AL. |
| 20-7859 | LEE, DENVER V. UNITED STATES |
| 20-7865 | FROMAN, TERRY L. V. OHIO |
| 20-7867 | GROFFEL, HOWARD A. V. VIRGINIA |

| | |
|---|---|
| 20-7871 | WALKER, JEMONE L. V. UNITED STATES |
| 20-7881 | OPPEL, STEVEN L. V. MINNESOTA |
| 20-7908 | KING, DERRICK M. V. SAUL, COMM'R, SOCIAL SEC. |
| 20-7919 | WEST-EL, EDWARD S. V. ONEAL, C. K. |
| 20-7926 | EL-AMIN, SADAT V. LOUISIANA |
| 20-7971 | RIVERA, DEREK A. V. HORTON, WARDEN |
| 20-7980 | BETHEA, TAKIESE N. V. WEST VIRGINIA |
| 20-7987 | CLINTON, GREGORY K. V. RILEY, CHERYL D. |
| 20-8017 | BRENHAM, SUBRINA V. KEMP, JOSEPH, ET AL. |
| 20-8057 | AIGBEKAEN, RAYMOND I. V. UNITED STATES |
| 20-8087 | ERICKSON, WILLIAM E. V. LUMPKIN, DIR., TX DCJ |
| 20-8105 | LITTLEPAGE, DANIEL V. COURT OF APPEALS OF OH |
| 20-8112 | JACKSON, RICHARD K. V. UNITED STATES |
| 20-8129 | MILLER, JOSEPH V. UNITED STATES |
| 20-8132 | VERKLER, GEORGE V. UNITED STATES |
| 20-8136 | McAFEE, EBONE J. V. UNITED STATES |
| 20-8137 | McRAE, MARILYNN M. V. HARRISON, SHERIFF |
| 20-8138 | PENA, EDDY V. UNITED STATES |
| 20-8146 | SMITH, EDWARD L. V. UNITED STATES |
| 20-8152 | MARTINEZ-FIGUEROA, MIGUEL V. UNITED STATES |
| 20-8156 | RENTERIA, RICARDO V. UNITED STATES |
| 20-8160 | BONTEMPS, TAMARAN E. V. UNITED STATES |
| 20-8168 | COLBY, ROSS V. UNITED STATES |
| 20-8169 | JIMENEZ, YESSENIA V. UNITED STATES |
| 20-8173 | McLEAN, LENROY V. UNITED STATES |
| 20-8174 | LEMO, ESAD V. PENNSYLVANIA |
| 20-8177 | BROOKS, MICHAEL T. V. AGATE RESOURCES, INC. |
| 20-8183 | SANGANZA, THEMBA B. V. WARDEN, ALLENWOOD FCI |

| | |
|---|---|
| 20-8184 | CENTENO, RONALD V. UNITED STATES |
| 20-8186 | YOUNG, MICHAEL J., ET AL. V. UNITED STATES |
| 20-8189 | GRIFFITH, HEATHER D. V. UNITED STATES |
| 20-8191 | HILL, STEVEN E. V. RIVERA, WARDEN |
| 20-8192 | NEWBALL-MAY, JORGE R. V. UNITED STATES |
| 20-8194 | MORENO, IRVIN V. HENDRIX, DeWAYNE |
| 20-8209 | EDWARDS, DENNIS J. V. LARSON, KIM |
| 20-8212 | BRANDAO, DANY L. V. UNITED STATES |

The petitions for writs of certiorari are denied.

20-319    COMCAST CORPORATION, ET AL. V. VIAMEDIA, INC.

The petition for a writ of certiorari is denied.  Justice Barrett took no part in the consideration or decision of this petition.

20-1043    UNITED STATES V. CANO, MIGUEL A.

The motion of respondent for leave to proceed *in forma pauperis* is granted.  The petition for a writ of certiorari is denied.

20-1138    CIMZNHCA, LLC V. UNITED STATES

The petition for a writ of certiorari is denied.  Justice Barrett took no part in the consideration or decision of this petition.

20-1163    GLOUCESTER COUNTY SCHOOL BOARD V. GRIMM, GAVIN

The petition for a writ of certiorari is denied.  Justice Thomas and Justice Alito would grant the petition for a writ of certiorari.

20-1675    PHILLIPS, MELVIN L., ET AL. V. ONEIDA INDIAN NATION

The motion of Congressperson Claudia Tenney for leave to file a brief as *amicus curiae* is granted.  The petition for a

writ of certiorari is denied.

20-7474    KELLEY, EZRALEE J. V. UNITED STATES

The motion of Americans for Prosperity Foundation, et al. for leave to file a brief as *amici curiae* is granted.  The petition for a writ of certiorari is denied.

20-7836    ALLEN, DERRICK M. V. TED WIRE, ET AL.

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.  As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

20-7875    TRUONG, LISA V. UTC AEROSPACE SYSTEMS

The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

## HABEAS CORPUS DENIED

20-8001    IN RE GERALD R. PIZZUTO

20-8205    IN RE JOHN L. McKENZIE

20-8222    IN RE MARSHALL D. WILLIAMS

The petitions for writs of habeas corpus are denied.

20-8198    IN RE KHAYREE SMITH

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of habeas corpus is dismissed.  See Rule 39.8.  As the petitioner has repeatedly

8

                abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

20-8226    IN RE FRANCIS BOYD

        The petition for a writ of habeas corpus is denied.  Justice Alito took no part in the consideration or decision of this petition.

### MANDAMUS DENIED

20-8157    IN RE BLAKE J. SANDLAIN

        The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of mandamus is dismissed.  See Rule 39.8.

### REHEARINGS DENIED

18-8621    INGRAM, ROUMMEL V. PRELESNIK, WARDEN

20-1194    LOPEZ, ARTHUR V. CORONA POLICE DEPT., ET AL.

20-6767    THOMAS, MARLON V. ILLINOIS

        The petitions for rehearing are denied.

20-7170    IN RE ABHIJIT PRASAD

        The petition for rehearing is denied.  Justice Breyer took no part in the consideration or decision of this petition.

20-6929    HUGUELEY, STEPHEN V. MAYS, WARDEN

        The motion for leave to file a petition for rehearing is denied.

**ATTORNEY DISCIPLINE**

D-3071   IN THE MATTER OF DISBARMENT OF FREDERICK J. MEAGHER, JR.

Frederick J. Meagher, Jr., of Binghamton, New York, having been suspended from the practice of law in this Court by order of March 29, 2021; and a rule having been issued and served upon him requiring him to show cause why he should not be disbarred; and a response having been filed;

It is ordered that Frederick J. Meagher, Jr. is disbarred from the practice of law in this Court.

D-3074   IN THE MATTER OF DISBARMENT OF CHARLES L. MORGAN, JR.

Charles L. Morgan, Jr., of Charlotte, North Carolina, having been suspended from the practice of law in this Court by order of April 5, 2021; and a rule having been issued and served upon him requiring him to show cause why he should not be disbarred; and the time to file a response having expired;

It is ordered that Charles L. Morgan, Jr. is disbarred from the practice of law in this Court.

D-3077   IN THE MATTER OF DISBARMENT OF MICHAEL CHARLES ADGES

Michael Charles Adges, of Garden City, New York, having been suspended from the practice of law in this Court by order of April 5, 2021; and a rule having been issued and served upon him requiring him to show cause why he should not be disbarred; and the time to file a response having expired;

It is ordered that Michael Charles Adges is disbarred from the practice of law in this Court.

D-3078   IN THE MATTER OF DISBARMENT OF RICHARD P. CARO

Richard P. Caro, of Santa Rosa Beach, Florida, having been suspended from the practice of law in this Court by order of

10

      April 5, 2021; and a rule having been issued and served upon him requiring him to show cause why he should not be disbarred; and the time to file a response having expired;

      It is ordered that Richard P. Caro is disbarred from the practice of law in this Court.

D-3079     IN THE MATTER OF DISBARMENT OF MICHAEL F. FASANARO

      Michael F. Fasanaro, of Virginia Beach, Virginia, having been suspended from the practice of law in this Court by order of April 5, 2021; and a rule having been issued and served upon him requiring him to show cause why he should not be disbarred; and the time to file a response having expired;

      It is ordered that Michael F. Fasanaro is disbarred from the practice of law in this Court.