IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-2088-DKC |
| | ) |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## LINE RE: CERTIFICATE OF SERVICE

Counsel for Plaintiff, Jesse Hammons, hereby certifies that on this 11th day of August, 2021 that Plaintiff's Motion for Partial Reconsideration or, in the Alternative, Certification of Interlocutory Appeal, Memorandum in Support of Plaintiff's Motion for Partial Reconsideration or, in the Alternative, Certification of Interlocutory Appeal and proposed Order (ECF 56) were served pursuant to the Court's CM/ECF electronic notification system.

Respectfully submitted,

*/s/Louis J. Ebert*
Louis J. Ebert (Fed. Bar No. 02031)
ROSENBERG MARTIN
GREENBERG, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Telephone: (410) 727-6600
Fax: (410) 727-1115
lebert@rosenbergmartin.com

Aron Fischer (*pro hac vice*)
Jonah M. Knobler (*pro hac vice*)
Andrew D. Cohen (*pro hac vice*)
Abigail E. Marion (*pro hac vice*)

Emily H. Harris (*pro hac vice*)
Jonathan S. Z. Hermann (*pro hac vice*)

PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
afischer@pbwt.com
jknobler@pbwt.com
acohen@pbwt.com
amarion@pbwt.com
eharris@pbwt.com
jhermann@pbwt.com

Joshua A. Block (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2627
Fax: (212) 549-2650
jblock@aclu.org
lcooper@aclu.org

Daniel Mach (*pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street, NW
Washington, DC 20005
Tel: (202) 675-2330
Fax: 202-546-0738
dmach@aclu.org

*Counsel for Plaintiff Jesse Hammons*