IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JESSE HAMMONS                           :

   v.                                   :   Civil Action No.  DKC 20-2088

UNIVERSITY OF MARYLAND MEDICAL          :
SYSTEM CORPORATION, et al.
                                                             :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 25th day of October, 2021, by the United States District Court for the District of Maryland, ORDERED that:

    1.   The motion to reconsider, or in the alternative, certify for interlocutory appeal filed by Plaintiff Jesse Hammons (ECF No. 56) BE, and the same hereby IS, DENIED; and

    2.   The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                /s/
                                 DEBORAH K. CHASANOW
                                 United States District Judge