UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM )<br>CORPORATION, et al. )<br>)<br>Defendants. )<br>_____) | Case No. 1:20-cv-02088-DKC |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants University of Maryland Medical System Corporation ("UMMS"), UMSJ Health System, LLC ("UMSJ"), and University of Maryland St. Joseph Medical Center, LLC ("St. Joseph") (collectively "Defendants"), move for summary judgment in their favor on Plaintiff Jesse Hammons' single remaining claim under Section 1557 of the Affordable Care Act.  Defendants seek judgment in their favor on Plaintiff's claim because there are no genuine disputes over any material facts, and Defendants are therefore entitled to judgment as a matter of law.  The Court should grant Defendants' motion for the reasons set forth in the accompanying memorandum.

-2-

Dated: June 24, 2022    */s/ Denise Giraudo*
                        Denise Giraudo (Bar No. 29015)
                        Paul Werner (admitted *pro hac vice*)
                        Danielle Vrabie (admitted *pro hac vice*)
                        Imad Matini (admitted *pro hac vice*)
                        SHEPPARD, MULLIN, RICHTER &
                        HAMPTON LLP
                        2099 Pennsylvania Ave., N.W., Suite 100
                        Washington, D.C. 20036
                        Tel: 202-747-1906
                        Fax: 202-747-3933
                        dgiraudo@sheppardmullin.com
                        pwerner@sheppardmullin.com
                        dvrabie@sheppardmullin.com
                        imatini@sheppardmullin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2022, Plaintiff's counsel was served with the foregoing document through the Court's Electronic Case Filing System. I further certify that Exhibits 2, 7, 10, 13, 15, and 19 filed under seal with this motion were served on the following counsel via electronic mail on June 24, 2022:

Louis J. Ebert
ROSENBERG MARTIN GREENBERG, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Telephone: (410) 727-6600
Fax: (410) 727-1115
lebert@rosenbergmartin.com

Aron Fischer
Andrew D. Cohen
Christopher Wilds
Edward J. Delman
Jonathan Hermann
Jonah Knobler
Abigail E. Marion
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
afischer@pbwt.com
acohen@pbwt.com
cwilds@pbwt.com
edelman@pbwt.com
jhermann@pbwt.com
jknobler@pbwt.com
amarion@pbwt.com

Joshua A. Block
Leslie Cooper
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2627

Fax: (212) 549-2650
jblock@aclu.org
lcooper@aclu.org

Daniel Mach
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW
Washington, DC 20005
Tel: (202) 675-2330
Fax: 202-546-0738
dmach@aclu.org

                                                            */s/ Denise Giraudo*
                                                      Denise Giraudo