# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JESSE HAMMONS, )
)
        Plaintiff, )
v. ) Case No. 1:20-cv-02088-DKC
)
UNIVERSITY OF MARYLAND MEDICAL SYSTEM )
CORPORATION, et al. )
)
        Defendants. )
)

**AFFIDAVIT IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

I, Denise Giraudo, declare under penalty of perjury:

1. I am an attorney at the law firm Sheppard, Mullin, Richter & Hampton LLP, counsel for Defendants University of Maryland Medical System Corporation, UMSJ Health System, LLC, and University of Maryland St. Joseph Medical Center, LLC ("Defendants"), in the above captioned action, and I am admitted to practice in this Court. I submit this affidavit in support of Defendants' Motion for Summary Judgment ("Defendants' Motion"). I have personal knowledge of the facts herein and am competent to testify to them as necessary.

2. Exhibit 2 to Defendants' Motion is a true and correct copy of the Asset Purchase Agreement governing the sale of St. Joseph Medical Center to the University of Maryland Medical System Corporation. A copy of the Agreement was produced by Defendants at Bates-number UMMS000000832–1004.

3. Exhibit 3 to Defendants' Motion is a true and correct copy of a declaration by William C. Greskovich, signed June 23, 2022.

4. Exhibit 4 to Defendant's Motion is a true and correct excerpt of the certified transcript of the deposition of Everest Scott Conover, taken on April 13, 2022.

-1-

5. Exhibit 5 to Defendant's Motion is a true and correct excerpt of the certified transcript of the deposition of Fr. Louis Asobi, taken on April 11, 2022.

6. Exhibit 6 to Defendants' Motion is a true and correct copy of a declaration by Paul Nicholson, signed June 23, 2022.

7. Exhibit 7 to Defendants' Motion is a true and correct copy of the University of Maryland St. Joseph Medical Center, LLC Catholic Identity Agreement. A copy of the Agreement was produced by Defendants at Bates-number UMMS000001035–114.

8. Exhibit 8 to Defendant's Motion is a true and correct excerpt of the certified transcript of the deposition of Dr. Gail Cunningham, both in her personal capacity and under Rule 30(b)(6), taken on April 14, 2022.

9. Exhibit 9 to Defendant's Motion is a true and correct excerpt of the certified transcript of the Rule 30(b)(6) deposition of William C. Greskovich, taken on May 20, 2022.

10. Exhibit 10 to Defendant's Motion is a true and correct excerpt of the certified transcript of the deposition of Keith Riddle, taken on April 21, 2022.

11. Exhibit 11 to Defendants' Motion is a true and correct copy of the Defendants' Supplemental Response to Plaintiff's Interrogatory No. 14, which was served on April 21, 2022.

12. Exhibit 12 to Defendants' Motion is a true and correct copy of the Defendants' Responses to Plaintiff's Second Set of Interrogatories, which were served on March 14, 2022.

13. Exhibit 13 to Defendants' Motion is a true and correct copy of the University of Maryland St. Joseph Medical Center, LLC Resolution of the Board of Directors – September 11, 2019, to which the Second Amended and Restated Operating Agreement is attached as Exhibit A. A copy of the Agreement was produced by Defendants at Bates-number UMMS000001211–42.

14. Exhibit 14 to Defendant's Motion is a true and correct excerpt of the certified transcript of the deposition of Dr. Michael J. Marion, taken on April 6, 2022.

15. Exhibit 15 to Defendant's Motion is a true and correct excerpt of the certified transcript of the deposition of Dr. Steven Adashek, taken on May 20, 2022.

16. Exhibit 16 to Defendant's Motion is a true and correct excerpt of the certified transcript of the deposition of Dr. Monica Buescher, taken on March 21, 2022.

17. Exhibit 17 to Defendants' Motion is a true and correct copy of the Ethical and Religious Directives for Catholic Health Services, Sixth Edition ("ERDs"). A copy of the ERDs was produced by Defendants at Bates-number UMMS000000139–68.

18. Exhibit 18 to Defendants' Motion is a true and correct copy of the Defendants' Second Supplemental Response to Plaintiff's Interrogatory No. 5, which was served on April 13, 2022.

19. Exhibit 19 to Defendant's Motion is a true and correct excerpt of the certified transcript of the deposition of Jesse Hammons, taken on April 8, 2022.

20. Exhibit 20 to Defendants' Motion is a true and correct copy of Plaintiff's text messages, as was produced by Plaintiff at Bates-number HUM_0000185.

21. Exhibit 21 to Defendants' Motion is a true and correct copy of the Defendants' Responses to Plaintiff's First Set of Interrogatories, which were served on December 13, 2021.

22. Exhibit 22 to Defendants' Motion is a true and correct copy of a declaration by Douglas G. Wilson, Jr., signed June 22, 2022.

23. Exhibit 23 to Defendants' Motion is a true and correct copy of the Defendants' Responses to Plaintiff's Third Set of Interrogatories, which were served on April 7, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I further reserve the right to supplement and/or amend this Declaration.

Dated: June 24, 2022

_____
Denise Giraudo (Bar No. 29015)
Paul Werner (admitted *pro hac vice*)
Danielle Vrabie (admitted *pro hac vice*)
Imad Matini (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20036
Tel: 202-747-1906
Fax: 202-747-3933
dgiraudo@sheppardmullin.com
pwerner@sheppardmullin.com
dvrabie@sheppardmullin.com
imatini@sheppardmullin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2022, Plaintiff's counsel was served with the foregoing document through the Court's Electronic Case Filing System.

                                                                             */s/ Denise Giraudo*
                                                                              Denise Giraudo