# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:20-cv-02088-DKC |
| ) | |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM ) | |
| CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF WILLIAM GRESKOVICH

I, WILLIAM GRESKOVICH, declare as follows:

1. I make this Declaration in support of Defendants' University of Maryland Medical System Corporation ("UMMS"), UMSJ Health System, LLC ("UMSJ"), and University of Maryland St. Joseph Medical Center, LLC ("St. Joseph"), motion for summary judgment on Plaintiff Jesse Hammons' claim under Section 1557 of the Affordable Care Act.

2. I am currently employed as System Vice President Operations at UMMS. I have held this position since June 2020.

3. In my role as System Vice President Operations, I oversee aspects of UMMS's funding, as well as its healthcare programs.

4. Through my role as System Vice President Operations, I have personal knowledge of UMMS's financial operations, policies, and clinical programs. I am competent to testify about the contents of this Declaration if necessary.

5. UMMS is a not-for-profit corporation providing comprehensive healthcare services through an integrated network of hospitals and clinical enterprises.

6. UMMS operates a regional medical system comprised of 10 Member Organizations with over 150 affiliate physician offices.

7. Each hospital in the UMMS medical network is an independent corporate entity that directly receives its own federal funding for its own health programs and manages those funds in separate accounts.

8. UMMS and its hospitals do not discriminate on the basis of race, creed, sex, or national origin in its operations or provision of health care services.

9. UMMS has, among its many programs, a Transgender Health Program, which is dedicated to helping individuals explore medical treatment options regarding their gender identity. This program provides counseling, primary healthcare, and customized case management for transgender individuals.

-3-

\*   \*   \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. I further reserve the right to supplement and/or amend this Declaration.

Dated: June 23, 2022.                                         /s/ William C. Greskovich