# Exhibit 4

## In the Matter Of:

## Hammons vs University of Maryland Medical System

1:20-CV-02088-DKC

## EVEREST SCOTT CONOVER

*April 13, 2022*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1            UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MARYLAND

 3   --------------------------------x

 4   JESSE HAMMONS,                  )

 5           Plaintiffs,             ) Case No.:

 6           V.                      ) 1:20-CV-02088-DKC

 7   UNIVERSITY OF MARYLAND MEDICAL  )

 8   SYSTEM CORPORATION, ET AL.,     )

 9           Defendants.             )

10   --------------------------------x  Pages 1-64

11

12

13          REMOTE VIDEOTAPED DEPOSITION OF

14                EVEREST SCOTT CONOVER

15              Wednesday, April 13, 2022

16                     Towson, MD

17

18

19

20   Reported by:  Sherry L. Brooks

21                 Certified LiveNote Reporter

22   Job No.  J8078717
```



```
 1                              April 13, 2022
 2                              11:30 a.m.
 3
 4
 5   Remote Videotaped deposition via Zoom
 6   videoconferencing of Everest Scott Conover at:
 7
 8        Towson, MD
 9
10        Pursuant to notice, before Sherry L. Brooks,
11   Certified LiveNote Reporter and Notary Public, in and
12   for the State of Maryland.
13
14
15
16
17
18
19
20
21
22
```



```
 1  ON BEHALF OF PLAINTIFF:
 2       Jonathan S. Z. Hermann, Esquire
 3       Joshua M. Goldman, Esquire
 4       1133 Avenue of the Americas
 5       New York, NY  10036
 6       (212) 336-2000
 7       E-mail:  JHermann@pbwt.com
 8       E-mail:  JGoldman@pbwt.com
 9
10  ON BEHALF OF DEFENDANTS:
11       Hannah Wigger, Esquire
12       Sheppard Mullin
13       2099 Pennsylvania Avenue, NW
14       Suite 100
15       Washington, DC  20006
16       (202) 747-1900
17       E-mail:  HWigger@SheppardMullin.com
18
19  ALSO PRESENT:
20       George Ellis, Videographer
21
22
```



```
 1                C O N T E N T S

 2  EXAMINATION OF EVEREST SCOTT CONOVER            PAGE

 3  BY MR. HERMANN                                     6

 4

 5

 6

 7  EXHIBITS                                        PAGE

 8  Exhibit 1   Catholic Identity Agreement           31

 9  Exhibit 2   Second Amended and Restated Operating 40

10              Agreement

11  Exhibit 3   Catholic Identity Committee Minutes   46

12  Exhibit 4   Email Dated 1/24/20 - Ben Vanlandingham 50

13

14

15

16        (Exhibits attached to the transcript.)

17

18

19

20

21

22
```



|   |   |   |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | - - - | 11:30 |
| 3 | THE VIDEOGRAPHER:  We are now on the | 11:30 |
| 4 | record.  The time is 11:30 a.m. Eastern Standard Time | |
| 5 | on April 13th, 2022.  This begins the videoconference | |
| 6 | deposition of Scott Conover taken in the matter of | |
| 7 | Jesse Hammons versus the University of Maryland | |
| 8 | Medical System Corporation, et al. filed in the | |
| 9 | United States District Court for the District of | |
| 10 | Maryland.  The Case Number is 1:20-CV-02088-DKC. | |
| 11 | My name is George Ellis.  I'm the remote | 11:31 |
| 12 | videographer.  The court reporter is Sherry Brooks. | |
| 13 | We are representing Esquire Deposition Solutions. | |
| 14 | Counsel, will you please state your name | 11:31 |
| 15 | and who you represent, after which, the court | |
| 16 | reporter will swear in the witness. | |
| 17 | MR. HERMANN:  Good morning.  John Hermann, | 11:31 |
| 18 | Patterson Belknap Webb & Tyler for the plaintiff, | |
| 19 | Jesse Hammons. | |
| 20 | MS. WIGGER:  Good morning.  My name is | 11:31 |
| 21 | Hannah Wigger from Sheppard Mullin.  I represent | |
| 22 | defendants. | |



Case 1:20-cv-02088-DKC   Document 98-5   Filed 06/24/22   Page 8 of 11
EVEREST SCOTT CONOVER                                    April 13, 2022
Hammons vs University of Maryland Medical System                      6

| | | |
|---|---|---|
| 1 | - - - | 11:31 |
| 2 | This videotaped deposition is being held | 11:31 |
| 3 | via videoconferencing equipment.  The witness and | |
| 4 | reporter are not in the same room.  The witness has | |
| 5 | been sworn in remotely pursuant to agreement of all | |
| 6 | parties.  The parties stipulate that the testimony is | |
| 7 | being given as if the witness was sworn in person. | |
| 8 | *     *     *     *     * | 11:31 |
| 9 | EVEREST SCOTT CONOVER | 11:31 |
| 10 | was called for re-examination by counsel and, after | 11:31 |
| 11 | having been duly sworn by the Notary, was examined | |
| 12 | and testified as follows: | |
| 13 | EXAMINATION BY COUNSEL FOR DEFENDANT | 11:31 |
| 14 | BY MR. HERMANN: | 11:31 |
| 15 | Q.    Good morning.  Could you please state your | 11:31 |
| 16 | name for the record? | |
| 17 | A.    Sure, Everest Scott Conover. | 11:31 |
| 18 | Q.    Good morning, Mr. Conover. | 11:31 |
| 19 | A.    Good morning. | 11:31 |
| 20 | Q.    Mr. Conover, have you ever been deposed | 11:31 |
| 21 | before? | |
| 22 | A.    I have not. | 11:31 |



| | | |
|---|---|---|
| 1 | Q.    Are you familiar with the history of Saint | 11:54 |
| 2 | Joe's? | |
| 3 | A.    I am.  I mean, again, in general terms. | 11:55 |
| 4 | Q.    Sure.  Do you know when it was founded? | 11:55 |
| 5 | A.    1864. | 11:55 |
| 6 | Q.    And it was founded as a private Catholic | 11:55 |
| 7 | hospital, right? | |
| 8 | A.    It was. | 11:55 |
| 9 | Q.    Owned by the Catholic church? | 11:55 |
| 10 | A.    I don't know the official ownership | 11:55 |
| 11 | structure.  I believe that the Sisters of St. | |
| 12 | Francis, which is a Catholic order, came from | |
| 13 | Philadelphia to Baltimore and founded the hospital | |
| 14 | here in Baltimore in 1864. | |
| 15 |         But I don't know the series of ownerships | 11:55 |
| 16 | and -- you know, that led up to Catholic Health | |
| 17 | Initiatives owning Saint Joe's and being the entity | |
| 18 | that sold Saint Joe's to the University of Maryland | |
| 19 | Medical System.  I don't have that particular | |
| 20 | ownership history in terms of the legacy of the | |
| 21 | ownership. | |
| 22 | Q.    Sure.  You mentioned the Catholic Health | 11:56 |



```
 1                CERTIFICATE OF NOTARY PUBLIC
 2            I, SHERRY L. BROOKS, a Notary Public in
 3   and for the STATE OF MARYLAND, before whom the
 4   foregoing deposition was taken, do hereby certify
 5   that the witness whose testimony appears in the
 6   foregoing deposition was duly sworn by me; that the
 7   testimony of said witness was taken by me in
 8   Shorthand at the time and place mentioned in the
 9   caption hereof and thereafter transcribed by me; that
10   said deposition is a true record of the testimony
11   given by said witness remotely via Zoom
12   videoconferencing; that I am neither counsel for,
13   related to, nor employed by any of the parties to the
14   action in which this deposition was taken; and
15   further, that I am not a relative or employee of any
16   counsel or attorney employed by the parties hereto,
17   nor financially or otherwise interested in the
18   outcome of this action.
19                                    _____
20                                    SHERRY L. BROOKS
                                      Notary Public in and for
21                                        STATE OF MARYLAND
22   My commission expires:  July 9, 2023
```



|    |                                                                      |
|----|----------------------------------------------------------------------|
| 1  | ACKNOWLEDGMENT OF DEPONENT                                           |
| 2  |                                                                      |
| 3  | ASSIGNMENT NO.:  J8078717                                            |
| 4  | CASE CAPTION:   JESSE HAMMONS - V - UNIVERSITY OF                    |
| 5  |                 MARYLAND MEDICAL SYSTEM CORP., ET AL.                |
| 6  | DEPONENT:  EVEREST SCOTT CONOVER                                     |
| 7  | DECLARATION UNDER PENALTY OF PERJURY                                 |
| 8  |     I declare under penalty of perjury that I                        |
| 9  | have read the entire transcript of my Deposition                     |
| 10 | taken in the captioned matter or the same has been                   |
| 11 | read to me, and the same is true and accurate, save                  |
| 12 | and except for changes and/or corrections, if any, as                |
| 13 | indicated by me on the DEPOSITION ERRATA SHEET                       |
| 14 | hereof, with the understanding that I offer these                    |
| 15 | changes as if still under oath.                                      |
| 16 |                                                                      |
| 17 | Signed on the 17th day of May, 2022.                                 |
| 18 |                                                  |
| 19 |           Witness Name                                               |
| 20 |                                                                      |
| 21 |                                                                      |
| 22 |                                                                      |