# Exhibit 5

**In the Matter Of:**

Hammons vs University of Maryland Medical System

1:20-CV-02088-DKC

---

**FATHER LOUIS ASOBI**

*April 11, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MARYLAND

3   -------------------------------x

4   JESSE HAMMONS,                    )

5           Plaintiff,                )

6           V.                        ) Case No.

7   UNIVERSITY OF MARYLAND MEDICAL    ) 1:20-CV-02088-DKC

8   SYSTEM CORPORATION, et al.,       )

9           Defendants.               )

10  -------------------------------x Pages 1-108

11

12           REMOTE VIDEOTAPED DEPOSITION OF

13                FATHER LOUIS ASOBI

14              Monday, April 11, 2022

15                   Towson, MD

16

17

18  Reported by:  Sherry L. Brooks

19               Certified LiveNote Reporter

20

21  Job No.  J8078715

22



1                                April 11, 2022

2                                10:03 a.m.

3

4

5    Remote videotaped deposition via Zoom

6    videoconferencing of Father Louis Asobi at:

7

8         Towson, MD

9

10        Pursuant to notice, before Sherry L. Brooks,

11   Certified LiveNote Reporter and Notary Public, in and

12   for the State of Maryland.

13

14

15

16

17

18

19

20

21

22



```
 1    ON BEHALF OF PLAINTIFF:

 2         Joshua M. Goldman, Esquire

 3         Jonathan S.Z. Hermann, Esquire

 4         1133 Avenue of the Americas

 5         New York, NY  10036

 6         (212) 336-2000

 7         E-mail:  JGoldman@pbwt.com

 8         E-mail:  JHermann@pbwt.com

 9

10    ON BEHALF OF DEFENDANTS:

11         Hannah Wigger, Esquire

12         Sheppard Mullin

13         2099 Pennsylvania Avenue, NW

14         Suite 100

15         Washington, DC  20006

16         (202) 747-1900

17         E-mail:  HWigger@SheppardMullin.com

18

19    ALSO PRESENT:

20         George Ellis, Videographer

21

22
```



1                    C O N T E N T S

2   EXAMINATION OF FATHER LOUIS ASOBI                 PAGE

3   BY MR. GOLDMAN                                       6

4

5

6

7   EXHIBITS                                          PAGE

8   Exhibit 1   Ethical and Religious Directives for   87

9               for Catholic Health Care Services

10              Sixth Edition

11  Exhibit 2   Transgender Issues in Catholic Health  88

12              Care

13

14

15

16

17          (Exhibits attached to transcript.)

18

19

20

21

22



```
 1                 P R O C E E D I N G S

 2                        -   -   -

 3             THE VIDEOGRAPHER:   We are now on the

 4      record.   The time is 10:03 Eastern Standard Time on

 5      April 11th, 2022.   This begins the videoconference

 6      deposition of Reverend Louis Asobi taken in the

 7      matter of Jesse Hammons versus the University of

 8      Maryland Medical System Corporation, et al., filed in

 9      the United States District Court for the District of

10      Maryland.   The case is number 1:20-CV-02088-DKC.

11             My name is George Ellis.   I am the remote

12      videographer.   The court reporter is Sherry Brooks.

13      We are both representing Esquire Deposition

14      Solutions.

15             Counsel, will you please state your name

16      and who you represent, after which, the court

17      reporter will swear in the witness.

18             MR. GOLDMAN:   Good morning.   This is

19      Joshua Goldman from the law firm Patterson Belknap.

20      I represent the plaintiff in this matter, Jesse

21      Hammons.

22             MS. WIGGER:   Good morning.   My name is
```



1   Hannah Wigger from Sheppard Mullin.  I represent

2   defendants.

3                        -   -   -

4        This deposition is being held via

5   videoconferencing equipment.  The witness and

6   reporter are not in the same room.  The witness has

7   been sworn in remotely pursuant to agreement of all

8   parties.  The parties stipulate that the testimony is

9   being given as if the witness was sworn in person.

10                  *     *     *     *     *

11                    FATHER LOUIS ASOBI

12   was called for examination by counsel and, after

13   having been duly sworn by the Notary, was examined

14   and testified as follows:

15            EXAMINATION BY COUNSEL FOR PLAINTIFF

16            BY MR. GOLDMAN:

17       Q.   Good morning, Father Asobi.

18       A.   Good morning.  How are you?

19       Q.   I'm good.  How are you, sir?

20       A.   I'm doing well, thank you.

21       Q.   Thank you for taking the time to answer my

22   questions this morning.



1       Q.      Okay.   Thank you.

2               Do you have any other professional

3   licenses or training?

4       A.      No, I don't.

5       Q.      Thank you.

6               After you completed this education, what

7   did you do for work?

8       A.      I started work as a hospital chaplain.

9   And after that, I did an internal program with

10  Catholic Health Care (sic) Association and moved into

11  Mission Integration.

12      Q.      At what point did you move into Mission

13  Integration?

14      A.      I moved into Mission Integration in 2008.

15      Q.      In 2006.   And where was your first

16  position --

17      A.      2008.

18      Q.      2008?

19      A.      Yes.

20      Q.      And where was that?

21      A.      That was at Catholic Health Partners, now

22  called Bon Secours Mercy Health, with the corporate



```
 1   headquarters in Cincinnati, Ohio.

 2        Q.    And how long were you there?

 3        A.    I was there for nine years.

 4        Q.    And after that, where did you go work?

 5        A.    After that, I moved to -- to Sacramento,

 6   California and worked with CommonSpirit Health in

 7   Mission Integration.

 8        Q.    And how long were you there?

 9        A.    I was there for three years.

10        Q.    Thank you.  And after that, where did you

11   work?

12        A.    After that, I'm currently with University

13   of Maryland Saint Joseph Medical Center.

14        Q.    And when did you begin working for Saint

15   Joseph Medical Center?

16        A.    I started at the end of 2019, so I would

17   say that my getting to know myself around was the

18   year 2020.

19        Q.    Did you remember the month that you began

20   working in your current position?

21        A.    Yes, I do.  I started at the end of

22   October 2019.
```



1        Q.    And at the end of October 2019, you were

2   vice president for Mission Integration?

3        A.    Yes.

4        Q.    Do you know someone named Keith Riddle?

5        A.    No.

6        Q.    Was Keith Riddle vice president for

7   Mission Integration before you?

8        A.    I --

9              MS. WIGGER:  Object to form.

10             You may answer now.

11       A.    I heard he was, but I -- I never knew him,

12   neither do (sic) I ever met him.

13             BY MR. GOLDMAN:

14       Q.    Okay.  Do you know when he stopped working

15   as vice president for Mission Integration?

16       A.    I have no idea.

17       Q.    Is it okay if I refer to Saint Joseph

18   Medical Center as Saint Joseph's?

19       A.    Yeah.  You can choose.  Either one is

20   fine.

21       Q.    Okay.  Father Asobi, generally, how would

22   you describe your role as vice president for Mission



 1  hospitals beginning with the president to the vice

 2  president, Mission Integration and the teaching is

 3  centered on Catholic theology, Catholic identity, and

 4  the ethical and religious directives, so as the

 5  (inaudible) that all Catholic hospitals will adhere

 6  to those teachings.

 7       Q.   And is that entity affiliated with the

 8  archdiocese?

 9            MS. WIGGER:  Object to form.

10       A.   It is an independent body from the

11  archdiocese because it's nationwide.  Dioceses can

12  belong to the association, but they don't report to

13  the -- to one archdiocese.

14            BY MR. GOLDMAN:

15       Q.   Where is the association located?

16       A.   It's located in St. Louis, Missouri.

17       Q.   Do you know who runs the association?

18       A.   I don't know off the top of my head right

19  now who is -- who is the president.

20       Q.   But to clarify, it is an independent

21  organization?

22       A.   Yes.



1        Q.    Is Saint Joseph's accredited by anyone

2    else, aside from what you mentioned as a Catholic

3    hospital?

4        A.    Not that I know of.

5        Q.    Is Saint Joseph's accredited by the

6    National Catholic Bioethics Center as a Catholic

7    hospital?

8        A.    The National Catholic Bioethics, yes, is

9    accredited in the sense that the archdiocese brings

10   them in to do the Catholic evaluations, from time to

11   time, to be sure we keep to the ethical and religious

12   directives and also that we maintain the Catholic

13   identity.

14       Q.    Okay.  So just to help me understand, how

15   does Saint Joseph's get to call itself a Catholic

16   hospital to the public?

17            MS. WIGGER:  Object to form.

18       A.    Saint Joseph's calls itself a Catholic

19   hospital based from the founding history.

20            As I said earlier, Saint Joseph's was

21   founded by the Catholic Sisters of St. Francis of

22   Philadelphia.  And they moved from Philadelphia over



 1  here to Baltimore, then to Towson, and established

 2  the hospital in line with the Catholic teaching to

 3  provide care to all within the community.  And that

 4  identity stayed with Saint Joseph's until death.

 5          BY MR. GOLDMAN:

 6      Q.    Aside from the association and the

 7  National Catholic Bioethics Center, is there any

 8  other organization that Saint Joseph's has to -- gets

 9  to call them a Catholic hospital?

10          MS. WIGGER:  Object to form.

11      A.    Not that I can recall.

12          BY MR. GOLDMAN:

13      Q.    Thank you.

14          As part of your job as vice president of

15  Mission Integration, do you have to prepare any

16  regular reports on Saint Joseph's maintaining its

17  Catholic identity?

18      A.    I do.

19      Q.    When was the last report that you

20  prepared?

21      A.    I just recently finished the report that I

22  presented to the archdiocese for the year 2021 where



1   it got to all the activities carried out in the

2   hospital here, and I'm here to meet with the

3   archdiocese for their review.

4         Q.    How often do you issue these reports?

5         A.    Annually.

6         Q.    And what topics do you need to include in

7   them?

8         A.    The topics I need to include is: 1) all

9   activities carried out in the hospital to be sure

10  that they are in line with Catholic identity and all

11  the ethics consult (sic) we have to be sure that it's

12  in line with the ethical and religious directives,

13  and then to provide them with services provided by

14  the chaplains to the patients, family members, and to

15  staff.

16          And if we are having any challenges, that

17  will be embedded in the report.

18        Q.    And who do you share these reports with?

19        A.    I share the report with the president and

20  CEO.

21        Q.    You shared the report and that -- sorry --

22  strike that.



1              Do you -- are you referring to Tom Smyth?

2       A.    Yes.   I share that with Tom Smyth.   After

3   he's okay, I submit it to the archdiocese through the

4   chancellor to the archbishop.   And then when they go

5   through it, they will invite me for a meeting where

6   we discuss the content of the report.

7       Q.    So you share a draft of the report with

8   Tom Smyth?

9       A.    Yes.

10      Q.    And then you finalize the report?

11      A.    Yes.

12      Q.    And then you share it with the chancellor?

13      A.    I submit it to the chancellor because he

14  is the gateway to the archbishop.

15      Q.    And who is the chancellor?

16      A.    The chancellor is Dr. Diane Burr.

17      Q.    And for whom does Dr. Diane Burr work for?

18      A.    Dr. Diane Burr works for the archbishop

19  and the archdiocese of Baltimore.

20      Q.    Do you share these reports with anyone

21  else at Saint Joseph's?

22      A.    No.



1          Q.    Do you share these reports with anyone

2     else at UMMS?

3          A.    No.

4          Q.    Do you know whether or not Tom Smyth

5     shares these reports with anyone else at Saint

6     Joseph's?

7          A.    I -- I don't know.  I don't know what's

8     involved in his current space.

9          Q.    Thank you.  Do you know if Tom Smyth

10    shares them with anyone else at UMMS?

11         A.    He doesn't do that because UMMS has

12    nothing to do with the Catholic identity and ERDs we

13    uphold here at Saint Joseph's with this, specifically

14    at Saint Joseph Medical Center.

15         Q.    Saint Joseph's is affiliated with the

16    University of Maryland Medical Center System, right?

17              MS. WIGGER:  Object to form.

18         A.    The affiliation is partnership in the

19    practice of medicine, not in Catholic identity.  The

20    University of Maryland Saint Joseph Medical Center is

21    unique and independent in the practice of Catholic

22    theology and in the practice of the ERD and we take



```
 1   no directives from UMMS.

 2              BY MR. GOLDMAN:

 3        Q.    So my question was:  Saint Joseph's is

 4   affiliated with the University of Maryland Medical

 5   System.  So yes or no?

 6              MS. WIGGER:  Same objection to form.

 7        A.    Yes.

 8              BY MR. GOLDMAN:

 9        Q.    To your knowledge, did Saint Joseph's

10   enter into any formal agreements with the University

11   of Maryland Medical System regarding Saint Joseph's

12   Catholic identity?

13              Yes or no.

14        A.    Yes.

15        Q.    And how did you learn that?

16        A.    I learned that through the Archdiocese of

17   Baltimore.

18        Q.    Have you ever reviewed these agreements?

19        A.    I have.

20        Q.    When was the last time you reviewed these

21   agreements?

22        A.    I reviewed it in February of this year.
```



1        Q.    Do you review these agreements regularly?

2        A.    I do.

3        Q.    To your knowledge, what was the extent of

4   the agreement between Saint Joseph's and University

5   of Maryland Medical System regarding Saint Joseph's

6   Catholic identity?

7             MS. WIGGER:  Object to form.

8             You may answer in your personal capacity

9   or personal knowledge.

10       A.    Thank you.  My understanding, because I

11  wasn't here when the document was put together, I was

12  informed by the archbishop that when UMMS approached

13  Saint Joe's to be part of UMMS, the archbishop made

14  it clear that Saint Joseph Medical Center will remain

15  Catholic in its practice of medicine.

16            If they agreed to that, then the

17  relationship could continue.  And there was a

18  document called the definitive agreement that UMMS

19  and the Archdiocese of Baltimore signed that, even

20  though Saint Joseph's was a member of UMMS, it would

21  still remain authentically Catholic.

22            BY MR. GOLDMAN:



1      Q.    Does UMMS ensure that Saint Joseph's

2  remains a Catholic institution?

3           MS. WIGGER:  Object to form.

4           You may answer in your personal knowledge

5  or personal capacity.

6      A.    UMMS has no -- has nothing to do with

7  Saint Joseph's remaining a Catholic hospital.  It is

8  between Saint Joseph's and the Archdiocese of

9  Baltimore.

10          BY MR. GOLDMAN:

11     Q.    But you just answered -- and feel free to

12 clarify -- that UMMS entered into an agreement to

13 make sure that Saint Joseph's maintained its Catholic

14 heritage; is that right?

15          MS. WIGGER:  Object to form.

16     A.    UMMS signed a document with the

17 Archdiocese of Baltimore that Saint Joseph's would

18 remain Catholic and Saint Joseph's reports to the

19 archdiocese to be sure that they stay Catholic.

20          BY MR. GOLDMAN:

21     Q.    So it's fair to say that UMMS, by

22 contract, ensures that Saint Joseph's maintains its



 1  Catholic heritage, right?

 2          MS. WIGGER:  Object to form.  It's a legal

 3  conclusion.

 4      A.   I -- I don't know an answer to that.  I

 5  just explained the much (sic) I know.

 6          BY MR. GOLDMAN:

 7      Q.   Let me try rephrasing it a different way

 8  and then we can move to something else.

 9          You testified that you're aware of an

10  agreement between UMMS and the archdiocese, correct?

11      A.   Yes.

12      Q.   And you also testified that UMMS agreed in

13  that document that Saint Joseph's would maintain its

14  Catholic heritage, correct?

15          MS. WIGGER:  Object to form.  It's a legal

16  conclusion.

17          Now you may answer.  Zoom delay.

18      A.   Okay.  Yes.

19          BY MR. GOLDMAN:

20      Q.   Okay.  Thank you.

21          So is it fair to say that by signing that

22  document, as far as you know, having reviewed the



 1  documents, UMMS agreed to ensure that Saint Joseph's

 2  would maintain its Catholic heritage?  Is that fair

 3  to say?

 4              MS. WIGGER:  Object to form.  It's a legal

 5  conclusion.

 6      A.    The partnership, as I understand, is Saint

 7  Joseph's to practice and remain Catholic and report

 8  to the archdiocese, not to report to UMMS that they

 9  are practicing the Catholic -- you know, the Catholic

10  faith or the Catholic theology.

11              It is a relationship as I know -- because

12  I haven't talked to anybody in UMMS about Saint Joe's

13  being Catholic.  I only talked with the archdiocese,

14  and that's all I know.  The link is between myself

15  and -- and Saint Joe's and the archdiocese, nothing

16  with UMMS.  Nothing, zero.

17              I haven't talked to anybody in UMMS, but

18  I've consistently had conversations with the

19  archbishop, with the chancellor, with the -- with

20  everybody in the archdiocese regarding Saint Joseph's

21  remaining Catholic.  But I have zero conversation

22  with anybody or any executives in UMMS with regard to

 1   Saint Joe's remaining Catholic.

 2            BY MR. GOLDMAN:

 3       Q.    Thank you.  Earlier you said that part of

 4   your job deals with the ethical and religious

 5   directives for Catholic Health Care Services; is that

 6   correct?

 7       A.    Yes.

 8       Q.    Are those referred to as the ERDs?

 9       A.    Yes.

10       Q.    What generally are the ERDs?

11       A.    The ER- -- the ERD is a document put

12   together by the entire body of the United States

13   Catholic Bishops Conference, and that document is put

14   together for all Catholic hospitals in the United

15   States to be a document that will guide them in the

16   practice of medicine.

17       Q.    And what is the basis for your knowledge

18   about the ERDs?

19       A.    The basis of my knowledge is that I

20   studied it.  It's part of my education to be the vice

21   president of Mission Integration and I've learned in

22   seminars and workshops for the interpretation of the



 1  document and implementation of the document in all

 2  Catholic hospitals within the United States.

 3       Q.    And you mentioned that the ERDs are

 4  published by the United States Conference of Catholic

 5  Bishops; is that correct?

 6       A.    Yes.

 7       Q.    Have you read the entirety of the ERDs?

 8       A.    I have.

 9       Q.    And when was the last time you read the

10  entirety of the ERDs?

11       A.    I just read it again over the weekend.

12       Q.    Wonderful.  Me, too.

13             Are the ERDs updated regularly?

14       A.    They're updated based on whenever the

15  bishops conference see it -- when they deem that it

16  is time for a review, they will do that, depending on

17  things happening within the society and in our

18  culture.  So right now we are working with the sixth

19  edition.

20             We don't know whenever they're ready to

21  come up with the seventh edition, so we are working

22  with this just like we did the -- what do you call



1  that? -- that is used in psychological assessments.

2       Q.    And how do you personally stay informed of

3  updates to the ERDs?

4       A.    I stay informed by a lot of education that

5  comes from Catholic Health Association because they

6  send us modules of education and we have conferences,

7  and we have one coming in Indianapolis, in Vienna in

8  June.

9            And it's a five-day conference.  All we

10  will be discussing within that period will be the

11  ERDs, so we continually educate ourselves on that

12  document.

13      Q.    Does Saint Joseph's implement the most

14  updated version of the ERDs?

15      A.    Yes, because we have no other choice than

16  to follow the one -- the collective bishops of United

17  States published (sic), so that is the one we are

18  using right now at Saint Joe's.

19      Q.    And that is the sixth edition, you said?

20      A.    Yes, the sixth edition.

21      Q.    Have you provided any training to any

22  staff at Saint Joseph's on the ERDs?



 1        A.    I have.

 2        Q.    Are these formal training sessions?

 3        A.    They are more of an informal session.  The

 4   formal one I did was with the -- with the -- the

 5   Institutional Ethics Committee because every member

 6   in the committee needs to be well aware and

 7   accustomed to this document.  When provided as a hire

 8   (sic), we orient them in that document and they'll

 9   have a copy.

10        If they have any question of anything they

11   didn't understand in the document, they are free to

12   call or consult with me.

13        Q.    To clarify, that is the Institutional

14   Ethics Committee?

15        A.    Could you say -- could you say that again?

16        Q.    Sure.  The description you just gave of

17   the training, was that describing the training to the

18   Institutional Ethics Committee?

19        A.    Yes.

20        Q.    Okay.  Putting aside the Institutional

21   Ethics Committee for a moment, are there any formal

22   training sessions that you've provided to staff at



1    Saint Joseph's?

2         A.    I haven't done any formal training except

3    the fact that those documents are provided to all

4    employees.

5         Q.    Okay.  And is any staff -- putting aside

6    again the Institutional Ethics Committee, is any

7    staff at Saint Joseph's required to attend any

8    training session on the ERDs?

9              MS. WIGGER:  Object to form.

10        A.    For the University of Maryland Saint

11   Joseph Medical Center, being a Catholic hospital, and

12   also in the definitive agreement signed by Saint

13   Joseph's and also the archdiocese, every employee at

14   Saint Joseph is oriented to the document and the

15   document is permanently on our website where

16   everybody could go print it out and read.

17             And if anybody has any question about any

18   section of the document, they are free to call or

19   have a meeting with me for explanation.  It's part of

20   the orientation just like every other orientation we

21   do for all employees.  We give them the handbook of

22   the organization.  We don't educate them page by page



1   on the handbook.

2            We provide them all this, they go through

3   it.  If they have any question in the handbook, they

4   approach HR.  The same way we're providing this

5   document, if they have any question, they approach

6   me.

7            BY MR. GOLDMAN:

8       Q.   So is it fair to say that an employee of

9   Saint Joseph's, when they start, they receive

10  orientation that includes the ERDs, but after that

11  there's no requirement that they receive training in

12  it?

13           Is that fair to say?

14           MS. WIGGER:  Object to form.

15      A.   Well, I'm still new here, so I've yet to

16  see how things happen.  But the fact is that

17  everybody's oriented.  Do you understand what I said?

18  Every organization has a handbook, even the company

19  you work for, and everybody is provided with the

20  handbook.

21           If they have any question, they approach

22  HR.  If they have any question with the ERD, they



1   know who to go to, and that has been what I've seen.

2   That has been going on since I've been here.

3              BY MR. GOLDMAN:

4        Q.    Understood.

5              Just to confirm, after orientation there

6   is no requirement, as far as you know, that anyone

7   receive any training, correct?

8        A.    I don't know the answer to the question

9   because I don't know what happens after that.  I

10  haven't been here for a long time to give you an

11  answer beyond what I have just said.

12       Q.    In your time at Saint Joseph's, you

13  haven't seen any required formal training, have you?

14             MS. WIGGER:  Object to form.

15       A.    I have not yet seen.

16             BY MR. GOLDMAN:

17       Q.    Okay.  And just to clarify, you began in

18  your position as vice president of Mission

19  Integration at the end of 2020?

20       A.    At the end of 2019.

21       Q.    Okay.  Now, does Saint Joseph's give out

22  copies of the ERDs to staff with their orientation?



```
1              CERTIFICATE OF NOTARY PUBLIC

2              I, SHERRY L. BROOKS, a Notary Public in

3    and for the STATE OF MARYLAND, before whom the

4    foregoing deposition was taken, do hereby certify

5    that the witness whose testimony appears in the

6    foregoing deposition was duly sworn by me; that the

7    testimony of said witness was taken by me in

8    Shorthand at the time and place mentioned in the

9    caption hereof and thereafter transcribed by me; that

10   said deposition is a true record of the testimony

11   given by said witness remotely via Zoom

12   videoconferencing; that I am neither counsel for,

13   related to, nor employed by any of the parties to the

14   action in which this deposition was taken; and

15   further, that I am not a relative or employee of any

16   counsel or attorney employed by the parties hereto,

17   nor financially or otherwise interested in the

18   outcome of this action.

19                                   Sherry L. Brooks

20                              SHERRY L. BROOKS
                                Notary Public in and for
21                                 STATE OF MARYLAND

22   My commission expires:  July 9, 2023
```



Case 1:20-cv-02088-DKC  Document 98-6  Filed 06/24/22  Page 31 of 34
FATHER LOUIS ASOBI                                      April 11, 2022
Hammons vs University of Maryland Medical System                   105

1              ACKNOWLEDGMENT OF DEPONENT

2

3    ASSIGNMENT NO.:  J8078715

4    CASE CAPTION:  JESSE HAMMONS - V - UNIVERSITY OF
                    MARYLAND MEDICAL SYSTEM CORP., ET AL.
5
     DEPONENT:  FATHER LOUIS ASOBI
6

7           DECLARATION UNDER PENALTY OF PERJURY

8              I declare under penalty of perjury that I

9    have read the entire transcript of my Deposition

10   taken in the captioned matter or the same has been

11   read to me, and the same is true and accurate, save

12   and except for changes and/or corrections, if any, as

13   indicated by me on the DEPOSITION ERRATA SHEET

14   hereof, with the understanding that I offer these

15   changes as if still under oath.

16

17   Signed on the 23 day of May , 2022.

18   

19        FATHER LOUIS ASOBI

20

21

22

FATHER LOUIS ASOBI                                    April 11, 2022
Hammons vs University of Maryland Medical System                106

```
 1          DEPOSITION ERRATA SHEET

 2   Page No.__13_Line No.__16_Change to:__"2019" to "2020"

 3   _____

 4   Reason for change:__Typographical Error_____

 5   Page No._13___Line No._18___Change to:_"2020" to "2021"

 6   _____

 7   Reason for change:__Typographical Error_____

 8   Page No.__13_Line No.__22_Change to:_"2019" to "2020"

 9   _____

10   Reason for change:__Typographical Error_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20

21   SIGNATURE:_____DATE:_____

22          FATHER LOUIS ASOBI
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1               DEPOSITION ERRATA SHEET

 2    Page No._____Line No._____Change to:_____

 3    _____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____Line No._____Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20

21    SIGNATURE:_____DATE:_____

22              FATHER LOUIS ASOBI
```



FATHER LOUIS ASOBI                                April 11, 2022
Hammons vs University of Maryland Medical System              108

```
 1  |          DEPOSITION ERRATA SHEET
 2  |  Page No._____Line No._____Change to:_____
 3  |  _____
 4  |  Reason for change:_____
 5  |  Page No._____Line No._____Change to:_____
 6  |  _____
 7  |  Reason for change:_____
 8  |  Page No._____Line No._____Change to:_____
 9  |  _____
10  |  Reason for change:_____
11  |  Page No._____Line No._____Change to:_____
12  |  _____
13  |  Reason for change:_____
14  |  Page No._____Line No._____Change to:_____
15  |  _____
16  |  Reason for change:_____
17  |  Page No._____Line No._____Change to:_____
18  |  _____
19  |  Reason for change:_____
20  |
21  |  SIGNATURE:_____DATE:_____
22  |          FATHER LOUIS ASOBI
```

