# Exhibit 9

**In the Matter Of:**

Hammons vs University of Maryland Medical System

20-cv-02088-DKC

---

# WILLIAM C. GRESKOVICH

*May 20, 2022*

---

*30(b)(6)*



800.211.DEPO (3376)
EsquireSolutions.com

1          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
2

3
   JESSE HAMMONS                    :
4                                   :
      Plaintiff,                    :
5                                   :
   v.                               : Case No:
6                                   : 20-cv-02088-DKC
   UNIVERSITY OF MARYLAND           :
7  MEDICAL SYSTEM                   :
   CORPORATION; UMSJ HEALTH         :
8  SYSTEM, LLC; and                 :
   UNIVERSITY OF MARYLAND           :
9  ST. JOSEPH MEDICAL               :
   CENTER, LLC,                     :
10                                  :
      Defendants.                   :
11

12

13        VIDEOTAPED REMOTE DEPOSITION OF
              WILLIAM C. GRESKOVICH
14                 30(b)(6)

15
              Friday, May 20, 2022
16               1:08 p.m., EST

17

18         Reisterstown, Maryland

19

20
        Megan Sczygelski, Videographer
21      Terry L. Bradley, Court Reporter

22



```
 1              APPEARANCES OF COUNSEL

 2

 3   For the Plaintiff:

 4      PATTERSON BELKNAP WEBB & TYLER, LLP
        JONATHAN HERMANN, ESQ.
 5      1133 Avenue of the Americas
        New York, NY 10036
 6      E-jhermann@pbwt.com

 7

     For the Defendants:
 8
        SHEPPARD MULLIN
 9      PAUL A. WERNER, ESQ.
        2099 Pennsylvania Avenue, NW
10      Suite 100
        Washington, DC 20006
11      E-pwerner@sheppardmullin.com

12

13

14

15

16

17

18

19

20

21

22
```



```
 1                    INDEX OF EXAMINATION

 2

 3    EXAMINATION                              PAGE

 4    By Mr. Hermann . . . . . . . . . .        5

 5

 6                          ~~~~~

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22
```



```
 1              P R O C E E D I N G S

 2

 3          THE VIDEOGRAPHER:  Good afternoon.

 4   I have now started the recording, and we are

 5   now on the record.  The time is 1:08 p.m.,

 6   Eastern Time on Friday, May 20th, 2022.  This

 7   begins the videoconference deposition of

 8   William Greskovich, taken in the matter of

 9   Jesse Hammons versus University of Maryland

10   Medical System Corporation, et al., filed in

11   the U.S. District Court of Maryland, Case No.

12   20 CV 02088.

13          My name is Megan Sczygelski.  I'm

14   your Remote Videographer today.  The Court

15   Reporter is Terry Bradley.  We are representing

16   Esquire Deposition Solutions.

17          Will everyone present please

18   identify themselves and state who you

19   represent, after which the Court Reporter will

20   swear the witness.

21          MR. HERMANN:  Jon Hermann

22   representing the plaintiff, Jesse Hammons.
```



```
 1              MR. WERNER:  Paul Werner, Sheppard

 2   Mullin, representing the defendants.

 3

 4           Upon the Court Reporter receiving no

 5   objections to administering a binding oath

 6   remotely to this videoconference:

 7

 8              WILLIAM C. GRESKOVICH,

 9    was duly sworn, and testified as follows:

10

11                   EXAMINATION

12   BY MR. HERMANN:

13      Q.    Would you state your name for the

14   record, please.

15      A.    William Charles Greskovich.

16      Q.    Hi Mr. Greskovich.  My name is Jon

17   Hermann.  I represent the plaintiff, Jesse

18   Hammons, in this lawsuit against the University

19   of Maryland Medical System Corporation.

20           (Discussion with the Court

21   Reporter.)

22              THE VIDEOGRAPHER:  We are going off
```



 1  BY MR. HERMANN:

 2     Q.    And one of those fundamentals that

 3  UMMS agreed to was to establish and maintain

 4  the ERD's and that they would be

 5  operationalized at St. Joseph.  Is that right?

 6          MR. WERNER:  Object to the form.

 7          MR. HERMANN:  And I'm going to move

 8  down to show you where I'm reading.

 9          THE WITNESS:  Can you restate the

10  question though.

11  BY MR. HERMANN:

12     Q.    Sure.  Sure.  Just above we looked

13  at a section that spelled out certain

14  fundamentals that would be established to --

15          -- with respect to St. Joseph's

16  Catholic Identity.

17          MR. WERNER:  Object to the form.

18  BY MR. HERMANN:

19     Q.    Here in Section 12.17(b) we see that

20  UMMS committed to continuing to operate in a

21  manner consistent with its Catholic values by

22  ensuring that the ERD's are operationalized.



1          Do you see that in this paragraph?

2      A.    Yeah.  The confusion I have is not

3  with the paragraph.  I agree that they agreed

4  to continue with that that was in place.  The

5  end of your sentence, establishing or

6  operationalizing, I'm not sure I can answer

7  that one.  I'm not sure what that part means.

8      Q.    You don't have an understanding as

9  to what operationalized means with respect to

10  this agreement?

11      A.    I do, but I read that as if it was

12  operational and in place by the hospital, we

13  agreed to retain it as you said in the first

14  part of the sentence.

15          Question.  Sorry.

16      Q.    Would it be fair to say that UMMS

17  agreed to assume direct responsibility for

18  ensuring St. Joseph abides by the ERD's?

19          MR. WERNER:  Object to form.

20          THE WITNESS:  Yeah.  I don't --

21          I don't think I have the background

22  to answer that question.  I think that's --



 1  BY MR. HERMANN:

 2      Q.    Did St. Joseph --

 3            I'm sorry.  Go ahead.

 4      A.    Yeah.  I think that's outside.  It

 5  gets --

 6            -- feels legal to me versus

 7  operational.

 8      Q.    In this first sentence we see here

 9  that UMMS and UMSJ shall continue to ensure

10  compliance with the ERD's.

11            Do you see that?

12      A.    Uh-huh.

13      Q.    And you don't have an understanding

14  as to whether UMMS, as a condition to sale,

15  assumed the responsibility to ensure that the

16  ERD's are operationalized at St. Joseph?

17            MR. WERNER:  Object to the form.

18            THE WITNESS:  Yeah, I would --

19            From my operational standpoint we --

20            -- the Catholic Identity is managed

21  locally by the local leadership team and the

22  CEO and senior executives on the Board at the



 1  hospital level.

 2  BY MR. HERMANN:

 3      Q.   But according to this agreement

 4  here, it was UMMS's assurance that it would

 5  ensure that St. Joseph continued to abide by

 6  the ERD's.  Is that right?

 7          MR. WERNER:  Object to the form.

 8          THE WITNESS:  Yeah.  I couldn't

 9  comment on how ensure is used in that context.

10  BY MR. HERMANN:

11      Q.   And again, we see here UMMS and UMSJ

12  and UMSJHS -- which I'll represent is the same

13  entity as UMSJ -- and again, you testified that

14  you are not familiar with the entity UMSJ?

15          MR. WERNER:  Object to the form.

16          THE WITNESS:  Correct.  Prior to

17  reading this document I had no knowledge of

18  that.

19  BY MR. HERMANN:

20      Q.   Prior to reading this document was

21  it your knowledge that UMMS had direct

22  authority over St. Joseph?



1              MR. WERNER:  Object to the form.

2              THE WITNESS:  Again, can you be more

3    clear in what sense --

4              Are we talking about the Catholic

5    Initiative?

6    BY MR. HERMANN:

7         Q.   I'm talking just general

8    organizational structure.  Is St. Joseph a

9    subsidiary of UMMS?

10        A.   Yes.  St. Joe's is a subsidiary of

11   UMMS.  Correct.

12        Q.   I'm going to now go to PDF Page 84,

13   Section 12.16, which is entitled Governance.

14             Do you see that on my screen?

15        A.   I do.

16        Q.   And do you see here that UMMS has

17   the right to directly appoint two voting

18   members of the UMSJ Board?

19        A.   I do.

20        Q.   Are you aware that UMMS currently

21   exercises its right?

22             MR. WERNER:  Object to the form.



1              THE WITNESS:  I --

2              I would imagine we do.  I couldn't

3    confirm that we've got two members on it right

4    now.

5    BY MR. HERMANN:

6       Q.    And to your understanding does

7    UMMS's appointment power extend to both the

8    Board of UMSJ and St. Joseph?

9       A.    Um, I don't know that answer to that

10   question.

11      Q.    Prior to preparing for this

12   deposition were you aware that UMMS had the

13   power to appoint members to the Board of either

14   UMSJ or St. Joseph?

15      A.    I would have assumed there were, but

16   I did not honestly ever think about it.

17      Q.    And just maybe for clarity, why

18   don't I go to Section --

19              Excuse me.

20              -- Subsection C, 12.16 Subsection C.

21   And we see here that UMMS and UMSJ shall ensure

22   that the members of the UMSJ Board constitute



Case 1:20-cv-02088-DKC   Document 98-10   Filed 06/24/22   Page 14 of 30
WILLIAM C. GRESKOVICH   30(b)(6)                          May 20, 2022
Hammons vs University of Maryland Medical System                     56

1    hospitals?

2         A.    I'm trying to think.  You got me on

3    the spot.  Because that's --

4              I could, but not right now.  Let me

5    think for a while.  Maybe we'll get back to

6    that.

7         Q.    We can put a pin in that.  That's

8    fine.

9              Putting aside specific examples,

10   could you tell me how UMMS might collaborate

11   with St. Joseph with respect to one of these

12   strategic plans?

13        A.    So the CEO's all meet as a

14   leadership team, and they're responsible for

15   running -- with their executive team -- their

16   hospitals, but they also work collaboratively

17   as a unit to look at things like patient

18   safety, high reliability organizations.

19              There's an example.  They're working

20   on high reliability organizations, how to

21   become, you know, a better organization.  So

22   they work together and share ideas, and those



1  CEO's go back to their local sites and

2  implement ideas with their leadership team that

3  could lead them towards the goal of being a

4  high reliable organization.

5      Q.    And as far as the adoption of

6  strategic plans, is it your understanding that

7  that is a formalized process in the UMMS

8  hospitals?

9      A.    Um, it's my understanding that all

10 hospitals adopt their strategic plan.  Yes.

11     Q.    In a formal document?

12     A.    It's been my experience that it's in

13 a document.  Yes.

14     Q.    Does UMMS sign --

15          Or a UMMS representative sign those

16 documents?

17     A.    Not to my knowledge.

18     Q.    Does UMMS have to approve those

19 documents?

20     A.    Not to my knowledge.

21     Q.    Does St. Joseph, to your knowledge,

22 have any strategic plans separate from the



 1  strategic plans of UMSJ?

 2      A.    Again, not --

 3          I don't know of the plan that they

 4  do.  I know they operate under a strategic plan

 5  that -- -

 6          You know, we've got 11 hospitals.  I

 7  don't read all the plans.

 8      Q.    Scroll down just a little bit.

 9          Do you know if UMMS has ever

10  approved any material additions, expansions,

11  revisions or deletions of the healthcare

12  service -- I'm at Subsection J -- at St.

13  Joseph?

14      A.    Um, I don't know of any.  I don't

15  know of any action around this.  I guess it's--

16          I don't know what section we're in,

17  but no, I don't know of any that they've acted

18  on.

19      Q.    Is it possible that UMMS has acted

20  and you're just not aware?

21      A.    I couldn't speak to that.

22      Q.    Are you aware of any of these



1   BY MR. HERMANN:

2       Q.    Well, we spoke for some time about

3   UMMS's express powers, UMMS's reserved powers,

4   UMMS's appointment powers to appoint members to

5   St. Joseph's Board.  You have no specific

6   knowledge as to whether UMMS in practice

7   exercises those powers, do you?

8             MR. WERNER:  Object to the form.

9             THE WITNESS:  Under oath I can't

10  factually give you an example of when I've seen

11  them exercise it.  My understanding of these

12  agreements are they're there for a reason, and

13  so I would assume that that happens.

14  BY MR. HERMANN:

15      Q.    I'm going to take this agreement

16  down.  And why don't we --

17            Why don't we just step back from the

18  agreements for a second.

19            From an operational standpoint --

20  and you've testified that, a few times, that

21  that's the basis of your understanding -- how

22  does UMS exercise control over St. Joseph?



Case 1:20-cv-02088-DKC   Document 98-10   Filed 06/24/22   Page 18 of 30
WILLIAM C. GRESKOVICH  30(b)(6)                    May 20, 2022
Hammons vs University of Maryland Medical System                    82

1      A.    Um, well, I would say that how we

2   work with them is that we work in a variety of

3   areas.  So obviously, we've got 11 hospitals, 8

4   CEO's, and we have a lot, a lot in common.  As

5   kind of as an affinity initiative we have

6   things we do in radiology, and you know,

7   pharmacy, where we bring groups together and

8   look for common goals and problems and

9   learnings that we can work together on.  And so

10   there's a lot of problem solving and working on

11   shared objectives.

12      Q.    And that problem solving and those

13   shared objectives are UMMS systemwide?

14      A.    I didn't hear the end of it.  Are

15   UMMS what?

16      Q.    Systemwide?

17      A.    Yeah.  We work --

18            If I understand the question, yes,

19   we work as a system on common initiatives.

20      Q.    And we touched on some initiatives

21   before, and I know we didn't speak much of

22   specific examples.  Can you think now of an



1  example of a systemwide initiative between UMMS

2  and its system hospitals?

3      A.    Yeah.  There's --

4            When we have --

5            I mean, the best one is the

6  pandemic.  When the pandemic hit we put groups

7  together to solve vaccines.  You know, testing

8  first and then providing vaccine to the

9  community.  So we stood up vaccine centers.  So

10 we worked as a group together to do that.  That

11 would be one example.

12     Q.    And in what ways did the group work

13 together?

14     A.    Sharing inventory, um, standing

15 up --

16            -- you know, there were using our

17 spaces at our hospital to provide access to the

18 public for vaccination and testing.

19     Q.    Is inventory typically not shared

20 between hospitals?

21     A.    No.  Each hospital runs

22 independently.  Once they have their



1   inventory --

2            I mean, they --

3            How can I say this?

4            They're their own entity that then

5   rolls up to us at a system level.  When we --

6            When we did something like the

7   pandemic we actually would meet daily and

8   develop protocols for getting out to the public

9   so we could get them vaccinated and tested.

10   Q.    Any other examples of that kind of

11  systemwide initiative?

12   A.    Yeah.  Um, when there's

13  pharmaceutical shortages in other areas, we

14  have employee shortages, so we'll come together

15  and identify --

16            There's a big shortage of

17  technologists in the radiology area.  You know,

18  this group comes together, identifies it as a

19  system level problem.  We work together to find

20  a solution.  Most recently found a manager that

21  was willing to bring people in from out of

22  state to help us, so we contracted with them



 1   and solved that, you know --

 2          -- solved a problem that many

 3   facilities were having in common.

 4      Q.   Any others in the last, let's say

 5   five years?

 6      A.   Supply.  You know, we do a lot

 7   around supply chain.  Um, project management,

 8   project improvement, I mean, initiatives, um,

 9   looking at ways that we can improve processes.

10      Q.   And what are some examples of those

11   processes?

12      A.   Um, let me think of one recently.

13          Um, maybe like a lab turnaround

14   time, or making sure that, you know, we're

15   doing best practice.

16      Q.   And best practice meaning?

17      A.   Uh, in healthcare there's published

18   best practices where people show through better

19   outcomes that doing something a new way or

20   different way is better than what was

21   considered the standard or the community

22   standard.  And it's an education sharing.  And



1    then you take those lessons learned, and you go

2    back to your site and you implement those

3    changes.

4         Q.    With respect to financing --

5         A.    Uh-huh.

6         Q.    Does UMMS ever take out a loan

7    jointly with its --

8               -- one of its member hospitals or

9    multiple member hospitals?

10              MR. WERNER:  Object to the form.

11              THE WITNESS:  Yeah.  I couldn't

12   answer that specifically.  Um, I'm not in the

13   finance department.  Generally, you know, bonds

14   are used to finance capital projects.  And I

15   just --

16              You would have to ask the finance

17   folks how those are structured.

18   BY MR. HERMANN:

19        Q.    Are there ever capital projects that

20   are systemwide?

21        A.    No.  Capital projects are generally

22   specific to sites.  I can't think of a --



Case 1:20-cv-02088-DKC  Document 98-10  Filed 06/24/22  Page 23 of 30
WILLIAM C. GRESKOVICH  30(b)(6)                        May 20, 2022
Hammons vs University of Maryland Medical System                    87

1            Yeah, they're generally site

2     specific.  They're bricks and mortar,

3     computers.

4        Q.    What about information systems?

5        A.    Information system, we're all on the

6     same information system.  That's a shared

7     service.

8        Q.    And how long has UMMS had that

9     shared service?

10       A.    Well, we're still in the evolution

11    of that shared service.  It's different.  It's

12    been a rollout.  I think it just wrapped up

13    probably this past Fall I think the final one

14    might have been.  So I would say that it's

15    probably been a 12-year journey.  You know, I'd

16    be guessing at this point.  It's quite a

17    journey to get to there.

18       Q.    Is IT shared across hospitals within

19    UMMS?

20       A.    It's two level.  There's --

21            Yeah.  Yes, it is.  And there's some

22    local IT still remaining.  But a lot of the



 1  resources, because it's become a scarce

 2  resource, a lot of the resources have been

 3  shared.

 4      Q.   And which hospitals is it still

 5  remaining?

 6      A.   Which?  I'm not sure.  I think in

 7  the lab area.  I'd have --

 8          I wouldn't have an exact answer for

 9  you.  I would -- -

10          You know, again, I don't --

11          The implementa--

12          I know one of the last two hospitals

13  to go were this Fall, and I'm not sure if they

14  still have other folks in place.

15      Q.   And all UMMS member hospitals share

16  the same web services.  Is that right?

17      A.   Web services?

18      Q.   They're all UMMS domain?

19      A.   Yes.  The web service, yes.

20      Q.   And all member hospitals, employees

21  have UMMS.org e-mail addresses.  Is that right?

22      A.   Correct.



1          Now did you say org?  I'm sorry.

2  It's at --

3          It's UMed.

4     Q.    UM.ed?  .ed?

5     A.    Yeah.

6     Q.    Not UMMS.org?

7     A.    No.

8     Q.    Do you know if the member hospitals

9  have their own Office of General Counsel?

10    A.    I don't know that.

11    Q.    Do you know if the member hospitals

12 have their own media relations departments?

13    A.    I don't.

14    Q.    Do you know if the member hospitals

15 share retirement plans?

16    A.    We are --

17          Again, it's evolutionary.  We are

18 moving towards a common benefit platform.  I

19 just --

20          You know, without having HR comment

21 where we are, I know we're near the end of that

22 deployment.



1      Q.    Is the UMMS --

2            Or strike that.

3            Does the UMMS HR department serve

4    all of its member hospitals?

5      A.    Uh, they're --

6            It serves all the member hospitals,

7    but they also have local representation.

8      Q.    And do the member hospitals'

9    employees have a common payroll across UMMS?

10     A.    Yes.

11     Q.    I'm sorry?

12     A.    Yes.  I think there may be one or

13   two exceptions still out there based on the

14   evolution.  That again, has evolved over time.

15     Q.    And do employees across member

16   hospitals share the same health insurance?

17     A.    I'm not sure on that one yet.

18           MR. HERMANN:  Give me one moment.

19           Why don't we take a quick --

20           -- a quick 5-minute break if that

21   sounds good to everybody, then we'll reconvene.

22           THE VIDEOGRAPHER:  We are going off



1    CERTIFICATE OF NOTARY PUBLIC

2          I, Terry L. Bradley, the officer before

3    whom the foregoing deposition was taken, do

4    hereby certify that the witness whose testimony

5    appears in the foregoing deposition was duly

6    sworn by me; that the testimony of said witness

7    was taken by me in shorthand and thereafter

8    reduced to computerized transcription under my

9    direction; that said deposition is a true

10   record of the testimony given by said witness;

11   that I am neither counsel for, related to, nor

12   employed by any of the parties to the action in

13   which this deposition was taken; and further,

14   that I am not a relative or employee of any

15   attorney or counsel employed by the parties

16   hereto, nor financially or otherwise interested

17   in the outcome of the action.

18   _Terri Bradley_

19   Notary Public in and for
     the State of Maryland

20

21   My Commission expires:  November 15, 2023

22

1        DEPOSITION ERRATA SHEET

2   Our Assignment No. J8261281

3   Case Caption:

4   Jesse Hammons

5   vs.

6   University of Maryland Medical System

7   Corporation, et al

8

9      DECLARATION UNDER PENALTY OF PERJURY

10     I declare under penalty of perjury that I

11   have read the entire transcript of my

12   Deposition taken in the captioned matter or the

13   same has been read to me, and the same is true

14   and accurate, save and except for changes

15   and/or corrections, if any, as indicated by me

16   on the DEPOSITION ERRATA SHEET hereof, with the

17   understanding that I offer these changes as if

18   still under oath.

19

20   Signed on the __17th__ day of ___June___, 2022.

21   _Wuin C Grles_

22     William C. Greskovich



WILLIAM C. GRESKOVICH  30(b)(6)                          May 20, 2022
Hammons vs University of Maryland Medical System                    95

DEPOSITION ERRATA SHEET

Page No.____19____ Line No.____4____ Change to:____2 years

_____2 years is the correct number_____

Reason for change:_____

Page No.____86____ Line No.____8____ Change to:_____

____Process_____

Reason for change:___Process improvement was the statement____

Page No.__90_____ Line No.___3___ Change to:___UMM.EDU

_____

Reason for change:___Correction_____

Page No._____ Line No._____ Change to:_____

_____

Reason for change:_____

Page No._____ Line No._____ Change to:_____

_____

Reason for change:_____

Page No._____ Line No._____ Change to:_____

_____

Reason for change:_____

SIGNATURE_____ DATE:__6/17/22

        William C. Greskovich



WILLIAM C. GRESKOVICH  30(b)(6)                           May 20, 2022
Hammons vs University of Maryland Medical System                    96

```
 1              DEPOSITION ERRATA SHEET

 2    Page No._____ Line No._____ Change to:_____

 3    _____

 4    Reason for change:_____

 5    Page No._____ Line No._____ Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____ Line No._____ Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____ Line No._____ Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____ Line No._____ Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____ Line No._____ Change to:_____

18    _____

19    Reason for change:_____

20

21    SIGNATURE:_____ DATE 6/17/22

22              William C. Greskovich
```

