# Exhibit 10

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS,              )<br>                                            )<br>            Plaintiff,            )<br>                                            )<br>    v.                                    )<br>                                            )<br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM   )<br>CORPORATION, et al.          )<br>                                            )<br>            Defendants.       )<br>                                            ) | Case No. 1:20-cv-02088-DKC |

**DEFENDANTS' NOTICE OF FILING EXHIBITS UNDER SEAL**

Pursuant to Local Rules 104.13(c), 105.11, and Section 3 of the Confidentiality Order in this case (ECF Nos. 69 & 70), Defendants University of Maryland Medical System Corporation ("UMMS"), UMSJ Health System, LLC ("UMSJ"), and University of Maryland St. Joseph Medical Center, LLC ("St. Joseph") (collectively "Defendants"), hereby attach Exhibits 2, 7, 10, 13, 15, and 19 to their Memorandum in Support of Motion for Summary Judgment.  Defendants have simultaneously moved for leave to file Exhibits 2, 7, 10, 13, 15, and 19 under seal.

Dated: June 24, 2022

/s/ Denise Giraudo
Denise Giraudo (Bar No. 29015)
Paul Werner (admitted *pro hac vice*)
Danielle Vrabie (admitted *pro hac vice*)
Imad Matini (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20036
Tel: 202-747-1906
Fax: 202-747-3933
dgiraudo@sheppardmullin.com
pwerner@sheppardmullin.com
dvrabie@sheppardmullin.com
imatini@sheppardmullin.com

-1-