# Exhibit 13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS, )<br>)<br>　　　　Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM )<br>CORPORATION, et al. )<br>)<br>　　　　Defendants. )<br>　　　　　　　　　　　　　　　　　　　　　　　　　) | Case No. 1:20-cv-02088-DKC |

# DEFENDANTS' NOTICE OF FILING EXHIBITS UNDER SEAL

Pursuant to Local Rules 104.13(c), 105.11, and Section 3 of the Confidentiality Order in this case (ECF Nos. 69 & 70), Defendants University of Maryland Medical System Corporation ("UMMS"), UMSJ Health System, LLC ("UMSJ"), and University of Maryland St. Joseph Medical Center, LLC ("St. Joseph") (collectively "Defendants"), hereby attach Exhibits 2, 7, 10, 13, 15, and 19 to their Memorandum in Support of Motion for Summary Judgment.  Defendants have simultaneously moved for leave to file Exhibits 2, 7, 10, 13, 15, and 19 under seal.

Dated: June 24, 2022

　　　　　　　　　　　　　　　　　　　　/s/ Denise Giraudo
　　　　　　　　　　　　　　　　　　　　Denise Giraudo (Bar No. 29015)
　　　　　　　　　　　　　　　　　　　　Paul Werner (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Danielle Vrabie (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Imad Matini (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　SHEPPARD, MULLIN, RICHTER &
　　　　　　　　　　　　　　　　　　　　HAMPTON LLP
　　　　　　　　　　　　　　　　　　　　2099 Pennsylvania Ave., N.W., Suite 100
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　Tel: 202-747-1906
　　　　　　　　　　　　　　　　　　　　Fax: 202-747-3933
　　　　　　　　　　　　　　　　　　　　dgiraudo@sheppardmullin.com
　　　　　　　　　　　　　　　　　　　　pwerner@sheppardmullin.com
　　　　　　　　　　　　　　　　　　　　dvrabie@sheppardmullin.com
　　　　　　　　　　　　　　　　　　　　imatini@sheppardmullin.com