# Exhibit 14

1           IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF MARYLAND

3    ----------------------------:
     JESSE HAMMONS,              :
4                                :
                Plaintiff,       :
5           vs.                  :Case No.
                                 :1:20-CV-02088-DKC
6    UNIVERSITY OF MARYLAND      :
     MEDICAL SYSTEM CORPORATION, :
7                                :
     UMSJ HEALTH SYSTEM, LLC,    :
8                                :
     UNIVERSITY OF MARYLAND ST.  :
9    JOSEPH MEDICAL CENTER, LLC, :
                Defendants.      :
10   ----------------------------:

11                  Towson, Maryland

12              Wednesday, April 6, 2022

13   Video Conference Deposition of:

14              DR. MICHAEL J. MARION

15   called for oral examination by counsel for

16   Plaintiff, pursuant to notice, in Towson, Maryland,

17   before Sheri C. Stewart, RPR, RMR, of Esquire

18   Deposition Solutions, a Notary Public in and for the

19   State of Maryland, beginning at 12:01 p.m., when

20   were present on behalf of the respective parties:

21

22   Job No. J8078711



```
 1    A P P E A R A N C E S:

 2    On behalf of Plaintiff:

 3        JONATHAN HERMANN, ESQUIRE
          ANDREW D. COHEN, ESQUIRE
 4        ARON FISCHER, ESQUIRE
          JOSHUA M. GOLDMAN, ESQUIRE
 5        Patterson, Belknap, Webb & Tyler, LLP
          1133 Avenue of the Americas
 6        New York, New York  10036
          (212) 336-2000
 7        JHermann@pbwt.com
          ACohen@pbwt.com
 8        AFischer@pbwt.com
          JGoldman@pbwt.com

 9

10    On behalf of Defendants:

11        DANIELLE VRABIE, ESQUIRE
          Sheppard, Mullin, Richter & Hampton, LLP
12        30 Rockefeller Plaza
          New York, New York  10112
13        (212) 634-3081
          DVrabie@sheppardmullin.com

14

15    Also present:  George Ellis, videographer

16

17

18

19

20

21

22
```



1                        C O N T E N T S

2    EXAMINATION BY:                                   PAGE

3        MR. HERMANN                                      5

4

5

6    MARION DEPOSITION EXHIBITS:                       PAGE

7    Ex. 10   Document Bates stamped UMMS395-401        53

8    Ex. 11   Document Bates stamped UMMS697-700        79

9    Ex. 12   Document Bates stamped UMMS711            87

10

11

12   (*Exhibits attached to transcript.)

13

14

15

16

17

18

19

20

21

22



| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are now on the | 12:01:38 |
| 2 | record.  The time is 12:01 p.m. Eastern | 12:01:39 |
| 3 | Standard Time on April 6, 2022.  This begins | 12:01:41 |
| 4 | the videoconference deposition of Dr. Michael | 12:01:45 |
| 5 | J. Marion taken in the matter of Jesse Hammons | 12:01:48 |
| 6 | versus the University of Maryland Medical | 12:01:52 |
| 7 | System Corporation, et al., filed in the United | 12:01:52 |
| 8 | States District Court for the District of | 12:01:57 |
| 9 | Maryland, case number is 1:20-CV-02088-DKC.  My | 12:02:00 |
| 10 | name is George Ellis, I'm your remote | 12:02:07 |
| 11 | videographer.  The court reporter is Sheri | 12:02:13 |
| 12 | Stewart.  We're representing Esquire Deposition | 12:02:15 |
| 13 | Solutions. | 12:02:16 |
| 14 | Counsel please state your name and who you | 12:02:19 |
| 15 | represent after which the court reporter will | 12:02:21 |
| 16 | swear in the witness. | 12:02:22 |
| 17 | MR. HERMANN:  Good afternoon.  Jonathan | 12:02:25 |
| 18 | Hermann, Patterson, Belknap, Webb & Tyler for | 12:02:26 |
| 19 | plaintiff, Jesse Hammons. | 12:02:29 |
| 20 | MS. VRABIE:  Danielle Vrabie for the | 12:02:30 |
| 21 | defendants and the witness. | 12:02:34 |
| 22 | THE VIDEOGRAPHER:  Sheri, you're -- two | 12:02:35 |



| | | |
|---|---|---|
| 1 | things.  Sheri was muted and, Mr. Fisher, we | 12:02:35 |
| 2 | did not hear your -- | 12:02:35 |
| 3 | MR. FISCHER:  This is Aron Fischer, I'm | 12:02:52 |
| 4 | Mr. Herman's colleague at Patterson, Belknap. | 12:02:53 |
| 5 | I'm going to be here silently listening. | 12:02:56 |
| 6 | P R O C E E D I N G S | 12:03:01 |
| 7 | WHEREUPON, | 12:03:01 |
| 8 | DR. MICHAEL J. MARION | 12:03:01 |
| 9 | called as a witness, and having been first duly | 12:03:01 |
| 10 | sworn, was examined and testified as follows: | 12:03:01 |
| 11 | EXAMINATION BY COUNSEL FOR PLAINTIFF | 12:03:01 |
| 12 | BY MR. HERMANN: | 12:03:19 |
| 13 | Q    Good afternoon, Dr. Marion.  Could you | 12:03:24 |
| 14 | please just state your name for the record? | 12:03:26 |
| 15 | A    Michael Marion. | 12:03:29 |
| 16 | Q    And, Dr. Marion, have you ever been | 12:03:31 |
| 17 | deposed before? | 12:03:33 |
| 18 | A    Yes. | 12:03:34 |
| 19 | Q    And you understand that you're testifying | 12:03:35 |
| 20 | under oath today? | 12:03:38 |
| 21 | A    Yes. | 12:03:39 |
| 22 | Q    And that being under oath means that | 12:03:40 |



1       A    We became employed physicians.                  12:09:42

2       Q    And so did SJMC acquire that orthopedic         12:09:47

3   practice?                                                12:09:51

4       A    It's a little bit more complicated than         12:09:54

5   that.  We maintain a managed service organization or     12:09:56

6   an MSO, so we maintain our own practice and run the      12:09:59

7   practice, but the physicians and providers are APPs,     12:10:04

8   are mid levels, are employed by the St. Joseph           12:10:09

9   Medical Group.                                           12:10:12

10      Q    You were once chief of surgery at SJMC,          12:10:16

11  correct?                                                 12:10:19

12      A    I'm currently chief of surgery at SJMC.         12:10:20

13      Q    And when did you become chief of surgery?       12:10:23

14      A    2017, January.                                  12:10:27

15      Q    And what are your responsibilities as          12:10:30

16  chief of surgery?                                        12:10:32

17      A    I'm part of the self-governing medical         12:10:34

18  staff office, so I have responsibility to the           12:10:37

19  physicians who are surgeons, they're in my              12:10:42

20  department, and I sit on the medical executive          12:10:46

21  committee representing those physicians to make sure    12:10:50

22  that we're following policy and procedures of the       12:10:54



| | | |
|---|---|---|
| 1 | hospital. | 12:10:57 |
| 2 |     Q   You mentioned you sit on a medical | 12:10:59 |
| 3 | executive committee.  Would you say you report to | 12:11:01 |
| 4 | that committee? | 12:11:03 |
| 5 |     A   I'm a member of the committee. | 12:11:04 |
| 6 |     Q   Who else is a member of that committee? | 12:11:08 |
| 7 |     A   All of the department chiefs as well as | 12:11:10 |
| 8 | the chief medical officer. | 12:11:14 |
| 9 |     Q   You report to the chief medical officer? | 12:11:21 |
| 10 |     A   I do. | 12:11:23 |
| 11 |     Q   Do you report to anyone else in your role | 12:11:26 |
| 12 | as chief of surgery? | 12:11:27 |
| 13 |     A   You know, the lines these days with chief | 12:11:30 |
| 14 | of surgery become a little bit blurry.  Officially I | 12:11:33 |
| 15 | am, again, part of that, I'm governed by the medical | 12:11:36 |
| 16 | staff governing system, but being an employed | 12:11:39 |
| 17 | physician, I also report to the administrative side | 12:11:47 |
| 18 | of the hospital as an employee. | 12:11:52 |
| 19 |     Q   And who would you report to on the | 12:11:56 |
| 20 | administrative side other than the chief medical | 12:12:00 |
| 21 | officer? | 12:12:02 |
| 22 |     A   Scott Conover and Tom Smyth. | 12:12:03 |



1      Q    And who are they?                          12:12:09

2      A    One is a VP and the other is the CEO of    12:12:10

3   the hospital.                                      12:12:14

4      Q    Does anybody report to you as chief of     12:12:17

5   surgery?                                           12:12:19

6      A    I don't have a direct report, no.          12:12:20

7      Q    Do the surgeons who perform surgeries at   12:12:25

8   SJMC report to you in any way?                     12:12:30

9      A    No.  Again, I help to administer the       12:12:33

10   policy of the hospital, but those surgeons can be  12:12:36

11   employed by the hospital, those surgeons can be    12:12:42

12   community practice providers that are privately    12:12:45

13   employed, are self-employed, so they don't report to 12:12:47

14   me in an employment fashion.                       12:12:51

15      Q    Generally speaking, what policy do you     12:12:54

16   help to develop?                                   12:12:58

17      A    Typically around quality and safety and   12:13:01

18   then following the bylaws and the policies of the  12:13:05

19   hospital.                                          12:13:08

20      Q    And in your development of these policies, 12:13:12

21   do you have any communications with University of  12:13:14

22   Maryland medical school?                           12:13:18



1        A    The medical school?                          12:13:21

2        Q    I'm sorry, medical system, I misspoke,       12:13:22

3   medical system, UMMS.  I'll refer to it as UMMS.       12:13:24

4        A    Not directly.  I mean the MEC reports to      12:13:29

5   the board, right, so the decisions of the medical      12:13:31

6   executive committee then go up to the board of the     12:13:34

7   hospital, but there's not a direct connection          12:13:37

8   between our medical executive committee and the        12:13:40

9   University of Maryland Medical System.                 12:13:43

10       Q    Were you also at one point medical           12:13:47

11  director of Surgical Informatics?                      12:13:49

12       A    Yes.                                          12:13:52

13       Q    Are you still the director?                  12:13:53

14       A    Yes.                                          12:13:55

15       Q    Can you explain generally speaking what      12:13:58

16  the medical director of Surgical Informatics does?     12:14:00

17       A    Sure.  In October of 2014, we implemented    12:14:04

18  our current electronic medical record which is Epic,   12:14:10

19  and that took a lot of work interfacing with the       12:14:14

20  surgeons and the front line providers who were going   12:14:18

21  to use that electronic medical record and the          12:14:21

22  analysts who created the electronic medical record     12:14:25



| | | |
|---|---|---|
| 1 | and so I helped to bridge that gap with either | 12:14:28 |
| 2 | education, elbow support, developing systems within | 12:14:32 |
| 3 | the electronic medical record. | 12:14:37 |
| 4 |     Q   And when you say elbow support, I'm | 12:14:42 |
| 5 | assuming you don't mean surgically speaking? | 12:14:44 |
| 6 |     A   No.  I mean holding their hand through | 12:14:47 |
| 7 | creating notes and understanding how to enter data | 12:14:50 |
| 8 | and moving through the DHR. | 12:14:53 |
| 9 |     Q   And who, if you can generalize, who do you | 12:14:57 |
| 10 | help entering that information into Epic? | 12:15:02 |
| 11 |     A   Again, typically I'm, I have purview over | 12:15:09 |
| 12 | surgeons and surgical providers. | 12:15:14 |
| 13 |     Q   How about schedulers at SJMC? | 12:15:18 |
| 14 |     A   They're on the -- no, I mean, I help with | 12:15:22 |
| 15 | any issues that may come up but, you know, the | 12:15:25 |
| 16 | scheduling is a separate department within SJMC. | 12:15:29 |
| 17 |     Q   And circling back, if we could just | 12:15:35 |
| 18 | briefly, to your role as chief of surgery. | 12:15:38 |
| 19 |     A   Um-hum. | 12:15:40 |
| 20 |     Q   Is it possible, could you give me a | 12:15:41 |
| 21 | typical day of your duties in a day as chief of | 12:15:43 |
| 22 | surgery? | 12:15:48 |



1   answers your question.                                    12:37:13

2        Q    Let me just see if I can -- so it's fair        12:37:15

3   to say that staff at SJMC does not consider whether       12:37:17

4   a hysterectomy is life threatening before allowing        12:37:22

5   it to be scheduled, correct?                              12:37:26

6            MS. VRABIE:  Objection.                           12:37:28

7   BY MR. HERMANN:                                            12:37:37

8        Q    I'll ask another way.                            12:37:37

9              Has a hysterectomy ever been denied             12:37:38

10  at SJMC because it was not to treat a life                12:37:42

11  threatening condition?                                     12:37:45

12           MS. VRABIE:  Objection.  If you know, if          12:37:51

13      you can answer, Dr. Marion, you can.                   12:37:52

14       A    I'm not sure, I'm just not following the         12:37:54

15  question, I guess.                                         12:37:56

16  BY MR. HERMANN:                                            12:37:57

17       Q    I'll try and rephrase.                           12:38:03

18              Is it fair to say, to your knowledge,          12:38:08

19  that no hysterectomy has been canceled at SJMC            12:38:09

20  because that hysterectomy was to treat a nonlife          12:38:17

21  threatening condition?                                     12:38:20

22           MS. VRABIE:  Objection.                           12:38:23



| | | |
|---|---|---|
| 1 | A    I think, if I may, I think you're asking | 12:38:43 |
| 2 | me if a patient has a life threatening condition, | 12:38:47 |
| 3 | would we do the surgery emergently, like a | 12:38:51 |
| 4 | hysterectomy.  So if a patient has uterine bleeding, | 12:38:56 |
| 5 | there are situations in which a patient can | 12:39:02 |
| 6 | exsanguinate and die from uterine bleeding, we would | 12:39:04 |
| 7 | do a hysterectomy immediately for that case and | 12:39:07 |
| 8 | there would, without a question. | 12:39:15 |
| 9 | BY MR. HERMANN: | 12:39:19 |
| 10 | Q    And -- | 12:39:20 |
| 11 | A    Did I answer that, what you're getting at? | 12:39:20 |
| 12 | Q    I think we're getting there.  And so the | 12:39:23 |
| 13 | vast majority of hysterectomies, it sounds like | 12:39:25 |
| 14 | based on your answer, are performed to treat | 12:39:27 |
| 15 | conditions that are not emergent? | 12:39:31 |
| 16 | A    The majority are -- | 12:39:34 |
| 17 | MS. VRABIE:  Objection. | 12:39:36 |
| 18 | A    -- done to treat non-emergent conditions, | 12:39:36 |
| 19 | yes. | 12:39:39 |
| 20 | BY MR. HERMANN: | 12:39:40 |
| 21 | Q    Okay.  And so once again, scheduling | 12:39:40 |
| 22 | surgeons do not need your approval provided they | 12:39:49 |



| | | |
|---|---|---|
| 1 | have the credentials and the admitting privileges to | 12:39:54 |
| 2 | schedule a hysterectomy at SJMC? | 12:39:56 |
| 3 |     A    Correct. | 12:40:00 |
| 4 |     Q    Are you familiar with the institutional | 12:40:02 |
| 5 | ethics committee? | 12:40:04 |
| 6 |     A    I know that we have one. | 12:40:09 |
| 7 |     Q    What is your understanding of what that | 12:40:12 |
| 8 | committee does? | 12:40:15 |
| 9 |     A    They help adjudicate any ethical decisions | 12:40:17 |
| 10 | that need to be made in the hospital, if there are | 12:40:23 |
| 11 | complicated patient care decisions, they act as a | 12:40:26 |
| 12 | resource. | 12:40:30 |
| 13 |     Q    Have you ever participated in an ethics | 12:40:33 |
| 14 | committee meeting? | 12:40:36 |
| 15 |     A    No. | 12:40:37 |
| 16 |     Q    Have you ever sat on the ethics committee? | 12:40:39 |
| 17 |     A    No. | 12:40:41 |
| 18 |     Q    Do physicians or scheduling surgeons need | 12:40:45 |
| 19 | to get approval for any particular procedure from | 12:40:47 |
| 20 | the ethics committee? | 12:40:50 |
| 21 |     A    It depends.  There are situations in which | 12:40:55 |
| 22 | there are end of life issues that come up that | 12:40:59 |



Case 1:20-cv-02088-DKC   Document 98-15   Filed 06/24/22   Page 15 of 51
**DR. MICHAEL J. MARION**                                   April 06, 2022
Hammons vs University of Maryland Medical System              38

1  sometimes go to the ethics committee so there may be    12:41:03

2  instances in which the ethics committee is consulted    12:41:08

3  for specific decisions.                                 12:41:11

4      Q    What about for hysterectomies, to your        12:41:15

5  knowledge?                                              12:41:21

6      A    There was a case, I believe, that did go      12:41:28

7  to the ethics committee over hysterectomy.              12:41:32

8      Q    And do you remember approximately when        12:41:37

9  that case was?                                          12:41:38

10     A    It may have been in 2018.  I don't know if    12:41:40

11 that case actually went to the committee or not.        12:41:43

12 There was talk of it going to the committee and I       12:41:46

13 don't know if it ended up going to the committee or     12:41:48

14 not.                                                    12:41:50

15     Q    And can you think of any other               12:41:51

16 hysterectomies that were referred to the committee?     12:41:53

17     A    No.  And again, I'm going to clarify that     12:41:56

18 by saying that I am not the chief of OB-GYN even        12:42:01

19 though I'm the chief of surgery.  So oftentimes         12:42:05

20 those types of questions go through the chief of        12:42:09

21 OB-GYN and I don't deal with them.  So I likely         12:42:12

22 wouldn't know of other cases.                           12:42:18



```
 1        Q    Understood.  If we can just focus on that      12:42:24

 2   2018 case for a moment.  Do you recall anything          12:42:29

 3   specific about, about that procedure?                    12:42:33

 4        A    Yes.                                           12:42:37

 5        Q    What do you recall?                            12:42:39

 6        A    That there was a question of whether the       12:42:45

 7   case could be performed because the, the patient         12:42:47

 8   identified as transgender.                               12:42:56

 9        Q    And do you remember the outcome of that        12:43:01

10   case?                                                    12:43:03

11        A    I believe the case was performed.             12:43:04

12        Q    Shifting gears just briefly.  Are you          12:43:14

13   familiar with the ethical and religious directives       12:43:17

14   of the Catholic health services?                         12:43:20

15        A    Yes.                                           12:43:22

16        Q    And I'm just going to refer to them as         12:43:23

17   ERDs.  Would you understand if I refer to them as        12:43:24

18   ERDs?  What do you know about the ERDs?                   12:43:27

19        A    They are a list of directives from the         12:43:33

20   U.S. Conference of Catholic Bishops that help govern     12:43:37

21   what may and may not be done in Catholic hospitals.      12:43:42

22        Q    And what's the basis for your                  12:43:48
```



Case 1:20-cv-02088-DKC   Document 98-15   Filed 06/24/22   Page 17 of 51
DR. MICHAEL J. MARION                                    April 06, 2022
Hammons vs University of Maryland Medical System                    40

1   understanding?                                        12:43:51

2        A     As someone who works at a Catholic        12:43:53

3   hospital, it's actually in my employment contract    12:43:56

4   that I am to follow the ERDs.                         12:44:00

5        Q     Have you read them in their entirety?      12:44:04

6        A     I have.                                    12:44:07

7        Q     When was the last time you read them in    12:44:09

8   their entirety?                                       12:44:12

9        A     Probably in 2018.                          12:44:14

10       Q     And when you say 2018, are you referring   12:44:18

11  to the time around the hysterectomy we just spoke     12:44:20

12  of?                                                   12:44:24

13       A     Actually, I think in 2018 was the most     12:44:24

14  recent update of the ERDs.                            12:44:27

15       Q     Have you attended training sessions on the 12:44:32

16  ERDs?                                                 12:44:34

17       A     No.                                        12:44:36

18       Q     Have you spoken with any religious         12:44:39

19  authorities about the ERDs specifically?              12:44:41

20       A     Yes.  We have a VP of admission            12:44:44

21  integration who is in charge of ensuring that the     12:44:48

22  ERDs are followed.                                    12:44:51



| | | |
|---|---|---|
| 1 | Q    And who is that individual? | 12:44:54 |
| 2 | A    Right now it's Father Asoby. | 12:44:57 |
| 3 | Q    And have you spoken to Father Asoby about | 12:44:59 |
| 4 | the ERDs? | 12:45:01 |
| 5 | A    No. | 12:45:03 |
| 6 | Q    Was, did Dr. or Father Asoby have a | 12:45:05 |
| 7 | predecessor? | 12:45:08 |
| 8 | A    Yes. | 12:45:11 |
| 9 | Q    And who was that predecessor? | 12:45:12 |
| 10 | A    That was Keith Riddle. | 12:45:14 |
| 11 | Q    When did Father Asoby take over Keith | 12:45:16 |
| 12 | Riddle? | 12:45:19 |
| 13 | A    Maybe, boy, the dates get blurred with the | 12:45:23 |
| 14 | pandemic.  I'm thinking just before the pandemic so | 12:45:29 |
| 15 | maybe the end of 2019. | 12:45:32 |
| 16 | Q    Okay.  And did you speak with Mr. Riddle | 12:45:35 |
| 17 | about the ERDs? | 12:45:38 |
| 18 | A    Yes. | 12:45:39 |
| 19 | Q    Approximately when? | 12:45:42 |
| 20 | A    2018. | 12:45:44 |
| 21 | Q    On more than one occasion? | 12:45:46 |
| 22 | A    Maybe twice.  I remember one specific | 12:45:50 |



1    meeting but, no, maybe twice.                           12:45:53

2         Q    What was the nature of that one meeting?      12:45:58

3         A    To review the, to review the ERDs because     12:46:00

4    there was a new edition that was published with         12:46:04

5    whatever changes they were and how we should            12:46:11

6    interpret them.                                         12:46:14

7         Q    Was there anyone else at this meeting?        12:46:15

8         A    I want to say that Gail Cunningham, our       12:46:20

9    CMO, was there, and maybe our director of surgical      12:46:27

10   services was there.                                     12:46:33

11        Q    And who was that?                             12:46:35

12        A    Larry Moore.  I can't recall if he was        12:46:37

13   there or not.  I think he was.                          12:46:40

14        Q    And do you remember any specifics of that     12:46:43

15   meeting?                                                12:46:47

16        A    You know, just the highlights of the          12:46:52

17   general, the general flavor of the ERDs and what we     12:46:54

18   are permitted and not permitted to do at                12:47:02

19   St. Joseph's.                                           12:47:04

20        Q    And did that discussion at all concern        12:47:06

21   whether surgeries could or could not be performed at    12:47:10

22   is SJMC?                                                12:47:15



| | | |
|---|---|---|
| 1 | A    Yeah, I mean we know that we cannot do | 12:47:16 |
| 2 | sterilizations, we can't do vasectomies, we can't do | 12:47:17 |
| 3 | tubal ligations, we can't do abortions of any type. | 12:47:19 |
| 4 | Q    And you spoke about all of this at that | 12:47:26 |
| 5 | one meeting? | 12:47:29 |
| 6 | A    Yes. | 12:47:30 |
| 7 | Q    And since 2018, I think, I think you've | 12:47:34 |
| 8 | answered this, but just to be clear, since 2018 have | 12:47:37 |
| 9 | you had discussions about the ERDs with the vice | 12:47:40 |
| 10 | president from admission integration? | 12:47:44 |
| 11 | A    No. | 12:47:49 |
| 12 | Q    Have you had discussions about the ERDs | 12:47:50 |
| 13 | with anybody? | 12:47:51 |
| 14 | A    I don't believe any formal, not in any | 12:47:57 |
| 15 | formal way, no. | 12:48:00 |
| 16 | Q    What's your understanding of how ERDs | 12:48:04 |
| 17 | govern surgeries?  And I know you've touched on this | 12:48:08 |
| 18 | just before? | 12:48:11 |
| 19 | A    Yeah.  So, you know, in broad, in broad | 12:48:11 |
| 20 | strokes, as I said, we're, we, we, when I say we I | 12:48:15 |
| 21 | mean St. Joseph Medical Center is not permitted to | 12:48:19 |
| 22 | do any type of sterilizations, as I mentioned.  We | 12:48:23 |



| | | |
|---|---|---|
| 1 | (Whereupon, Exhibit No. 10 was marked for | 13:11:37 |
| 2 | identification.) | 13:11:37 |
| 3 | BY MR. HERMANN: | 13:11:44 |
| 4 | Q    Dr. Marion, do you see UMMS395 up on the | 13:11:48 |
| 5 | screen? | 13:11:54 |
| 6 | A    Yes. | 13:11:55 |
| 7 | Q    One moment. | 13:11:57 |
| 8 | MS. VRABIE:  Yeah, I note that it's also a | 13:11:58 |
| 9 | multipage exhibit and I'd like to have the | 13:12:00 |
| 10 | chance for the witness to look through the | 13:12:03 |
| 11 | entire document, so. | 13:12:05 |
| 12 | MR. HERMANN:  Sure.  Why don't we do -- | 13:12:10 |
| 13 | why don't we do -- why don't we do this.  Why | 13:12:11 |
| 14 | don't I try and drop the file into the chat and | 13:12:16 |
| 15 | Dr. Marion will see if that works.  Let's see. | 13:12:18 |
| 16 | THE WITNESS:  So what I am doing | 13:12:53 |
| 17 | downloading this file?  Is that what I'm | 13:12:54 |
| 18 | supposed to do? | 13:12:57 |
| 19 | MS. VRABIE:  Yeah, if you download the | 13:12:58 |
| 20 | file then you'll be able to open it and scroll | 13:12:59 |
| 21 | through it and read it. | 13:13:04 |
| 22 | MR. HERMANN:  I'll still share my screen | 13:13:09 |



| | | |
|---|---|---|
| 1 | if that's all right just to make sure that | 13:13:11 |
| 2 | we're on the same page literally and | 13:13:13 |
| 3 | figuratively.  Let us know when you open that | 13:13:15 |
| 4 | document up. | 13:13:24 |
| 5 | THE WITNESS:  I'm actually having a little | 13:13:34 |
| 6 | trouble with it, honestly.  Oh, I got it. | 13:13:36 |
| 7 | Okay.  It's open. | 13:13:41 |
| 8 | BY MR. HERMANN: | 13:13:42 |
| 9 | Q    I'll give you a minute just to skim | 13:13:43 |
| 10 | through it and refresh your recollection. | 13:13:45 |
| 11 | A    Sure.  All right.  Yes.  Thank you. | 13:13:48 |
| 12 | Q    I'm on what's stamped as page UMMS399, it | 13:14:31 |
| 13 | is page five of the PDF.  Do you see that? | 13:14:36 |
| 14 | A    Yes. | 13:14:42 |
| 15 | Q    Do you recall receiving this e-mail from | 13:14:42 |
| 16 | Kate Barbara on October 11, 2018, with the subject | 13:14:45 |
| 17 | line Adashek 11, slash, 12? | 13:14:48 |
| 18 | A    Yes.  I mean, I don't recall it.  I know I | 13:14:52 |
| 19 | reviewed it so, yes. | 13:14:54 |
| 20 | Q    Do you recall who Kate Barbara is? | 13:14:58 |
| 21 | A    Yes. | 13:15:00 |
| 22 | Q    And who is she? | 13:15:02 |



| | |
|---|---|
| 1 | A    She's the head of surgical business | 13:15:03 |
| 2 | administrator who's also in charge of the posting | 13:15:09 |
| 3 | department. | 13:15:12 |
| 4 | Q    And you mentioned earlier that the | 13:15:14 |
| 5 | administrative department is responsible for | 13:15:17 |
| 6 | training the schedulers, correct? | 13:15:19 |
| 7 | A    Correct. | 13:15:22 |
| 8 | Q    And that's with respect to identifying | 13:15:23 |
| 9 | certain procedures that might be flagging, correct? | 13:15:25 |
| 10 | A    Yes. | 13:15:30 |
| 11 | Q    Do you recall the details about what she | 13:15:30 |
| 12 | calls this, quote, case?  That she's identifying in | 13:15:33 |
| 13 | this e-mail? | 13:15:37 |
| 14 | A    Yes. | 13:15:37 |
| 15 | Q    And we started discussing it a little | 13:15:38 |
| 16 | earlier, but if you could just tell me what you | 13:15:40 |
| 17 | remember about this case. | 13:15:42 |
| 18 | A    There was a question about whether the | 13:15:46 |
| 19 | case could be posted because the patient was | 13:15:49 |
| 20 | identified as transgender and as I had mentioned, | 13:15:52 |
| 21 | our nonclinical posting department is trained to | 13:15:59 |
| 22 | understand the ethical and religious directives so | 13:16:04 |



1   that raised a red flag for them and so they          13:16:08

2   contacted Kate, their supervisor, to see if we could 13:16:10

3   or should be posting this case at St. Joe's.         13:16:15

4        Q    And so your understanding is that they     13:16:20

5   flagged this case based on their understanding of    13:16:22

6   what the ERDs permit and do not permit?              13:16:25

7        A    That's right.                              13:16:28

8        Q    Do you recall forwarding this e-mail chain 13:16:33

9   to Dr. Smyth, CC'ing Keith Riddle?                   13:16:34

10       A    I do.                                       13:16:40

11       Q    Okay.  Who is Thomas Smyth?                 13:16:41

12       A    He's the CEO of the hospital.              13:16:45

13       Q    And he's a medical doctor?                 13:16:48

14       A    He is.  He's a urologist by training.      13:16:50

15       Q    And we discussed Keith Riddle a little bit 13:16:53

16   before.  Is he a medical doctor?                    13:16:56

17       A    No.                                         13:16:57

18       Q    Do you recall writing to Dr. Smyth that    13:16:58

19   you, quote, didn't think that there was a problem,  13:17:02

20   unquote, in doing a hysterectomy?                   13:17:05

21       A    Yes.                                        13:17:07

22       Q    What did you mean by that?                 13:17:07



| | | |
|---|---|---|
| 1 | A    I didn't think that this case was in | 13:17:10 |
| 2 | violation of the ERDs. | 13:17:16 |
| 3 | Q    And why didn't you think it was a | 13:17:20 |
| 4 | violation of the ERDs? | 13:17:22 |
| 5 | A    If my recollection is correct, I clarified | 13:17:24 |
| 6 | with the surgeon, Dr. Adashek, who was posting the | 13:17:29 |
| 7 | case, to ask what the symptoms were for which | 13:17:33 |
| 8 | Dr. Adashek was posting the hysterectomy and I was | 13:17:40 |
| 9 | told that it was abnormal uterine bleeding or | 13:17:44 |
| 10 | dysmenorrhea.  We -- I'm sorry. | 13:17:47 |
| 11 | Q    Go ahead. | 13:17:52 |
| 12 | A    No, no. | 13:17:53 |
| 13 | Q    Go ahead.  I didn't want to cut you off. | 13:17:53 |
| 14 | You were talking about your conversation with | 13:17:56 |
| 15 | Dr. Adashek. | 13:17:58 |
| 16 | A    Yes.  So upon finding out that the | 13:17:59 |
| 17 | diagnosis was abnormal uterine bleeding I felt that | 13:18:02 |
| 18 | that was an indication for hysterectomy, that does | 13:18:07 |
| 19 | not run afoul of the ERDs. | 13:18:12 |
| 20 | Q    And did you speak to Dr. Adashek before | 13:18:16 |
| 21 | you received this e-mail from Ms. Barbara? | 13:18:20 |
| 22 | A    No. | 13:18:22 |



1      Q     So you called him after you received this       13:18:23

2    e-mail, correct?                                        13:18:28

3      A     Yeah.   I believe I called him.   I don't        13:18:29

4    think that there was an e-mail, I think I called        13:18:32

5    him.                                                    13:18:34

6      Q     And just to be clear, Dr. Adashek was the        13:18:35

7    surgeon scheduling this procedure, correct?             13:18:37

8      A     Correct.                                          13:18:40

9      Q     Did you know Dr. Adashek before this             13:18:42

10   procedure?                                              13:18:45

11     A     Yes.                                              13:18:46

12     Q     Has he performed hysterectomies at SJMC          13:18:47

13   before?                                                 13:18:51

14     A     Yes.                                              13:18:51

15     Q     You write here that the, quote, the             13:18:54

16   scheduling department was questioning whether we        13:18:56

17   could do the surgery in a Catholic institution.  And   13:18:58

18   you're referring of course to SJMC, correct?           13:19:01

19     A     Yes.                                             13:19:05

20     Q     And by we, you're referring to the doctors      13:19:05

21   and the staff affiliated with SJMC?                     13:19:07

22     A     I was referring to the institution itself       13:19:13



1   being governed by ERDs.                                    13:19:16

2       Q    And you said that the scheduling                 13:19:21

3   department is instructed to check whether procedures      13:19:22

4   are compliant with the ERDs?                              13:19:25

5       A    They are trained such that when a                13:19:28

6   procedure comes up, it may be running afoul of the        13:19:31

7   ERDs, they're to bring that to their supervisor,          13:19:35

8   which was the case here, yeah.                            13:19:38

9       Q    To your knowledge, has scheduling ever           13:19:40

10  raised a question about whether any other                 13:19:44

11  hysterectomy could take place at SJMC due to the          13:19:45

12  ERDs?                                                     13:19:50

13      A    In fact, this was the only case that has         13:19:52

14  ever been brought to me by the scheduling                 13:19:54

15  department.                                               13:19:57

16      Q    Was this case brought to you, not                13:20:00

17  including plaintiff's case, brought to you where          13:20:02

18  that case concerned a scheduled hysterectomy?             13:20:08

19      A    No.  In fact, just to be clear, the             13:20:12

20  plaintiff's case didn't come to me either.                13:20:14

21      Q    Understood.  I'm going to scroll up a            13:20:19

22  little bit to Mr. Riddle's response to you.  He           13:20:25



1    says, quote, no gender reassignment surgeries are to    13:20:29

2    be done in a Catholic institution.  Do you see that?    13:20:32

3        A    Yes.                                           13:20:36

4        Q    And what did you understand him to mean by     13:20:38

5    that?                                                   13:20:40

6        A    The procedures that are being done for         13:20:41

7    gender affirmation cannot be performed in a Catholic    13:20:44

8    institution because it runs afoul of the ERDs, which    13:20:48

9    I need to paraphrase, and again, I'm no expert on       13:20:56

10   the ERDs, but altering God given normal anatomy and    13:20:58

11   taking out normal organs is not condoned by the        13:21:02

12   ERDs.                                                   13:21:05

13       Q    And again when you say normal organs           13:21:07

14   you're referring to healthy tissue?                     13:21:09

15       A    Healthy tissue, yeah.                          13:21:11

16       Q    And Mr. Riddle writes further, we could        13:21:16

17   not do the gender reassignment surgery but if there     13:21:20

18   was another medical reason for something that, all      13:21:23

19   caps, might, could be considered.  Do you see that?     13:21:27

20       A    Yes.                                           13:21:31

21       Q    And what do you understand or what did you     13:21:32

22   understand him to mean by that?                         13:21:34



1        A     Well, in my e-mail I had said that I don't        13:21:35

2    think that there's a problem with this case because         13:21:39

3    in this particular case there was a diagnosis of            13:21:42

4    dysmenorrhea or abnormal uterine bleeding which is a        13:21:47

5    diagnosis that we, meaning St. Joseph Medical               13:21:51

6    Center, performed hysterectomies for.                       13:21:55

7        Q     And nevertheless, if we scroll up just a          13:21:59

8    little bit, this e-mail from Dr. Smyth, he says, I          13:22:01

9    don't think we can do this case, right?                     13:22:06

10       A     That's what he said.                              13:22:11

11       Q     And is it your understanding that SJMC            13:22:15

12   could not do this case because the patient was              13:22:18

13   transgender?                                                13:22:21

14       A     It was my understanding that Dr. Smyth was        13:22:24

15   concerned that this particular case was running             13:22:27

16   close to the red line that St. Joe's is not allowed         13:22:33

17   to cross.                                                   13:22:38

18       Q     And what --                                       13:22:39

19       A     Based on the ERDs.                                13:22:40

20       Q     As you understand it, what is that red            13:22:44

21   line?                                                       13:22:45

22       A     St. Joe's can't remove normal organs and         13:22:48



| | | |
|---|---|---|
| 1 | can't do gender-affirming surgery for transgender | 13:22:50 |
| 2 | patients. | 13:22:54 |
| 3 |    Q   Dr. Smyth further instructs here to, for | 13:22:58 |
| 4 | Mr. Riddle to forward to Gail so that she can review | 13:23:08 |
| 5 | for medical necessity and primary diagnosis, | 13:23:12 |
| 6 | correct? | 13:23:16 |
| 7 |    A   Yes. | 13:23:17 |
| 8 |    Q   And that's Dr. Cunningham the CMO? | 13:23:18 |
| 9 |    A   Correct. | 13:23:21 |
| 10 |    Q   Does Dr. Cunningham have final say over | 13:23:22 |
| 11 | whether a surgery can take place? | 13:23:26 |
| 12 |    A   She would have, yes, she, I report to her, | 13:23:30 |
| 13 | she would supercede with my judgment, yes. | 13:23:35 |
| 14 |    Q   And does anybody supercede hers? | 13:23:38 |
| 15 |    A   I suppose that she can discuss that with | 13:23:42 |
| 16 | the CEO and the ethics committee. | 13:23:45 |
| 17 |    Q   And so she also may have final say about | 13:23:51 |
| 18 | whether the surgery's compliant with the ERDs, | 13:23:54 |
| 19 | correct? | 13:23:57 |
| 20 |    A   Correct. | 13:23:58 |
| 21 |    Q   So based on this e-mail chain it's | 13:24:05 |
| 22 | accurate to say that a hysterectomy cannot be | 13:24:07 |



1  performed at SJMC if the primary reason for that        13:24:09

2  surgery is gender affirming, correct?                   13:24:12

3      A     Correct.                                       13:24:15

4      Q     But if the primary reason for a               13:24:17

5  hysterectomy was unrelated to the gender-affirming      13:24:18

6  surgery then the hysterectomy could be performed,       13:24:22

7  correct?                                                13:24:24

8      A     Right.  If there's another diagnosis and,     13:24:25

9  you know, so just to put it in, you know, more          13:24:27

10  simple terms, if the organ was diseased, so to         13:24:29

11  speak, if there was some diagnosis of abnormality      13:24:34

12  then, yes, if it's something that we do                13:24:36

13  hysterectomies for then we would be able to do it      13:24:39

14  regardless of the patient being transgender or not.    13:24:42

15      Q     And in this case the primary diagnosis       13:24:47

16  that you note was abnormal uterine bleeding,           13:24:48

17  correct?                                                13:24:51

18      A     Correct.                                      13:24:52

19      Q     And that is a medical indication for         13:24:53

20  receiving a hysterectomy?                               13:24:57

21      A     Yes.                                          13:24:59

22      Q     And in fact, that's what you wrote, that     13:25:01



 1   the primary diagnosis was in fact abnormal bleeding,      13:25:02

 2   right?                                                    13:25:06

 3        A    Correct.                                        13:25:07

 4        Q    Do hysterectomies scheduled at SJMC with a      13:25:07

 5   medical indication of abnormal uterine bleeding           13:25:12

 6   typically require your approval?                          13:25:13

 7        A    No.                                             13:25:17

 8        Q    Before this had they ever required your         13:25:18

 9   approval?                                                 13:25:20

10        A    This was the only case that I can recall        13:25:22

11   of a hysterectomy coming to me for my approval.           13:25:24

12        Q    What about Dr. Cunningham or Dr. Smyth's        13:25:30

13   approval?  Are you aware of any others before this        13:25:33

14   case?                                                     13:25:36

15        A    Before this case, no, I'm not.  The only        13:25:37

16   other case I know is the plaintiff's case in 2020         13:25:40

17   that came to Dr. Cunningham.  But again --                13:25:43

18        Q    And what about --                               13:25:48

19        A    Just to clarify, I'm a chief, while I'm a       13:25:50

20   chief of surgery, there may have been instances that      13:25:54

21   have been brought forward to the chief of OB-GYN          13:25:57

22   that I would not be privy to.                             13:26:03



 1      Q     Understood.  And we talked before about      13:26:04

 2   how hysterectomies were fairly routine; is that       13:26:11

 3   correct?                                              13:26:14

 4      A     They're one of the more common diagnoses.    13:26:16

 5   They're one of the more common procedures that GYNs   13:26:17

 6   do in the hospital, yes.                              13:26:22

 7      Q     And in fact, you write this in 2018 that     13:26:23

 8   hysterectomies are a routine procedure?               13:26:25

 9      A     Yes.                                         13:26:29

10      Q     And that was true when this e-mail was       13:26:30

11   sent?                                                 13:26:32

12      A     Yes.                                         13:26:33

13      Q     That was true in 2020?                       13:26:35

14      A     Yes.                                         13:26:37

15      Q     And so you can't identify any other          13:26:44

16   medical indications or pre-operation diagnoses for    13:26:49

17   hysterectomies that would have required your          13:26:51

18   approval, right?                                      13:26:53

19      A     Correct.                                     13:26:58

20      Q     So it's true here that by reposting the      13:27:05

21   surgery with the diagnosis abnormal uterine bleeding  13:27:08

22   that surgery could in fact be performed at SJMC,      13:27:10



 1   right?                                                    13:27:13

 2           MS. VRABIE:   Objection.   You can answer,        13:27:16

 3     Doctor.                                                 13:27:20

 4     A    Yes.                                               13:27:21

 5   BY MR. HERMANN:                                           13:27:22

 6     Q    Go ahead.                                          13:27:26

 7     A    The surgeon, the GYN felt that this was            13:27:27

 8   medically necessary because of a diagnosis that          13:27:30

 9   signified an abnormal, abnormality for which we do        13:27:34

10   hysterectomies, yes.                                      13:27:39

11     Q    And when you say the surgeon you're                13:27:41

12   referring to Dr. Adashek?                                 13:27:43

13     A    Yes.                                               13:27:44

14     Q    And in fact, this hysterectomy was                 13:27:47

15   performed ultimately, correct?                            13:27:49

16     A    Yes.                                               13:27:51

17     Q    Let's scroll up.  To the e-mail you wrote          13:27:57

18   on October 13th at 9:01.  Do you see that?                13:28:04

19     A    Yes.                                               13:28:09

20     Q    And you note that the hysterectomy was             13:28:13

21   questioned because the patient was transgender,           13:28:15

22   right?                                                    13:28:17



| | | |
|---|---|---|
| 1 | A    Correct. | 13:28:18 |
| 2 | Q    And you in fact called that | 13:28:20 |
| 3 | discrimination.  Do you see that? | 13:28:23 |
| 4 | A    I was referring -- no.  I mean, there's a | 13:28:29 |
| 5 | context to it, right?  The e-mail was written | 13:28:33 |
| 6 | because I was concerned that if we were denying a | 13:28:39 |
| 7 | transgender person a hysterectomy who had abnormal | 13:28:44 |
| 8 | uterine bleeding that would be denying a certain | 13:28:50 |
| 9 | segment of our population a hysterectomy for a | 13:28:55 |
| 10 | diagnosis that we do hysterectomies for.  And that | 13:28:58 |
| 11 | would be discrimination. | 13:29:02 |
| 12 | Q    And that diagnosis you're referring to is | 13:29:05 |
| 13 | the abnormal uterine bleeding, correct? | 13:29:07 |
| 14 | A    Correct. | 13:29:10 |
| 15 | Q    Was it your understanding that this | 13:29:11 |
| 16 | procedure was emergent? | 13:29:13 |
| 17 | MS. VRABIE:  Objection. | 13:29:15 |
| 18 | A    This was not emergent. | 13:29:18 |
| 19 | BY MR. HERMANN: | 13:29:31 |
| 20 | Q    I'm going to scroll up now to Dr. Smyth's | 13:29:31 |
| 21 | response to you in which he says that your e-mail | 13:29:37 |
| 22 | is, quote, a bit strong for e-mail traffic.  Do you | 13:29:41 |



| | | |
|---|---|---|
| 1 | see that? | 13:29:45 |
| 2 | A    Um-hum.  I do. | 13:29:46 |
| 3 | Q    What did you understand him to mean by | 13:29:48 |
| 4 | that? | 13:29:50 |
| 5 | A    I think that he was responding to the | 13:29:52 |
| 6 | passion in which I wrote my e-mail and he felt that | 13:29:56 |
| 7 | that emotion wasn't appropriate for a routine e-mail | 13:29:59 |
| 8 | discussion of this medical issue. | 13:30:08 |
| 9 | Q    Do you agree with him? | 13:30:12 |
| 10 | A    In hindsight, yes. | 13:30:14 |
| 11 | Q    Why is that? | 13:30:18 |
| 12 | A    In the way I wrote the e-mail, I think it | 13:30:21 |
| 13 | was somewhat disrespectful to Mr. Riddle with the | 13:30:23 |
| 14 | way I characterized his e-mail.  And I think that | 13:30:29 |
| 15 | that's primarily what Tom was referring to.  I talk | 13:30:32 |
| 16 | about, I talk about conversion therapy and I give an | 13:30:37 |
| 17 | analogy that probably was not as respectful or | 13:30:42 |
| 18 | appropriate as I could have been. | 13:30:46 |
| 19 | Q    Understood.  You mentioned that you're | 13:30:52 |
| 20 | passionate? | 13:30:56 |
| 21 | A    Yes. | 13:30:56 |
| 22 | Q    Do you today consider that passion | 13:30:59 |



Case 1:20-cv-02088-DKC   Document 98-15   Filed 06/24/22   Page 37 of 51
DR. MICHAEL J. MARION                                    April 06, 2022
Hammons vs University of Maryland Medical System               69

1   justified?                                              13:31:00

2       A    Yes.                                           13:31:01

3       Q    And that was because of your belief that       13:31:05

4   the hospital was denying a patient services that it     13:31:08

5   would not have denied a non-transgender patient,        13:31:14

6   correct?                                                13:31:17

7       A    Correct.                                       13:31:18

8       Q    And you agree to refrain from e-mail           13:31:27

9   conversation and await the committee's decision?        13:31:29

10      A    Yes.                                           13:31:33

11      Q    What was your understanding of the harm in     13:31:38

12  continuing the e-mail conversation?                     13:31:41

13          MS. VRABIE:  Objection.  You can answer,        13:31:46

14      Mr. Marion.                                         13:31:49

15      A    Again, I think that the, I think Dr. Smyth     13:31:50

16  wanted to discuss this in person because he felt        13:31:52

17  that my e-mail was somewhat emotional and               13:31:55

18  potentially not respectful to Mr. Riddle.  Again, if    13:32:03

19  you scroll down to the previous e-mail that I had       13:32:12

20  written, and, yes, and where I talk about               13:32:15

21  specifically conversion therapy and the harm on the     13:32:24

22  LGBTQ community.  I think that Mr. Riddle had given     13:32:30



1   an example or a paper that I can't quite recall at        13:32:35

2   this time that spoke about what the Catholic, the         13:32:39

3   Conference of Catholic Bishops were stating about         13:32:48

4   gender-affirming surgery and, you know, my answer in      13:32:52

5   this e-mail may have been a little bit too pointed        13:32:56

6   for e-mail traffic because as we know, e-mails,           13:33:00

7   texts and written communication can be misconstrued       13:33:03

8   so Tom Wisely said, well, let's discuss this, you         13:33:08

9   know, at a later date.                                    13:33:14

10  BY MR. HERMANN:                                           13:33:17

11       Q    In that article that Mr. Riddle sent?           13:33:17

12       A    Um-hum.                                         13:33:20

13       Q    Did you read it to state that the Catholic      13:33:20

14  church has a policy of denying gender-affirming           13:33:26

15  surgeries in Catholic institutions?                       13:33:32

16       A    You know, to tell you the truth I can't, I      13:33:34

17  actually looked for the attachment that he sent and       13:33:38

18  I couldn't find it.  I can't remember what the            13:33:40

19  attachment was.  Nonetheless, I'll answer your            13:33:43

20  question.  That it's my understanding from the ERDs       13:33:47

21  and from Mr. Riddle's interpretation of them, is          13:33:50

22  that in a Catholic institution, no, we are, we,           13:33:54



| | | |
|---|---|---|
| 1 | St. Joe's, cannot do gender-affirming surgery. | 13:33:57 |
| 2 | Q    Can you recall any other instance in which | 13:34:05 |
| 3 | Dr. Smyth or Dr. Cunningham told you to refrain from | 13:34:07 |
| 4 | discussing a certain topic by e-mail? | 13:34:12 |
| 5 | A    There have been other instances where | 13:34:15 |
| 6 | Dr. Smyth has said you know what, this would be a | 13:34:18 |
| 7 | better discussion in person, so, yes. | 13:34:21 |
| 8 | Q    Did those discussions concern | 13:34:25 |
| 9 | hysterectomies? | 13:34:27 |
| 10 | A    No, they did not. | 13:34:28 |
| 11 | Q    And they didn't concern transgender | 13:34:30 |
| 12 | patients? | 13:34:33 |
| 13 | A    No, they did not. | 13:34:34 |
| 14 | Q    And again, you said -- you referenced the | 13:34:37 |
| 15 | committee in this e-mail.  Are you referring to the | 13:34:40 |
| 16 | ethics committee? | 13:34:42 |
| 17 | A    Yes. | 13:34:44 |
| 18 | Q    And do you know what they ultimately | 13:34:45 |
| 19 | decided? | 13:34:48 |
| 20 | A    You know, and so this is where I just, I | 13:34:49 |
| 21 | don't, I know that the surgery was performed.  I | 13:34:52 |
| 22 | don't know if this went to the ethics committee and | 13:34:56 |



1    if it did, I wasn't specifically consulted or          13:35:00

2    discussed it with the ethics committee nor did they    13:35:07

3    give me any feedback.  So I don't know if this went     13:35:09

4    to the ethics committee or not.  I assume it did        13:35:12

5    from the e-mail chain but I really, I don't know        13:35:15

6    personally.                                             13:35:19

7         Q    Did you have any other conversations with     13:35:26

8    Dr. Smyth about this procedure?                         13:35:30

9         A    We did have a meeting after this e-mail       13:35:33

10   chain to discuss this.                                  13:35:35

11        Q    And what was discussed at that meeting?       13:35:38

12        A    Again, some clarification of the ERDs,        13:35:41

13   what the meaning of the ERDs were, what we can and      13:35:44

14   cannot do which we had gone over, and I again           13:35:47

15   affirmed my belief that in 2018 with this particular    13:35:51

16   case, that there was a medical indication for           13:35:55

17   surgery and because of that medical indication,         13:36:00

18   because the diagnosis was one in which we at            13:36:07

19   St. Joe's performed hysterectomies for, that this       13:36:11

20   was an appropriate case.                                13:36:14

21        Q    And do you remember what Dr. Smyth said at    13:36:17

22   that meeting with respect to what the ERDs do and do    13:36:21



```
1    not allow?                                               13:36:24

2         A    Yes.  And we talked about how, you know,       13:36:26

3    the, there is a audit process that St. Joe's is          13:36:29

4    subject to by the archdiocese and how they look at       13:36:37

5    these cases and how they interpret them and how we       13:36:41

6    have to carefully document what we do, and I'll give     13:36:43

7    you an example.  As you know, because of the ERDs,       13:36:46

8    we cannot do sterilization procedures.  One of the       13:36:52

9    things we cannot do is we cannot place IUDs for          13:36:55

10   women who need, who want an IUD for the purposes of      13:37:00

11   birth control.  However, at St. Joe's, we do             13:37:04

12   sometimes place IUDs because another indication for      13:37:09

13   placing an IUD is abnormal bleeding and that is a        13:37:13

14   treatment for abnormal bleeding but we have to           13:37:19

15   carefully document that and that gets audited every      13:37:21

16   so often and, again, that's in the OB-GYN department     13:37:26

17   so I don't know how frequently it's audited but I do     13:37:30

18   know it is audited regularly by those who enforce        13:37:32

19   the ERDs.  And so we have to be very careful with        13:37:35

20   how we do certain procedures and what the                13:37:41

21   documentation around those procedures is.                13:37:44

22        Q    And so with the animated concern that the      13:37:51
```



```
 1   documentation needed to comply with the ERDs for the    13:37:54

 2   purposes of this audit?                                 13:37:58

 3       A    That was part of the concern, yeah.            13:38:00

 4       Q    And what else was part of the concern?         13:38:03

 5       A    Again, the issue of does this case, did        13:38:06

 6   this case violate the ERDs or not.  So that was a       13:38:12

 7   discussion that we had.                                 13:38:17

 8       Q    Was there any written material produced in     13:38:21

 9   that meeting?                                           13:38:24

10       A    You mean like minutes or anything like         13:38:27

11   that?  I don't believe so.  Yeah, I mean, we, again,    13:38:29

12   we reviewed the written material of the ERDs but it     13:38:33

13   was a discussion.                                       13:38:36

14       Q    Was Dr. Cunningham at that meeting?            13:38:39

15       A    I believe so, yes.                             13:38:42

16       Q    Who else was at that meeting?                  13:38:43

17       A    I believe it was Dr. Smyth,                    13:38:48

18   Dr. Cunningham, Keith Riddle and I can't remember       13:38:50

19   who else might have been.  Oh, you know what, I         13:38:58

20   think that there was the chief of OB-GYN who at that    13:39:00

21   point was Catherine Sewell.                             13:39:04

22       Q    And did anyone other than Dr. Smyth inform     13:39:07
```



| 1 | you of their interpretation of the ERDs with respect | 13:39:16 |
| 2 | to this case? | 13:39:20 |
| 3 | A    Again, this was a discussion, Catherine | 13:39:21 |
| 4 | Sewell gave her opinion, I gave my opinion.  We all | 13:39:24 |
| 5 | gave an opinion and, you know, that was the value of | 13:39:28 |
| 6 | that meeting over an e-mail chain that we could, | 13:39:32 |
| 7 | there was a, it was a discussion with give and take | 13:39:35 |
| 8 | and an exchange of ideas.  It wasn't a lecture. | 13:39:38 |
| 9 | Q    Did you have any further discussions with | 13:39:43 |
| 10 | Dr. Adashek about this procedure? | 13:39:45 |
| 11 | A    No. | 13:39:48 |
| 12 | Q    You spoke with him on the phone, correct, | 13:39:52 |
| 13 | before this procedure was performed? | 13:39:54 |
| 14 | A    I believe I did because I got | 13:39:55 |
| 15 | clarification about what the patient's symptoms were | 13:39:57 |
| 16 | and I'm pretty certain that I did speak to him on | 13:40:04 |
| 17 | the phone prior to the case.  I don't recall | 13:40:09 |
| 18 | speaking to him after the case. | 13:40:12 |
| 19 | Q    Other than this meeting with Dr. Smyth and | 13:40:17 |
| 20 | Dr. Cunningham and others, did you speak about this | 13:40:19 |
| 21 | one case with anyone else at SJMC after, before or | 13:40:25 |
| 22 | after this procedure was performed? | 13:40:33 |



Case 1:20-cv-02088-DKC   Document 98-15   Filed 06/24/22   Page 44 of 51
**DR. MICHAEL J. MARION**                                April 06, 2022
Hammons vs University of Maryland Medical System                  76

1        A    No, I may have had another conversation        13:40:35

2    with Catherine Sewell, again the chief of OB-GYN at     13:40:38

3    the time, but once the case was performed I don't       13:40:44

4    think that there were any other follow-up meetings      13:40:48

5    or anything like that.                                  13:40:51

6        Q    And what was your meeting with Dr. Sewell?     13:40:53

7        A    I don't think it was a meeting.  It was        13:40:57

8    just a discussion that, you know, the case actually     13:40:59

9    ended up going forward.                                 13:41:02

10       Q    I see.  So the discussion sounds like it       13:41:05

11   was after the surgery was performed?                    13:41:07

12       A    Right.                                         13:41:09

13       Q    And did you discuss the ERDs in that           13:41:11

14   conversation?                                           13:41:14

15       A    I mean, if we did it was informal.  I          13:41:22

16   can't recall.                                           13:41:24

17       Q    And you said that you are not aware of one     13:41:29

18   way or another of whether the ethics committee met      13:41:33

19   and discussed this one procedure, correct?             13:41:36

20       A    Correct.  I was never given any feedback       13:41:38

21   if they had a ruling or didn't have a ruling, again,    13:41:41

22   my, my only outcome that I was aware of was that the    13:41:46



| | | |
|---|---|---|
| 1 | patient had the procedure. | 13:41:50 |
| 2 | Q    I'm going to now turn to plaintiff's | 13:42:03 |
| 3 | procedure in 2020.  Which you're aware that this | 13:42:06 |
| 4 | litigation centers on, correct? | 13:42:11 |
| 5 | A    Yes. | 13:42:14 |
| 6 | Q    And you were chief of surgery at that | 13:42:16 |
| 7 | time? | 13:42:18 |
| 8 | A    Yes. | 13:42:19 |
| 9 | Q    Do you recall who was supposed to perform | 13:42:21 |
| 10 | plaintiff's hysterectomy? | 13:42:22 |
| 11 | A    Yes. | 13:42:25 |
| 12 | Q    And who was that? | 13:42:26 |
| 13 | A    Dr. Adashek. | 13:42:28 |
| 14 | Q    Same surgeon who performed the 2018 | 13:42:30 |
| 15 | hysterectomy? | 13:42:32 |
| 16 | A    Yes. | 13:42:33 |
| 17 | Q    Does he perform a lot of hysterectomies at | 13:42:35 |
| 18 | SJMC? | 13:42:38 |
| 19 | A    He performs hysterectomies, you know.  I | 13:42:39 |
| 20 | don't know the definition a lot but he performs | 13:42:42 |
| 21 | hysterectomies at SJMC. | 13:42:44 |
| 22 | Q    When did you first become aware of | 13:42:47 |



1              CERTIFICATE OF NOTARY PUBLIC

2

3        I, SHERI C. STEWART, the officer before whom

4    the foregoing deposition was taken, do hereby

5    certify that the witness whose testimony appears in

6    the foregoing deposition was duly sworn by me in

7    stenotype and thereafter reduced to typewriting

8    under my direction; that said deposition is a true

9    record of the testimony given by said witness; that

10   I am neither counsel for, related to, nor employed

11   by any of the parties to the action in which this

12   deposition was taken; and further, that I am not a

13   relative or employee of any counsel or attorney

14   employed by the parties hereto, nor financially or

15   otherwise interested in the outcome of this action.

16

17                              _Sheri C. Stewart_

18                         SHERI C. STEWART, RMR
                           Notary Public in and for the
19                              STATE OF MARYLAND

20

21   My commission expires:
     December 30, 2023
22



DR. MICHAEL J. MARION                                    April 06, 2022
Hammons vs University of Maryland Medical System

```
 1              DEPOSITION ERRATA SHEET

 2     Our Assignment No. J8078711

 3     Case Caption: JESSE HAMMONS

 4     vs. UNIVERSITY OF MARYLAND MEDICAL SYSTEM

 5

 6        DECLARATION UNDER PENALTY OF PERJURY

 7          I declare under penalty of perjury

 8     that I have read the entire transcript of

 9     my Deposition taken in the captioned matter

10     or the same has been read to me, and

11     the same is true and accurate, save and

12     except for changes and/or corrections, if

13     any, as indicated by me on the DEPOSITION

14     ERRATA SHEET hereof, with the understanding

15     that I offer these changes as if still under

16     oath.

17          Signed on the   16th   day of

18     ___May_____, 2022.

19

20
```



```
21              DR. MICHAEL J. MARION

22
```

DR. MICHAEL J. MARION                                          April 06, 2022
Hammons vs University of Maryland Medical System

1                    DEPOSITION ERRATA SHEET

2    Page No. _16_ Line No. _8_ Change to: _"DHR" to_

3    _"EHR"_

4    Reason for change: _Transcription error_

5    Page No. _17_ Line No. _13_ Change to: _"they" to_

6    _"that"_

7    Reason for change: _Transcription error_

8    Page No. _28_ Line No. _7_ Change to: _"K-sequence"_

9    _to "case sequence"_

10   Reason for change: _Transcription error_

11   Page No. _34_ Line No. _7_ Change to: _"patient's"_

12   _to "patient is"_

13   Reason for change: _Transcription error_

14   Page No. _40_ Line No. _20_ Change to: _"admission"_

15   _to "mission"_

16   Reason for change: _Transcription error_

17   Page No. _41_ Line No. _2,6,_ Change to: _"Asoby" to_
                              _11_
18   _"Asobi"_

19   Reason for change: _Typographical error_

20

21   SIGNATURE: _[signature]_ DATE: _May 16, 2022_

22           DR. MICHAEL J. MARION



DR. MICHAEL J. MARION                                        April 06, 2022
Hammons vs University of Maryland Medical System

DEPOSITION ERRATA SHEET

Page No. __42__ Line No. __5__ Change to: ___"they" to___

   "there"_____

Reason for change: _____Transcription error_____

Page No. __43__ Line No. __10__ Change to: ____"admission"

   to "mission"_____

Reason for change: _____Transcription error_____

Page No. __46__ Line No. __18__ Change to: ____"admission"

   to "mission"_____

Reason for change: _____Transcription error_____

Page No. __47__ Line No. __3__ Change to: ____"cancelled"

   to "posted"_____

Reason for change: _____Transcription error_____

Page No. __51__ Line No. __21__ Change to: ____"in" to____

   "as a"_____

Reason for change: _____Transcription error_____

Page No. __55__ Line No. __2__ Change to: __"administrator"

   to "administration"_____

Reason for change: _____Transcription error_____


SIGNATURE: _____ DATE: _May 16, 2022_

            DR. MICHAEL J. MARION

DR. MICHAEL J. MARION                                      April 06, 2022
Hammons vs University of Maryland Medical System

1           DEPOSITION ERRATA SHEET

2   Page No. 59 Line No. 6 Change to: ", it" to

3   "that"

4   Reason for change: Transcription error

5   Page No. 61 Line No. 6 Change to: "performed"

6   to "perform"

7   Reason for change: Transcription error

8   Page No. 70 Line No. 8 Change to: "Wisely" to

9   "wisely"

10  Reason for change: Typographical error

11  Page No. 76 Line No. 22 Change to: "my, my" to

12  "the"

13  Reason for change: Transcription error

14  Page No. 78 Line No. 8 Change to: "perfected. That

15  I became" to "performed that I became"

16  Reason for change: Transcription erorr

17  Page No. 80 Line No. 1 Change to: delete

18  "She's a patient"

19  Reason for change: Transcription error

20

21  SIGNATURE: _____ DATE: May 16, 2022

22        DR. MICHAEL J. MARION



DR. MICHAEL J. MARION                                          April 06, 2022
Hammons vs University of Maryland Medical System

1                DEPOSITION ERRATA SHEET

2    Page No. _80_ Line No. _13_ Change to: ___"you are"___

3     to "your"

4    Reason for change: ___Typographical error___

5    Page No. _83_ Line No. _6_ Change to: ___"department's"

6      to "department is"

7    Reason for change: ___Typographical error___

8    Page No. _85_ Line No. _1_ Change to: ___Delete "one"___

9    _____

10   Reason for change: ___Transcription error___

11   Page No. _88_ Line No. _10_ Change to: ___"Barber" to

12    "Barbara"

13   Reason for change: ___Typographical error___

14   Page No. _94_ Line No. _8_ Change to: ___"schedules"

15    to "schedulers"

16   Reason for change: ___Transcription error___

17   Page No. _95_ Line No. _2_ Change to: ___"good" to "due"

18   _____

19   Reason for change: ___Transcription error___

20

21   SIGNATURE: ____ DATE: May 16, 2022

22           DR. MICHAEL J. MARION