# Exhibit 20



9:07

**Mom** >

now. My surgery has been moved to another hospital, but I have to wait until May 26th now.

No you didn't tell me. That's bull shit!!! That f...ing hospital had better hope this unnecessary delay doesn't cause any problems!!! I'm sorry shit like this keeps biting you in the ass!!😔 You can tell the director of that piece of shit hospital that your good ole southern mom said "Bless their little hearts"! Love you!!!!!😍🥰😘

Thanks Ma. 🥰 Well, maybe if I see his ass in court I just might tell him that. Lol. I love you too. I'll let you know how it's going.

Jan 19, 2020, 9:39 PM

Got these at a thrift store...did we have these? Who has these?

Tap to Download

iMessage

HUM_0000185