# Exhibit 22

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS,<br><br>       Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, et al.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:20-cv-02088-<br>)  ELH<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF DOUGLAS G. WILSON, JR.

I, Douglas G. Wilson, Jr., being of sound mind and above the age of 18 years, make the following Declaration based on my personal knowledge and information.

1.    I am the Chief Executive Officer of The Catholic Benefits Association ("CBA"), a national membership association of Catholic organizations, including healthcare institutions.

2.    The CBA has determined that University of Maryland St. Joseph (which is comprised of UMSJ Health System, LLC and University of Maryland St. Joseph Medical Center, LLC) meets the CBA's strict membership criteria.

        a.    University of Maryland St. Joseph became a member of the CBA effective June 21, 2022.

3.    The CBA's membership criteria have not changed since December 28, 2016.

I declare under the penalties for perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

_____                  22 June 22
Douglas G. Wilson, Jr.                                         Date