# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-02088-DKC |
| | ) |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

# [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Summary Judgment, as well as the Memorandum and Exhibits submitted in support of the same, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment is GRANTED; and

**IT IS FURTHER ORDERED** that judgment is entered in favor of Defendants.

SO ORDERED this _____ day of _____, 2022.

_____
U.S.D.J. Deborah K. Chasanow

-1-