IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, et al., <br><br> Defendants. | Case No. 20-cv-2088-DKC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Interim Sealing Motion, and the grounds in support thereof, **IT IS HEREBY ORDERED** that Plaintiff's Interim Sealing Motion is **GRANTED**, as follows:

- Exhibits 2, 11, 19, and 20 to Plaintiff's Cross-Motion for Summary Judgment are hereby **SEALED**; and

- Plaintiff's request for leave to file Exhibits 13, 14, 16, and 22 to his Cross-Motion for Summary Judgment is **GRANTED**.

SO ORDERED this _____ day of _____, 2022.

_____
U.S.D.J. Deborah K. Chasanow