UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM )<br>CORPORATION, et al., )<br>)<br>Defendants. )<br>) | Case No. 20-cv-2088-DKC |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Jesse Hammons moves for summary judgment in his favor on his claim brought pursuant to Section 1557 of the Affordable Care Act, which is pending before this Court. Plaintiff seeks judgment in his favor because there are no genuine disputes of material fact, and therefore Plaintiff is entitled to judgment as a matter of law. The Court should grant Plaintiff's motion for the reasons set forth in the accompanying memorandum.

Date: July 25, 2022

                                                Respectfully submitted,

                                                */s/ Louis J. Ebert*
                                                Louis J. Ebert (Fed. Bar No. 02031)
                                                ROSENBERG MARTIN GREENBERG, LLP
                                                25 South Charles Street, 21st Floor
                                                Baltimore, Maryland 21201
                                                Tel: (410) 727-6600
                                                Fax: (410) 727-1115
                                                lebert@rosenbergmartin.com

                                                Aron Fischer (*pro hac vice*)
                                                Andrew D. Cohen (*pro hac vice*)

<div style="margin-left:40%">

Abigail E. Marion (*pro hac vice*)
Jonathan S. Z. Hermann (*pro hac vice*)
Edward J. Delman (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
afischer@pbwt.com
acohen@pbwt.com
amarion@pbwt.com
jhermann@pbwt.com
edelman@pbwt.com

Joshua A. Block (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2627
Fax: (212) 549-2650
jblock@aclu.org
lcooper@aclu.org

Daniel Mach (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW
Washington, DC 20005
Tel: (202) 675-2330
Fax: (202) 546-0738
dmach@aclu.org

*Counsel for Plaintiff Jesse Hammons*

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2022, Defendants' counsel was served with the foregoing document through the Court's Electronic Case Filing System. I further certify that Exhibits 2, 11, 13, 14, 16, 19, 20, and 22 filed under seal with this motion were served on the following counsel via electronic mail on July 25, 2022:

>Denise Giraudo
>Paul Werner
>Danielle Vrabie
>Imad Matini
>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
>2099 Pennsylvania Ave., NW, Suite 100
>Washington, DC 20036
>Tel: (202) 747-1906
>Fax: (202) 747-3933
>dgiraudo@sheppardmullin.com
>pwerner@sheppardmullin.com
>dvrabie@sheppardmullin.com
>imatini@sheppardmullin.com

*/s/ Louis J. Ebert*
Louis J. Ebert