# EXHIBIT 5

# CORPORATE CHARTER APPROVAL SHEET

**\*\* EXPEDITED SERVICE\*\*   \*\* KEEP WITH DOCUMENT \*\***

DOCUMENT CODE **40**       BUSINESS CODE **20**

# _____

Close _____       Stock _____       Nonstock _____

P.A. _____       Religious _____

Merging (Transferor) _____

_____

_____

_____

Surviving (Transferee) _____

_____

_____

```
         Affix Barcode Label Here

  ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
  1000362004454361

 ID # W15088362 ACK # 1000362004454361
 PAGES: 0004
 UMSJ HEALTH SYSTEM I, LLC

                            MAIL
                            BACK
 02/12/2013  AT 11:15 A WO # 0004095762
```

New Name _____

_____

### FEES REMITTED

| | |
|---|---|
| Base Fee: | **100** |
| Org. & Cap. Fee: | |
| Expedite Fee: | **50** |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| Certified Copies | |
| Copy Fee: | |
| Certificates | |
| Certificate of Status Fee: | |
| Personal Property Filings: | |
| Mail Processing Fee: | **5** |
| Other: | |
| **TOTAL FEES:** | **155** |

Credit Card ✓       Check _____       Cash _____

_____ Documents on _____ Checks

Approved By: **2**_____

Keyed By: _____

COMMENT(S):

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
        and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____

_____ Other Change(s)

_____

_____

Code _____

Attention: _____

Mail: Name and Address

```
AMY DILCHER
110 SOUTH PACA STREET
BALTIMORE MD 21201
```

---

**Stamp Work Order and Customer Number HERE**

```
CUST ID:0002879182
WORK ORDER:0004095762
DATE:02-20-2013 05:29 PM
AMT. PAID:$155.00
```



# ARTICLES OF ORGANIZATION

## OF

## UMSJ HEALTH SYSTEM I, LLC

It is hereby certified that:

1.    <u>Recital</u>.  The undersigned has been designated as an "authorized person," as that term has been defined in Section 4A-101(c) of the Maryland Limited Liability Act (the "**Act**"), for purposes of executing and filing these Articles of Organization of UMSJ Health System I, LLC (the "**Company**") and any other documents or certificates that may be required to be filed on behalf of the Company with the State Department of Assessments and Taxation of Maryland from time to time.

2.    <u>Name</u>.  The name of the Company is:

## UMSJ Health System I, LLC

3.    <u>Purposes</u>.

3.1.    *Tax-Exempt Purposes*.  The Company is organized and shall be operated exclusively (i) in furtherance of the charitable, scientific and educational purposes of, (ii) for the benefit of, (iii) to perform the functions of and (iv) to carry out the purposes of:  University of Maryland Medical System Corporation, a Maryland nonstock corporation ("**UMMS**")  exempt from federal income tax under Section 501(a) of the Internal Revenue Code of 1986, as amended, and any superseding corresponding statutory provisions of future United States Internal Revenue Laws (hereinafter referred to as the "**Code**"), as an organization described in Section 501(c)(3) of the Code; University Specialty Hospital, a Maryland nonstock corporation ("**USH**") exempt from federal income tax under Section 501(a) of the Code as an organization described in Section 501(c)(3) of the Code; and any successor organizations to UMMS or USH provided that such successor organization or organizations are exempt from federal income tax under Section 501(a) of the Code as an organization or organizations described in Section 501(c)(3) of the Code (the "**Tax-Exempt Purposes**").  The Tax-Exempt Purposes shall include the making of distributions to organizations that are exempt from federal income tax under Section 501(a) of the Code as organizations described in Section 501(c)(3) of the Code.  No substantial part of the activities of the Company shall be the carrying on of propaganda, or otherwise attempting to influence legislation, except as permitted by Sections 501(h) and 4911 of the Code or any subsequent federal tax laws.  The Company shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of any candidate for public office.  Notwithstanding any other provision of these Articles of Organization, the Company shall not carry on any other activities not permitted to be carried on by an entity: (a) that is exempt from federal income tax under Section 501(a) as described in Section 501(c)(3) of the Code; or (b) contributions to which are deductible under Sections 170(c)(2), 2055(a) or 2522(a) of the Code.

HUM_0001101

3.2.    *General Purpose.*   Subject to the limitations of Section 3.1 hereof, the Company may engage in any lawful act or activity for which limited liability companies may be formed under the Act and to engage in any and all activities necessary or incidental to the purposes of the Company.

4.     <u>Principal Office and Resident Agent</u>.   The address of the principal office of the Company is 250 West Pratt Street, 24th Floor, Baltimore, Maryland 21201.   The name of the resident agent of the Company is Megan M. Arthur, Esquire, and the post office address of the resident agent is 250 West Pratt Street, 24th Floor, Baltimore, Maryland 21201.

5.     <u>Agency</u>.   Pursuant to Section 4A-401(a)(3) of the Act, no member of the Company shall be an agent of the Company solely by virtue of being a member, and no member of the Company shall have the authority to act for the Company solely by virtue of being a member.

**REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

**[SIGNATURE PAGE FOLLOWS]**

```
CUST ID:0002879182
WORK ORDER:0004095762
DATE:02-20-2013 05:29 PM
AMT. PAID:$155.00
```

2

HUM_0001102

IN WITNESS WHEREOF, the undersigned organizer of the Company has executed these Articles of Organization on this 12th day of February, 2013.

_Megan M. Arthur_

Megan M. Arthur, Esquire
Authorized Person

I, Megan M. Arthur, Esquire, hereby consent to act as resident agent for UMSJ Health System I, LLC.

_Megan M. Arthur_

Megan M. Arthur, Esquire
Authorized Person

HUM_0001103