# EXHIBIT 6

# CORPORATE CHARTER APPROVAL SHEET
## ** EXPEDITED SERVICE**     ** KEEP WITH DOCUMENT **

DOCUMENT CODE __40__   BUSINESS CODE __20__

\# _____

Close _____   Stock _____   Nonstock _____

P.A. _____   Religious _____

Merging (Transferor) _____

_____

_____

_____

```
1000362003237932
```

```
ID # W14654149  ACK # 1000362003237932
PAGES: 0003
NORTHEASTERN MARYLAND REGIONAL HEALTH S
YSTEM, LLC
                                    MAIL
                                    BACK
04/25/2012  AT 03:25 P  WO # 0003964075
```

Surviving (Transferee) _____

_____

_____

New Name _____

## FEES REMITTED

| | |
|---|---|
| Base Fee: | 100 |
| Org. & Cap. Fee: | |
| Expedite Fee: | 50 |
| Penalty: | |
| State Recordation Tax: | |
| State Transfer Tax: | |
| Certified Copies | |
| Copy Fee: | |
| Certificates | |
| Certificate of Status Fee: | |
| Personal Property Filings: | |
| Mail Processing Fee: | 5 |
| Other: | |
| TOTAL FEES: | 155 |

_____ Change of Name
_____ Change of Principal Office
_____ Change of Resident Agent
_____ Change of Resident Agent Address
_____ Resignation of Resident Agent
_____ Designation of Resident Agent
          and Resident Agent's Address
_____ Change of Business Code

_____ Adoption of Assumed Name

_____ Other Change(s)

Code _____

Attention: _____

```
AMY DILCHER
PP-2-S-154
110 S PACA ST
BALTIMORE MD 21201-1642
```

Credit Card __✓__   Check _____   Cash _____

_____ Documents on _____ Checks

Approved By: __15__

Keyed By: _____

COMMENT(S):

_____

```
CUST ID:0002747495
WORK ORDER:0003964075
DATE:05-01-2012 06:40 PM
AMT. PAID:$155.00
```

HUM_0000513

# ARTICLES OF ORGANIZATION
# OF
# NORTHEASTERN MARYLAND REGIONAL HEALTH SYSTEM, LLC

It is hereby certified that:

1. <u>Recital</u>. The undersigned has been designated as an "authorized person," as that term is defined in Section 4A-101(c) of the Maryland Limited Liability Company Act (the "Act"), for purposes of executing and filing these Articles of Organization of Northeastern Maryland Regional Health System, LLC (the "Company") and any other documents or certificates that may be required to be filed on behalf of the Company with the State Department of Assessments and Taxation of Maryland from time to time.

2. <u>Name</u>. The name of the Company is:

**Northeastern Maryland Regional Health System, LLC**

3. <u>Purposes</u>. The Company is organized and shall be operated exclusively as a charitable organization for charitable, scientific and educational purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986 and the Regulations thereunder, as they now exist or as they may hereafter be amended (hereinafter collectively referred to as the "Code"), including, but not necessarily limited to the following charitable purposes:

   3.1 To maintain a hospital in northeastern Maryland;

   3.2 To establish, support, manage and furnish facilities, personnel and services to provide prevention, diagnosis, treatment, rehabilitation, and support services without regard to race, creed, color, sex or national origin; and

   3.3 To carry on such activities related to rendering health care services and the promotion of health, which may be justified by the facilities, personnel, funds or other resources that are or can be made available.

4. <u>Principal Office and Resident Agent</u>. The address of the principal office of the Company is 250 West Pratt Street, 24th Floor, Baltimore, Maryland 21201. The name of the resident agent of the Company is Megan M. Arthur, Esquire, and the post office address of the resident agent is 250 West Pratt Street, 24th Floor, Baltimore, Maryland 21201.

5. <u>Agency</u>. Pursuant to Section 4A-401(a)(3) of the Act, no member of the Company shall be an agent of the Company solely by virtue of being a member, and no member of the Company shall have the authority to act for the Company solely by virtue of being a member.

*[SIGNATURE PAGE FOLLOWS]*

IN WITNESS WHEREOF, the undersigned organizer of the Company has executed these Articles of Organization on this 25th day of April, 2012.

_____
Megan M. Arthur, Esquire
Authorized Person

I, Megan M. Arthur, Esquire, hereby consent to act as resident agent for Northeastern Maryland Regional Health System, LLC.

_____
Megan M. Arthur, Esquire

```
CUST ID:0002747495
WORK ORDER:0003964075
DATE:05-01-2012 06:40 PM
AMT. PAID:$155.00
```