# EXHIBIT 7

# CORPORATE CHARTER APPROVAL SHEET
** EXPEDITED SERVICE**    ** KEEP WITH DOCUMENT **

DOCUMENT CODE __41A__    BUSINESS CODE _____

\# __W14654149__

Close _____    Stock _____    Nonstock _____

P.A. _____    Religious _____

Merging (Transferor) _____

_____

_____

_____

Affix Barcode Label Here

1000362003636497

Affix Barcode Label Here

```
ID # W14654149 ACK # 1000362003636497
PAGES: 0002
UNIVERSITY OF MARYLAND ST. JOSEPH MEDIC
AL CENTER, LLC
```

Surviving (Transferee) _____

_____

_____

```
08/01/2012  AT 11:33 A WO # 0004005188
```

New Name __University of Maryland St. Joseph Medical Center, LLC__

### FEES REMITTED

Base Fee: __100__
Org. & Cap. Fee: _____
Expedite Fee: __50__
Penalty: _____
State Recordation Tax: _____
State Transfer Tax: _____
Certified Copies _____
Copy Fee: _____
Certificates _____
Certificate of Status Fee: _____
Personal Property Filings: _____
Mail Processing Fee: _____
Other: _____

TOTAL FEES: __150__

✓ Change of Name
___ Change of Principal Office
___ Change of Resident Agent
___ Change of Resident Agent Address
___ Resignation of Resident Agent
___ Designation of Resident Agent and Resident Agent's Address
___ Change of Business Code

___ Adoption of Assumed Name

___ Other Change(s)

Code _____
Attention: _____

Credit Card _____   Check ✓   Cash _____

_____ Documents on _____ Checks

Approved By: __15__

Keyed By: _____

COMMENT(S):

Mail: Name and Address

Megan Arthur
Univ of MD Medical System
250 W. Pratt St, 24th fl
Balto MD 21201

Stamp Work Order and Customer Number HERE

```
CUST ID:0002788608
WORK ORDER:0004005188
DATE:08-01-2012 11:33 AM
AMT. PAID:$150.00
```

Northeastern Maryland Regional Health System, LLC

ARTICLES OF AMENDMENT

Northeastern Maryland Regional Health System, LLC, a Maryland Limited Liability Company, having its principal office in Baltimore, Maryland (which is hereinafter called the "Company"), hereby certifies to the State Department of Assessments and Taxation of Maryland that:

FIRST: The name of the Limited Liability Company is hereby amended to be:

*University of Maryland St. Joseph Medical Center, LLC*

SECOND: The foregoing amendment of the Articles of Organization of the Company has been unanimously approved by the Members of the Limited Liability Company.

In witness whereof, the Company has authorized Megan M. Arthur to sign these Articles of Amendment in its name, on August 1, 2012.

ATTEST:
By: _____

By: _____
Megan M. Arthur

```
CUST ID:0002788608
WORK ORDER:0004005188
DATE:08-01-2012 11:33 AM
AMT. PAID:$150.00
```

HUM_0000517