# EXHIBIT 8

**In the Matter Of:**

Hammons vs University of Maryland Medical System

20-cv-02088-DKC

---

# WILLIAM C. GRESKOVICH

*May 20, 2022*

---

*30(b)(6)*



800.211.DEPO (3376)
*EsquireSolutions.com*

Case 1:20-cv-02088-DKC   Document 105-10   Filed 07/25/22   Page 3 of 24
WILLIAM C. GRESKOVICH  30(b)(6)                                    May 20, 2022
Hammons vs University of Maryland Medical System                          1

```
 1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
 2

 3
     JESSE HAMMONS                    :
 4                                    :
        Plaintiff,                    :
 5                                    :
     v.                               : Case No:
 6                                    : 20-cv-02088-DKC
     UNIVERSITY OF MARYLAND           :
 7   MEDICAL SYSTEM                    :
     CORPORATION; UMSJ HEALTH         :
 8   SYSTEM, LLC; and                 :
     UNIVERSITY OF MARYLAND           :
 9   ST. JOSEPH MEDICAL               :
     CENTER, LLC,                     :
10                                    :
        Defendants.                   :
11

12

13          VIDEOTAPED REMOTE DEPOSITION OF
                 WILLIAM C. GRESKOVICH
14                     30(b)(6)

15
                Friday, May 20, 2022
16                 1:08 p.m., EST

17

18             Reisterstown, Maryland

19

20
           Megan Sczygelski, Videographer
21         Terry L. Bradley, Court Reporter

22
```



```
 1                 APPEARANCES OF COUNSEL

 2

 3    For the Plaintiff:

 4       PATTERSON BELKNAP WEBB & TYLER, LLP
         JONATHAN HERMANN, ESQ.
 5       1133 Avenue of the Americas
         New York, NY 10036
 6       E-jhermann@pbwt.com

 7

 8    For the Defendants:

         SHEPPARD MULLIN
 9       PAUL A. WERNER, ESQ.
         2099 Pennsylvania Avenue, NW
10       Suite 100
         Washington, DC 20006
11       E-pwerner@sheppardmullin.com

12

13

14

15

16

17

18

19

20

21

22
```



```
 1                MR. WERNER:  Object to the form.
 2                THE WITNESS:  Again, can you be more
 3    clear in what sense --
 4                Are we talking about the Catholic
 5    Initiative?
 6    BY MR. HERMANN:
 7        Q.    I'm talking just general
 8    organizational structure.  Is St. Joseph a
 9    subsidiary of UMMS?
10        A.    Yes.  St. Joe's is a subsidiary of
11    UMMS.  Correct.
12        Q.    I'm going to now go to PDF Page 84,
13    Section 12.16, which is entitled Governance.
14                Do you see that on my screen?
15        A.    I do.
16        Q.    And do you see here that UMMS has
17    the right to directly appoint two voting
18    members of the UMSJ Board?
19        A.    I do.
20        Q.    Are you aware that UMMS currently
21    exercises its right?
22                MR. WERNER:  Object to the form.
```



```
 1              THE WITNESS:  I --

 2              I would imagine we do.  I couldn't

 3    confirm that we've got two members on it right

 4    now.

 5    BY MR. HERMANN:

 6       Q.    And to your understanding does

 7    UMMS's appointment power extend to both the

 8    Board of UMSJ and St. Joseph?

 9       A.    Um, I don't know that answer to that

10    question.

11       Q.    Prior to preparing for this

12    deposition were you aware that UMMS had the

13    power to appoint members to the Board of either

14    UMSJ or St. Joseph?

15       A.    I would have assumed there were, but

16    I did not honestly ever think about it.

17       Q.    And just maybe for clarity, why

18    don't I go to Section --

19              Excuse me.

20              -- Subsection C, 12.16 Subsection C.

21    And we see here that UMMS and UMSJ shall ensure

22    that the members of the UMSJ Board constitute
```



WILLIAM C. GRESKOVICH  30(b)(6)                    May 20, 2022
Hammons vs University of Maryland Medical System              43

```
 1    the members of the Board of Directors of

 2    UMSJMC-- which I'll represent is St. Joseph.

 3        A.    I see that.

 4        Q.    Based on reading this it's your

 5    understanding that the Board of UMSJ and the

 6    Board of St. Joseph are the same?

 7              MR. WERNER:  Object to the form.

 8              THE WITNESS:  Yeah.  I wouldn't be a

 9    good --

10              I mean, I'm not a lawyer.

11    BY MR. HERMANN:

12        Q.    And you're not aware whether UMMS

13    has in fact appointed any member to the St.

14    Joseph Board?

15        A.    I don't have actual knowledge of

16    that appointment is what I'm saying.

17        Q.    Do you have any other kind of

18    knowledge?

19        A.    Well, if I go to the Board of

20    Directors there's one of the Board is a member

21    of UMMS, and I assume she was appointed.

22        Q.    And who is that?
```



1   deposition?

2      A.    I--

3            What I would say is that as a Board

4   member you would have participation in all

5   issues facing the organization.  And as St.

6   Joe's, it appears mission integration is one of

7   those issues that could come up.

8      Q.    St. Joseph doesn't have

9   shareholders.  Is that right?

10      A.    Correct.

11      Q.    To your understanding who owns St.

12   Joseph?

13      A.    UMMS.

14      Q.    And to your understanding who

15   appoints the St. Joseph Board members?

16      A.    I would --

17            Actually, I couldn't answer that

18   with --

19            -- clearly.  So I did not look over

20   that.  Who actually appoints them.

21      Q.    You didn't prepare for that topic

22   before this deposition?



```
 1              MR. WERNER:  Objection.

 2              THE WITNESS:  Correct.

 3   BY MR. HERMANN:

 4       Q.    Do you have any knowledge of a

 5   nomination process for selecting the Board

 6   members?

 7       A.    No.

 8       Q.    Did you ever have knowledge of a

 9   nomination process for selecting St. Joseph's

10   Board members?

11       A.    No.  I have general knowledge of

12   healthcare nomination process, but I have not

13   looked at St. Joe's or any of our other ten

14   hospitals' process for it.

15       Q.    I'm going to go to 12 point --

16              Strike that.

17              I'm going back to 12.16.

18              Do you see that on my screen?

19       A.    I do.

20       Q.    And 12.16, Subsection 5, Romanette 5

21   speaks of a nomination process.  Do you see

22   that?
```



```
1              Do you have knowledge of a

2    nomination process that may be set forth in the

3    organizational documents of St. Joseph?

4         A.    No.

5         Q.    And you have no knowledge of UMMS's

6    role in appointing the Board members of St.

7    Joseph pursuant to a nomination process.  Is

8    that correct?

9         A.    Correct.

10             MR. WERNER:  Objection form.

11   BY MR. HERMANN:

12        Q.    Do you have any knowledge of whether

13   UMSJ has Articles of Incorporation?

14        A.    No.

15        Q.    Do you have any knowledge of whether

16   it has an operating agreement?

17             MR. WERNER:  Object to the form.

18             THE WITNESS:  No.

19   BY MR. HERMANN:

20        Q.    I'm now going to go to PDF Page 132.

21   This is Exhibit F of this same asset purchase

22   agreement.  And you see at the top of the
```



1   screen Exhibit F, UMMS's reserved powers.

2       A.    I see that.

3       Q.    And it shows a list of decisions by

4   the joint UMSJ/St. Joseph Board that must be

5   approved by UMMS.  Is that right?

6           MR. WERNER:  Object to the form.

7           THE WITNESS:  It--

8           Again, it appears --

9           I'm reading it.

10          Yes, it--

11          I'm not able to judge a legal

12  document on that basis, but it looks like it

13  outlines some approvals.

14  BY MR. HERMANN:

15      Q.    Have you reviewed Exhibit F before

16  this deposition?

17      A.    No.

18      Q.    In your review of the asset purchase

19  agreement in your preparation for this

20  deposition did you review Exhibit F?

21      A.    No.

22      Q.    Had you ever seen Exhibit F before



1   you prepared for this deposition?

2       A.    No.

3       Q.    Are you at all familiar with UMMS's

4   reserved powers with respect to St. Joseph?

5       A.    No.

6             I said "no" to that one.

7       Q.    Thank you.  Are you aware that UMMS

8   has to approve any amendments to UMSJ or St.

9   Joseph's Articles of Incorporation?

10            Or excuse me.

11            -- Articles of Organization?

12      A.    No.

13      Q.    Do you see Subsection F here?

14      A.    I do.

15      Q.    And do you see that Subsection F

16  refers to UMMS's systemwide strategic plans and

17  annual strategic initiatives?

18      A.    Yes.

19      Q.    What are UMMS's systemwide strategic

20  plans?

21            MR. WERNER:  Object to the form.

22            THE WITNESS:  That's again, we have



1   CEO's go back to their local sites and

2   implement ideas with their leadership team that

3   could lead them towards the goal of being a

4   high reliable organization.

5        Q.    And as far as the adoption of

6   strategic plans, is it your understanding that

7   that is a formalized process in the UMMS

8   hospitals?

9        A.    Um, it's my understanding that all

10  hospitals adopt their strategic plan.  Yes.

11       Q.    In a formal document?

12       A.    It's been my experience that it's in

13  a document.  Yes.

14       Q.    Does UMMS sign --

15            Or a UMMS representative sign those

16  documents?

17       A.    Not to my knowledge.

18       Q.    Does UMMS have to approve those

19  documents?

20       A.    Not to my knowledge.

21       Q.    Does St. Joseph, to your knowledge,

22  have any strategic plans separate from the



1   strategic plans of UMSJ?

2       A.    Again, not --

3             I don't know of the plan that they

4   do.  I know they operate under a strategic plan

5   that -- -

6             You know, we've got 11 hospitals.  I

7   don't read all the plans.

8       Q.    Scroll down just a little bit.

9             Do you know if UMMS has ever

10  approved any material additions, expansions,

11  revisions or deletions of the healthcare

12  service -- I'm at Subsection J -- at St.

13  Joseph?

14      A.    Um, I don't know of any.  I don't

15  know of any action around this.  I guess it's--

16            I don't know what section we're in,

17  but no, I don't know of any that they've acted

18  on.

19      Q.    Is it possible that UMMS has acted

20  and you're just not aware?

21      A.    I couldn't speak to that.

22      Q.    Are you aware of any of these



1  powers in this section in your preparation for

2  this deposition?

3          MR. WERNER:  Object to the form.

4          THE WITNESS:  And I did read them.

5  BY MR. HERMANN:

6      Q.   Did you review whether any of them

7  had ever been exercised by UMS?

8      A.   So, I did not research whether they

9  have ever been acted on.

10     Q.   And so you have no knowledge whether

11 any of these reserved powers have been acted on

12 or not by UMMS?

13         I'm sorry.  Did you respond?

14     A.   No.  I'm just looking at them all

15 because I think that response would require me

16 to reread them all and think back.

17     Q.   Take your time.  Take your time.

18     A.   Yeah.  To my knowledge none of these

19 have been acted on.  And in the same sense, but

20 they very well could be.  But I have no

21 knowledge or examples.

22     Q.   And you said that you conducted no



1   research as to whether in fact these had been

2   acted upon?

3      A.    Right.  I didn't.

4      Q.    And that's the same with respect

5   to-- I'm scrolling up here -- these actions

6   requiring approval of UMMS?

7      A.    Correct.  No knowledge.

8      Q.    And no research?

9      A.    I did not research it.

10          MR. HERMANN:  Okay.  I'm going to

11   take this off the screen.

12          And this might be a good time for a

13   break, if that works for everybody?

14          MR. WERNER:  That would be great.

15          MR. HERMANN:  Okay.  Why don't we

16   take --

17          Does ten minutes sound good to

18   everybody?

19          MR. WERNER:  Works for me.

20          MR. HERMANN:  Okay.  See everyone in

21   ten.

22          THE WITNESS:  Thanks.



 1  answer.

 2          I have no reason to think that St.

 3  Joe's is not doing this locally in accordance

 4  with its agreement.

 5     Q.    Did you, in preparation for this

 6  deposition, do any research as to whether UMS

 7  is involved in this audit?

 8     A.    No.

 9     Q.    Are you aware of any other audits or

10  surveys conducted by any other organization

11  with respect to the ERD's at St. Joseph?

12     A.    No.

13     Q.    Did you research whether St. Joseph

14  is audited by any other organizations with

15  respect to its compliance with the ERD's?

16     A.    No.

17     Q.    Take down this exhibit.

18          You testified that you reviewed the

19  asset purchase agreement as well as this

20  Catholic Identity agreement in preparing for

21  the topic about UMMS's acquisition of St.

22  Joseph.  After reviewing these documents can



1   you recall reviewing any other documents with

2   respect to UMMS's purchase of St. Joseph?

3       A.    So the documents I reviewed wasn't

4   with the purpose of understanding the purchase,

5   it was with the understanding of reading and

6   being prepared to talk about the operations.

7   So just to clarify.

8             Yeah, there's a series of other

9   documents.  Again, without going through the

10  list, I mean, should I provide a list of --

11            I read several documents last night.

12      Q.    Just asking if you can recall.

13      A.    What?

14      Q.    I'm just asking if you can recall.

15      A.    Off the top of my head, I --

16            It was quite a few documents, and I

17  was just kind of reading them for content, not

18  really for detail or legal interpretation.

19      Q.    And when you say you reviewed not

20  specifically for that topic but for St.

21  Joseph's operations, what did you mean by that?

22      A.    Um, to understand how they might



1   touch on operational, how they operate.  I'm a

2   healthcare operations guy.

3        Q.    When you say they, who are you

4   referring to?

5        A.    How the documents might discuss our

6   operating model.

7        Q.    And did you review the documents

8   with an eye towards UMMS's acquisition of St.

9   Joseph to prepare yourself to testify as to

10  UMMS's acquisition of St. Joseph?

11       A.    No.  I just --

12             -- understand them.

13       Q.    Did you review the documents with an

14  eye towards preparing to testify about UMMS's

15  control or supervisory authority over UMSJ or

16  St. Joseph?

17       A.    No, I can't tell you --

18             I mean, there was such a diverse set

19  of documents I would just say that I generally

20  read them.

21       Q.    And I'm just going to ask another

22  question.  Did you review the documents with an



1   eye towards UMMS's involvement in or approval

2   of the operation of St. Joseph in a manner

3   consistent with its Catholic values and

4   principles?

5        A.    No.  I had an interest in that, but

6   I didn't intend --

7             Having worked at a Catholic

8   organization before, it was interesting to me

9   to read that.

10       Q.    And did you prepare with an eye

11  towards testifying as to UMMS's participation

12  in any audit or Catholic Identity and Ethics

13  review?

14       A.    No.  Nor would I have expected us to

15  do that.

16       Q.    Understood.  And before you

17  testified that you, prior to being deposed

18  here, had no awareness of the entity that I

19  refer to as UMSJ.  Is that right?

20       A.    Yeah.  Yes.  I --

21            When used as those initials, just

22  because I'm not an initial person.



 1      A.    Well, I believe so, but let's go

 2   down.  Let's see what the questions are.

 3      Q.    And I'll ask one more question

 4   before we dive into the documents.  Are you

 5   prepared to testify as to the relationship

 6   between UMMS and the entity known as UMSJ

 7   Health System, LLC?

 8      A.    My hesitancy is just I'm --

 9            Let me say it in a nonlegal way.

10      Q.    Please.

11      A.    I'm prepared to talk about how UMMS

12   interfaces with University of Maryland St.

13   Joe's Medical Center.  And if that includes the

14   LLC -- I just need a little legal clarification

15   on that -- then yes.

16      Q.    But to your knowledge, UMMS

17   interfaces directly with St. Joseph?

18      A.    UMMS and St. Joe's leadership team

19   definitely interface.  Yes.

20      Q.    And there's not an intermediary

21   between UMMS and St. Joseph with respect to

22   those interactions?



1      A.    Correct.

2      Q.    I'm going to share with you a

3   document Bates stamped 12 --

4            -- UMMS 1211.  Let me know if you

5   can see that.

6      A.    It's tough, but I think I'll be able

7   to make it out.

8      Q.    Why don't I zoom in on the title.

9   Can you see that?

10     A.    It's --

11           There's no way to make your computer

12  box bigger, right?  The box that it's in.

13           Maybe I can do that.

14     Q.    It's tough because I can't --

15     A.    Whatever you just did --

16     Q.    Can you see this better?

17     A.    Yes.  And you can make it a little

18  smaller now.

19     Q.    Sure.

20     A.    There you go.

21     Q.    You know what?  What if I do this.

22  How's that?



1   between all the LLC's and their relationship.

2        Q.    And when you say University of

3   Maryland, you're referring to UMMS?

4        A.    Yes.

5        Q.    The Medical System.

6              So effectively, it's your

7   understanding from an operational standpoint

8   that UMMS controls St. Joseph?

9        A.    They're wholly owned.  It's a wholly

10  owned subsidiary.  That was my takeaway.

11       Q.    Is that St. Joseph is a wholly owned

12  subsidiary of UMMS?

13       A.    Yes.

14       Q.    But you have no knowledge whether

15  UMMS in fact exercises it's powers, as we

16  discussed in the asset purchase agreement, with

17  respect to St. Joseph's governance?

18             MR. WERNER:  Object to the form.

19             THE WITNESS:  Yeah.  The question,

20  the way you asked the question, can you give me

21  a specific example?  Are you looking for how we

22  might?



```
 1   BY MR. HERMANN:

 2       Q.    Well, we spoke for some time about

 3   UMMS's express powers, UMMS's reserved powers,

 4   UMMS's appointment powers to appoint members to

 5   St. Joseph's Board.  You have no specific

 6   knowledge as to whether UMMS in practice

 7   exercises those powers, do you?

 8              MR. WERNER:  Object to the form.

 9              THE WITNESS:  Under oath I can't

10   factually give you an example of when I've seen

11   them exercise it.  My understanding of these

12   agreements are they're there for a reason, and

13   so I would assume that that happens.

14   BY MR. HERMANN:

15       Q.    I'm going to take this agreement

16   down.  And why don't we --

17              Why don't we just step back from the

18   agreements for a second.

19              From an operational standpoint --

20   and you've testified that, a few times, that

21   that's the basis of your understanding -- how

22   does UMS exercise control over St. Joseph?
```

