# EXHIBIT 9

## In the Matter Of:

## Hammons vs University of Maryland Medical System

1:20-CV-02088-DKC

# EVEREST SCOTT CONOVER

*April 13, 2022*



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MARYLAND

 3   -------------------------------x

 4   JESSE HAMMONS,                 )

 5            Plaintiffs,           ) Case No.:

 6        V.                        ) 1:20-CV-02088-DKC

 7   UNIVERSITY OF MARYLAND MEDICAL )

 8   SYSTEM CORPORATION, ET AL.,    )

 9            Defendants.           )

10   -------------------------------x Pages 1-64

11

12

13            REMOTE VIDEOTAPED DEPOSITION OF

14                  EVEREST SCOTT CONOVER

15              Wednesday, April 13, 2022

16                      Towson, MD

17

18

19

20   Reported by:  Sherry L. Brooks

21            Certified LiveNote Reporter

22   Job No.  J8078717
```



```
 1                              April 13, 2022

 2                              11:30 a.m.

 3

 4

 5   Remote Videotaped deposition via Zoom

 6   videoconferencing of Everest Scott Conover at:

 7

 8        Towson, MD

 9

10        Pursuant to notice, before Sherry L. Brooks,

11   Certified LiveNote Reporter and Notary Public, in and

12   for the State of Maryland.

13

14

15

16

17

18

19

20

21

22
```



Case 1:20-cv-02088-DKC   Document 105-11   Filed 07/25/22   Page 5 of 8
EVEREST SCOTT CONOVER                                        April 13, 2022
Hammons vs University of Maryland Medical System                          3

```
 1  ON BEHALF OF PLAINTIFF:
 2       Jonathan S. Z. Hermann, Esquire
 3       Joshua M. Goldman, Esquire
 4       1133 Avenue of the Americas
 5       New York, NY  10036
 6       (212) 336-2000
 7       E-mail:  JHermann@pbwt.com
 8       E-mail:  JGoldman@pbwt.com
 9
10  ON BEHALF OF DEFENDANTS:
11       Hannah Wigger, Esquire
12       Sheppard Mullin
13       2099 Pennsylvania Avenue, NW
14       Suite 100
15       Washington, DC  20006
16       (202) 747-1900
17       E-mail:  HWigger@SheppardMullin.com
18
19  ALSO PRESENT:
20       George Ellis, Videographer
21
22
```



```
 1  a joint UMMS -- UM Saint Joseph's medical board.
 2      Q.    I may have misspoken -- strike that.  I'll          12:05
 3  take a step back.
 4            Are you aware of an entity called UMSJ               12:05
 5  Health System, LLC?
 6      A.    I am.                                                12:05
 7      Q.    And you'll understand me if I refer to              12:05
 8  them as UMSJ?
 9      A.    Yes.                                                 12:05
10      Q.    Is it fair to characterize UMSJ as the              12:05
11  holding company that owns Saint Joseph's?
12      A.    It is.                                               12:05
13            MS. WIGGER:  Object to form.                         12:05
14            BY MR. HERMANN:                                      12:05
15      Q.    And that Saint Joseph's -- I'm sorry --             12:05
16  rather UMSJ is the sole member of Saint Joseph's?
17      A.    UMSJ is the sole member of the University          12:05
18  of Maryland Saint Joseph's Medical Center, correct.
19      Q.    And so circling back to my earlier                  12:05
20  question, it's your understanding that the UMSJ board
21  and the Saint Joseph's board are the same, correct?
22      A.    Correct.                                             12:05
```



800.211.DEPO (3376)
EsquireSolutions.com

| | | |
|---|---|---|
| 1 | Q. And, again, continuing with my previous | 12:06 |
| 2 | question, this ethics committee is accountable to | |
| 3 | that joint UMSJ and Saint Joseph's board, correct? | |
| 4 | MS. WIGGER: Object to form. | 12:06 |
| 5 | A. There are two separate boards that have an | 12:06 |
| 6 | identity of membership, but yes. The ethics | |
| 7 | committee is -- reports to both. That is correct. | |
| 8 | BY MR. HERMANN: | 12:06 |
| 9 | Q. And you say there are two boards. But | 12:06 |
| 10 | those boards are comprised of the same individuals, | |
| 11 | correct? | |
| 12 | A. Correct. | 12:06 |
| 13 | Q. I'm going to now jump to page 7, the PDF | 12:06 |
| 14 | is UMMS 1041, specifically Section 2.12, Audit of | |
| 15 | Catholic Identity. And I'll let you just familiarize | |
| 16 | yourself with that section. | |
| 17 | A. Okay. | 12:07 |
| 18 | Q. Before reading this section, were you | 12:07 |
| 19 | aware that the Catholic Identity Agreement required | |
| 20 | that Saint Joseph's undergo an audit by the National | |
| 21 | Catholic Bioethics Center every two years? | |
| 22 | MS. WIGGER: Object to form. | 12:07 |



```
 1      Q.    Correct.                                              12:18
 2      A.    I believe that Dr. Thomas Smyth serves as             12:18
 3  the president and CEO of both UMSJ and the University
 4  of Maryland Saint Joseph's Medical Center, but yes,
 5  that's my -- that is my understanding.
 6      Q.    And you mentioned Dr. Smyth.  Is it your              12:18
 7  understanding that UMMS is responsible for appointing
 8  Dr. Smyth as CEO and president of Saint Joe's?
 9            MS. WIGGER:  Object to form.                          12:18
10      A.    It is.                                                12:18
11            BY MR. HERMANN:                                       12:18
12      Q.    And I will go to page 7 of the PDF.                   12:18
13  Again, I apologize for jumping around.  It's UMMS
14  1217 and I'm looking at Section 3.03(a).  And is that
15  consistent with your understanding that UMMS --
16  strike that -- that UMMS is responsible for
17  appointing the president and CEO of Saint Joe's?
18            MS. WIGGER:  Object to form.                          12:19
19      A.    That is my understanding.                             12:19
20            BY MR. HERMANN:                                       12:19
21      Q.    So is it your understanding that UMMS has             12:19
22  certain authority to appoint both board members and
```

