# EXHIBIT 10

OMB No 1545-0047

# Form 990

**Return of Organization Exempt From Income Tax**

Case 1:20-cv-02088-DRC Document 103-12 Filed 07/25/22 Page 2 of 103

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

► Do not enter social security numbers on this form as it may be made public
► Information about Form 990 and its instructions is at *www IRS gov/form990*

## 2017

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

**A For the 2017 calendar year, or tax year beginning 07-01-2017 , and ending 06-30-2018**

| B Check if applicable | C Name of organization UMSJ Health System LLC % ED WUENSCHELL | | D Employer identification number |
|---|---|---|---|
| ☐ Address change | | | 46-2097818 |
| ☐ Name change | Doing business as UM St Joseph Medical Center | | |
| ☐ Initial return | | | |
| ☐ Final return/terminated | Number and street (or P O box if mail is not delivered to street address) 7601 Osler Drive | Room/suite | E Telephone number |
| ☐ Amended return | | | (410) 328-1376 |
| ☐ Application pending | City or town, state or province, country, and ZIP or foreign postal code Towson, MD 21204 | | |
| | | | G Gross receipts $ 448,518,580 |

| F Name and address of principal officer Thomas B Smyth 7601 Osler Drive Towson, MD 21204 | H(a) Is this a group return for subordinates? ☐ Yes ☒ No |
|---|---|
| | H(b) Are all subordinates included? ☐ Yes ☐ No |
| **I** Tax-exempt status ☒ 501(c)(3) ☐ 501(c) ( ) ◄ (insert no ) ☐ 4947(a)(1) or ☐ 527 | If "No," attach a list (see instructions) |
| **J** Website: ► https //www umms org/sjmc | H(c) Group exemption number ► |
| **K** Form of organization ☒ Corporation ☐ Trust ☐ Association ☐ Other ► | **L** Year of formation 2012 **M** State of legal domicile MD |

## Part I Summary

**1** Briefly describe the organization's mission or most significant activities
THE ORGANIZATION'S MISSION IS GUIDED BY OUR CATHOLIC HEALTH CARE TRADITION OF LOVING SERVICE & COMPASSIONATE CARE

**2** Check this box ► ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets

| | | | |
|---|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) . . . . . . . . | **3** | | 19 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) . . . | **4** | | 14 |
| **5** Total number of individuals employed in calendar year 2017 (Part V, line 2a) . . . . | **5** | | 2,807 |
| **6** Total number of volunteers (estimate if necessary) . . . . . . . . . . . . | **6** | | 508 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 . . . . . . | **7a** | | 391,712 |
| **b** Net unrelated business taxable income from Form 990-T, line 34 . . . . . . . . | **7b** | | 336,669 |

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** Contributions and grants (Part VIII, line 1h) . . . . . . . . . | | 2,075,910 | 234,545 |
| **9** Program service revenue (Part VIII, line 2g) . . . . . . . . . | | 434,538,535 | 441,608,293 |
| **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . | | 0 | 0 |
| **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | | 4,314,528 | 4,287,820 |
| **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | | 440,928,973 | 446,130,658 |
| **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . | | 119,950 | 165,400 |
| **14** Benefits paid to or for members (Part IX, column (A), line 4 ) . . . . | | 0 | 0 |
| **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | | 197,345,365 | 202,249,518 |
| **16a** Professional fundraising fees (Part IX, column (A), line 11e) . . . . | | 0 | 0 |
| **b** Total fundraising expenses (Part IX, column (D), line 25) ►0 | | | |
| **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | | 240,126,309 | 235,955,275 |
| **18** Total expenses Add lines 13–17 (must equal Part IX, column (A), line 25) | | 437,591,624 | 438,370,193 |
| **19** Revenue less expenses Subtract line 18 from line 12 . . . . . . | | 3,337,349 | 7,760,465 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **20** Total assets (Part X, line 16) . . . . . . . . . . . . . | | 311,443,331 | 303,739,311 |
| **21** Total liabilities (Part X, line 26) . . . . . . . . . . . . | | 412,898,758 | 401,755,859 |
| **22** Net assets or fund balances Subtract line 21 from line 20 . . . . | | -101,455,427 | -98,016,548 |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| **Sign Here** | ****** Signature of officer | 2019-05-08 Date |
|---|---|---|
| | PAUL S NICHOLSON SVP CFO & TREASURER Type or print name and title | |

| **Paid Preparer Use Only** | Print/Type preparer's name Frank Giardini | Preparer's signature Frank Giardini | Date 2019-05-15 | Check ☐ if self-employed | PTIN P00532355 |
|---|---|---|---|---|---|
| | Firm's name ► GRANT THORNTON LLP | | | Firm's EIN ► | |
| | Firm's address ► 2001 MARKET STREET SUITE 700 PHILADELPHIA, PA 19103 | | | Phone no (215) 561-4200 | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . . ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions. Cat No 11282Y Form **990** (2017)

Form 990 (2017)            Page **2**

| **Part III** | **Statement of Program Service Accomplishments** |
|---|---|

        Check if Schedule O contains a response or note to any line in this Part III   .   .   .   .   .   .   .   .   .   .   . ☑

**1**    Briefly describe the organization's mission

THE ORGANIZATION'S MISSION IS GUIDED BY OUR CATHOLIC HEALTH CARE TRADITION OF LOVING SERVICE AND COMPASSIONATE CARE  AS AN INTEGRAL MEMBER OF UMMS, WE PROVIDE ACCESS TO A FULL SPECTRUM OF HEALTH CARE SERVICES THAT IMPROVES THE HEALTH OF THE COMMUNITIES WE SERVE

_____

_____

_____

**2**    Did the organization undertake any significant program services during the year which were not listed on

the prior Form 990 or 990-EZ?   .   .   .   .   .   .   .   .   .   .   .   .   .   .         ☐ **Yes**   ☑ **No**

If "Yes," describe these new services on Schedule O

**3**    Did the organization cease conducting, or make significant changes in how it conducts, any program

services?   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .         ☐ **Yes**   ☑ **No**

If "Yes," describe these changes on Schedule O

**4**    Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported

**4a**   (Code        ) (Expenses $     373,384,039    including grants of $      165,400 ) (Revenue $     444,036,747 )

   See Additional Data

_____

**4b**   (Code        ) (Expenses $            including grants of $           ) (Revenue $         )

_____

_____

_____

_____

_____

_____

_____

_____

_____

**4c**   (Code        ) (Expenses $            including grants of $           ) (Revenue $         )

_____

_____

_____

_____

_____

_____

_____

_____

**4d**   Other program services (Describe in Schedule O )

     (Expenses $            including grants of $         ) (Revenue $        )

**4e**   **Total program service expenses ▶**     373,384,039

HUM_0000519

| Part IV | Checklist of Required Schedules | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* 🖉 . . . . | **1** | Yes | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? 🖉 . . . | **2** | Yes | |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* 🖉 . . . . . . . . . . | **3** | | No |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* 🖉 . . . . | **4** | Yes | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* 🖉 . . . . . . . . | **5** | | No |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* 🖉 . . . . . . . . . . . | **6** | | No |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* 🖉 . . . | **7** | | No |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* 🖉 . . . . | **8** | | No |
| 9 | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X, or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* 🖉 . . . . . | **9** | | No |
| 10 | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If "Yes," complete Schedule D, Part V* 🖉 . . . . . | **10** | | No |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* 🖉 . . . | **11a** | Yes | |
| b | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* 🖉 . . . | **11b** | | No |
| c | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* 🖉 . . . . . . | **11c** | | No |
| d | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* 🖉 . . . . . . | **11d** | Yes | |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* 🖉 | **11e** | Yes | |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* 🖉 | **11f** | Yes | |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* 🖉 . . . | **12a** | | No |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* 🖉 | **12b** | Yes | |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? . . . . . | **14a** | | No |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* . . . . . . . . | **14b** | | No |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* . . . . . . | **15** | | No |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* . . . . . | **16** | | No |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* (see instructions) . . . . | **17** | | No |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . | **18** | | No |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* . . . . . . . . . | **19** | | No |

HUM_0000520

**Part IV** Checklist of Required Schedules (continued)

Case 1:20-cv-00613-SB Document 105-12 Filed 07/25/22 Page 5 of 103

| | | | Yes | No |
|---|---|---|---|---|
| **20a** | Did the organization operate one or more hospital facilities? If "Yes," complete Schedule H . . . . | **20a** | Yes | |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | Yes | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? If "Yes," complete Schedule I, Parts I and II . . . . . | **21** | Yes | |
| **22** | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? If "Yes," complete Schedule I, Parts I and III . . . . . . . . . . | **22** | | No |
| **23** | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? If "Yes," complete Schedule J . . . . . . . . . . . . . . . . . . . . . | **23** | Yes | |
| **24a** | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? If "Yes," answer lines 24b through 24d and complete Schedule K If "No," go to line 25a . . . . . . . . . . . . . . . . . . | **24a** | | No |
| **b** | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| **c** | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . . . . | **24c** | | |
| **d** | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| **25a** | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? If "Yes," complete Schedule L, Part I . . . . . . . . . . . . . . . . . . . . . . . | **25a** | | No |
| **b** | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? If "Yes," complete Schedule L, Part I . . . . . . . . . . . . . . . . . . . | **25b** | | No |
| **26** | Did the organization report any amount on Part X, line 5, 6, or 22 for receivables from or payables to any current or former officers, directors, trustees, key employees, highest compensated employees, or disqualified persons? If "Yes," complete Schedule L, Part II . . . . . . . . . . . . . . . . . . . | **26** | | No |
| **27** | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? If "Yes," complete Schedule L, Part III . . . . . . . . . . . . | **27** | | No |
| **28** | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions) | | | |
| **a** | A current or former officer, director, trustee, or key employee? If "Yes," complete Schedule L, Part IV . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **28a** | | No |
| **b** | A family member of a current or former officer, director, trustee, or key employee? If "Yes," complete Schedule L, Part IV . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **28b** | Yes | |
| **c** | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? If "Yes," complete Schedule L, Part IV . . . | **28c** | Yes | |
| **29** | Did the organization receive more than $25,000 in non-cash contributions? If "Yes," complete Schedule M . . | **29** | | No |
| **30** | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? If "Yes," complete Schedule M . . . . . . . . . . . . . . . . . | **30** | | No |
| **31** | Did the organization liquidate, terminate, or dissolve and cease operations? If "Yes," complete Schedule N, Part I . | **31** | | No |
| **32** | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? If "Yes," complete Schedule N, Part II . . . . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| **33** | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301 7701-2 and 301 7701-3? If "Yes," complete Schedule R, Part I . . . . . . . . . . . . | **33** | Yes | |
| **34** | Was the organization related to any tax-exempt or taxable entity? If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | Yes | |
| **35a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | Yes | |
| **b** | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? If "Yes," complete Schedule R, Part V, line 2 . . . . . . | **35b** | Yes | |
| **36** | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? If "Yes," complete Schedule R, Part V, line 2 . . . . . . . . . . . . . . . | **36** | | No |
| **37** | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? If "Yes," complete Schedule R, Part VI . . | **37** | | No |
| **38** | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O . . . . . . . . . . . . . . . . | **38** | Yes | |

HUM_0000521

Case 1:20-cv-02088-DKC Document 105-12 Filed 07/25/22 Page 6 of 103

| Part V | Statements Regarding Other IRS Filings and Tax Compliance | | | | |
|---|---|---|---|---|---|
| | Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . . | | | | ☑ |

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **1a** | Enter the number reported in Box 3 of Form 1096 Enter -0- if not applicable . . | **1a** | 0 | | | |
| **b** | Enter the number of Forms W-2G included in line 1a *Enter -0-* if not applicable | **1b** | 0 | | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | | | **1c** | Yes | |
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . . . | **2a** | 2,807 | | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | | | **2b** | Yes | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | | | **3a** | Yes | |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation in Schedule O* . . . | | | **3b** | Yes | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | | | **4a** | | No |
| **b** | If "Yes," enter the name of the foreign country ▶ _____ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR) | | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | | **5a** | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | **5b** | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . . | | | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | | | **6a** | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . | | | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . . . | | | **7a** | | No |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . | | | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . . . | | | **7c** | | No |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . . . | **7d** | | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | | **7e** | | No |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | | **7f** | | No |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . . . . . | | | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . . . . . | | | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . . . . . . . . . . . . . . . . | | | **8** | | |
| **9a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . | | | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | | | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter | | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . . | **10a** | | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | | |
| **11** | **Section 501(c)(12) organizations.** Enter | | | | | |
| **a** | Gross income from members or shareholders . . . . . . . . . . . | **11a** | | | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them ) . . . . . . . . . | **11b** | | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year | **12b** | | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? **Note.** See the instructions for additional information the organization must report on Schedule O | | | **13a** | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . . | **13b** | | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . . | **13c** | | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | | | **14a** | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation in Schedule O* . . . | | | **14b** | | |

HUM_0000522

Case 1:20-cv-02088-JKB Document 195-12 Filed 02/25/22 Page 7 of 103

| Part VI | Governance, Management, and Disclosure *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . ☑

### Section A. Governing Body and Management

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 19 | | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O | | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 14 | | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . | | | **2** | Yes | |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | | | **3** | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? | | | **4** | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . | | | **5** | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . | | | **6** | Yes | |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . | | | **7a** | Yes | |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . | | | **7b** | Yes | |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following | | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . | | | **8a** | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . | | | **8b** | Yes | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? If "Yes," provide the names and addresses in Schedule O . . . . . . . | | | **9** | | No |

### Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . | **10a** | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . | **11a** | Yes | |
| **b** | Describe in Schedule O the process, if any, used by the organization to review this Form 990 | | | |
| **12a** | Did the organization have a written conflict of interest policy? If "No," go to line 13 . . . . | **12a** | Yes | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . | **12b** | Yes | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? If "Yes," describe in Schedule O how this was done . . . . . . . . . . . . . | **12c** | Yes | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . | **13** | Yes | |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . | **14** | Yes | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . | **15a** | Yes | |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . | **15b** | Yes | |
| | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions) | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . | **16a** | Yes | |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . | **16b** | Yes | |

### Section C. Disclosure

**17** List the States with which a copy of this Form 990 is required to be filed▶
MD

**18** Section 6104 requires an organization to make its Form 1023 (or 1024 if applicable), 990, and 990-T (501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply

☐ Own website  ☐ Another's website  ☑ Upon request  ☐ Other (explain in Schedule O)

**19** Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year

**20** State the name, address, and telephone number of the person who possesses the organization's books and records
▶ED WUENSCHELL  900 ELKRIDGE LANDING ROAD - 3 EAST  LINTHICUM, MD 21090 (443) 462-5811

HUM_0000523

| Part VII | Compensation of Officers, Directors,Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors |

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . ☑

### Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

**1a** Complete this table for all persons required to be listed  Report compensation for the calendar year ending with or within the organization's tax year

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation  Enter -0- in columns (D), (E), and (F) if no compensation was paid

● List all of the organization's **current** key employees, if any  See instructions for definition of "key employee "

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations

List persons in the following order  individual trustees or directors, institutional trustees, officers, key employees, highest compensated employees, and former such persons

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee

| (A)<br>Name and Title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W- 2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| See Additional Data Table | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Case 1:20-cv-02088-DKC   Document 105-12   Filed 07/25/22   Page 9 of 103

| **Part VII** | Section A  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| **(A)**<br>Name and Title | **(B)**<br>Average hours per week (list any hours for related organizations below dotted line) | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | **(D)**<br>Reportable compensation from the organization (W-2/1099-MISC) | **(E)**<br>Reportable compensation from related organizations (W-2/1099-MISC) | **(F)**<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| See Additional Data Table | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . ▶ | | | | | | | | 9,159,552 | 5,973,400 | 465,514 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 267

| | | | Yes | No |
|---|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . | **3** | Yes | |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . | **4** | Yes | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization?*If "Yes," complete Schedule J for such person* . . . . . . . . . | **5** | | No |

## Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization  Report compensation for the calendar year ending with or within the organization's tax year

| **(A)**<br>Name and business address | **(B)**<br>Description of services | **(C)**<br>Compensation |
|---|---|---|
| The Whiting Turner Contracting Comp,<br>PO Box 17596<br>BALTIMORE, MD  21297 | Contracting | 8,501,236 |
| Electrico Incorporated,<br>1300 Racquet Raod<br>BALTIMORE, MD  21209 | Contracting | 4,110,312 |
| Crothall Services,<br>13028 Collections Drive<br>CHICAGO, IL  60693 | Environmental Serv | 4,106,867 |
| Advanced Imaging Partners Inc,<br>7253 Ambassador Road<br>BALTIMORE, MD  21244 | Healthcare Services | 1,883,333 |
| Hord Coplan Macht Inc,<br>700 East Pratt Street Suite 1200<br>BALTIMORE, MD  21202 | Architecture Serv | 1,672,892 |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 85

HUM_0000525

Case 1:20-cv-02088-DKC Document 105-12 Filed 07/25/22 Page 10 of 103

**Part VIII**    Statement of Revenue

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . □

| | | | | (A)<br>Total revenue | (B)<br>Related or<br>exempt<br>function<br>revenue | (C)<br>Unrelated<br>business<br>revenue | (D)<br>Revenue<br>excluded from<br>tax under sections<br>512-514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns . . | **1a** | | | | | |
| | **b** Membership dues . . | **1b** | | | | | |
| | **c** Fundraising events . . | **1c** | | | | | |
| | **d** Related organizations | **1d** | 234,545 | | | | |
| | **e** Government grants (contributions) | **1e** | | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | **1f** | | | | | |
| | **g** Noncash contributions included in lines 1a-1f $ _____ | | | | | | |
| | **h Total.** Add lines 1a-1f . . . . . . . ▶ | | | 234,545 | | | |

| | | Business Code | | | | |
|---|---|---|---|---|---|---|
| **Program Service Revenue** | **2a** PATIENT SERVICE REVENUE | 900099 | 441,608,293 | 441,552,591 | 55,702 | |
| | **b** _____ | | | | | |
| | **c** _____ | | | | | |
| | **d** _____ | | | | | |
| | **e** _____ | | | | | |
| | **f** All other program service revenue | | | | | |
| | **g Total.** Add lines 2a-2f . . . . ▶ | | 441,608,293 | | | |

| | | (i) Real | (ii) Personal | | | | |
|---|---|---|---|---|---|---|---|
| | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . ▶ | | | 0 | | | |
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | | 0 | | | |
| | **5** Royalties . . . . . . . . ▶ | | | 0 | | | |
| | **6a** Gross rents | 3,848,114 | | | | | |
| | **b** Less rental expenses | 2,387,922 | | | | | |
| | **c** Rental income or (loss) | 1,460,192 | 0 | | | | |
| | **d** Net rental income or (loss) . . . . . . ▶ | | | 1,460,192 | | | 1,460,192 |
| | | (i) Securities | (ii) Other | | | | |
| | **7a** Gross amount from sales of assets other than inventory | | | | | | |
| | **b** Less cost or other basis and sales expenses | | | | | | |
| | **c** Gain or (loss) | | | | | | |
| | **d** Net gain or (loss) . . . . . . . . ▶ | | | 0 | | | |
| **Other Revenue** | **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c) See Part IV, line 18 . . . . **a** | | 0 | | | | |
| | **b** Less direct expenses . . . **b** | | 0 | | | | |
| | **c** Net income or (loss) from fundraising events . . ▶ | | | 0 | | | |
| | **9a** Gross income from gaming activities See Part IV, line 19 . . . . **a** | | 0 | | | | |
| | **b** Less direct expenses . . . **b** | | 0 | | | | |
| | **c** Net income or (loss) from gaming activities . . ▶ | | | 0 | | | |
| | **10a** Gross sales of inventory, less returns and allowances . . **a** | | 0 | | | | |
| | **b** Less cost of goods sold . . **b** | | 0 | | | | |
| | **c** Net income or (loss) from sales of inventory . . ▶ | | | 0 | | | |
| | Miscellaneous Revenue | Business Code | | | | |
| | **11a** INCOME FROM JOINT VENTURES | 900099 | 1,670,315 | 1,334,305 | 336,010 | |
| | **b** OTHER REVENUE | 900099 | 1,149,851 | 1,149,851 | | |
| | **c** MEDICAL RECORDS | 900099 | 7,462 | | | 7,462 |
| | **d** All other revenue | | | | | |
| | **e Total.** Add lines 11a-11d . . . . . ▶ | | 2,827,628 | | | |
| | **12 Total revenue.** See Instructions . . . . . ▶ | | 446,130,658 | 444,036,747 | 391,712 | 1,467,654 |

HUM_0000526

**Part IX**   **Statement of Functional Expenses**

Case 1:20-cv-02088-DKC   Document 105-12   Filed 07/25/22   Page 11 of 103

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . ☑

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments  See Part IV, line 21 | 165,400 | 165,400 | | |
| **2** Grants and other assistance to domestic individuals  See Part IV, line 22 | 0 | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals  See Part IV, line 15 and 16 | 0 | | | |
| **4** Benefits paid to or for members | 0 | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | 3,346,371 | 888,724 | 2,457,647 | |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . . | 0 | | | |
| **7** Other salaries and wages | 166,282,923 | 134,689,168 | 31,593,755 | |
| **8** Pension plan accruals and contributions (include section 401 (k) and 403(b) employer contributions) . . . . . | 5,084,180 | 4,118,186 | 965,994 | |
| **9** Other employee benefits . . . . . . . . | 16,674,884 | 13,506,656 | 3,168,228 | |
| **10** Payroll taxes . . . . . . . . . . | 10,861,160 | 8,797,540 | 2,063,620 | |
| **11** Fees for services (non-employees) | | | | |
| **a** Management . . . . . . . . . | 0 | | | |
| **b** Legal . . . . . . . . . . . . | 6,326 | 5,124 | 1,202 | |
| **c** Accounting . . . . . . . . . . | 0 | | | |
| **d** Lobbying . . . . . . . . . . | 16,113 | | 16,113 | |
| **e** Professional fundraising services  See Part IV, line 17 | 0 | | | |
| **f** Investment management fees . . . . . . | 0 | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 83,129,947 | 68,731,675 | 14,398,272 | |
| **12** Advertising and promotion . . . . . | 111,207 | 90,078 | 21,129 | |
| **13** Office expenses . . . . . . . . . | 1,632,438 | 1,322,275 | 310,163 | |
| **14** Information technology . . . . . . . | 0 | | | |
| **15** Royalties . . . . . . . . . . . | 0 | | | |
| **16** Occupancy . . . . . . . . . . | 8,108,094 | 6,567,556 | 1,540,538 | |
| **17** Travel . . . . . . . . . . . | 196,678 | 159,309 | 37,369 | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials  . | | | | |
| **19** Conferences, conventions, and meetings . . . . | 683,573 | 553,694 | 129,879 | |
| **20** Interest . . . . . . . . . . . | 11,416,198 | 9,247,120 | 2,169,078 | |
| **21** Payments to affiliates . . . . . . . | 0 | | | |
| **22** Depreciation, depletion, and amortization . . | 21,476,997 | 17,396,368 | 4,080,629 | |
| **23** Insurance . . . . . | 6,341,257 | 5,968,807 | 372,450 | |
| **24** Other expenses  Itemize expenses not covered above (List miscellaneous expenses in line 24e  If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O ) | | | | |
| **a** MEDICAL SUPPLIES | 81,002,272 | 81,002,272 | | |
| **b** BAD DEBT EXPENSE | 14,170,910 | 14,170,910 | | |
| **c** REPAIR/MAINTAINANCE | 4,985,284 | 4,038,080 | 947,204 | |
| **d** EQUIPMENT RENT | 457,180 | 370,316 | 86,864 | |
| **e** All other expenses | 2,220,801 | 1,594,781 | 626,020 | |
| **25** **Total functional expenses.** Add lines 1 through 24e | 438,370,193 | 373,384,039 | 64,986,154 | 0 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation  Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

HUM_0000527

| Part X | **Balance Sheet** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part IX  . . . . . . . . . . . . . . . ☐

| | | | | (A)<br>Beginning of year | | | (B)<br>End of year |
|---|---|---|---|---|---|---|---|
| **Assets** | 1 | Cash—non-interest-bearing  . . . . . . . . | | 0 | **1** | | 0 |
| | 2 | Savings and temporary cash investments  . . . . . . . . | | 0 | **2** | | 0 |
| | 3 | Pledges and grants receivable, net  . . . . . . | | 0 | **3** | | 0 |
| | 4 | Accounts receivable, net  . . . . . . . . . . | | 43,386,799 | **4** | | 37,390,785 |
| | 5 | Loans and other receivables from current and former officers, directors, trustees, key employees, and highest compensated employees  Complete Part II of Schedule L  . . . . . . | | 0 | **5** | | 0 |
| | 6 | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instructions)  Complete Part II of Schedule L  . . . | | 0 | **6** | | 0 |
| | 7 | Notes and loans receivable, net  . . . . . | | 845,854 | **7** | | 901,685 |
| | 8 | Inventories for sale or use  . . . . . . . . | | 5,613,769 | **8** | | 5,670,032 |
| | 9 | Prepaid expenses and deferred charges  . . . . . . | | 1,904,101 | **9** | | 1,629,576 |
| | 10a | Land, buildings, and equipment  cost or other basis  Complete Part VI of Schedule D | 10a | 301,447,673 | | | |
| | b | Less  accumulated depreciation | 10b | 91,533,015 | 200,460,292 | **10c** | 209,914,658 |
| | 11 | Investments—publicly traded securities  . . | | 0 | **11** | | 0 |
| | 12 | Investments—other securities  See Part IV, line 11  . . . . . | | 0 | **12** | | 0 |
| | 13 | Investments—program-related  See Part IV, line 11  . . . | | 0 | **13** | | 0 |
| | 14 | Intangible assets  . . . . . . . . . . . | | 0 | **14** | | 0 |
| | 15 | Other assets  See Part IV, line 11  . . . . . . | | 59,232,516 | **15** | | 48,232,575 |
| | 16 | **Total assets.** Add lines 1 through 15 (must equal line 34)  . . . | | 311,443,331 | **16** | | 303,739,311 |
| **Liabilities** | 17 | Accounts payable and accrued expenses  . . . . . | | 55,196,019 | **17** | | 51,323,436 |
| | 18 | Grants payable  . . . | | 0 | **18** | | 0 |
| | 19 | Deferred revenue  . . . . . . | | 128,688 | **19** | | 135,676 |
| | 20 | Tax-exempt bond liabilities  . . . . . . . | | 0 | **20** | | 0 |
| | 21 | Escrow or custodial account liability  Complete Part IV of Schedule D | | 0 | **21** | | 0 |
| | 22 | Loans and other payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons  Complete Part II of Schedule L  . . | | 0 | **22** | | 0 |
| | 23 | Secured mortgages and notes payable to unrelated third parties  . . | | 0 | **23** | | 0 |
| | 24 | Unsecured notes and loans payable to unrelated third parties  . . | | 2,006,905 | **24** | | 1,246,847 |
| | 25 | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24)  Complete Part X of Schedule D | | 355,567,146 | **25** | | 349,049,900 |
| | 26 | **Total liabilities.** Add lines 17 through 25  . . | | 412,898,758 | **26** | | 401,755,859 |
| **Net Assets or Fund Balances** | | **Organizations that follow SFAS 117 (ASC 958), check here ▶** ☑ **and complete lines 27 through 29, and lines 33 and 34.** | | | | | |
| | 27 | Unrestricted net assets | | -101,456,147 | **27** | | -98,017,268 |
| | 28 | Temporarily restricted net assets  . . . . . . | | 720 | **28** | | 720 |
| | 29 | Permanently restricted net assets  . . . . . | | 0 | **29** | | 0 |
| | | **Organizations that do not follow SFAS 117 (ASC 958), check here ▶** ☐ **and complete lines 30 through 34.** | | | | | |
| | 30 | Capital stock or trust principal, or current funds  . . . . | | | **30** | | |
| | 31 | Paid-in or capital surplus, or land, building or equipment fund  . . . | | | **31** | | |
| | 32 | Retained earnings, endowment, accumulated income, or other funds  . . | | | **32** | | |
| | 33 | Total net assets or fund balances  . . . . . | | -101,455,427 | **33** | | -98,016,548 |
| | 34 | Total liabilities and net assets/fund balances  . . . | | 311,443,331 | **34** | | 303,739,311 |

HUM_0000528

| Part XI | Reconcilliation of Net Assets |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . ☑

| | | | |
|---|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . | 1 | 446,130,658 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . | 2 | 438,370,193 |
| 3 | Revenue less expenses  Subtract line 2 from line 1 . . . . . . . . . . . | 3 | 7,760,465 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) . . | 4 | -101,455,427 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . | 5 | |
| 6 | Donated services and use of facilities . . . . . . . . . . . | 6 | |
| 7 | Investment expenses . . . . . . . . . . . | 7 | |
| 8 | Prior period adjustments . . . . . . . . . . . | 8 | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . . | 9 | -4,321,586 |
| 10 | Net assets or fund balances at end of year  Combine lines 3 through 9 (must equal Part X, line 33, column (B)) | 10 | -98,016,548 |

| Part XII | Financial Statements and Reporting |
|---|---|

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . ☐

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990    ☐ Cash   ☑ Accrual   ☐ Other _____ | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | 2a | | No |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both | | | |
| | ☐ Separate basis    ☐ Consolidated basis    ☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? | 2b | Yes | |
| | If 'Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both | | | |
| | ☐ Separate basis    ☑ Consolidated basis    ☐ Both consolidated and separate basis | | | |
| c | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | 2c | Yes | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | 3a | | |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits | 3b | | |

HUM_0000529

**Additional Data**

|  |  |
|---|---|
| **Software ID:** | |
| **Software Version:** | |
| **EIN:** | 46-2097818 |
| **Name:** | UMSJ Health System LLC |

Form 990 (2017)

**Form 990, Part III, Line 4a:**

THE ORGANIZATION'S MISSION IS GUIDED BY OUR CATHOLIC HEALTH CARE TRADITION OF LOVING SERVICE AND COMPASSIONATE CARE  AS AN INTEGRAL MEMBER OF UMMS, WE PROVIDE ACCESS TO A FULL SPECTRUM OF HEALTH CARE SERVICES THAT IMPROVES THE HEALTH OF THE COMMUNITIES WE SERVE  UMSJHS RECEIVED ITS 501(C)(3) EXEMPTION LETTER IN NOVEMBER OF 2014  ON JULY 1, 2015, UMSJHS BECAME THE PARENT COMPANY FOR ALL ENTITIES IN THE UNIVERSITY OF MARYLAND ST  JOSEPH MEDICAL SYSTEM  THIS SYSTEM IS AN INTEGRAL PART OF THE UMMS SYSTEM AND ALLOWS THE SYSTEM TO PROVIDE QUALITY INTEGRATED CARE TO PATIENTS IN THE NORTH BALTIMORE AREA  AS THE SOLE MEMBER OF UMSJMC, UMSJHS SUPPORTS THE ACTIVITIES OF UMSJMC AND ITS AFFILIATES  UMSJHS IS ORGANIZED EXCLUSIVELY FOR CHARITABLE, SCIENTIFIC AND EDUCATIONAL PURPOSES  ITS ACTIVITIES INCLUDE PROVIDING HEALTHCARE TREATMENT AND CARE TO PERSONS WHO ARE ACUTELY ILL, OPERATING A 24-HOUR EMERGENCY DEPARTMENT WHICH SERVICES ALL COMMUNITY PATIENTS WITHOUT REGARD TO THEIR ABILITY TO PAY  UMSJMC OPERATES A HOSPITAL WITH 224 LICENSED BEDS  DURING ITS FISCAL YEAR ENDED JUNE 30, 2018, THE HOSPITAL ENGAGED IN THE FOLLOWING ACTIVITIES THAT WERE IN FURTHERANCE OF ITS EXEMPT PURPOSE  PROVIDED INPATIENT SERVICES WHICH INCLUDED 16,979 INPATIENT ADMISSIONS (INCLUDING 1,968 BIRTHS), PROVIDED OUTPATIENT SERVICES WHICH INCLUDED 42,290 EMERGENCY DEPARTMENT VISITS, AND 14,282 TOTAL INPATIENT AND OUTPATIENT SURGERIES, AND PROVIDED UNCOMPENSATED CARE TO INDIGENTS AND MEDICALLY UNDERSERVED MEMBERS OF THE COMMUNITY AT COST OF $4 1M

HUM_0000530

# Form 990, Part VII - Compensation of Officers, Directors,Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors

| (A) Name and Title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W- 2/1099-MISC) | (E) Reportable compensation from related organizations (W- 2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| Honorable Francis X Kelly — Chairman | 1 0 / 0 0 | X | | X | | | | 0 | 0 | 0 |
| John W Ashworth III — Director | 1 0 / 47 0 | X | | | | | | 0 | 822,679 | 36,514 |
| Robert A Chrencik — Director | 1 0 / 54 0 | X | | | | | | 0 | 2,590,028 | 25,019 |
| John P Coale Esq — Director | 1 0 / 0 0 | X | | | | | | 0 | 0 | 0 |
| Victoria A Deyesu — Director | 1 0 / 0 0 | X | | | | | | 0 | 0 | 0 |
| Daniel D Dietrick MD — Director | 1 0 / 0 0 | X | | | | | | 0 | 0 | 0 |
| R Michael Gill — Director | 1 0 / 0 0 | X | | | | | | 0 | 0 | 0 |
| Edward J Gillis Esq — Director - end 09/2017 | 1 0 / 0 0 | X | | | | | | 0 | 0 | 0 |
| Caroline A Griffin Esq — Director - end 09/2017 | 1 0 / 0 0 | X | | | | | | 0 | 0 | 0 |
| Honorable Andrew P Harris MD — Director | 1 0 / 0 0 | X | | | | | | 0 | 0 | 0 |

HUM_0000531

**Form 990, Part VII - Compensation of Officers, Directors,Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

| (A)<br>Name and Title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W- 2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W- 2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| Monsignor Richard Hilgartner<br><br>Director | 1 0<br>................<br>0 0 | X | | | | | | 0 | 0 | 0 |
| Monsignor J Bruce Jarboe<br><br>Director | 1 0<br>................<br>0 0 | X | | | | | | 0 | 0 | 0 |
| David E Kelly<br><br>Director | 1 0<br>................<br>0 0 | X | | | | | | 0 | 0 | 0 |
| Frank R Palmer IV<br><br>Director | 1 0<br>................<br>0 0 | X | | | | | | 0 | 0 | 0 |
| Kevin F Powderly<br><br>Director | 1 0<br>................<br>0 0 | X | | | | | | 0 | 0 | 0 |
| E Albert Reece MD<br><br>Director | 1 0<br>................<br>2 0 | X | | | | | | 0 | 0 | 0 |
| Kim Schatzel PhD<br><br>Director | 1 0<br>................<br>0 0 | X | | | | | | 0 | 0 | 0 |
| Honorable James T Smith Jr<br><br>Director | 1 0<br>................<br>0 0 | X | | | | | | 0 | 0 | 0 |
| Monsignor Richard W Woy<br><br>Director | 1 0<br>................<br>0 0 | X | | | | | | 0 | 0 | 0 |
| Adele A Wilzack RN<br><br>Director | 1 0<br>................<br>0 0 | X | | | | | | 0 | 0 | 0 |

HUM_0000532

**Form 990, Part VII - Compensation of Officers, Directors,Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

| (A)<br>Name and Title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W- 2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W- 2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| Thomas B Smyth<br>President & CEO | 40 0<br>1 0 | X | | X | | | | 740,378 | 0 | 118,040 |
| Paul S Nicholson<br>SVP, CFO & Treasurer | 40 0<br>1 0 | | | X | | | | 461,185 | 0 | 25,494 |
| Craig J Carmichael<br>VP, Operations/Secretary | 40 0<br>0 0 | | | X | | | | 430,591 | 0 | 24,525 |
| Gail P Cunningham<br>VP, Medical Affairs & CMO | 40 0<br>0 0 | | | | X | | | 543,405 | 0 | 19,634 |
| Walter J Furlong<br>VP, Strategy & Business Dev | 40 0<br>0 0 | | | | X | | | 326,874 | 0 | 20,185 |
| Pamela A Jamieson<br>VP & CNO | 40 0<br>0 0 | | | | X | | | 345,319 | 0 | 16,068 |
| Everest S Conover<br>SVP, Clinical Integration | 40 0<br>0 0 | | | | X | | | 498,619 | 0 | 61,126 |
| Paul McAfee<br>physician | 40 0<br>0 0 | | | | | X | | 1,342,503 | 0 | 18,178 |
| David Dalury<br>Physician | 40 0<br>0 0 | | | | | X | | 1,220,495 | 0 | 16,272 |
| Bruce Wolock<br>Physician | 40 0<br>0 0 | | | | | X | | 1,204,649 | 0 | 17,308 |

**Form 990, Part VII - Compensation of Officers, Directors,Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

| (A)<br>Name and Title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W- 2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W- 2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| Brian Mulliken | 40 0 | | | | | X | | 1,058,563 | 0 | 21,045 |
| Physician | 0 0 | | | | | | | | | |
| Michael Dabbah | 40 0 | | | | | X | | 986,971 | 0 | 23,098 |
| Physician | 0 0 | | | | | | | | | |
| Mohanakumar Suntharalingam | 0 0 | | | | | | X | 0 | 2,560,693 | 23,008 |
| Former President & CEO | 42 0 | | | | | | | | | |

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493134105219 |
|---|---|---|

**SCHEDULE A**
**(Form 990 or 990EZ)**

Department of the Treasury
Internal Revenue Service

# Public Charity Status and Public Support

Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust.
► Attach to Form 990 or Form 990-EZ.
► Information about Schedule A (Form 990 or 990-EZ) and its instructions is at *www.irs.gov/form990*.

OMB No 1545-0047

**2017**

**Open to Public Inspection**

**Name of the organization**
UMSJ Health System LLC

**Employer identification number**
46-2097818

## Part I — Reason for Public Charity Status (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is  (For lines 1 through 12, check only one box )

1  ☐  A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2  ☐  A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990 or 990-EZ) )

3  ☑  A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4  ☐  A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state _____

5  ☐  An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170 (b)(1)(A)(iv).** (Complete Part II )

6  ☐  A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7  ☐  An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II )

8  ☐  A community trust described in **section 170(b)(1)(A)(vi)** (Complete Part II )

9  ☐  An agricultural research organization described in **170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land grant college of agriculture  See instructions  Enter the name, city, and state of the college or university _____

10  ☐  An organization that normally receives  (1) more than 331/3% of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions—subject to certain exceptions, and (2) no more than 331/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975  See **section 509(a)(2).** (Complete Part III )

11  ☐  An organization organized and operated exclusively to test for public safety  See **section 509(a)(4).**

12  ☐  An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box in lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g

a  ☐  **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization  **You must complete Part IV, Sections A and B.**

b  ☐  **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s)  **You must complete Part IV, Sections A and C.**

c  ☐  **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions)  **You must complete Part IV, Sections A, D, and E.**

d  ☐  **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated  The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions)  **You must complete Part IV, Sections A and D, and Part V.**

e  ☐  Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization

f  Enter the number of supported organizations _____

g  Provide the following information about the supported organization(s)

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1- 10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | **Yes** | **No** | | |
| | | | | | | |
| **Total** | | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.

Cat No  11285F

**Schedule A (Form 990 or 990-EZ) 2017**

Schedule A (Form 990 or 990-EZ) 2017 — Page **2**

| **Part II** | **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv), 170(b)(1)(A)(vi), and 170 (b)(1)(A)(ix)** |
|---|---|

(Complete only if you checked the box on line 5, 7, 8, or 9 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

## Section A. Public Support

| Calendar year (or fiscal year beginning in) ▶ | (a) 2013 | (b) 2014 | (c) 2015 | (d) 2016 | (e) 2017 | (f) Total |
|---|---|---|---|---|---|---|
| 1 Gifts, grants, contributions, and membership fees received (Do not include any "unusual grant ") | | | | | | |
| 2 Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| 3 The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| 4 **Total.** Add lines 1 through 3 | | | | | | |
| 5 The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) | | | | | | |
| 6 **Public support.** Subtract line 5 from line 4 | | | | | | |

## Section B. Total Support

| Calendar year (or fiscal year beginning in) ▶ | (a)2013 | (b)2014 | (c)2015 | (d)2016 | (e)2017 | (f)Total |
|---|---|---|---|---|---|---|
| 7 Amounts from line 4 | | | | | | |
| 8 Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | | | | | | |
| 9 Net income from unrelated business activities, whether or not the business is regularly carried on | | | | | | |
| 10 Other income  Do not include gain or loss from the sale of capital assets (Explain in Part VI ) | | | | | | |
| 11 **Total support.** Add lines 7 through 10 | | | | | | |

| | | |
|---|---|---|
| 12 Gross receipts from related activities, etc  (see instructions) | **12** | |

13 **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . ▶ ☐

## Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| 14 Public support percentage for 2017 (line 6, column (f) divided by line 11, column (f)) | **14** | |
| 15 Public support percentage for 2016 Schedule A, Part II, line 14 | **15** | |

16a **33 1/3% support test—2017.** If the organization did not check the box on line 13, and line 14 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

  b **33 1/3% support test—2016.** If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3% or more, check this box and **stop here.** The organization qualifies as a publicly supported organization ▶ ☐

17a **10%-facts-and-circumstances test—2017.** If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test  The organization qualifies as a publicly supported organization ▶ ☐

  b **10%-facts-and-circumstances test—2016.** If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the "facts-and-circumstances" test, check this box and **stop here.** Explain in Part VI how the organization meets the "facts-and-circumstances" test  The organization qualifies as a publicly supported organization ▶ ☐

18 **Private foundation.** If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions ▶ ☐

Schedule A (Form 990 or 990-EZ) 2017

HUM_0000536

| **Part III** | Support Schedule for Organizations Described in Section 509(a)(2) |
|---|---|

(Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.)

### Section A. Public Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2013 | (b) 2014 | (c) 2015 | (d) 2016 | (e) 2017 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received  (Do not include any "unusual grants ") | | | | | | |
| **2** Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose | | | | | | |
| **3** Gross receipts from activities that are not an unrelated trade or business under section 513 | | | | | | |
| **4** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf | | | | | | |
| **5** The value of services or facilities furnished by a governmental unit to the organization without charge | | | | | | |
| **6** **Total.** Add lines 1 through 5 | | | | | | |
| **7a** Amounts included on lines 1, 2, and 3 received from disqualified persons | | | | | | |
| **b** Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | |
| **c** Add lines 7a and 7b | | | | | | |
| **8** **Public support.** (Subtract line 7c from line 6 ) | | | | | | |

### Section B. Total Support

| Calendar year<br>(or fiscal year beginning in) ▶ | (a) 2013 | (b) 2014 | (c) 2015 | (d) 2016 | (e) 2017 | (f) Total |
|---|---|---|---|---|---|---|
| **9** Amounts from line 6 | | | | | | |
| **10a** Gross income from interest, dividends, payments received on securities loans, rents, royalties and income from similar sources | | | | | | |
| **b** Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 | | | | | | |
| **c** Add lines 10a and 10b | | | | | | |
| **11** Net income from unrelated business activities not included in line 10b, whether or not the business is regularly carried on | | | | | | |
| **12** Other income  Do not include gain or loss from the sale of capital assets (Explain in Part VI ) | | | | | | |
| **13** **Total support.** (Add lines 9, 10c, 11, and 12 ) | | | | | | |

**14** **First five years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here**    ▶ ☐

### Section C. Computation of Public Support Percentage

| | | |
|---|---|---|
| **15** Public support percentage for 2017 (line 8, column (f) divided by line 13, column (f)) | **15** | |
| **16** Public support percentage from 2016 Schedule A, Part III, line 15 | **16** | |

### Section D. Computation of Investment Income Percentage

| | | |
|---|---|---|
| **17** Investment income percentage for **2017** (line 10c, column (f) divided by line 13, column (f)) | **17** | |
| **18** Investment income percentage from **2016** Schedule A, Part III, line 17 | **18** | |

**19a** **331/3% support tests—2017.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3%, and line 17 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization    ▶ ☐

**b** **33 1/3% support tests—2016.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3% and line 18 is not more than 33 1/3%, check this box and **stop here.** The organization qualifies as a publicly supported organization    ▶ ☐

**20** **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions    ▶ ☐

HUM_0000537

Schedule A (Form 990 or 990-EZ) 2017        Page **4**

| **Part IV** | **Supporting Organizations** |
|---|---|

(Complete only if you checked a box on line 12 of Part I  If you checked 12a of Part I, complete Sections A and B  If you checked 12b of Part I, complete Sections A and C  If you checked 12c of Part I, complete Sections A, D, and E  If you checked 12d of Part I, complete Sections A and D, and complete Part V )

### Section A. All Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in Part VI how the supported organizations are designated  If designated by class or purpose, describe the designation  If historic and continuing relationship, explain* | | |
| | **1** | | |
| **2** | Did the organization have any supported organization that does not have an IRS determination of status under section 509 (a)(1) or (2)? *If "Yes," explain in Part VI how the organization determined that the supported organization was described in section 509(a)(1) or (2)* | | |
| | **2** | | |
| **3a** | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer (b) and (c) below* | | |
| | **3a** | | |
| **b** | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in Part VI when and how the organization made the determination* | | |
| | **3b** | | |
| **c** | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in Part VI what controls the organization put in place to ensure such use* | | |
| | **3c** | | |
| **4a** | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes" and if you checked 12a or 12b in Part I, answer (b) and (c) below* | | |
| | **4a** | | |
| **b** | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in Part VI how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations* | | |
| | **4b** | | |
| **c** | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in Part VI what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes* | | |
| | **4c** | | |
| **5a** | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer (b) and (c) below (if applicable)  Also, provide detail in Part VI, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed, (ii) the reasons for each such action, (iii) the authority under the organization's organizing document authorizing such action, and (iv) how the action was accomplished (such as by amendment to the organizing document)* | | |
| | **5a** | | |
| **b** | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? | | |
| | **5b** | | |
| **c** | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? | **5c** | | |
| **6** | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in Part VI.* | | |
| | **6** | | |
| **7** | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ)* | | |
| | **7** | | |
| **8** | Did the organization make a loan to a disqualified person (as defined in section 4958) not described in line 7? *If "Yes," complete Part I of Schedule L (Form 990 or 990-EZ)* | | |
| | **8** | | |
| **9a** | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in Part VI.* | | |
| | **9a** | | |
| **b** | Did one or more disqualified persons (as defined in line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in Part VI.* | | |
| | **9b** | | |
| **c** | Did a disqualified person (as defined in line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in Part VI.* | | |
| | **9c** | | |
| **10a** | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below* | | |
| | **10a** | | |
| **b** | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings)* | | |
| | **10b** | | |

**Schedule A (Form 990 or 990-EZ) 2017**

HUM_0000538

**Part IV** Supporting Organizations (continued)

| | | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described in (b) and (c) below, the governing body of a supported organization? **11a** | | |
| **b** | A family member of a person described in (a) above? **11b** | | |
| **c** | A 35% controlled entity of a person described in (a) or (b) above? *If "Yes" to a, b, or c, provide detail in Part VI* **11c** | | |

### Section B. Type I Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the directors, trustees, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's directors or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities  If the organization had more than one supported organization, describe how the powers to appoint and/or remove directors or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year* **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised or controlled the supporting organization* **2** | | |

### Section C. Type II Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s)* **1** | | |

### Section D. All Type III Supporting Organizations

| | | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization (s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s)* **2** | | |
| **3** | By reason of the relationship described in (2), did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard* **3** | | |

### Section E. Type III Functionally-Integrated Supporting Organizations

| | | |
|---|---|---|
| **1** | Check the box next to the method that the organization used to satisfy the Integral Part Test during the year **(see instructions)** | |
| **a** | ☐ The organization satisfied the Activities Test  Complete **line 2** below | |
| **b** | ☐ The organization is the parent of each of its supported organizations  Complete **line 3** below | |
| **c** | ☐ The organization supported a governmental entity  Describe in **Part VI** how you supported a government entity (see instructions) | |

| | | Yes | No |
|---|---|---|---|
| **2** | Activities Test  **Answer (a) and (b) below.** | | |
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities* **2a** | | |
| **b** | Did the activities described in (a) constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement* **2b** | | |
| **3** | Parent of Supported Organizations  **Answer (a) and (b) below.** | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *Provide details in Part VI.* **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs and activities of each of its supported organizations? *If "Yes," describe in Part VI. the role played by the organization in this regard* **3b** | | |

HUM_0000539

**Part V**   Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations

1   ☐   Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov 20, 1970 (explain in Part VI) **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E

| Section A - Adjusted Net Income | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1 | Net short-term capital gain | 1 | | |
| 2 | Recoveries of prior-year distributions | 2 | | |
| 3 | Other gross income (see instructions) | 3 | | |
| 4 | Add lines 1 through 3 | 4 | | |
| 5 | Depreciation and depletion | 5 | | |
| 6 | Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| 7 | Other expenses (see instructions) | 7 | | |
| 8 | **Adjusted Net Income** (subtract lines 5, 6 and 7 from line 4) | 8 | | |

| Section B - Minimum Asset Amount | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| 1 | Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year) | 1 | | |
| a | Average monthly value of securities | 1a | | |
| b | Average monthly cash balances | 1b | | |
| c | Fair market value of other non-exempt-use assets | 1c | | |
| d | **Total** (add lines 1a, 1b, and 1c) | 1d | | |
| e | **Discount** claimed for blockage or other factors (explain in detail in Part VI) | | | |
| 2 | Acquisition indebtedness applicable to non-exempt use assets | 2 | | |
| 3 | Subtract line 2 from line 1d | 3 | | |
| 4 | Cash deemed held for exempt use Enter 1-1/2% of line 3 (for greater amount, see instructions) | 4 | | |
| 5 | Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| 6 | Multiply line 5 by 035 | 6 | | |
| 7 | Recoveries of prior-year distributions | 7 | | |
| 8 | **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

| Section C - Distributable Amount | | | Current Year |
|---|---|---|---|
| 1 | Adjusted net income for prior year (from Section A, line 8, Column A) | 1 | |
| 2 | Enter 85% of line 1 | 2 | |
| 3 | Minimum asset amount for prior year (from Section B, line 8, Column A) | 3 | |
| 4 | Enter greater of line 2 or line 3 | 4 | |
| 5 | Income tax imposed in prior year | 5 | |
| 6 | **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions) | 6 | |

7   ☐   Check here if the current year is the organization's first as a non-functionally-integrated Type III supporting organization (see instructions)

HUM_0000540

| **Part V** | Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations (continued) | |
|---|---|---|
| **Section D - Distributions** | | **Current Year** |
| **1** | Amounts paid to supported organizations to accomplish exempt purposes | |
| **2** | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | |
| **3** | Administrative expenses paid to accomplish exempt purposes of supported organizations | |
| **4** | Amounts paid to acquire exempt-use assets | |
| **5** | Qualified set-aside amounts (prior IRS approval required) | |
| **6** | Other distributions (describe in **Part VI**)  See instructions | |
| **7** | **Total annual distributions.** Add lines 1 through 6 | |
| **8** | Distributions to attentive supported organizations to which the organization is responsive (provide details in **Part VI**)  See instructions | |
| **9** | Distributable amount for 2017 from Section C, line 6 | |
| **10** | Line 8 amount divided by Line 9 amount | |

| **Section E - Distribution Allocations (see instructions)** | **(i)** Excess Distributions | **(ii)** Underdistributions Pre-2017 | **(iii)** Distributable Amount for 2017 |
|---|---|---|---|
| **1** Distributable amount for 2017 from Section C, line 6 | | | |
| **2** Underdistributions, if any, for years prior to 2017 (reasonable cause required-- explain in Part VI)  See instructions | | | |
| **3** Excess distributions carryover, if any, to 2017 | | | |
| **a** | | | |
| **b** From 2013. . . . . . . | | | |
| **c** From 2014. . . . . . . | | | |
| **d** From 2015. . . . . . . | | | |
| **e** From 2016. . . . . . . | | | |
| **f Total** of lines 3a through e | | | |
| **g** Applied to underdistributions of prior years | | | |
| **h** Applied to 2017 distributable amount | | | |
| **i** Carryover from 2012 not applied (see instructions) | | | |
| **j** Remainder  Subtract lines 3g, 3h, and 3i from 3f | | | |
| **4** Distributions for 2017 from Section D, line 7 $ | | | |
| **a** Applied to underdistributions of prior years | | | |
| **b** Applied to 2017 distributable amount | | | |
| **c** Remainder  Subtract lines 4a and 4b from 4 | | | |
| **5** Remaining underdistributions for years prior to 2017, if any  Subtract lines 3g and 4a from line 2  If the amount is greater than zero, explain in Part VI  See instructions | | | |
| **6** Remaining underdistributions for 2017  Subtract lines 3h and 4b from line 1  If the amount is greater than zero, explain in Part VI  See instructions | | | |
| **7** **Excess distributions carryover to 2018.** Add lines 3j and 4c | | | |
| **8** Breakdown of line 7 | | | |
| **a** Excess from 2013. . . . . . | | | |
| **b** Excess from 2014. . . . . | | | |
| **c** Excess from 2015. . . . . | | | |
| **d** Excess from 2016. . . . . | | | |
| **e** Excess from 2017. . . . . | | | |

HUM_0000541

**Additional Data**

|  |  |
|--:|:--|
| **Software ID:** | |
| **Software Version:** | |
| **EIN:** | 46-2097818 |
| **Name:** | UMSJ Health System LLC |

Schedule A (Form 990 or 990-EZ) 2017           Page **8**

| **Part VI** | **Supplemental Information.** Provide the explanations required by Part II, line 10, Part II, line 17a or 17b, Part III, line 12, Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c, Part IV, Section B, lines 1 and 2, Part IV, Section C, line 1, Part IV, Section D, lines 2 and 3, Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b, Part V, line 1, Part V, Section B, line 1e, Part V Section D, lines 5, 6, and 8, and Part V, Section E, lines 2, 5, and 6  Also complete this part for any additional information  (See instructions) |
|---|---|

| Facts And Circumstances Test |
|---|
| |

| SCHEDULE C (Form 990 or 990-EZ) | **Political Campaign and Lobbying Activities** | OMB No 1545-0047 |
|---|---|---|
| | **For Organizations Exempt From Income Tax Under section 501(c) and section 527** | **2017** |
| Department of the Treasury Internal Revenue Service | ▶Complete if the organization is described below. ▶Attach to Form 990 or Form 990-EZ. <br> ▶Information about Schedule C (Form 990 or 990-EZ) and its instructions is at *www.irs.gov/form990*. | **Open to Public Inspection** |

**If the organization answered "Yes" on Form 990, Part IV, Line 3, or Form 990-EZ, Part V, line 46 (Political Campaign Activities), then**
- Section 501(c)(3) organizations  Complete Parts I-A and B  Do not complete Part I-C
- Section 501(c) (other than section 501(c)(3)) organizations  Complete Parts I-A and C below  Do not complete Part I-B
- Section 527 organizations  Complete Part I-A only

**If the organization answered "Yes" on Form 990, Part IV, Line 4, or Form 990-EZ, Part VI, line 47 (Lobbying Activities), then**
- Section 501(c)(3) organizations that have filed Form 5768 (election under section 501(h))  Complete Part II-A  Do not complete Part II-B
- Section 501(c)(3) organizations that have NOT filed Form 5768 (election under section 501(h))  Complete Part II-B  Do not complete Part II-A

**If the organization answered "Yes" on Form 990, Part IV, Line 5 (Proxy Tax) (see separate instructions) or Form 990-EZ, Part V, line 35c (Proxy Tax) (see separate instructions), then**
- Section 501(c)(4), (5), or (6) organizations  Complete Part III

| Name of the organization <br> UMSJ Health System LLC | Employer identification number <br> 46-2097818 |
|---|---|

| **Part I-A** | **Complete if the organization is exempt under section 501(c) or is a section 527 organization.** |
|---|---|

| 1 | Provide a description of the organization's direct and indirect political campaign activities in Part IV (see instructions for definition of "political campaign activities") | | |
|---|---|---|---|
| 2 | Political campaign activity expenditures (see instructions) | ▶ | $ _____ |
| 3 | Volunteer hours for political campaign activities (see instructions) | | _____ |

| **Part I-B** | **Complete if the organization is exempt under section 501(c)(3).** |
|---|---|

| 1 | Enter the amount of any excise tax incurred by the organization under section 4955 | ▶ | $ _____ |
|---|---|---|---|
| 2 | Enter the amount of any excise tax incurred by organization managers under section 4955 | ▶ | $ _____ |
| 3 | If the organization incurred a section 4955 tax, did it file Form 4720 for this year? | | ☐ Yes  ☐ No |
| 4a | Was a correction made? | | ☐ Yes  ☐ No |
| b | If "Yes," describe in Part IV | | |

| **Part I-C** | **Complete if the organization is exempt under section 501(c), except section 501(c)(3).** |
|---|---|

| 1 | Enter the amount directly expended by the filing organization for section 527 exempt function activities | ▶ | $ _____ |
|---|---|---|---|
| 2 | Enter the amount of the filing organization's funds contributed to other organizations for section 527 exempt function activities | ▶ | $ _____ |
| 3 | Total exempt function expenditures  Add lines 1 and 2  Enter here and on Form 1120-POL, line 17b | ▶ | $ _____ |
| 4 | Did the filing organization file **Form 1120-POL** for this year? | | ☐ Yes  ☐ No |

5 Enter the names, addresses and employer identification number (EIN) of all section 527 political organizations to which the filing organization made payments  For each organization listed, enter the amount paid from the filing organization's funds  Also enter the amount of political contributions received that were promptly and directly delivered to a separate political organization, such as a separate segregated fund or a political action committee (PAC)  If additional space is needed, provide information in Part IV

| | **(a)** Name | **(b)** Address | **(c)** EIN | **(d)** Amount paid from filing organization's funds  If none, enter -0- | **(e)** Amount of political contributions received and promptly and directly delivered to a separate political organization  If none, enter -0- |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

| For Paperwork Reduction Act Notice, see the instructions for Form 990 or 990-EZ. | Cat No 50084S | Schedule C (Form 990 or 990-EZ) 2017 |
|---|---|---|

Schedule C (Form 990 or 990-EZ) 2017        Page **2**

| **Part II-A** | **Complete if the organization is exempt under section 501(c)(3) and filed Form 5768 (election under section 501(h)).** |
| --- | --- |

**A**   Check ▶ ☐ if the filing organization belongs to an affiliated group (and list in Part IV each affiliated group member's name, address, EIN, expenses, and share of excess lobbying expenditures)

**B**   Check ▶ ☐ if the filing organization checked box A and "limited control" provisions apply

| **Limits on Lobbying Expenditures**<br>**(The term "expenditures" means amounts paid or incurred.)** | | **(a)** Filing organization's totals | **(b)** Affiliated group totals |
| --- | --- | --- | --- |
| **1a** | Total lobbying expenditures to influence public opinion (grass roots lobbying) | | |
| **b** | Total lobbying expenditures to influence a legislative body (direct lobbying) | | |
| **c** | Total lobbying expenditures (add lines 1a and 1b) | | |
| **d** | Other exempt purpose expenditures | | |
| **e** | Total exempt purpose expenditures (add lines 1c and 1d) | | |
| **f** | Lobbying nontaxable amount  Enter the amount from the following table in both columns | | |

| If the amount on line 1e, column (a) or (b) is: | The lobbying nontaxable amount is: |
| --- | --- |
| Not over $500,000 | 20% of the amount on line 1e |
| Over $500,000 but not over $1,000,000 | $100,000 plus 15% of the excess over $500,000 |
| Over $1,000,000 but not over $1,500,000 | $175,000 plus 10% of the excess over $1,000,000 |
| Over $1,500,000 but not over $17,000,000 | $225,000 plus 5% of the excess over $1,500,000 |
| Over $17,000,000 | $1,000,000 |

| | | | |
| --- | --- | --- | --- |
| **g** | Grassroots nontaxable amount (enter 25% of line 1f) | | |
| **h** | Subtract line 1g from line 1a  If zero or less, enter -0- | | |
| **i** | Subtract line 1f from line 1c  If zero or less, enter -0- | | |
| **j** | If there is an amount other than zero on either line 1h or line 1i, did the organization file Form 4720 reporting section 4911 tax for this year? | ☐ Yes ☐ No | |

**4-Year Averaging Period Under section 501(h)**
**(Some organizations that made a section 501(h) election do not have to complete all of the five columns below. See the separate instructions for lines 2a through 2f.)**

| Lobbying Expenditures During 4-Year Averaging Period | | | | | |
| --- | --- | --- | --- | --- | --- |
| Calendar year (or fiscal year beginning in) | **(a)** 2014 | **(b)** 2015 | **(c)** 2016 | **(d)** 2017 | **(e)** Total |
| **2a** Lobbying nontaxable amount | | | | | |
| **b** Lobbying ceiling amount (150% of line 2a, column(e)) | | | | | |
| **c** Total lobbying expenditures | | | | | |
| **d** Grassroots nontaxable amount | | | | | |
| **e** Grassroots ceiling amount (150% of line 2d, column (e)) | | | | | |
| **f** Grassroots lobbying expenditures | | | | | |

Schedule C (Form 990 or 990-EZ) 2017

HUM_0000544

Schedule C (Form 990 or 990-EZ) 2017 — Page **3**

**Part II-B** | **Complete if the organization is exempt under section 501(c)(3) and has NOT filed Form 5768 (election under section 501(h)).**

| | For each "Yes" response on lines 1a through 1i below, provide in Part IV a detailed description of the lobbying activity | (a) Yes | No | (b) Amount |
|---|---|---|---|---|
| **1** | During the year, did the filing organization attempt to influence foreign, national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of | | | |
| a | Volunteers? | | No | |
| b | Paid staff or management (include compensation in expenses reported on lines 1c through 1i)? | | No | |
| c | Media advertisements? | | No | |
| d | Mailings to members, legislators, or the public? | | No | |
| e | Publications, or published or broadcast statements? | | No | |
| f | Grants to other organizations for lobbying purposes? | | No | |
| g | Direct contact with legislators, their staffs, government officials, or a legislative body? | | No | |
| h | Rallies, demonstrations, seminars, conventions, speeches, lectures, or any similar means? | | No | |
| i | Other activities? | Yes | | 16,113 |
| j | Total  Add lines 1c through 1i | | | 16,113 |
| **2a** | Did the activities in line 1 cause the organization to be not described in section 501(c)(3)? | | No | |
| b | If "Yes," enter the amount of any tax incurred under section 4912 | | | |
| c | If "Yes," enter the amount of any tax incurred by organization managers under section 4912 | | | |
| d | If the filing organization incurred a section 4912 tax, did it file Form 4720 for this year? | | | |

**Part III-A** | **Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6).**

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Were substantially all (90% or more) dues received nondeductible by members? | **1** | | |
| **2** | Did the organization make only in-house lobbying expenditures of $2,000 or less? | **2** | | |
| **3** | Did the organization agree to carry over lobbying and political expenditures from the prior year? | **3** | | |

**Part III-B** | **Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6) and if either (a) BOTH Part III-A, lines 1 and 2, are answered "No" OR (b) Part III-A, line 3, is answered "Yes."**

| | | |
|---|---|---|
| **1** | Dues, assessments and similar amounts from members | **1** |
| **2** | Section 162(e) nondeductible lobbying and political expenditures **(do not include amounts of political expenses for which the section 527(f) tax was paid)**. | |
| a | Current year | **2a** |
| b | Carryover from last year | **2b** |
| c | Total | **2c** |
| **3** | Aggregate amount reported in section 6033(e)(1)(A) notices of nondeductible section 162(e) dues | **3** |
| **4** | If notices were sent and the amount on line 2c exceeds the amount on line 3, what portion of the excess does the organization agree to carryover to the reasonable estimate of nondeductible lobbying and political expenditure next year? | **4** |
| **5** | Taxable amount of lobbying and political expenditures (see instructions) | **5** |

**Part IV** | **Supplemental Information**

Provide the descriptions required for Part I-A, line 1, Part I-B, line 4, Part I-C, line 5, Part II-A (affiliated group list), Part II-A, lines 1 and 2 (see instructions), and Part II-B, line 1  Also, complete this part for any additional information

| Return Reference | Explanation |
|---|---|
| OTHER ACTIVITIES | SCHEDULE C, PART II-B, LINE 1I THE ORGANIZATION PAYS MEMBERSHIP DUES TO THE MARYLAND HOSPITAL ASSOCIATION (MHA) AND THE AMERICAN HOSPITAL ASSOCIATION (AHA)  MHA AND AHA ENGAGE IN MANY SUPPORT ACTIVITIES INCLUDING LOBBYING AND ADVOCATING FOR THEIR MEMBER HOSPITALS  THE MHA AND AHA REPORTED THAT 6 6% AND 22 98% OF MEMBER DUES WERE USED FOR LOBBYING PURPOSES AND AS SUCH, THE ORGANIZATION HAS REPORTED THIS AMOUNT ON SCHEDULE C PART II-B AS LOBBYING ACTIVITIES |

HUM_0000545

**SCHEDULE D**
(Form 990)

Case 1:20-cv-02088-DKC Document 105-12 Filed 07/25/22 Page 30 of 103

**Supplemental Financial Statements**

OMB No 1545-0047

**2017**

▶ Complete if the organization answered "Yes," on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
▶ Attach to Form 990.
Information about Schedule D (Form 990) and its instructions is at *www.irs.gov/form990*.

Department of the Treasury
Internal Revenue Service

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| UMSJ Health System LLC | 46-2097818 |

---

**Part I** **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)**Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control?    ☐ **Yes** ☐ **No**

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit?    ☐ **Yes** ☐ **No**

---

**Part II** **Conservation Easements.** Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply)

☐ Preservation of land for public use (e g , recreation or education)     ☐ Preservation of an historically important land area

☐ Protection of natural habitat     ☐ Preservation of a certified historic structure

☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year

| | | Held at the End of the Year |
|---|---|---|
| a | Total number of conservation easements | 2a | |
| b | Total acreage restricted by conservation easements | 2b | |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c | |
| d | Number of conservation easements included in (c) acquired after 8/17/06, and not on a historic structure listed in the National Register | 2d | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶ _____

4 Number of states where property subject to conservation easement is located ▶ _____

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds?    ☐ **Yes** ☐ **No**

6 Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ _____

7 Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ _____

8 Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)?    ☐ **Yes** ☐ **No**

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements

---

**Part III** **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a If the organization elected, as permitted under SFAS 116 (ASC 958), not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items

b If the organization elected, as permitted under SFAS 116 (ASC 958), to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items

**(i)** Revenue included on Form 990, Part VIII, line 1     ▶ $ _____

**(ii)**Assets included in Form 990, Part X     ▶ $ _____

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under SFAS 116 (ASC 958) relating to these items

a Revenue included on Form 990, Part VIII, line 1     ▶ $ _____

b Assets included in Form 990, Part X     ▶ $ _____

---

For Paperwork Reduction Act Notice, see the Instructions for Form 990.     Cat No 52283D     **Schedule D (Form 990) 2017**

Case 1:20-cv-02088-DKC    Document 105-12    Filed 07/25/23    Page 31 of 103

**Part III**    **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

**3**   Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply)

**a** ☐ Public exhibition             **d** ☐ Loan or exchange programs

**b** ☐ Scholarly research          **e** ☐ Other

**c** ☐ Preservation for future generations

**4**   Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII

**5**   During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?      ☐ Yes    ☐ No

**Part IV**    **Escrow and Custodial Arrangements.**
     Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a**   Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X?              ☐ Yes    ☐ No

**b**   If "Yes," explain the arrangement in Part XIII and complete the following table

| | Amount |
|---|---|
| **1c** | |
| **1d** | |
| **1e** | |
| **1f** | |

**c**   Beginning balance

**d**   Additions during the year

**e**   Distributions during the year

**f**   Ending balance

**2a**   Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability?    ☐ Yes    ☐ No

**b**   If "Yes," explain the arrangement in Part XIII   Check here if the explanation has been provided in Part XIII . . . . . . . ☐

**Part V**    **Endowment Funds.** Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance . . . . | | | | | |
| **b** Contributions . . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships . . . | | | | | |
| **e** Other expenditures for facilities and programs . . . | | | | | |
| **f** Administrative expenses . . . | | | | | |
| **g** End of year balance . . . | | | | | |

**2**   Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as

**a**   Board designated or quasi-endowment ▶

**b**   Permanent endowment ▶

**c**   Temporarily restricted endowment ▶

     The percentages on lines 2a, 2b, and 2c should equal 100%

**3a**   Are there endowment funds not in the possession of the organization that are held and administered for the organization by

| | | Yes | No |
|---|---|---|---|
| **(i)** unrelated organizations . . . . . . . . . . . . . . . . . | **3a(i)** | | |
| **(ii)** related organizations . . . . . . . . . . . . . . . . . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . . . | **3b** | | |

**4**   Describe in Part XIII the intended uses of the organization's endowment funds

**Part VI**    **Land, Buildings, and Equipment.**
     Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land . . . . . . | 0 | 15,165,362 | | 15,165,362 |
| **b** Buildings . . . . . | 0 | 167,671,239 | 28,553,295 | 139,117,944 |
| **c** Leasehold improvements | 0 | 289,916 | 122,592 | 167,324 |
| **d** Equipment . . . . . | 0 | 113,175,641 | 62,097,240 | 51,078,401 |
| **e** Other . . . . . . | 0 | 5,145,515 | 759,888 | 4,385,627 |

**Total.** Add lines 1a through 1e *(Column (d) must equal Form 990, Part X, column (B), line 10(c) )* . . . ▶ | | | | 209,914,658

HUM_0000547

**Part VII**  Investments—Other Securities. Complete if the organization answered 'Yes' on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| **(1)** Financial derivatives . . . . . . . . . | | |
| **(2)** Closely-held equity interests . . . . . . . . | | |
| **(3)** Other _____ | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col  (B) line 12 )*  ▶ | | |

**Part VIII**  **Investments—Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| **Total.** *(Column (b) must equal Form 990, Part X, col (B) line 13 )*  ▶ | | |

**Part IX**  **Other Assets.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d  See Form 990, Part X, line 15

| (a) Description | (b) Book value |
|---|---|
| (1) LONG TERM INVESTMENT - MRI | 14,392,731 |
| (2) ECONOMIC INT  IN FOUNDATION | 9,502,627 |
| (3) OTHER ASSETS | 9,485,414 |
| (4) MALPRACTICE TRUST | 7,889,234 |
| (5) DEBT SERVICE FUND | 4,389,000 |
| (6) ESCROW | 1,445,416 |
| (7) CUR PORTION ASSETS LTD TO USE | 1,128,153 |
| (8) | |
| (9) | |
| **Total.** *(Column (b) must equal Form 990, Part X, col (B) line 15 )*  . . . . . . . . . . . ▶ | 48,232,575 |

**Part X**  **Other Liabilities.** Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | 0 |
| DUE TO AFFILIATE | 315,903,611 |
| OTHER MALPRACTICE | 19,388,906 |
| ADVANCES FROM 3RD PARTY PAYORS | 11,411,744 |
| CREDIT BALANCE | 2,235,206 |
| OTHER LIABILITIES | 110,433 |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** *(Column (b) must equal Form 990, Part X, col (B) line 25 )*  ▶ | 349,049,900 |

**2.** Liability for uncertain tax positions  In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740)  Check here if the text of the footnote has been provided in Part XIII  ☑

Schedule D (Form 990) 2017                                                                                                Page **4**

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return** |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | |
|---|---|---|---|
| 1 | Total revenue, gains, and other support per audited financial statements . . . . . . . . . | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12 | | |
| a | Net unrealized gains (losses) on investments . . . . | **2a** | |
| b | Donated services and use of facilities . . . . . . . | **2b** | |
| c | Recoveries of prior year grants . . . . . . . . . | **2c** | |
| d | Other (Describe in Part XIII ) . . . . . . . . . | **2d** | |
| e | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . | **2e** | |
| 3 | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line **1** | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | |
| b | Other (Describe in Part XIII ) . . . . . . . . . | **4b** | |
| c | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . | **4c** | |
| 5 | Total revenue  Add lines **3** and **4c.** (This must equal Form 990, Part I, line 12 ) . . . . . . | **5** | |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** |
|---|---|

Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | |
|---|---|---|---|
| 1 | Total expenses and losses per audited financial statements . . . . . . . . . . | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25 | | |
| a | Donated services and use of facilities . . . . . . . | **2a** | |
| b | Prior year adjustments . . . . . . . . . . . | **2b** | |
| c | Other losses . . . . . . . . . . . . . . | **2c** | |
| d | Other (Describe in Part XIII ) . . . . . . . . . | **2d** | |
| e | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . | **2e** | |
| 3 | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line **1:** | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | |
| b | Other (Describe in Part XIII ) . . . . . . . . . | **4b** | |
| c | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . | **4c** | |
| 5 | Total expenses  Add lines **3** and **4c.** (This must equal Form 990, Part I, line 18 ) . . . . . . | **5** | |

| **Part XIII** | **Supplemental Information** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9, Part III, lines 1a and 4, Part IV, lines 1b and 2b, Part V, line 4, Part X, line 2, Part XI, lines 2d and 4b, and Part XII, lines 2d and 4b  Also complete this part to provide any additional information

| Return Reference | Explanation |
|---|---|
| See Additional Data Table | |
| | |
| | |
| | |
| | |
| | |

Schedule D (Form 990) 2017
HUM_0000549

Schedule D (Form 990) 2017                                                                                      Page **5**

| **Part XIII** | **Supplemental Information** *(continued)* |
|---|---|
| Return Reference | Explanation |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Schedule D (Form 990) 2017**

**Additional Data**

**Software ID:**
**Software Version:**
**EIN:** 46-2097818
**Name:** UMSJ Health System LLC

**Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FIN48 FOOTNOTE PER AUDIT REPORT | SCHEDULE D, PART X, LINE 2 THE ORGANIZATION IS A SUBSIDIARY OF THE UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION (THE CORPORATION)  THE CORPORATION ADOPTED THE PROVISIONS OF ASC 740, ACCOUNTING FOR UNCERTAINTY IN THE INCOME TAXES (FIN 48) ON JULY 1, 2007  THE FOOTNOTE RELATED TO ASC 740 IN THE CORPORATION'S AUDITED FINANCIAL STATEMENTS IS AS FOLLOWS  THE CORPORATION FOLLOWS A THRESHOLD OF MORE-LIKELY-THAN-NOT FOR RECOGNITION AND DERECOGNITION OF TAX POSITIONS TAKEN OR EXPECTED TO BE TAKEN IN A TAX RETURN  MANAGEMENT DOES NOT BELIEVE THAT THERE ARE ANY UNRECOGNIZED TAX LIABILITIES OR BENEFITS THAT SHOULD BE RECOGNIZED |

HUM_0000551

Case 1:20-cv-02088-DKC   Document 105-12   Filed 07/25/22   Page 36 of 103

**SCHEDULE H**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Hospitals

OMB No 1545-0047

## 2017

**Open to Public Inspection**

▶ Complete if the organization answered "Yes" on Form 990, Part IV, question 20.
▶ Attach to Form 990.
▶ Information about Schedule H (Form 990) and its instructions is at *www.irs.gov/form990.*

**Name of the organization**
UMSJ Health System LLC

**Employer identification number**
46-2097818

| Part I | Financial Assistance and Certain Other Community Benefits at Cost |
|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **1a** | Did the organization have a financial assistance policy during the tax year? If "No," skip to question 6a | **1a** | Yes | |
| **b** | If "Yes," was it a written policy? . . . . . . . . . . . . . . . . . . | **1b** | Yes | |
| **2** | If the organization had multiple hospital facilities, indicate which of the following best describes application of the financial assistance policy to its various hospital facilities during the tax year | | | |

☐ Applied uniformly to all hospital facilities          ☐ Applied uniformly to most hospital facilities

☐ Generally tailored to individual hospital facilities

| | | | Yes | No |
|---|---|---|---|---|
| **3** | Answer the following based on the financial assistance eligibility criteria that applied to the largest number of the organization's patients during the tax year | | | |
| **a** | Did the organization use Federal Poverty Guidelines (FPG) as a factor in determining eligibility for providing *free* care? If "Yes," indicate which of the following was the FPG family income limit for eligibility for free care | **3a** | Yes | |

☐ 100%  ☐ 150%  ☑ 200%  ☐ Other _____ %

| | | | Yes | No |
|---|---|---|---|---|
| **b** | Did the organization use FPG as a factor in determining eligibility for providing *discounted* care? If "Yes," indicate which of the following was the family income limit for eligibility for discounted care | **3b** | Yes | |

☐ 200%  ☐ 250%  ☑ 300%  ☐ 350%  ☐ 400%  ☐ Other _____ %

| | | | Yes | No |
|---|---|---|---|---|
| **c** | If the organization used factors other than FPG in determining eligibility, describe in Part VI the criteria used for determining eligibility for free or discounted care  Include in the description whether the organization used an asset test or other threshold, regardless of income, as a factor in determining eligibility for free or discounted care | | | |
| **4** | Did the organization's financial assistance policy that applied to the largest number of its patients during the tax year provide for free or discounted care to the "medically indigent"? | **4** | Yes | |
| **5a** | Did the organization budget amounts for free or discounted care provided under its financial assistance policy during the tax year? | **5a** | Yes | |
| **b** | If "Yes," did the organization's financial assistance expenses exceed the budgeted amount? | **5b** | Yes | |
| **c** | If "Yes" to line 5b, as a result of budget considerations, was the organization unable to provide free or discounted care to a patient who was eligible for free or discounted care? | **5c** | | No |
| **6a** | Did the organization prepare a community benefit report during the tax year? | **6a** | Yes | |
| **b** | If "Yes," did the organization make it available to the public? | **6b** | Yes | |
| | Complete the following table using the worksheets provided in the Schedule H instructions  Do not submit these worksheets with the Schedule H | | | |

| 7 | Financial Assistance and Certain Other Community Benefits at Cost |
|---|---|

| Financial Assistance and Means-Tested Government Programs | (a) Number of activities or programs (optional) | (b) Persons served (optional) | (c) Total community benefit expense | (d) Direct offsetting revenue | (e) Net community benefit expense | (f) Percent of total expense |
|---|---|---|---|---|---|---|
| **a** Financial Assistance at cost (from Worksheet 1) | | | 4,139,207 | | 4,139,207 | 0 980 % |
| **b** Medicaid (from Worksheet 3, column a) | | | | | | |
| **c** Costs of other means-tested government programs (from Worksheet 3, column b) | | | | | | |
| **d** Total Financial Assistance and Means-Tested Government Programs | | | 4,139,207 | | 4,139,207 | 0 980 % |
| **Other Benefits** | | | | | | |
| **e** Community health improvement services and community benefit operations (from Worksheet 4) | | | 2,210,432 | 269,404 | 1,941,028 | 0 460 % |
| **f** Health professions education (from Worksheet 5) | | | 2,639,350 | | 2,639,350 | 0 620 % |
| **g** Subsidized health services (from Worksheet 6) | | | 20,490,354 | | 20,490,354 | 4 830 % |
| **h** Research (from Worksheet 7) | | | 641,198 | 11,160 | 630,038 | 0 150 % |
| **i** Cash and in-kind contributions for community benefit (from Worksheet 8) | | | 61,543 | | 61,543 | 0 010 % |
| **j** Total. Other Benefits | | | 26,042,877 | 280,564 | 25,762,313 | 6 070 % |
| **k** Total. Add lines 7d and 7j | | | 30,182,084 | 280,564 | 29,901,520 | 7 050 % |

HUM_0000552

Case 1:20-cv-02088-DKC Document 105-12 Filed 07/26/22 Page 37 of 103

## Part II — Community Building Activities

Complete this table if the organization conducted any community building activities during the tax year, and describe in Part VI how its community building activities promoted the health of the communities it serves.

| | (a) Number of activities or programs (optional) | (b) Persons served (optional) | (c) Total community building expense | (d) Direct offsetting revenue | (e) Net community building expense | (f) Percent of total expense |
|---|---|---|---|---|---|---|
| 1 Physical improvements and housing | | | | | | |
| 2 Economic development | | | | | | |
| 3 Community support | | | | | | |
| 4 Environmental improvements | | | | | | |
| 5 Leadership development and training for community members | | | | | | |
| 6 Coalition building | | | | | | |
| 7 Community health improvement advocacy | | | 6,833 | | 6,833 | |
| 8 Workforce development | | | 34,787 | | 34,787 | 0 010 % |
| 9 Other | | | | | | |
| 10 Total | | | 41,620 | | 41,620 | 0 010 % |

## Part III — Bad Debt, Medicare, & Collection Practices

### Section A. Bad Debt Expense

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Did the organization report bad debt expense in accordance with Heathcare Financial Management Association Statement No 15? | **1** | Yes | |
| 2 | Enter the amount of the organization's bad debt expense Explain in Part VI the methodology used by the organization to estimate this amount | **2** 8,450,845 | | |
| 3 | Enter the estimated amount of the organization's bad debt expense attributable to patients eligible under the organization's financial assistance policy Explain in Part VI the methodology used by the organization to estimate this amount and the rationale, if any, for including this portion of bad debt as community benefit | **3** | | |
| 4 | Provide in Part VI the text of the footnote to the organization's financial statements that describes bad debt expense or the page number on which this footnote is contained in the attached financial statements | | | |

### Section B. Medicare

| | | | |
|---|---|---|---|
| 5 | Enter total revenue received from Medicare (including DSH and IME) | **5** | 146,606,145 |
| 6 | Enter Medicare allowable costs of care relating to payments on line 5 | **6** | 126,712,153 |
| 7 | Subtract line 6 from line 5 This is the surplus (or shortfall) | **7** | 19,893,992 |
| 8 | Describe in Part VI the extent to which any shortfall reported in line 7 should be treated as community benefit Also describe in Part VI the costing methodology or source used to determine the amount reported on line 6 Check the box that describes the method used | | |

☐ Cost accounting system ☑ Cost to charge ratio ☐ Other

### Section C. Collection Practices

| | | | Yes | No |
|---|---|---|---|---|
| 9a | Did the organization have a written debt collection policy during the tax year? | **9a** | Yes | |
| b | If "Yes," did the organization's collection policy that applied to the largest number of its patients during the tax year contain provisions on the collection practices to be followed for patients who are known to qualify for financial assistance? Describe in Part VI | **9b** | Yes | |

## Part IV — Management Companies and Joint Ventures

(owned 10% or more by officers, directors, trustees, key employees, and physicians—see instructions)

| | (a) Name of entity | (b) Description of primary activity of entity | (c) Organization's profit % or stock ownership % | (d) Officers, directors, trustees, or key employees' profit % or stock ownership % | (e) Physicians' profit % or stock ownership % |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |

HUM_0000553

**Part V**   **Facility Information**

**Section A. Hospital Facilities**

(list in order of size from largest to smallest—see instructions)

How many hospital facilities did the organization operate during the tax year?
_____**1**_____

Name, address, primary website address, and state license number (and if a group return, the name and EIN of the subordinate hospital organization that operates the hospital facility)

| | Licensed hospital | General medical & surgical | Children's hospital | Teaching hospital | Critical access hospital | Research facility | ER—24 hours | ER—other | Other (describe) | Facility reporting group |
|---|---|---|---|---|---|---|---|---|---|---|
| See Additional Data Table | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

HUM_0000554

**Part V**    **Facility Information** *(continued)*

**Section B. Facility Policies and Practices**
(Complete a separate Section B for each of the hospital facilities or facility reporting groups listed in Part V, Section A)

                                   UMMS St Joseph Medical Center LLC

**Name of hospital facility or letter of facility reporting group** _____

**Line number of hospital facility, or line numbers of hospital facilities in a facility reporting group (from Part V, Section A):**            1

|  |  | Yes | No |
|---|---|---|---|
| **Community Health Needs Assessment** | | | |
| **1** Was the hospital facility first licensed, registered, or similarly recognized by a state as a hospital facility in the current tax year or the immediately preceding tax year? . . . . . . . . . . . . . . . . . . . . . . . | **1** | | No |
| **2** Was the hospital facility acquired or placed into service as a tax-exempt hospital in the current tax year or the immediately preceding tax year? If "Yes," provide details of the acquisition in Section C . . . . . . . . . . . | **2** | | No |
| **3** During the tax year or either of the two immediately preceding tax years, did the hospital facility conduct a community health needs assessment (CHNA)? If "No," skip to line 12 . . . . . . . . . . . . . . . . . | **3** | Yes | |

     If "Yes," indicate what the CHNA report describes (check all that apply)

     **a** ☑ A definition of the community served by the hospital facility
     **b** ☑ Demographics of the community
     **c** ☑ Existing health care facilities and resources within the community that are available to respond to the health needs of the community
     **d** ☑ How data was obtained
     **e** ☑ The significant health needs of the community
     **f** ☑ Primary and chronic disease needs and other health issues of uninsured persons, low-income persons, and minority groups
     **g** ☑ The process for identifying and prioritizing community health needs and services to meet the community health needs
     **h** ☑ The process for consulting with persons representing the community's interests
     **i** ☑ The impact of any actions taken to address the significant health needs identified in the hospital facility's prior CHNA(s)
     **j** ☐ Other (describe in Section C)

| | | Yes | No |
|---|---|---|---|
| **4** Indicate the tax year the hospital facility last conducted a CHNA   20 15 | | | |
| **5** In conducting its most recent CHNA, did the hospital facility take into account input from persons who represent the broad interests of the community served by the hospital facility, including those with special knowledge of or expertise in public health? If "Yes," describe in Section C how the hospital facility took into account input from persons who represent the community, and identify the persons the hospital facility consulted . . . . . . . . . . . . . . . . . . | **5** | Yes | |
| **6 a** Was the hospital facility's CHNA conducted with one or more other hospital facilities? If "Yes," list the other hospital facilities in Section C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6a** | | No |
| **b** Was the hospital facility's CHNA conducted with one or more organizations other than hospital facilities?" If "Yes," list the other organizations in Section C . . . . . . . . . . . . . . . . . . . . . . . . | **6b** | | No |
| **7** Did the hospital facility make its CHNA report widely available to the public? . . . . . . . . . . . . . | **7** | Yes | |

     If "Yes," indicate how the CHNA report was made widely available (check all that apply)

     **a** ☑ Hospital facility's website (list url)   www umms org/sjmc/community
     **b** ☐ Other website (list url) _____
     **c** ☐ Made a paper copy available for public inspection without charge at the hospital facility
     **d** ☐ Other (describe in Section C)

| | | Yes | No |
|---|---|---|---|
| **8** Did the hospital facility adopt an implementation strategy to meet the significant community health needs identified through its most recently conducted CHNA? If "No," skip to line 11 . . . . . . . . . . . . . | **8** | Yes | |
| **9** Indicate the tax year the hospital facility last adopted an implementation strategy   20 15 | | | |
| **10** Is the hospital facility's most recently adopted implementation strategy posted on a website? . . . . . . . | **10** | Yes | |
| **a** If "Yes" (list url) www umms org/sjmc/community | | | |
| **b** If "No," is the hospital facility's most recently adopted implementation strategy attached to this return? . . . . . | **10b** | | |
| **11** Describe in Section C how the hospital facility is addressing the significant needs identified in its most recently conducted CHNA and any such needs that are not being addressed together with the reasons why such needs are not being addressed | | | |
| **12a** Did the organization incur an excise tax under section 4959 for the hospital facility's failure to conduct a CHNA as required by section 501(r)(3)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12a** | | No |
| **b** If "Yes" on line 12a, did the organization file Form 4720 to report the section 4959 excise tax? . . . . . . . . | **12b** | | |
| **c** If "Yes" on line 12b, what is the total amount of section 4959 excise tax the organization reported on Form 4720 for all of its hospital facilities? $ _____ | | | |

Schedule H (Form 990) 2017                                                                                                           Page **5**

| **Part V** | **Facility Information** *(continued)* |

**Financial Assistance Policy (FAP)**

UMMS St Joseph Medical Center LLC

Name of hospital facility or letter of facility reporting group _____

|  |  | Yes | No |
|---|---|---|---|
| | Did the hospital facility have in place during the tax year a written financial assistance policy that | | |
| **13** | Explained eligibility criteria for financial assistance, and whether such assistance included free or discounted care? | **13** Yes | |

If "Yes," indicate the eligibility criteria explained in the FAP

**a** ☑ Federal poverty guidelines (FPG), with FPG family income limit for eligibility for free care of 200                    %
and FPG family income limit for eligibility for discounted care of 300                    %
**b** ☑ Income level other than FPG (describe in Section C)
**c** ☑ Asset level
**d** ☑ Medical indigency
**e** ☑ Insurance status
**f** ☑ Underinsurance discount
**g** ☐ Residency
**h** ☐ Other (describe in Section C)

|  |  | Yes | No |
|---|---|---|---|
| **14** | Explained the basis for calculating amounts charged to patients?  .   .   .   .   .   .   .   .   .   . | **14** Yes | |
| **15** | Explained the method for applying for financial assistance?  .   .   .   .   .   .   .   .   .   . | **15** Yes | |

If "Yes," indicate how the hospital facility's FAP or FAP application form (including accompanying instructions) explained the method for applying for financial assistance (check all that apply)

**a** ☑ Described the information the hospital facility may require an individual to provide as part of his or her application
**b** ☑ Described the supporting documentation the hospital facility may require an individual to submit as part of his or her application
**c** ☑ Provided the contact information of hospital facility staff who can provide an individual with information about the FAP and FAP application process
**d** ☐ Provided the contact information of nonprofit organizations or government agencies that may be sources of assistance with FAP applications
**e** ☐ Other (describe in Section C)

|  |  | Yes | No |
|---|---|---|---|
| **16** | Was widely publicized within the community served by the hospital facility?  .   .   .   .   .   .   .   . | **16** Yes | |

If "Yes," indicate how the hospital facility publicized the policy (check all that apply)

**a** ☑ The FAP was widely available on a website (list url)
www umms org/sjmc/community _____

**b** ☑ The FAP application form was widely available on a website (list url)
www umms org/sjmc/community _____

**c** ☑ A plain language summary of the FAP was widely available on a website (list url)
www umms org/sjmc/community _____

**d** ☑ The FAP was available upon request and without charge (in public locations in the hospital facility and by mail)
**e** ☑ The FAP application form was available upon request and without charge (in public locations in the hospital facility and by mail)
**f** ☑ A plain language summary of the FAP was available upon request and without charge (in public locations in the hospital facility and by mail)
**g** ☑ Individuals were notified about the FAP by being offered a paper copy of the plain language summary of the FAP, by receiving a conspicuous written notice about the FAP on their billing statements, and via conspicuous public displays or other measures reasonably calculated to attract patients' attention
**h** ☑ Notified members of the community who are most likely to require financial assistance about availability of the FAP
**i** ☑ The FAP, FAP application form, and plain language summary of the FAP were translated into the primary language(s) spoken by LEP populations
**j** ☐ Other (describe in Section C)

Schedule H (Form 990) 2017

HUM_0000556

Case 1:20-cv-02088-DKC   Document 105-12   Filed 07/25/22   Page 41 of 103

**Part V**　**Facility Information** *(continued)*

**Billing and Collections**

UMMS St Joseph Medical Center LLC

**Name of hospital facility or letter of facility reporting group** _____

|  | | Yes | No |
|---|---|---|---|
| **17** Did the hospital facility have in place during the tax year a separate billing and collections policy, or a written financial assistance policy (FAP) that explained all of the actions the hospital facility or other authorized party may take upon nonpayment? | **17** | Yes | |
| **18** Check all of the following actions against an individual that were permitted under the hospital facility's policies during the tax year before making reasonable efforts to determine the individual's eligibility under the facility's FAP | | | |

**a** ☐ Reporting to credit agency(ies)

**b** ☐ Selling an individual's debt to another party

**c** ☐ Deferring, denying, or requiring a payment before providing medically necessary care due to nonpayment of a previous bill for care covered under the hospital facility's FAP

**d** ☐ Actions that require a legal or judicial process

**e** ☐ Other similar actions (describe in Section C)

**f** ☑ None of these actions or other similar actions were permitted

|  | | Yes | No |
|---|---|---|---|
| **19** Did the hospital facility or other authorized party perform any of the following actions during the tax year before making reasonable efforts to determine the individual's eligibility under the facility's FAP? . . . . . . . . . . . | **19** | | No |

If "Yes," check all actions in which the hospital facility or a third party engaged

**a** ☐ Reporting to credit agency(ies)

**b** ☐ Selling an individual's debt to another party

**c** ☐ Deferring , denying, or requiring a payment before providing medically necessary care due to nonpayment of a previous bill for care covered under the hospital facility's FAP

**d** ☐ Actions that require a legal or judicial process

**e** ☐ Other similar actions (describe in Section C)

**20** Indicate which efforts the hospital facility or other authorized party made before initiating any of the actions listed (whether or not checked) in line 19 (check all that apply)

**a** ☑ Provided a written notice about upcoming ECAs (Extraordinary Collection Action) and a plain language summary of the FAP at least 30 days before initiating those ECAs

**b** ☑ Made a reasonable effort to orally notify individuals about the FAP and FAP application process

**c** ☑ Processed incomplete and complete FAP applications

**d** ☑ Made presumptive eligibility determinations

**e** ☐ Other (describe in Section C)

**f** ☐ None of these efforts were made

**Policy Relating to Emergency Medical Care**

|  | | Yes | No |
|---|---|---|---|
| **21** Did the hospital facility have in place during the tax year a written policy relating to emergency medical care that required the hospital facility to provide, without discrimination, care for emergency medical conditions to individuals regardless of their eligibility under the hospital facility's financial assistance policy? . . . . . . . . . . . . . | **21** | Yes | |

If "No," indicate why

**a** ☐ The hospital facility did not provide care for any emergency medical conditions

**b** ☐ The hospital facility's policy was not in writing

**c** ☐ The hospital facility limited who was eligible to receive care for emergency medical conditions (describe in Section C)

**d** ☐ Other (describe in Section C)

HUM_0000557

Schedule H (Form 990) 2017 <span style="float:right">Page **7**</span>

| Part V | Facility Information *(continued)* |
|---|---|

**Charges to Individuals Eligible for Assistance Under the FAP (FAP-Eligible Individuals)**

Name of hospital facility or letter of facility reporting group __UMMS St Joseph Medical Center LLC__

|  | | Yes | No |
|---|---|---|---|
| **22** | Indicate how the hospital facility determined, during the tax year, the maximum amounts that can be charged to FAP-eligible individuals for emergency or other medically necessary care | | |
| **a** ☐ | The hospital facility used a look-back method based on claims allowed by Medicare fee-for-service during a prior 12-month period | | |
| **b** ☐ | The hospital facility used a look-back method based on claims allowed by Medicare fee-for-service and all private health insurers that pay claims to the hospital facility during a prior 12-month period | | |
| **c** ☐ | The hospital facility used a look-back method based on claims allowed by Medicaid, either alone or in combination with Medicare fee-for-service and all private health insurers that pay claims to the hospital facility during a prior 12-month period | | |
| **d** ☑ | The hospital facility used a prospective Medicare or Medicaid method | | |
| **23** | During the tax year, did the hospital facility charge any FAP-eligible individual to whom the hospital facility provided emergency or other medically necessary services more than the amounts generally billed to individuals who had insurance covering such care? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **23** | | No |
| | If "Yes," explain in Section C | | |
| **24** | During the tax year, did the hospital facility charge any FAP-eligible individual an amount equal to the gross charge for any service provided to that individual? . . . . . . . . . . . . . . . . . . . . . . **24** | | No |
| | If "Yes," explain in Section C | | |

<span style="float:right">**Schedule H (Form 990) 2017**</span>

HUM_0000558

**Part V**   **Facility Information** *(continued)*

**Section C. Supplemental Information for Part V, Section B.** Provide descriptions required for Part V, Section B, lines 2, 3j, 5, 6a, 6b, 7d, 11, 13b, 13h, 15e, 16j, 18e, 19e, 20e, 21c, 21d, 23, and 24. If applicable, provide separate descriptions for each hospital facility in a facility reporting group, designated by facility reporting group letter and hospital facility line number from Part V, Section A ("A, 1," "A, 4," "B, 2," "B, 3," etc.) and name of hospital facility.

| Form and Line Reference | Explanation |
|---|---|
| See Add'l Data | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

HUM_0000559

Schedule H (Form 990) 2017

| **Part V** | **Facility Information** *(continued)* |

**Section D. Other Health Care Facilities That Are Not Licensed, Registered, or Similarly Recognized as a Hospital Facility**
(list in order of size, from largest to smallest)

How many non-hospital health care facilities did the organization operate during the tax year?_____

| Name and address | Type of Facility (describe) |
|---|---|
| **1** | |
| **2** | |
| **3** | |
| **4** | |
| **5** | |
| **6** | |
| **7** | |
| **8** | |
| **9** | |
| **10** | |

**Schedule H (Form 990) 2017**

HUM_0000560

**Part VI**   **Supplemental Information**

Provide the following information

1   **Required descriptions.** Provide the descriptions required for Part I, lines 3c, 6a, and 7, Part II and Part III, lines 2, 3, 4, 8 and 9b

2   **Needs assessment.** Describe how the organization assesses the health care needs of the communities it serves, in addition to any CHNAs reported in Part V, Section B

3   **Patient education of eligibility for assistance.** Describe how the organization informs and educates patients and persons who may be billed for patient care about their eligibility for assistance under federal, state, or local government programs or under the organization's financial assistance policy

4   **Community information.** Describe the community the organization serves, taking into account the geographic area and demographic constituents it serves

5   **Promotion of community health.** Provide any other information important to describing how the organization's hospital facilities or other health care facilities further its exempt purpose by promoting the health of the community (e g , open medical staff, community board, use of surplus funds, etc )

6   **Affiliated health care system.** If the organization is part of an affiliated health care system, describe the respective roles of the organization and its affiliates in promoting the health of the communities served

7   **State filing of community benefit report.** If applicable, identify all states with which the organization, or a related organization, files a community benefit report

## 990 Schedule H, Supplemental Information

| Form and Line Reference | Explanation |
|---|---|
| CRITERIA FOR FREE OR DISCOUNTED CARE | SCHEDULE H, PART I, LINE 3C UMSJMC IS COMMITTED TO PROVIDING FINANCIAL ASSISTANCE TO PERSONS WHO HAVE HEALTH CARE NEEDS AND ARE UNINSURED, UNDERINSURED, INELIGIBLE FOR A GOVERNMENT PROGRAM, OR OTHERWISE UNABLE TO PAY, FOR MEDICALLY NECESSARY CARE BASED ON THEIR INDIVIDUAL FINANCIAL SITUATION  IN ADDITION TO FPG, THE INCOME LEVELS DEFINED BY THE MARYLAND STATE DEPARTMENT OF HEALTH AND MENTAL HYGIENE (MD DHMH) ARE USED TO DETERMINE ELIGIBILITY FOR FINANCIAL ASSISTANCE  THE MD DHMH INCOME LEVELS ARE MORE GENEROUS THAN THE FPG INCOME LEVELS  THE FAP ALSO USES A FINANCIAL HARDSHIP THRESHOLD WHEN DETERMINING ELIGIBILITY  A PATIENT WITH MEDICAL DEBT EXCEEDING 25% OF FAMILY ANNUAL HOUSEHOLD INCOME MAY BE ELIGIBLE FOR FINANCIAL ASSISTANCE |

HUM_0000561

**990 Schedule H, Supplemental Information**

| Form and Line Reference | Explanation |
|---|---|
| COMMUNITY BENEFIT REPORT | SCHEDULE H, PART I, LINE 6B THE ORGANIZATION ANNUALLY FILES A COMMUNITY BENEFIT REPORT AS REQUIRED BY THE MARYLAND HSCRC  THE REPORT CAN BE FOUND AT HTTPS //HSCRC STATE MD US/PAGES/INIT_CB ASPX |

**990 Schedule H, Supplemental Information**

| Form and Line Reference | Explanation |
|---|---|
| COSTING METHODOLOGY | SCHEDULE H, PART I, LINE 7 MARYLAND'S REGULATORY SYSTEM CREATES A UNIQUE PROCESS FOR HOSPITAL PAYMENT THAT DIFFERS FROM THE REST OF THE NATION  THE HEALTH SERVICES COST REVIEW COMMISSION, (HSCRC) DETERMINES PAYMENT THROUGH A RATE SETTING PROCESS AND ALL PAYORS, INCLUDING GOVERNMENTAL PAYORS, PAY THE SAME AMOUNT FOR THE SAME SERVICES DELIVERED AT THE SAME HOSPITAL  MARYLAND'S UNIQUE ALL PAYOR SYSTEM INCLUDES A METHOD FOR REFERENCING UNCOMPENSATED CARE IN EACH PAYORS' RATES, WHICH DOES NOT ENABLE MARYLAND HOSPITALS TO BREAKOUT ANY OFFSETTING REVENUE RELATED TO UNCOMPENSATED CARE  COMMUNITY BENEFIT EXPENSES ARE EQUAL TO MEDICAID REVENUES IN MARYLAND, AS SUCH, THE NET EFFECT IS ZERO  ADDITIONALLY, NET REVENUES FOR MEDICAID SHOULD REFLECT THE FULL IMPACT ON THE HOSPITAL OF ITS SHARE OF THE MEDICAID ASSESSMENT |

HUM_0000563

**990 Schedule H, Supplemental Information**

| Form and Line Reference | Explanation |
|---|---|
| COMMUNITY BUILDING ACTIVITIES | SCHEDULE H, PART II UMSJMC ACTIVELY ENGAGES WITH SEVERAL LOCAL PARTNERS TO PROMOTE THE HEALTH OF THE COMMUNITY  WE HAVE AN ONGOING PARTNERSHIP WITH OUR LOCAL Y IN CENTRAL MARYLAND, THE OROKAWA Y IN TOWSON  IN ADDITION TO A SPONSORSHIP THAT BENEFITS THE Y'S GIVE EVERY CHILD A CHANCE CAMPAIGN, WE PLAN MONTHLY HEALTH EVENTS SUCH AS FREE LECTURES DELIVERED BY EXPERTS, HEALTH FAIRS AND SCREENINGS, AND FLU IMMUNIZATIONS  WE PROVIDE FURTHER SUPPORT AND EXPERTISE FOR THEIR INITIATIVES SUCH AS FAMILY HEALTH EVENTS, FITNESS CHALLENGES, AND AWARENESS EFFORTS  THIS PARTNERSHIP ALLOWS FOR GREATER ACCESS TO OUR SHARED COMMUNITY WHICH INCLUDES UNDERSERVED AND HIGH RISK POPULATIONS  THE COLLABORATION AND SHARED RESOURCES HAVE HELPED BOTH ORGANIZATIONS TO BETTER ASSESS HEALTH NEEDS AND GAIN TRUST WITHIN THE COMMUNITY  OUR EXISTING PROGRAMS HAVE BEEN WIDELY PROMOTED TO THEIR MEMBERSHIP AND WE HAVE BEEN ABLE TO OFFER TAILORED PROGRAMS TO MEET THE NEEDS OF THEIR MEMBERS  UMSJMC IS ALSO PROUD TO SUPPORT THE EFFORTS OF POWERED BY ME!, A PROGRAM THAT ENCOURAGES POSITIVE DECISION MAKING AMONG THE YOUTH IN OUR COMMUNITY  THIS INCLUDES AN ANNUAL CONFERENCE ATTENDED BY APPROXIMATELY 500 STUDENT ATHLETES, COACHES, AND ADMINISTRATORS FROM PUBLIC AND PRIVATE SCHOOLS IN BALTIMORE COUNTY, BALTIMORE CITY, HOWARD COUNTY, HARFORD COUNTY, PRINCE GEORGES COUNTY, AND ANNE ARUNDEL COUNTY  THE FOCUS OF THE CONFERENCE IS PERFORMANCE ENHANCEMENT, SUBSTANCE ABUSE, AND SOCIAL RESPONSIBILITY  THE MESSAGE IS DELIVERED BY PROFESSIONAL ATHLETES, HEALTH EXPERTS, COUNTY REPRESENTATIVES, AND OTHER STUDENTS  THE GOAL IS TO EMPOWER THESE YOUNG ADULTS TO ACT AS ROLE MODELS AND REDUCE THE PREVALENCE OF DRUG ABUSE, EATING DISORDERS, PARTNER VIOLENCE, AND BULLYING IN OUR COMMUNITY  UMSJMC IS A PART OF THE CORPORATE INTERNSHIP PROGRAM THROUGH CRISTO REY JESUIT HIGH SCHOOL LOCATED IN BALTIMORE CITY  ALONG WITH OUR FINANCIAL CONTRIBUTION, WE COMMIT TO HOSTING FOUR HIGH SCHOOL STUDENTS IN VARIOUS DEPARTMENTS ACROSS THE MEDICAL CENTER EACH YEAR  CURRENTLY, STUDENTS ARE PLACED IN DEPARTMENTS SUCH AS EMPLOYEE HEALTH, MOTHER BABY, BUILDING OPERATIONS, AND PATIENT TRANSPORT  THE STUDENTS ARE ONSITE 1-2 DAYS A WEEK THROUGHOUT THEIR SCHOOL YEAR  THEY LEARN VALUABLE SKILLS IN THE WORK SETTING AND GAIN EXPOSURE TO POTENTIAL CAREERS  WE WORK COLLABORATIVELY WITH THE BALTIMORE COUNTY DEPARTMENT OF AGING TO DETERMINE TIMELY TOPICS AND SERVICES FOR THE SENIOR POPULATION  ON AN ANNUAL BASIS, WE TRAVEL TO THE MAJORITY OF THE SENIOR CENTERS THROUGHOUT THE COUNTY  MOST RECENTLY, WE DELIVERED PRESENTATIONS ON HOW MEDICATIONS CAN AFFECT SLEEP AND THE AGING BRAIN AT 14 OF THE BALTIMORE COUNTY SENIOR CENTERS  THE GOAL IS REDUCE DRUG ABUSE, DEPENDENCY, AND FALLS  ADDITIONALLY, WE CONTINUE TO OFFER FREE BONE DENSITY SCREENINGS TO SUPPORT BONE HEALTH AWARENESS AND REDUCED INJURIES FROM FALLS  UMSJMC IS REPRESENTED IN THE BALTIMORE COUNTY HEALTH COALITION AS WELL AS THE UNIVERSITY OF MARYLAND SYSTEM HEALTH IMPROVEMENT COMMITTEE WHICH ALLOWS OUR TEAM TO REMAIN WELL-INFORMED AND INVOLVED IN NEW INITIATIVES IN BALTIMORE COUNTY AND SURROUNDING COMMUNITIES |

HUM_0000564

**990 Schedule H, Supplemental Information**

| Form and Line Reference | Explanation |
|---|---|
| BAD DEBT EXPENSE REPORTING IN MARYLAND | SCHEDULE H, PART III, LINE 2 AND 3 THE HEALTH SERVICES COST REVIEW COMMISSION (HSCRC) STARTED SETTING HOSPITAL RATES IN 1974  AT THAT TIME, THE HSCRC APPROVED RATES APPLIED ONLY TO COMMERCIAL INSURERS  IN 1977, THE HSCRC NEGOTIATED A WAIVER FROM MEDICARE HOSPITAL PAYMENT RULES FOR MARYLAND HOSPITALS TO BRING THE FEDERAL MEDICARE PAYMENTS UNDER HSCRC CONTROL  IN 2014, MARYLAND'S WAIVER WITH MEDICARE WAS RENEGOTIATED AND UPDATED TO REFLECT THE CURRENT HEALTHCARE ENVIRONMENT  UNDER THIS NEW WAIVER, SEVERAL CRITERIA WERE ESTABLISHED TO MONITOR THE SUCCESS OF THE SYSTEM IN CONTROLLING HEALTHCARE COSTS AND THE CONTINUANCE OF THE WAIVER ITSELF  1  REVENUE GROWTH PER CAPITA 2  MEDICARE HOSPITAL REVENUE PER BENEFICIARY 3  MEDICARE ALL PROVIDER REVENUE GROWTH PER BENEFICIARY 4  MEDICARE READMISSION RATES 5  HOSPITAL ACQUIRED CONDITION RATE BECAUSE OF THIS SYSTEM, THE HOSPITAL IS UNABLE TO ESTIMATE HOW MUCH OF THE AMOUNT REPORTED IN LINE 2 IS ATTRIBUTED TO PATIENTS WHO WOULD APPLY UNDER THE FAP |

HUM_0000565

## 990 Schedule H, Supplemental Information

| Form and Line Reference | Explanation |
|---|---|
| FOOTNOTE FOR BAD DEBT EXPENSE IN AUDITED FINANCIAL STATEMENTS | SCHEDULE H, PART III, LINE 4 THE CORPORATION RECORDS REVENUES AND ACCOUNTS RECEIVABLE FROM PATIENTS AND THIRD-PARTY PAYORS AT THEIR ESTIMATED NET REALIZABLE VALUE  REVENUE IS REDUCED FOR ANTICIPATED DISCOUNTS UNDER CONTRACTUAL ARRANGEMENTS AND FOR CHARITY CARE  AN ESTIMATED PROVISION FOR BAD DEBTS IS RECORDED IN THE PERIOD THE RELATED SERVICES ARE PROVIDED BASED UPON ANTICIPATED UNCOMPENSATED CARE, AND IS ADJUSTED AS ADDITIONAL INFORMATION BECOMES AVAILABLE  THE PROVISION FOR BAD DEBTS IS BASED UPON MANAGEMENT'S ASSESSMENT OF HISTORICAL AND EXPECTED NET COLLECTIONS CONSIDERING HISTORICAL BUSINESS AND ECONOMIC CONDITIONS, TRENDS IN HEALTHCARE COVERAGE, AND OTHER COLLECTION INDICATORS  PERIODICALLY THROUGHOUT THE YEAR, MANAGEMENT ASSESSES THE ADEQUACY OF THE ALLOWANCE FOR UNCOLLECTIBLE ACCOUNTS BASED UPON HISTORICAL WRITE-OFF EXPERIENCE BY PAYOR CATEGORY  THE RESULTS OF THIS REVIEW ARE THEN USED TO MAKE MODIFICATIONS TO THE PROVISION FOR BAD DEBTS AND TO ESTABLISH AN ALLOWANCE FOR UNCOLLECTIBLE RECEIVABLES  AFTER COLLECTION OF AMOUNTS DUE FROM INSURERS, THE CORPORATION FOLLOWS INTERNAL GUIDELINES FOR PLACING CERTAIN PAST DUE BALANCES WITH COLLECTION AGENCIES  FOR RECEIVABLES ASSOCIATED WITH SERVICES PROVIDED TO PATIENTS WHO HAVE THIRD-PARTY COVERAGE, THE CORPORATION ANALYZES CONTRACTUALLY DUE AMOUNTS AND PROVIDES AN ALLOWANCE FOR BAD DEBTS, ALLOWANCE FOR CONTRACTUAL ADJUSTMENTS, PROVISION FOR BAD DEBTS, AND CONTRACTUAL ADJUSTMENTS ON ACCOUNTS FOR WHICH THE THIRD-PARTY PAYOR HAS NOT YET PAID OR FOR PAYORS WHO ARE KNOWN TO BE HAVING FINANCIAL DIFFICULTIES THAT MAKE THE REALIZATION OF AMOUNTS DUE UNLIKELY  FOR RECEIVABLES ASSOCIATED WITH SELF-PAY PATIENTS OR WITH BALANCES REMAINING AFTER THE THIRD-PARTY COVERAGE HAD ALREADY PAID, THE CORPORATION RECORDS A SIGNIFICANT PROVISION FOR BAD DEBTS IN THE PERIOD OF SERVICE ON THE BASIS OF ITS HISTORICAL COLLECTIONS, WHICH INDICATES THAT MANY PATIENTS ULTIMATELY DO NOT PAY THE PORTION OF THEIR BILL FOR WHICH THEY ARE FINANCIALLY RESPONSIBLE  THE DIFFERENCE BETWEEN THE DISCOUNTED RATES AND THE AMOUNTS COLLECTED AFTER ALL REASONABLE COLLECTION EFFORTS HAVE BEEN EXHAUSTED IS CHARGED AGAINST THE ALLOWANCE FOR DOUBTFUL ACCOUNTS |

HUM_0000566

**990 Schedule H, Supplemental Information**

| Form and Line Reference | Explanation |
|---|---|
| COMMUNITY BENEFIT REPORT | SCHEDULE H, PART III, LINE 8 THE ORGANIZATION FILES ANNUALLY A COMMUNITY BENEFIT REPORT WITH THE STATE OF MARYLAND'S HEALTH SERVICES COST REVIEW COMMISSION (HSCRC)  THE HSCRC, WHICH OPERATES UNDER A MEDICARE WAIVER, DOES NOT CONSIDER MEDICARE SHORTFALL AS COMMUNITY BENEFIT  THE COSTING METHODOLOGY USED BY THE ORGANIZATION IS A COST-TO-CHARGE RATIO |

HUM_0000567

**990 Schedule H, Supplemental Information**

| Form and Line Reference | Explanation |
|---|---|
| COLLECTION PRACTICES | SCHEDULE H, PART III, LINE 9B THE ORGANIZATION EXPECTS PAYMENT AT THE TIME THE SERVICE IS PROVIDED  OUR POLICY IS TO COMPLY WITH ALL STATE AND FEDERAL LAW AND THIRD PARTY REGULATIONS AND TO PERFORM ALL CREDIT AND COLLECTION FUNCTIONS IN A DIGNIFIED AND RESPECTFUL MANNER  EMERGENCY SERVICES WILL BE PROVIDED TO ALL PATIENTS REGARDLESS OF ABILITY TO PAY  FINANCIAL ASSISTANCE IS AVAILABLE FOR PATIENTS BASED ON FINANCIAL NEED AS DEFINED IN THE FINANCIAL ASSISTANCE POLICY  THE ORGANIZATION DOES NOT DISCRIMINATE ON THE BASIS OF AGE, RACE, CREED, SEX OR ABILITY TO PAY  PATIENTS WHO ARE UNABLE TO PAY MAY REQUEST A FINANCIAL ASSISTANCE APPLICATION AT ANY TIME PRIOR TO SERVICE OR DURING THE BILLING AND COLLECTION PROCESS, EVEN IN EXCESS OF 240 DAYS FOLLOWING THE FIRST POST-DISCHARGE BILLING STATEMENT  THE ORGANIZATION MAY REQUEST THE PATIENT TO APPLY FOR MEDICAL ASSISTANCE PRIOR TO APPLYING FOR FINANCIAL ASSISTANCE  THE ACCOUNT WILL NOT BE FORWARDED FOR COLLECTION DURING THE MEDICAL ASSISTANCE APPLICATION PROCESS OR THE FINANCIAL ASSISTANCE APPLICATION PROCESS  NO EXTRAORDINARY COLLECTION ACTIONS (ECAS) WILL OCCUR EARLIER THAN 120 DAYS FROM SUBMISSION OF FIRST BILL TO THE PATIENT AND WILL BE PRECEDED BY NOTICE 30 DAYS PRIOR TO COMMENCEMENT OF THE ACTION  AVAILABILITY OF FINANCIAL ASSISTANCE WILL BE COMMUNICATED TO THE PATIENT AND A PRESUMPTIVE ELIGIBILITY REVIEW WILL OCCUR PRIOR TO ANY ACTION BEING TAKEN  IF A PATIENT IS DETERMINED TO BE ELIGIBLE FOR FINANCIAL ASSISTANCE AFTER AN ECA IS INITIATED, THE ORGANIZATION WILL TAKE REASONABLE MEASURES TO REVERSE THE ECAS AGAINST THE PATIENT ACCOUNT |

HUM_0000568

**990 Schedule H, Supplemental Information**

| Form and Line Reference | Explanation |
|---|---|
| COMMUNITY HEALTH CARE NEEDS ASSESSMENT | SCHEDULE H, PART VI, LINE 2 BEGINNING IN JANUARY 2016, UMSJMC UNDERTOOK A CHNA TO EVALUATE THE HEALTH NEEDS OF INDIVIDUALS LIVING IN BALTIMORE COUNTY, MARYLAND  THE AIM OF THE ASSESSMENT IS TO REINFORCE UMSJMC'S COMMITMENT TO THE HEALTH OF RESIDENTS AND ALIGN ITS HEALTH PREVENTION EFFORTS WITH THE COMMUNITY'S GREATEST NEEDS  THE ASSESSMENT EXAMINED A VARIETY OF HEALTH INDICATORS INCLUDING CHRONIC HEALTH CONDITIONS, ACCESS TO HEALTH CARE AND SOCIAL DETERMINANTS OF HEALTH  UMSJMC CONTRACTED WITH HOLLERAN CONSULTING, A RESEARCH FIRM BASED IN LANCASTER, PENNSYLVANIA, TO EXECUTE THIS PROJECT  THE COMPLETION OF THE CHNA ENABLED UMSJMC TO TAKE AN IN-DEPTH LOOK AT ITS COMMUNITY  THE FINDINGS FROM THE ASSESSMENT WERE UTILIZED BY UMSJMC TO PRIORITIZE PUBLIC HEALTH ISSUES AND DEVELOP A COMMUNITY HEALTH IMPLEMENTATION PLAN FOCUSED ON MEETING COMMUNITY NEEDS  UMSJMC IS COMMITTED TO THE PEOPLE IT SERVES AND THE COMMUNITIES WHERE THEY RESIDE  HEALTHY COMMUNITIES LEAD TO LOWER HEALTH CARE COSTS, ROBUST COMMUNITY PARTNERSHIPS, AND AN OVERALL ENHANCED QUALITY OF LIFE  UMSJMC CONDUCTED AN INDEPENDENT COMMUNITY HEALTH SURVEY THE PREVIOUS YEAR  THE SURVEY SOUGHT TO GATHER INFORMATION AROUND THE MOST SALIENT HEALTH ISSUES IN BALTIMORE COUNTY AND IDENTIFY THE COMMON BARRIERS THAT KEEP PEOPLE FROM SEEKING MEDICAL CARE  NOTWITHSTANDING THE DIFFERENT METHODOLOGIES USED IN THE CURRENT CHNA AND THE SURVEY UMSJMC UNDERTOOK, SOME NOTABLE SIMILARITIES WERE OBSERVED IN THE FINDINGS BETWEEN THE TWO STUDIES |

HUM_0000569

**990 Schedule H, Supplemental Information**

| Form and Line Reference | Explanation |
|---|---|
| ELIGIBILITY EDUCATION & FINANCIAL ASSISTANCE | SCHEDULE H, PART VI, LINE 3 UMSJMC MAKES EVERY EFFORT TO MAKE FINANCIAL ASSISTANCE INFORMATION AVAILABLE TO OUR PATIENTS INCLUDING, BUT NOT LIMITED TO  -SIGNAGE IN MAIN ADMITTING AREAS AND EMERGENCY ROOMS OF THE HOSPITAL -THE ORGANIZATION'S WEBSITE -PATIENT HANDBOOK DISTRIBUTED TO ALL PATIENTS -BROCHURES EXPLAINING FINANCIAL ASSISTANCE ARE MADE AVAILABLE IN ALL PATIENT CARE AREAS -PATIENT PLAIN LANGUAGE SHEETS - NEWLY REVISED IN JUNE 2016, THIS HANDOUT WAS REVISED AND IS AT THE 5TH GRADE READING LEVEL (AVAILABLE IN ENGLISH, AS WELL AS SPANISH, FRENCH, & CHINESE BASED ON TOP LANGUAGES SPOKEN BY UMMS PATIENTS WITH LIMITED ENGLISH PROFICIENCY) -APPEARING IN PRINT MEDIA THROUGH LOCAL NEWSPAPERS |

HUM_0000570

| Form and Line Reference | Explanation |
|---|---|
| DESCRIPTION OF COMMUNITY SERVED | SCHEDULE H, PART VI, LINE 4 THE COMMUNITY SERVED BY UMSJMC FALLS PRIMARILY WITHIN BALTIMOR E COUNTY WITH A FEW OUTLYING AREAS IN HARFORD COUNTY AND BALTIMORE CITY  THE IMMEDIATE GEO GRAPHIC AREA IN WHICH UMSJMC IS LOCATED IS PREDOMINANTLY A MIDDLE-CLASS/UPPER MIDDLE-CLASS POPULATION  AS DETERMINED BY RATES OF POVERTY, UNEMPLOYMENT, LIMITED ENGLISH PROFICIENCY, LACK OF HEALTH INSURANCE AND EDUCATION, THE AREAS OF GREATEST NEED WITHIN BALTIMORE COUNT Y INCLUDE THE EASTERN PARTS OF THE COUNTY LIKE ESSEX AND DUNDALK AS WELL AS WEST OF THE CI TY LIMITS NEAR WOODLAWN  VULNERABLE POPULATIONS ALSO EXTEND THROUGH PIKESVILLE, TOWSON, PA RKVILLE/CARNEY AND NORTH INTO COCKEYSVILLE  THE HIGHEST CONCENTRATION OF UMSJMC CHARITY CA RE CASES ARE FOUND IN COCKEYSVILLE/ HUNT VALLEY, PARKVILLE AND CARNEY  IN RECENT YEARS, TH ERE HAS BEEN A GROWING HISPANIC IMMIGRANT POPULATION IN THE HUNT VALLEY/COCKEYSVILLE AREA  THIS HAS CREATED A POCKET OF FINANCIALLY CHALLENGED PEOPLE WHO RECEIVE CHARITY CARE IN AN AREA THAT IS USUALLY VIEWED AS FAIRLY AFFLUENT  CONSISTENT WITH THESE IDENTIFIED VULNERAB LE POPULATIONS, THE HIGHEST PROPORTION OF OUR ST  CLARE MEDICAL OUTREACH (A FREE CLINIC FO R THOSE WHO HAVE NO HEALTH INSURANCE AT ALL) PATIENTS COME FROM THE FOLLOWING ZIP CODES 2 1136, 21030, 21117, 21224, 21208 AND 21234  BALTIMORE COUNTY DEMOGRAPHICS  TOTAL POPULATIO N  832,468 WHITE  61 4% BLACK OR AFRICAN AMERICAN  29 2% ASIAN  6 4% AMERICAN INDIAN AND A LASKA NATIVE  0 9% NATIVE HAWAIIAN AND OTHER PACIFIC ISLANDER  0 1% TWO OR MORE RACES  2 6 % HISPANIC  5 5% LANGUAGE OTHER THAN ENGLISH SPOKEN AT HOME  14 0% PERSONS IN POVERTY  8 3 % PERSONS WITHOUT HEALTH INSURANCE  6 5% PERSONS WITH A DISABILITY, UNDER AGE 65  7 5% PER SONS 65 AND OVER  16 8% (SOURCE  AMERICAN COMMUNITY SURVEY, 2013-2017, 5-YEAR ESTIMATES, U S  CENSUS BUREAU) AS REPORTED IN OUR 2016 CHNA, THERE WAS A GOOD REPRESENTATION OF ZIP CO DES IN THE SURVEY AND PARTICIPANTS WERE WELL SPREAD OUT THROUGHOUT THE COUNTY  NEARLY 40% OF ALL RESPONDENTS RESIDE IN ZIP CODES 21234, 21093, 21236, 21286, 21204, 21030 AND 21212  OF THE TOTAL 924 RESPONDENTS, THE MAJORITY OF RESPONDENTS WERE FEMALE (81%) AND BETWEEN T HE AGES OF 55 TO 64 YEARS (24%) AN ADDITIONAL 22% OF ALL RESPONDENTS WERE BETWEEN THE AGE S OF 65 AND 80 YEARS  OVER THREE-QUARTERS OF RESPONDENTS IDENTIFY THEMSELVES AS WHITE (79% )  THE NEXT LARGEST POPULATION IS THE BLACK/AFRICAN-AMERICAN RACE, AT 13% OF SURVEY PARTIC IPANTS  ABOUT 8% OF ALL RESPONDENTS IDENTIFY THEMSELVES AS LATINO/HISPANIC  THE MOST COMMO N "OTHER" RACE MENTIONED WAS "MIXED " IN REGARD TO EDUCATIONAL ATTAINMENT, A LITTLE MORE T HAN A QUARTER OF RESPONDENTS (27 0%) HAVE ATTAINED AN UNDERGRADUATE DEGREE OR HIGHER  ANOT HER 24% OF SURVEY PARTICIPANTS HAVE A GRADUATE OR PROFESSIONAL-LEVEL DEGREE  THE MAJORITY OF RESPONDENTS IN THE "OTHER" CATEGORY INDICATED THEY HAVE A NURSING DIPLOMA  THE SURVEY A LSO SHOWED THAT A GREATER SHARE OF RESPONDENTS (44%) HAD AN ANNUAL HOUSEHOLD INCOME OF $75 ,000 OR MORE AND ABOUT 10% OF RESPONDENTS FALL IN THE LOWEST INCOME BRACKETS, WITH AN ANNU AL HOUSEHOLD INCOME OF LESS THAN $20,000  RESPONDENTS WERE ASKED TO INDICATE WHETHER OR NO T THEY HAVE HEALTH CARE COVERAGE, INCLUDING INSURANCE, PREPAID PLANS, OR GOVERNMENT PLANS, SUCH AS MEDICAID OR MEDICAL ASSISTANCE  SEVENTY-ONE PERCENT OF RESPONDENTS REPORTED THEY PREDOMINATELY OBTAIN THEIR HEALTH CARE COVERAGE THROUGH THEIR OWN OR SOMEONE ELSE'S EMPLOY ER SPONSORED PLANS  ABOUT 5% OF RESPONDENTS CITED THEY WERE CURRENTLY UNINSURED  APPROXIMA TELY 86% OF SURVEY PARTICIPANTS IN BALTIMORE COUNTY HAVE AT LEAST ONE PERSON WHO THEY THIN K OF AS THEIR PERSONAL DOCTOR  IN OTHER WORDS, AT LEAST 12% ARE WITHOUT A MEDICAL HOME  SU RVEY PARTICIPANTS WERE ASKED TO RATE THEIR OVERALL HEALTH  IN GENERAL, SELF-REPORTED MEASU RES OF HEALTH ARE FAVORABLE AMONG RESPONDENTS  OVER ONE-HALF OF RESPONDENTS (53%) REPORTED HAVING VERY GOOD OR EXCELLENT OVERALL HEALTH  APPROXIMATELY 14% OF RESPONDENTS REPORTED H AVING FAIR OR POOR HEALTH  IN ADDITION, APPROXIMATELY HALF OF THE RESPONDENTS REPORTED NOT SUFFERING FROM PHYSICAL ILLNESS OR INJURY DURING THE PREVIOUS 30 DAYS  HOWEVER, NEARLY A QUARTER (24%) REPORTED HAVING ONE TO TWO DAYS OF POOR PHYSICAL HEALTH AND 10% REPORTED HAV ING THREE TO FOUR DAYS OF POOR PHYSICAL HEALTH  INABILITY TO WORK DUE TO POOR PHYSICAL HEA LTH WAS ALSO MEASURED IN THE SURVEY  A STRONG MAJORITY OF RESPONDENTS IN BALTIMORE COUNTY (78%) REPORTED THERE WERE NO DAYS THEY WERE UNABLE TO WORK DUE TO POOR HEALTH  IN CONTRAST , ABOUT 6% OF RESPONDENTS REPORTED BEING UNABLE TO WORK FOR 11 DAYS OR MORE IN THE PAST MO NTH BECAUSE OF POOR PHYSICAL HEALTH  SOME CHRONIC CONDITIONS ARE OF CONCERN IN BALTIMORE C OUNTY  HIGH BLOOD PRESSURE WAS THE MOST CITED HEALTH ISSUE RESPONDENTS ENCOUNTER (44%)  HI GH CHOLESTEROL WAS RANKED SECOND WITH ABOUT 39% OF RESPONDENTS SELECTING THE ISSUE AND WAS FOLLOWED BY ARTHRITIS WITH APPROXIMATELY 31% OF RESPONDENTS IDENTIFYING IT AS A HEALTH CO NCERN THEY HAVE BEEN DIAGNOSED WITH  SURVEY PARTIC |

HUM_0000571

| Form and Line Reference | Explanation |
|---|---|
| DESCRIPTION OF COMMUNITY SERVED | IPANTS WERE ALSO ASKED IN A DIFFERENT SET OF QUESTIONS IF THEY HAVE EVER BEEN DIAGNOSED WI TH CANCER, TO WHICH ABOUT 22% (N=189) REPORTED THAT THEY HAVE  AMONG THESE RESPONDENTS, TH E MOST COMMON TYPES OF CANCER REPORTED BY RESPONDENTS WERE BREAST CANCER (36%) AND SKIN CA NCER OTHER THAN MELANOMA (22%)  THE OTHER SET OF SURVEY QUESTIONS DEALT WITH IDENTIFYING T HE MOST PRESSING HEALTH ISSUES FACING BALTIMORE COUNTY RESIDENTS  OVERWEIGHT/OBESITY TOPPE D THE LIST WITH CLOSE TO 60% OF RESPONDENTS SELECTING THE ISSUE AS ONE OF THE TOP FIVE MOS T PRESSING HEALTH ISSUES FACING THEIR COUNTY  CANCER AND DRUG ABUSE/ALCOHOL ABUSE WERE ALS O HEALTH CONCERNS SHARED BY 53% AND 43% OF RESPONDENTS RESPECTIVELY  THE FOURTH MOST PRESS ING HEALTH ISSUE WAS HEART DISEASE, WITH A 42% RATING, AND DIABETES WAS RANKED 5TH WITH A RATING OF 37% |

HUM_0000572

| Form and Line Reference | Explanation |
|---|---|
| PROMOTION OF COMMUNITY HEALTH | SCHEDULE H, PART VI, LINE 5 UMSJMC IS COMMITTED TO SERVING AS A HEALTH RESOURCE AND PROMOT ING THE HEALTH OF THE COMMUNITY  FOUNDED ON A MISSION OF PROVIDING CARE TO THE SICK AND TH E UNDERSERVED, UMSJMC OPERATES THE ST  CLARE MEDICAL OUTREACH CLINIC THAT SERVES A MAINLY HISPANIC POPULATION WITH NO ACCESS TO HEALTH CARE  THE PRIMARY CARE CLINIC IS COMPOSED OF A MEDICAL DIRECTOR, NURSE PRACTITIONER, PHYSICIAN ASSISTANT, RNS, MEDICAL ASSISTANT, PHARM ACY LIAISON, HEALTH, COACH, OFFICE COORDINATOR, NURSE MANAGER, AND PHLEBOTOMIST  SERVICES PROVIDED IN ADDITION TO PRIMARY CARE ARE IMMUNIZATIONS, PHARMACEUTICALS, HEALTH EDUCATION AND REFERRALS TO SPECIALISTS THAT PARTICIPATE IN THE PROGRAM  MENTAL HEALTH COUNSELING IS ALSO PROVIDED BY A CERTIFIED MENTAL HEALTH NURSE PRACTITIONER  ADDITIONAL BEHAVIORAL HEALT H INITIATIVES INCLUDE A PARTNERSHIP WITH MOSAIC COMMUNITY SERVICES TO HOST TRAININGS FOR M ENTAL HEALTH FIRST AID  MENTAL HEALTH FIRST AID IS AN EIGHT HOUR PROGRAM DESIGNED TO TEACH MEMBERS OF THE PUBLIC HOW TO RESPOND IN A MENTAL HEALTH EMERGENCY AND TO OFFER SUPPORT TO SOMEONE WHO APPEARS TO BE IN EMOTIONAL DISTRESS  THE TRAINING WAS OFFERED TO UMSJMC EMPLO YEES AS WELL AS PARTNER ORGANIZATIONS IN THE COMMUNITY  THERE WERE 34 INDIVIDUALS TRAINED INCLUDING STAFF FROM THE BALTIMORE COUNTY HEALTH DEPARTMENT, BALTIMORE COUNTY DEPARTMENT O F AGING, AND OTHER LOCAL HOSPITALS  BALTIMORE COUNTY DEPARTMENT OF HEALTH HAS ARRANGED FOR PEER RECOVERY SPECIALISTS IN OUR ED WHO PROVIDE 1 1 PEER OUTREACH AND COACHING AS WELL AS LINKAGES TO RESOURCES THAT INCLUDE DETOX AND OTHER MENTAL HEALTH SERVICES OR FACILITIES, ASSISTANCE WITH SUPPORTIVE HOUSING, TRANSPORTATION, MEDICATION, INSURANCE, AND ANY OTHER A NCILLARY SUPPORT FOR CLIENTS TO BE SUCCESSFUL  AN ONGOING SYSTEM-WIDE INITIATIVE THAT FURT HER SUPPORTS THESE EFFORTS TARGETING MENTAL HEALTH AND SUBSTANCE ABUSE IS THE NOT ALL WOUN DS ARE VISIBLE SERIES WHICH BEGAN IN JUNE 2017 TO PROMOTE COMMUNITY CONVERSATIONS, AWARENE SS AND RESOURCES AROUND A WIDE RANGE OF RELATED TOPICS  IN FY18 THE UMMS HOSPITALS COORDIN ATED TWO SEMINARS, ONE FOCUSED ON ADDICTION AND SUBSTANCE ABUSE AND THE OTHER SPECIFIC TO DEPRESSION AND ANXIETY IN WOMEN AND CHILDREN  EACH INCLUDED PROFESSIONAL SPEAKERS, LOCAL P ARTNERS, AND PANEL DISCUSSIONS TO ENCOURAGE DIALOGUE BETWEEN ADVOCATES AND COMMUNITY MEMBE RS  THE EVENTS WERE FREE AND WIDELY PUBLICIZED  ATTENDEES WERE INVITED TO PARTICIPATE AT T HE MAIN LOCATION DOWNTOWN OR THROUGH A LIVE STREAM HOSTED AT SATELLITE LOCATIONS INCLUDING UM SJMC  THIS SERIES WILL CONTINUE IN FY19 WITH MORE CONVERSATIONS SURROUNDING DEPRESSION AND ANXIETY (MEN, SENIORS, CHRONIC DISEASE AND SUICIDE PREVENTION) AS WELL AS A FOCUS ON EARLY CHILDHOOD EXPERIENCES AND RESILIENCE  UMSJMC IS ALSO PROUD TO SUPPORT THE EFFORTS OF POWERED BY ME!, A PROGRAM THAT ENCOURAGES POSITIVE DECISION MAKING AMONG THE YOUTH IN OUR COMMUNITY  THIS INCLUDES AN ANNUAL CONFERENCE ATTENDED BY APPROXIMATELY 500 STUDENT ATHLE TES, COACHES, AND ADMINISTRATORS FROM PUBLIC AND PRIVATE SCHOOLS IN BALTIMORE CITY, BALT IMORE CITY, HOWARD COUNTY, HARFORD COUNTY, PRINCE GEORGES COUNTY, AND ANNE ARUNDEL COUNTY  THE FOCUS OF THE CONFERENCE IS PERFORMANCE ENHANCEMENT, SUBSTANCE ABUSE, AND SOCIAL RESPO NSIBILITY  THE MESSAGE IS DELIVERED BY PROFESSIONAL ATHLETES, HEALTH EXPERTS, COUNTY REPRE SENTATIVES, AND OTHER STUDENTS  THE GOAL IS TO EMPOWER THESE YOUNG ADULTS TO ACT AS ROLE M ODELS AND REDUCE THE PREVALENCE OF DRUG ABUSE, EATING DISORDERS, PARTNER VIOLENCE, AND BUL LYING IN OUR COMMUNITY  UMSJMC MENTORS CLINICAL STUDENTS FROM A VARIETY OF HEALTH FIELDS A ND SCHOOLS  OUR EMPLOYEES RECOGNIZE THE IMPORTANCE OF PROVIDING HANDS ON EXPERIENCES FOR T HESE STUDENTS, AND THE MEDICAL CENTER APPRECIATES THAT THESE LABOR HOURS FOSTER MORE QUALI FIED GRADUATES JOINING THE WORKFORCE  UMSJMC IS A PART OF THE CORPORATE INTERNSHIP PROGRAM THROUGH CRISTO REY JESUIT HIGH SCHOOL LOCATED IN BALTIMORE CITY  ALONG WITH OUR FINANCIAL CONTRIBUTION, WE COMMIT TO HOSTING FOUR HIGH SCHOOL STUDENTS IN VARIOUS DEPARTMENTS ACROS S UMSJMC EACH YEAR  STUDENTS ARE PLACED IN DEPARTMENTS SUCH AS EMPLOYEE HEALTH, MOTHER BAB Y, AND PATIENT TRANSPORT  THE STUDENTS ARE ONSITE 1-2 DAYS A WEEK THROUGHOUT THEIR SCHOOL YEAR  THEY LEARN VALUABLE SKILLS IN THE WORK SETTING AND GAIN EXPOSURE TO POTENTIAL CAREER S  MULTIPLE STRATEGIES ARE BEING USED TO INCREASE COMMUNITY AWARENESS SURROUNDING HYPERTEN SION, HEART DISEASE, AND STROKE  IN FY18 TWELVE LECTURES WERE DELIVERED ACROSS BALTIMORE C OUNTY IN A VARIETY OF SETTINGS INCLUDING SENIOR CENTERS, FAITH AND COMMUNITY CENTERS, BUSI NESSES, AND UMSJMC  BLOOD PRESSURE SCREENING WAS ALSO OFFERED IN CONJUNCTION WITH THE MAJO RITY OF THESE LECTURES  ADDITIONAL SCREENINGS WERE OFFERED THROUGHOUT THE YEAR IN DIFFEREN T SETTINGS TO HELP COMMUNITY MEMBERS EVALUATE THEIR RISK OF HEART DISEASE AND STROKE INCLU DING A CAROTID ARTERY SCREENING, CHOLESTEROL SCREENINGS, AND BODY COMPOSITION ANALYSIS  ED UCATIONAL MATERIAL INCLUDING A LARGE MAGNET WITH I |

HUM_0000573

| Form and Line Reference | Explanation |
|---|---|
| PROMOTION OF COMMUNITY HEALTH | MAGES THAT DEPICT SIGNS OF STROKE WERE WIDELY DISTRIBUTED AT HEALTH FAIRS, FESTIVALS, AND TO PARTNER ORGANIZATIONS  WE ADOPTED THE EVIDENCE-BASED PROGRAM LIVING HEALTHY WITH HIGH B LOOD PRESSURE AND BEGAN OFFERING BOTH ONSITE AND OFFSITE  OUR STROKE CENTER COORDINATOR PR OVIDED TIMELY UPDATES TO EMS TO HELP IDENTIFY AND TREAT STROKE PATIENTS SOONER  WE ALSO CO NTINUED OUR MONTHLY STROKE SURVIVOR SUPPORT GROUP TO ADDRESS THE CHALLENGES THESE INDIVIDU ALS AND THEIR LOVED ONES EXPERIENCE FOLLOWING A STROKE  UMSJMC ACTIVELY ENGAGES WITH SEVER AL LOCAL PARTNERS TO PROMOTE THE HEALTH OF THE COMMUNITY  WE HAVE AN ONGOING PARTNERSHIP W ITH OUR LOCAL Y IN CENTRAL MARYLAND, THE OROKAWA Y IN TOWSON  IN ADDITION TO A SPONSORSHIP THAT BENEFITS THE Y CAMPAIGN FOR A BETTER US (ASSISTS CHILDREN, FAMILIES AND INDIVIDUALS WHO CAN NOT OTHERWISE AFFORD Y MEMBERSHIP AND PROGRAMS), WE PLAN MONTHLY HEALTH EVENTS SUC H AS FREE LECTURES DELIVERED BY EXPERTS, HEALTH FAIRS AND SCREENINGS, AND FLU IMMUNIZATION S  WE PROVIDE FURTHER SUPPORT AND EXPERTISE FOR THEIR INITIATIVES SUCH AS FAMILY HEALTH EV ENTS, FITNESS CHALLENGES, AND AWARENESS EFFORTS  THIS PARTNERSHIP ALLOWS FOR GREATER ACCES S TO OUR SHARED COMMUNITY WHICH INCLUDES UNDERSERVED AND HIGH RISK POPULATIONS  THE COLLAB ORATION AND SHARED RESOURCES HAVE HELPED BOTH ORGANIZATIONS TO BETTER ASSESS HEALTH NEEDS AND GAIN TRUST WITHIN THE COMMUNITY  OUR EXISTING PROGRAMS HAVE BEEN WIDELY PROMOTED TO TH EIR MEMBERSHIP AND WE HAVE BEEN ABLE TO OFFER TAILORED PROGRAMS TO MEET THE NEEDS OF THEIR MEMBERS  WE WORK COLLABORATIVELY WITH THE BALTIMORE COUNTY DEPARTMENT OF AGING (BCDA) TO DETERMINE TIMELY TOPICS AND SERVICES FOR THE SENIOR POPULATION  ON AN ANNUAL BASIS, WE TRA VEL TO THE MAJORITY OF THE SENIOR CENTERS THROUGHOUT THE COUNTY OFFERING FREE SERVICES SUC H AS BONE DENSITY SCREENING, BODY COMPOSITION ANALYSIS, AND PRESENTATIONS ON TOPICS LIKE H YPERTENSION AND STROKE  UMSJMC IS REPRESENTED IN THE BALTIMORE COUNTY HEALTH COALITION AS WELL AS THE UMMS HEALTH IMPROVEMENT COMMITTEE WHICH ALLOWS OUR TEAM TO REMAIN WELL-INFORME D AND INVOLVED IN NEW INITIATIVES IN BALTIMORE COUNTY AND SURROUNDING COMMUNITIES  TO HELP BETTER UNDERSTAND THE NEEDS OF OUR COMMUNITY, UMSJMC ALSO OPERATES A PATIENT AND FAMILY A DVISORY COUNCIL THAT HELPS GUIDE HOSPITAL DIRECTION FOR COMMUNITY SERVICES AS WELL AS RAIS ING OPERATIONAL AND EXPERIENCE CONCERNS |

HUM_0000574

**990 Schedule H, Supplemental Information**

| Form and Line Reference | Explanation |
|---|---|
| AFFILIATED HEALTH CARE SYSTEM ROLES | SCHEDULE H, PART VI, LINE 6 UMSJMC IS A PRIVATE, NOT-FOR-PROFIT CORPORATION PROVIDING COMPREHENSIVE HEALTHCARE SERVICES THROUGH AN INTEGRATED REGIONAL NETWORK OF HOSPITALS AND RELATED CLINICAL ENTERPRISES  UMMS WAS CREATED IN 1984 WHEN ITS FOUNDING HOSPITAL WAS PRIVATIZED BY THE STATE OF MARYLAND  OVER ITS 30-YEAR HISTORY, UMMS EVOLVED INTO A MULTI-HOSPITAL SYSTEM WITH ACADEMIC, COMMUNITY AND SPECIALTY SERVICE MISSIONS REACHING PRIMARILY ACROSS MARYLAND  As part of the University of Maryland Medical System (UMMS), UMSJMC understands that health care goes beyond the walls of the hospital and into the community it serves  UMMS HOSPITALS ARE COMMITTED TO STRENGTHENING THEIR NEIGHBORING COMMUNITIES  IN DOING SO, UMSJMC ASSESSES THE COMMUNITY'S HEALTH NEEDS, IDENTIFIES KEY PRIORITIES, AND RESPONDS WITH SERVICES, PROGRAMS AND INITIATIVES WHICH MAKE A POSITIVE, SUSTAINED IMPACT ON THE HEALTH OF THE COMMUNITY  WITH REPRESENTATION FROM ALL UMMS HOSPITALS, UMSJMC'S COMMUNITY HEALTH IMPROVEMENT COUNCIL COORDINATES THE EFFECTIVE AND EFFICIENT UTILIZATION AND DEPLOYMENT OF RESOURCES FOR COMMUNITY-BASED ACTIVITIES AND EVALUATES HOW SERVICES AND ACTIVITIES MEET TARGETED COMMUNITY NEEDS WITHIN DEFINED GEOGRAPHIC AREAS  UMSJMC IS COMMITTED TO HEALTH EDUCATION, ADVOCACY, COMMUNITY PARTNERSHIPS, AND ENGAGING PROGRAMS WHICH FOCUS ON HEALTH AND WELLNESS WITH THE GOAL OF ELIMINATING HEALTH CARE DISPARITIES IN THE BALTIMORE COMMUNITY  BALTIMORE COMMUNITY |

**990 Schedule H, Supplemental Information**

| Form and Line Reference | Explanation |
|---|---|
| STATE FILING OF COMMUNITY BENEFIT REPORT | SCHEDULE H, PART VI, LINE 7 AS REQUIRED BY MARYLAND STATUTE FOR ALL HOSPITALS, UMSJMC FILES AN ANNUAL COMMUNITY BENEFIT REPORT WITH MARYLANDS HEALTH SERVICES COST REVIEW COMMISSION (HSCRC) BY DECEMBER 15TH EACH YEAR |

**Schedule H (Form 990) 2017**

HUM_0000577

# Additional Data

**Software ID:**

**Software Version:**

**EIN:** 46-2097818

**Name:** UMSJ Health System LLC

**Form 990 Schedule H, Part V Section A. Hospital Facilities**

| Section A. Hospital Facilities<br><br>(list in order of size from largest to smallest—see instructions)<br>How many hospital facilities did the organization operate during the tax year?<br>    1 | Licensed hospital | General medical & surgical | Children's hospital | Teaching hospital | Critical access hospital | Research facility | ER-24 hours | ER-other | Other (Describe) | Facility reporting group |
|---|---|---|---|---|---|---|---|---|---|---|
| Name, address, primary website address, and state license number | | | | | | | | | | |
| 1    UM St Joseph Medical Center LLC<br>250 West Pratt Street<br>Baltimore, MD  21201<br>http //www stjosephtowson com/home aspx<br>03-079 | X | X | X | X | | | X | | | 1 |

**Section C. Supplemental Information.** Provide descriptions required for Part V, Section B, lines 1j, 3, 4, 5d, 6i, 7, 10, 11, 12i, 14g, 16e, 17e, 18e, 19c, 19d, 20d, 21, and 22. If applicable, provide separate descriptions for each facility in a facility reporting group, designated by "Facility A," "Facility B," etc.

| Form and Line Reference | Explanation |
|---|---|
| COMMUNITY HEALTH NEEDS ASSESSMENT (CHNA) | SCHEDULE H, PART V, LINE 5 COMMUNITY ENGAGEMENT AND FEEDBACK WERE AN INTEGRAL PART OF THE CHNA PROCESS  UMSJMC SOUGHT COMMUNITY INPUT THROUGH KEY INFORMANT FOCUS GROUP DISCUSSIONS WITH COMMUNITY LEADERS AND PARTNERS AND AN ONLINE COMMUNITY MEMBER SURVEY AVAILABLE TO ALL BALTIMORE COUNTY RESIDENTS, AND INCLUSION OF COMMUNITY LEADERS IN THE PRIORITIZATION AND IMPLEMENTATION PLANNING PROCESS  PUBLIC HEALTH AND HEALTH CARE PROFESSIONALS SHARED KNOWLE DGE AND EXPERTISE ABOUT HEALTH ISSUES, AND LEADERS AND REPRESENTATIVES OF NON-PROFIT AND C OMMUNITY-BASED ORGANIZATIONS PROVIDED INSIGHT ON THE COMMUNITY, INCLUDING THE MEDICALLY UN DERSERVED, LOW INCOME, AND MINORITY POPULATIONS  AN ONLINE COMMUNITY SURVEY WAS CONDUCTED WITH INDIVIDUALS RESIDING IN BALTIMORE COUNTY BETWEEN JANUARY 29 AND MARCH 18, 2016  PAPER COPIES OF THE SURVEY WERE ALSO DISTRIBUTED AT VARIOUS HEALTH AND COMMUNITY CENTERS TO REA CH A WIDER DEMOGRAPHIC  THE SURVEY WAS DESIGNED TO ASSESS THEIR HEALTH STATUS, HEALTH RISK BEHAVIORS, PREVENTIVE HEALTH PRACTICES AND NEEDS, HEALTH CARE ACCESS PRIMARILY RELATED TO CHRONIC DISEASES, AND COMMUNITY ASSETS AND OPPORTUNITIES  THE SURVEY TOOK APPROXIMATELY 1 0 TO 15 MINUTES TO COMPLETE  A TOTAL OF 924 RESIDENT SURVEYS WERE COMPLETED THROUGHOUT BAL TIMORE COUNTY TO PROMOTE GEOGRAPHICAL AND ETHNIC DIVERSITY AMONG RESPONDENTS  TWO KEY INFO RMANT FOCUS GROUPS WERE CONDUCTED AT UMSJMC ON FEBRUARY 10 AND FEBRUARY 17, 2016  THERE WE RE 12 PARTICIPANTS IN THE FIRST SESSION AND 11 PARTICIPANTS ATTENDED THE SECOND SESSION  T HE PURPOSE OF THE FOCUS GROUPS WAS TO GATHER EXPERT-LEVEL QUALITATIVE FEEDBACK FROM A VARI ETY OF HEALTH AND SOCIAL SERVICE PROVIDERS, WITH AN ACTIVE ROLE AND A BROAD UNDERSTANDING OF THE HEALTH CARE SYSTEM AND HEALTH NEEDS OF BALTIMORE COUNTY RESIDENTS  KEY INFORMANT FO CUS GROUP PARTICIPANTS  GEORGE LAROCCO, MD, INTERNAL MEDICINE, HEALTH PART AT HEREFORD LIN ROMANO, COO, GEDCO BARBARA K  ANDERSON, EXECUTIVE DIRECTOR, PRO BONO COUNSELING KEITH JAC OBS, DIRECTOR OF BUSINESS OPERATIONS, MAXIM HEALTHCARE SERVICES CHRISTINE WOODS, PROGRAM D IRECTOR - WELLNESS, TOWSON UNIVERSITY WILLIAM S  QUEALE, MD, INTERNIST, MAXIM HEALTHCARE S ERVICES RUTH HELTNE, VP, HEALTHY LIVING, Y IN CENTRAL MARYLAND KARA BARLOW, RN, WOMEN'S HE ALTH ASSOCIATES JULIA JOHNSON, PRACTICE MANAGER, WOMEN'S HEALTH ASSOCIATES DELLA J  LEISTE R, RN, DEPUTY HEALTH OFFICER, BALTIMORE COUNTY DEPARTMENT OF HEALTH MARY JO HUBER, RN, UMS JMC WAYNE BRANNOCK, COO, LORIEN HEALTH SYSTEMS MONICA FULTON, RN, DIRECTOR OF ONCOLOGY OPE RATIONS, UMSJMC ANGELICA SFAKIANOUDIS, INTERN, BALTIMORE COUNTY DEPARTMENT OF AGING DONNA BILZ, PROGRAM COORDINATOR, BALTIMORE COUNTY DEPARTMENT OF AGING TED GROSS, MA, DIRECTOR OF SENIOR SERVICES, GEDCO KATHY MULFORD, MS, DIRECTOR OF BONE HEALTH CENTER, TOWSON ORTHOPAE DIC ASSOCIATES CAPTAIN STEVE ADELSBERGER, EMS SHIFT COMMANDER, BALTIMORE COUNTY FIRE DEPAR TMENT NICOLETTE MORRIS, MD, PEDIATRICS, UMSJMC KIRSTEN MCCRACKEN, RN, MSN, CNRN, SCRN, STR OKE CENTER COORDINATOR, UMSJMC |

HUM_0000579

**Section C. Supplemental Information for Part V, Section B.** Provide descriptions required for Part V, Section B, lines 1j, 3, 4, 5d, 6i, 7, 10, 11, 12i, 14g, 16e, 17e, 18e, 19c, 19d, 20d, 21, and 22. If applicable, provide separate descriptions for each facility in a facility reporting group, designated by "Facility A," "Facility B," etc.

| Form and Line Reference | Explanation |
|---|---|
| COMMUNITY HEALTH NEEDS ASSESSMENT (CHNA) | MATT GOLDSTEIN, DIRECTOR HEALTH SERVICES, TOWSON UNIVERSITY JULIE VAUGHEN, MD, OWINGS MIL LS INTERNAL MEDICINE THE PRIORITIZATION SESSION WAS HOSTED THE MORNING OF FRIDAY, MAY 13, AT UMSJMC AND INCLUDED  JACKIE SIMS, COMMUNITY MEMBER, PATIENT ADVISORY COUNCIL ROBERT BRE SCHI, COMMUNITY MEMBER, PATIENT ADVISORY COUNCIL DONNA BILZ, BALTIMORE COUNTY DEPARTMENT O F AGING IRENA KOYFMAN, CRNP, AND ITA CREMEN, MAXIM LAURA CULBERTSON, RN, BALTIMORE COUNTY DEPARTMENT OF AGING ALICE CHAN, POPULATION HEALTH MANAGER, UMSJMC MICHAEL WAINWRIGHT, MS, ACSM, CEP, SUPERVISOR CARDIOVASCULAR FITNESS, UMSJMC KELLIE EDRIS, MARKETING, COMMUNICATIO NS AND COMMUNITY HEALTH, UMSJMC MARY JO ADAMS, RN, NURSE COORDINATOR, COMMUNITY HEALTH, UM SJMC KRISTEN ARTES, MS, CHES, COMMUNITY HEALTH SPECIALIST, UMSJMC DONNA COSTA, MA, MHS, ON COLOGY OUTREACH MANAGER, UMSJMC MARY JO HUBER, RN, NURSE MANAGER AT ST  CLARE MEDICAL OUTR EACH, UMSJMC  CLARE MEDICAL OUTREACH, UMSJMC |

HUM_0000580

| Form and Line Reference | Explanation |
|---|---|
| ADDRESSING SIGNIFICANT NEEDS FROM THE CHNA | SCHEDULE H, PART V, LINE 11 IN RESPONSE TO ACCESS TO CARE, THE FOLLOWING ACTIONS ARE BEING TAKEN  -INCREASE THE NUMBER OF FREE FLU VACCINATIONS PROVIDED TO THE COMMUNITY  -INCREASE HEALTHCARE ACCESS AMONG UNDOCUMENTED POPULATION BY ACCEPTING NEW PATIENTS AT ST CLARE ME DICAL OUTREACH (PROVIDES PRIMARY CARE FOR THE UNINSURED)  -EXTEND PCP OFFICE HOURS INTO EV ENINGS AND WEEKENDS TO ACCOMMODATE VARIETY OF PATIENTS  -ENHANCE PARTNERSHIP WITH CHOICEON E URGENT CARE CENTER BY OPENING ADDITIONAL SITES  -OPEN A POST DISCHARGE CENTER WITH 3 DIS CIPLINES, PHYSICIAN PROVIDER, PHARMACIST AND CASE MANAGER TO FOLLOW UP ON HIGH RISK PATIEN TS DISCHARGED FROM UMSJMC AND TRANSITION THEM BACK INTO THE COMMUNITY  -OPEN A BEHAVIORAL HEALTH CENTER AS PART OF THE POST DISCHARGE CENTER THAT CAN HELP AT RISK PATIENTS TRANSITI ON BACK INTO THE COMMUNITY (ENCOURAGES COUNSELING, MEDICATION ADHERENCE)  -FURTHER ENHANCE PARTNERSHIP WITH MAXIM TRANSITION ASSIST TO HELP HIGH RISK PATIENTS TRANSITION BACK INTO THE COMMUNITY ENSURING PROPER FOLLOW UP AND PSYCHOSOCIAL NEEDS ARE MET  COMMUNITY HEALTH W ORKERS (CHW) WILL PROVIDE NON-CLINICAL IN-HOME SERVICES TO HIGH RISK UMSJMC DISCHARGED PAT IENTS  -PROVIDE TELEPHONE POST DISCHARGE FOLLOW UP TO HIGH RISK MEDICAL AND BEHAVIORAL HEA LTH PATIENTS AND MAKE ARRANGEMENTS TO ASSIST OR AUGMENT DISCHARGE PLANS  -EDUCATE EMPLOYEE S ABOUT HEALTH LITERACY  -USE A 5TH GRADE READING LEVEL IN HEALTH LITERATURE AND FORMS  IN RESPONSE TO MENTAL HEALTH AND SUBSTANCE ABUSE, THE FOLLOWING ACTIONS ARE BEING TAKEN  -IN CREASE THE NUMBER OF INDIVIDUALS WHO ARE SCREENED AND REFERRED FOR DEPRESSION  -PROVIDE CU LTURALLY APPROPRIATE ACCESS TO MENTAL HEALTH  -DEVELOP AND DELIVER A PRESENTATION ON SUBST ANCE ABUSE AND SLEEP  -PROVIDE EDUCATION & INFORMATION ON SMOKING CESSATION  -PROVIDE INFO RMATION AND EDUCATIONAL MATERIAL ON THE DANGERS OF TOBACCO USE AND SUBSTANCE ABUSE AT THE ANNUAL POWERED BY ME! CONFERENCE  -PROVIDE EDUCATIONAL MATERIAL ON SIGNS/SYMPTOMS OF MENTA L HEALTH ISSUES AND APPROPRIATE TREATMENT OPTIONS AT THE ANNUAL POWERED BY ME! CONFERENCE  -PROVIDE EDUCATIONAL MATERIAL ON NEGATIVE EFFECTS OF PERFORMANCE ENHANCING DRUGS (PED) USE AND APPROPRIATE TREATMENT OPTIONS FOR PED USE AND /OR ABUSE IN RESPONSE TO CHRONIC DISEAS E (CARDIOVASCULAR DISEASE/OBESITY), THE FOLLOWING ACTIONS ARE BEING TAKEN  -PROVIDE EDUCAT ION & INFORMATION ON THE IMPORTANCE ON HEALTHY EATING, HEART HEALTHY SHOPPING, NUTRITIONAL IMPORTANCE FOR WEIGHT LOSS, HYPERTENSION  -ESTABLISH INDIVIDUALIZED A1C GOALS AND BLOOD G LUCOSE GOALS FOR EACH ST CLARE PATIENT MONITOR AND PROVIDE EDUCATION AND SUPPORT AS NEED ED  -INCREASE AWARENESS ON THE IMPORTANCE OF BLOOD PRESSURE MANAGEMENT AND THE SIGNS AND S YMPTOMS OF STROKE  -CONTINUE FREE STROKE SCREENINGS  -CONTINUE FREE BLOOD PRESSURE SCREENI NGS  -CONTINUE FREE CHOLESTEROL SCREENINGS  -OFFER CHRONIC DISEASE SELF-MANAGEMENT PROGRAM TWICE A YEAR  -CONTINUE AND EXPAND EVIDENCE-BASED DIABETES EDUCATION OPPORTUNITIES  -CONT INUE FREE BODY COMPOSITION ANA |

HUM_0000581

**Section C. Supplemental Information for Part V, Section B.** Provide descriptions required for Part V, Section B, lines 1j, 3, 4, 5d, 6i, 7, 10, 11, 12i, 14g, 16e, 17e, 18e, 19c, 19d, 20d, 21, and 22. If applicable, provide separate descriptions for each facility in a facility reporting group, designated by "Facility A," "Facility B," etc.

| Form and Line Reference | Explanation |
|---|---|
| ADDRESSING SIGNIFICANT NEEDS FROM THE CHNA | LYSIS WITH EDUCATION COUNSELING  -PROMOTE HEALTHY WEIGHT LOSS AND MANAGEMENT  -OFFER FREE WEEKLY YOGA CLASSES  -IMPLEMENT "BEMORE FIT N FUN" PROGRAM TO EDUCATE YOUTH ON THE IMPORTA NCE OF A BALANCED DIET AND EXERCISE  IN RESPONSE TO CANCER, THE FOLLOWING ACTIONS ARE BEIN G TAKEN  -EDUCATE PRIMARY CARE PHYSICIANS ABOUT CANCER SCREENING GUIDELINES  -IMPROVE EARL Y CANCER DETECTION IN COMMUNITY WITH A FOCUS ON DISPARITIES  -IMPLEMENT COLORECTAL CANCER SCREENING PROGRAM FOR EMPLOYEES  -CONTINUE FREE BREAST CANCER SCREENINGS  -CONTINUE FREE C ERVICAL CANCER SCREENINGS  -CONTINUE FREE PROSTATE CANCER SCREENINGS  IN RESPONSE TO FALL PREVENTION, THE FOLLOWING ACTIONS ARE BEING TAKEN  -OFFER STEPPING ON FALL PREVENTION PROG RAM TWICE A YEAR  -CONTINUE FREE BONE DENSITY SCREENINGS WITH EDUCATIONAL COUNSELING  -DIS TRIBUTE EDUCATIONAL MATERIAL ON WAYS TO REDUCE FALL RISK  FOR THE FULL IMPLEMENTATION STRA TEGY, PLEASE VISIT HTTPS //WWW UMMS ORG/SJMC/COMMUNITY/COMMUNITY-HEALTH-NEEDS-ASSESSMENT-A ND- IMPLEMENTATION-PLAN A PRIORITY THAT UMSJMC HAS NOT PURSUED IS DENTAL HEALTH SINCE WE D O NOT HAVE DENTAL RESOURCES AT UMSJMC  INDIVIDUALS IN NEED ARE REFERRED TO OTHER LOCAL DEN TAL CLINICS (BALTIMORE COUNTY DEPARTMENT OF HEALTH, BALTIMORE CITY COMMUNITY COLLEGE AND U NIVERSITY OF MARYLAND SCHOOL OF DENTISTRY)  AT THIS TIME, WE HAVE NOT DEVELOPED A COMPREHE NSIVE RESPONSE TO THE PRIORITY OF OBESITY IN CHILDREN AND ADOLESCENTS BECAUSE WE HAVE A VE RY SMALL PEDIATRIC SERVICE AT UMSJMC AND NO ON-GOING RELATIONSHIPS WITH PEDIATRICIANS IN T HE AREA WHICH IS THE APPROPRIATE ENTRY FOR ADDRESSING THIS PRIORITY |

HUM_0000582

**Form 990 Part V Section C Supplemental Information for Part V, Section B.**

**Section C. Supplemental Information for Part V, Section B.** Provide descriptions required for Part V, Section B, lines 1j, 3, 4, 5d, 6i, 7, 10, 11, 12i, 14g, 16e, 17e, 18e, 19c, 19d, 20d, 21, and 22. If applicable, provide separate descriptions for each facility in a facility reporting group, designated by "Facility A," "Facility B," etc.

| Form and Line Reference | Explanation |
|---|---|
| ELIGIBILITY CRITERIA FOR FINANCIAL ASSISTANCE | SCHEDULE H, PART V, LINE 13B THE FINANCIAL ASSISTANCE POLICY EXPLAINS SEVERAL ELIGIBILITY CRITERIA, INCLUDING PARTICIPATION IN MEDICAID/MEDICARE PROGRAMS AS WELL AS ELIGIBILITY UNDER VARIOUS STATE REGULATIONS  IN ADDITION TO FPG, THE INCOME LEVELS DEFINED BY THE MARYLAND STATE DEPARTMENT OF HEALTH AND MENTAL HYGIENE (MD DHMH) ARE USED TO DETERMINE ELIGIBILITY FOR FINANCIAL ASSISTANCE  THE MD DHMH INCOME LEVELS ARE MORE GENEROUS THAN THE FPG INCOME LEVELS |

HUM_0000583

**Form 990 Part V Section C Supplemental Information for Part V, Section B.**

| **Section C. Supplemental Information for Part V, Section B.** Provide descriptions required for Part V, Section B, lines 1j, 3, 4, 5d, 6i, 7, 10, 11, 12i, 14g, 16e, 17e, 18e, 19c, 19d, 20d, 21, and 22. If applicable, provide separate descriptions for each facility in a facility reporting group, designated by "Facility A," "Facility B," etc. | |
|---|---|
| Form and Line Reference | Explanation |
| HOSPITAL EFFORTS BEFORE INITIATING ACTION | SCHEDULE H, PART V, LINE 20C IN THE CASE OF AN INCOMPLETE FAP APPLICATION, PATIENTS ARE NOT AUTOMATICALLY DENIED  A LETTER IS MAILED TO THE PATIENT REQUESTING THE MISSING DOCUMENTATION, AND FAP APPLICATIONS ARE APPROVED ONCE THE MISSING DOCUMENTATION IS PROVIDED |

HUM_0000584

| Schedule I (Form 990) | Grants and Other Assistance to Organizations, Governments and Individuals in the United States | OMB No 1545-0047 |
|---|---|---|
| | Complete if the organization answered "Yes," on Form 990, Part IV, line 21 or 22. ▶ Attach to Form 990. | **2017** |
| Department of the Treasury Internal Revenue Service | ▶ Information about Schedule I (Form 990) and its instructions is at *www.irs.gov/form990*. | Open to Public Inspection |

| Name of the organization UMSJ Health System LLC | Employer identification number 46-2097818 |
|---|---|

## Part I  General Information on Grants and Assistance

**1** Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? . . . . . . . . . . . . . . . . . . . . . . . . . .   ☑ Yes   ☐ No

**2** Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States

## Part II  Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any recipient that received more than $5,000  Part II can be duplicated if additional space is needed

| (a) Name and address of organization or government | (b) EIN | (c) IRC section (if applicable) | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of noncash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| (1) See Additional Data | | | | | | | |
| (2) | | | | | | | |
| (3) | | | | | | | |
| (4) | | | | | | | |
| (5) | | | | | | | |
| (6) | | | | | | | |
| (7) | | | | | | | |
| (8) | | | | | | | |
| (9) | | | | | | | |
| (10) | | | | | | | |
| (11) | | | | | | | |
| (12) | | | | | | | |

**2** Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . . . . . . . ▶   4

**3** Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . ▶

For Paperwork Reduction Act Notice, see the Instructions for Form 990.          Cat No 50055P          Schedule I (Form 990) 2017

HUM_0000585

Schedule I (Form 990) 2017                                                                                                                    Page **2**

**Part III**  **Grants and Other Assistance to Domestic Individuals.** Complete if the organization answered "Yes" on Form 990, Part IV, line 22
Part III can be duplicated if additional space is needed

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of noncash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of noncash assistance |
|---|---|---|---|---|---|
| (1) | | | | | |
| (2) | | | | | |
| (3) | | | | | |
| (4) | | | | | |
| (5) | | | | | |
| (6) | | | | | |
| (7) | | | | | |

**Part IV**  **Supplemental Information.** Provide the information required in Part I, line 2; Part III, column (b); and any other additional information.

| Return Reference | Explanation |
|---|---|
| GRANTMAKING | SCHEDULE I, PART I, LINE 2 UNIVERSITY OF MARYLAND MEDICAL SYSTEM (UMMS) IS THE SOLE MEMBER OF UMSJHS  UMMS PROVIDED GRANTS TO UMSJHS IN FY18  THE MEMBER AND FILING ORGANIZATION HAVE COMMON EXEMPT PURPOSES IN MIND WHEN UTILIZING GRANT FUNDS |

Schedule I (Form 990) 2017

HUM_0000586

**Additional Data**

| | |
|---:|:---|
| **Software ID:** | |
| **Software Version:** | |
| **EIN:** | 46-2097818 |
| **Name:** | UMSJ Health System LLC |

**Form 990,Schedule I, Part II, Grants and Other Assistance to Domestic Organizations and Domestic Governments.**

| **(a)** Name and address of organization or government | **(b)** EIN | **(c)** IRC section if applicable | **(d)** Amount of cash grant | **(e)** Amount of non-cash assistance | **(f)** Method of valuation (book, FMV, appraisal, other) | **(g)** Description of non-cash assistance | **(h)** Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| CRISTO REY CORPORATE INTERNSHIP PROGRAM 420 S Chester St Baltimore, MD  21231 | 20-5300491 | 501(c)(3) | 28,000 | 0 | | | General Assistance |
| Baltimore Basilica 320 Cathedral Street Baltimore, MD  21201 | 52-0591535 | 501(c)(3) | 10,000 | 0 | | | General Assistance |

**Form 990,Schedule I, Part II, Grants and Other Assistance to Domestic Organizations and Domestic Governments.**

| (a) Name and address of organization or government | (b) EIN | (c) IRC section if applicable | (d) Amount of cash grant | (e) Amount of non-cash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of non-cash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| UMMS Foundation 110 South Paca Street Baltimore, MD  21201 | 52-2238893 | 501(c)(3) | 8,500 | | | | Shock Trauma Gala |
| UM SJMC Foundation 7601 Osler Drive Baltimore, MD  21204 | 52-1681044 | 501(c)(3) | 110,000 | 0 | | | General Assistance |

HUM_0000588

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493134105219 |
|---|---|---|

| **Schedule J**<br>(Form 990) | **Compensation Information**<br>**For certain Officers, Directors, Trustees, Key Employees, and Highest**<br>**Compensated Employees**<br>▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 23.<br>▶ Attach to Form 990.<br>▶ Information about Schedule J (Form 990) and its instructions is at<br>_www.irs.gov/form990._ | OMB No 1545-0047<br>**2017** |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | **Open to Public**<br>**Inspection** |

| Name of the organization<br>UMSJ Health System LLC | **Employer identification number**<br>46-2097818 |
|---|---|

| **Part I** | **Questions Regarding Compensation** |
|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **1a** | Check the appropiate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a  Complete Part III to provide any relevant information regarding these items | | | |

☐ First-class or charter travel        ☐ Housing allowance or residence for personal use
☐ Travel for companions        ☐ Payments for business use of personal residence
☐ Tax idemnification and gross-up payments        ☐ Health or social club dues or initiation fees
☐ Discretionary spending account        ☐ Personal services (e g , maid, chauffeur, chef)

| | | | Yes | No |
|---|---|---|---|---|
| **b** | If any of the boxes in line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | **1b** | | |
| **2** | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, officers, including the CEO/Executive Director, regarding the items checked in line 1a? | **2** | | |
| **3** | Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director  Check all that apply  Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III | | | |

☑ Compensation committee        ☐ Written employment contract
☑ Independent compensation consultant        ☑ Compensation survey or study
☐ Form 990 of other organizations        ☑ Approval by the board or compensation committee

| | | | Yes | No |
|---|---|---|---|---|
| **4** | During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization | | | |
| **a** | Receive a severance payment or change-of-control payment? | **4a** | | No |
| **b** | Participate in, or receive payment from, a supplemental nonqualified retirement plan? | **4b** | Yes | |
| **c** | Participate in, or receive payment from, an equity-based compensation arrangement? | **4c** | | No |
| | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III | | | |
| | **Only 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** | | | |
| **5** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of | | | |
| **a** | The organization? | **5a** | | No |
| **b** | Any related organization? | **5b** | | No |
| | If "Yes," on line 5a or 5b, describe in Part III | | | |
| **6** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of | | | |
| **a** | The organization? | **6a** | | No |
| **b** | Any related organization? | **6b** | | No |
| | If "Yes," on line 6a or 6b, describe in Part III | | | |
| **7** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described in lines 5 and 6? If "Yes," describe in Part III | **7** | Yes | |
| **8** | Were any amounts reported on Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regulations section 53 4958-4(a)(3)? If "Yes," describe in Part III | **8** | | No |
| **9** | If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53 4958-6(c)? | **9** | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990.      Cat No 50053T      **Schedule J (Form 990) 2017**

Schedule J (Form 990) 2017

<span style="float:right">Page **2**</span>

**Part II**    **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees.** Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii) Do not list any individuals that are not listed on Form 990, Part VII

**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual

| (A) Name and Title | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|
| | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| See Additional Data Table | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

HUM_0000590

Schedule J (Form 990) 2017          Page **3**

**Part III**  **Supplemental Information**

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II  Also complete this part for any additional information

| Return Reference | Explanation |
|---|---|
| SUPPLEMENTAL NONQUALIFIED RETIREMENT PLAN | SCHEDULE J, PART I, LINE 4B DURING THE FISCAL YEAR-ENDED JUNE 30, 2018, CERTAIN OFFICERS AND KEY EMPLOYEES PARTICIPATED IN THE UMMS SUPPLEMENTAL NONQUALIFIED RETIREMENT PLAN  THE INDIVIDUALS LISTED BELOW HAVE NOT VESTED IN THE PLAN THEREFORE THE ACCRUED CONTRIBUTION TO THE PLAN FOR THE FISCAL YEAR IS REPORTED ON SCHEDULE J, PART II, COLUMN C, RETIREMENT AND OTHER DEFERRED COMPENSATION  THOMAS B  SMYTH  EVEREST S  CONOVER DURING THE FISCAL YEAR-ENDED JUNE 30, 2018, CERTAIN OFFICERS AND KEY EMPLOYEES PARTICIPATED IN THE UMMS SUPPLEMENTAL NONQUALIFIED RETIREMENT PLAN  THE INDIVIDUALS LISTED BELOW HAVE VESTED IN THE PLAN IN A PRIOR YEAR, THEREFORE THE CONTRIBUTIONS TO THE PLAN FOR THE FISCAL YEAR ARE REPORTED AS TAXABLE COMPENSATION AND REPORTED ON SCHEDULE J, PART II, LINE B (III), OTHER REPORTABLE COMPENSATION  JOHN W  ASHWORTH WALTER J  FURLONG CRAIG J  CARMICHAEL GAIL P  CUNNINGHAM PAMELA A  JAMIESON PAUL S  NICHOLSON ROBERT A  CHRENCIK DURING THE FISCAL YEAR-ENDED JUNE 30, 2018, CERTAIN OFFICERS PARTICIPATED IN THE UMMS SUPPLEMENTAL NONQUALIFIED RETIREMENT PLAN  THE INDIVIDUALS LISTED BELOW HAVE VESTED IN THE PLAN IN THE REPORTING TAX YEAR, THEREFORE THE FULL VALUE OF THE PLAN, INCLUDING ANY CONTRIBUTIONS TO THE PLAN FOR THE CURRENT FISCAL YEAR IS REPORTED AS TAXABLE COMPENSATION AND REPORTED ON SCHEDULE J, PART II, LINE B(III), OTHER REPORTABLE COMPENSATION  PRIOR YEAR CONTRIBUTIONS TO THE PLAN WERE PREVIOUSLY REPORTED ON FORM 990 AND ARE INDICATED ON SCHEDULE J, PART II, COLUMN (F)  MOHANAKUMAR SUNTHARALINGAM $867,174 |
| NON FIXED PAYMENTS | SCHEDULE J, PART I, LINE 7 BONUSES PAID ARE BASED ON A NUMBER OF VARIABLES INCLUDING BUT NOT LIMITED TO INDIVIDUAL GOAL ACHIEVEMENTS AS WELL AS ORGANIZATION OPERATION ACHIEVEMENTS  THE FINAL DETERMINATION OF THE BONUS AMOUNT IS DETERMINED AND APPROVED BY THE BOARD AS PART OF THE OVERALL COMPENSATION REVIEW OF THE OFFICERS AND KEY EMPLOYEES |

Schedule J (Form 990) 2017

HUM_0000591

**Additional Data**

**Software ID:**
**Software Version:**
**EIN:** 46-2097818
**Name:** UMSJ Health System LLC

## Form 990, Schedule J, Part II - Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees

| (A) Name and Title | | (B) Breakdown of W-2 and/or 1099-MISC compensation | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base Compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| 1 John W Ashworth III Director | (i) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (ii) | 597,242 | 128,170 | 97,267 | 10,800 | 25,714 | 859,193 | 0 |
| 1 Robert A Chrencik Director | (i) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (ii) | 1,318,061 | 995,265 | 276,702 | 10,800 | 14,219 | 2,615,047 | 0 |
| 2 Thomas B Smyth President & CEO | (i) | 543,230 | 191,730 | 5,418 | 104,500 | 13,540 | 858,418 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 Paul S Nicholson SVP, CFO & Treasurer | (i) | 300,274 | 107,100 | 53,811 | 10,800 | 14,694 | 486,679 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 Craig J Carmichael VP, Operations/Secretary | (i) | 283,825 | 81,396 | 65,370 | 10,800 | 13,725 | 455,116 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 Gail P Cunningham VP, Medical Affairs & CMO | (i) | 366,775 | 129,998 | 46,632 | 10,800 | 8,834 | 563,039 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 Walter J Furlong VP, Strategy & Business Dev | (i) | 237,517 | 60,807 | 28,550 | 9,729 | 10,456 | 347,059 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 Pamela A Jamieson VP & CNO | (i) | 258,432 | 52,248 | 34,639 | 10,450 | 5,618 | 361,387 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 Everest S Conover SVP, Clinical Integration | (i) | 382,035 | 114,611 | 1,973 | 61,126 | 0 | 559,745 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 Mohanakumar Suntharalingam Former President & CEO | (i) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (ii) | 1,131,897 | 557,620 | 871,176 | 10,800 | 12,208 | 2,583,701 | 673,771 |
| 10 Paul McAfee physician | (i) | 1,322,099 | 12,880 | 7,524 | 11,000 | 7,178 | 1,360,681 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 David Dalury Physician | (i) | 1,200,091 | 12,880 | 7,524 | 11,000 | 5,272 | 1,236,767 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 Bruce Wolock Physician | (i) | 1,184,245 | 12,880 | 7,524 | 11,000 | 6,308 | 1,221,957 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 Brian Mulliken Physician | (i) | 954,068 | 99,814 | 4,681 | 11,000 | 10,045 | 1,079,608 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 Michael Dabbah Physician | (i) | 985,903 | 0 | 1,068 | 12,800 | 10,298 | 1,010,069 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

HUM_0000592

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493134105219 |
|---|---|---|

**Schedule L**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

# Transactions with Interested Persons

► **Complete if the organization answered "Yes" on Form 990, Part IV, lines 25a, 25b, 26, 27, 28a, 28b, or 28c, or Form 990-EZ, Part V, line 38a or 40b.**
► **Attach to Form 990 or Form 990-EZ.**
►**Information about Schedule L (Form 990 or 990-EZ) and its instructions is at** *www.irs.gov/form990.*

OMB No 1545-0047

**2017**

**Open to Public Inspection**

Name of the organization
UMSJ Health System LLC

Employer identification number
46-2097818

**Part I** **Excess Benefit Transactions** (section 501(c)(3), section 501(c)(4), and 501(c)(29) organizations only)
Complete if the organization answered "Yes" on Form 990, Part IV, lines 25a or 25b, or Form 990-EZ, Part V, line 40b

| 1 | (a) Name of disqualified person | (b) Relationship between disqualified person and organization | (c) Description of transaction | (d) Corrected? | |
|---|---|---|---|---|---|
| | | | | Yes | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2 Enter the amount of tax incurred by organization managers or disqualified persons during the year under section 4958 . . . . . . . . . . . . . . . . . . . . ► $ _____

3 Enter the amount of tax, if any, on line 2, above, reimbursed by the organization . . . . . . . . . ► $ _____

**Part II** **Loans to and/or From Interested Persons.**
Complete if the organization answered "Yes" on Form 990-EZ, Part V, line 38a, or Form 990, Part IV, line 26, or if the organization reported an amount on Form 990, Part X, line 5, 6, or 22

| (a) Name of interested person | (b) Relationship with organization | (c) Purpose of loan | (d) Loan to or from the organization? | | (e)Original principal amount | (f)Balance due | (g) In default? | | (h) Approved by board or committee? | | (i)Written agreement? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | To | From | | | Yes | No | Yes | No | Yes | No |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

| Total | | | | ► $ | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Part III** **Grants or Assistance Benefiting Interested Persons.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 27.

| (a) Name of interested person | (b) Relationship between interested person and the organization | (c) Amount of assistance | (d) Type of assistance | (e) Purpose of assistance |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.     Cat No 50056A     **Schedule L (Form 990 or 990-EZ) 2017**

HUM_0000593

Schedule L (Form 990 or 990-EZ) 2017 | Page **2**

| **Part IV** | Business Transactions Involving Interested Persons. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 28a, 28b, or 28c.

| **(a)** Name of interested person | **(b)** Relationship between interested person and the organization | **(c)** Amount of transaction | **(d)** Description of transaction | **(e)** Sharing of organization's revenues? | |
|---|---|---|---|---|---|
| | | | | Yes | No |
| (1) Kelly Associates Insurance Group | See Part V | 257,507 | See Part V | | No |
| (2) Matthew Irby | See Part V | 136,769 | See part V | | No |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| **Part V** | Supplemental Information |
|---|---|

Provide additional information for responses to questions on Schedule L (see instructions)

| **Return Reference** | **Explanation** |
|---|---|
| BUSINESS TRANSACTIONS INVOLVING INTERESTED PERSONS | SCHEDULE L, PART IV, LINE 1 Francis X Kelly and David Kelly are directors of the filing organization Francis X Kelly and David Kelly are owners of Kelly & Associates Insurance Group The filing organization pays Kelly & Associates Insurance Group commissions and administrative fees, at or below fair market value, related to employee benefits Schedule L, PART IV, Line 2 Matthew Irby is a family memer of John W Ashworth, III, Director of the filing Organization Matthew Irby is paid reasonable compensation as an employee of the filing organization |

Schedule L (Form 990 or 990-EZ) 2017

HUM_0000594

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493134105219 |
|---|---|---|

**SCHEDULE O**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Information about Schedule O (Form 990 or 990-EZ) and its instructions is at
www.irs.gov/form990.

OMB No 1545-0047

**2017**

**Open to Public
Inspection**

Name of the organization
UMSJ Health System LLC

Employer identification number

46-2097818

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| BUSINESS RELATIONSHIPS | FORM 990, PART VI, LINE 2 Francis X Kelly and David E Kelly have a family relationship They also have a business relationship, as both are executives at Kelly & Associates Insurance Group |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| MEMBERS OR STOCKHOLDERS | FORM 990, PART VI, SECTION A, LINE 6, LINE 7A AND LINE 7B UMMS IS THE SOLE MEMBER OF UMSJH S  UMMS MAY ELECT ONE OR MORE BOARD MEMBERS OF THE GOVERNING BODY AND ALL DECISIONS OF THE GOVERNING BODY MUST BE APPROVED BY UMMS |

HUM_0000596

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FORM 990 REVIEW PROCESS | FORM 990, PART VI, SECTION B, LINE 11B UMMS ENGAGES THE ACCOUNTING FIRM GRANT THORNTON TO PREPARE AND REVIEW THE IRS FORM 990 FOR UMMS AND ITS AFFILIATES  INFORMATION NEEDED TO COMPLETE THE RETURN IS GATHERED BY ACCOUNTING PERSONNEL IN THE FINANCE SHARED SERVICES DEPARTMENT UNDER THE SUPERVISION OF THE UMMS TAX DIRECTOR AND PROVIDED TO GRANT THORNTON  ONCE A DRAFT RETURN IS PREPARED, IT UNDERGOES MULTIPLE LEVELS OF REVIEW BOTH INTERNALLY BY UMMS TAX & FINANCE PERSONNEL, AND EXTERNALLY BY GRANT THORNTON, INCLUDING AT THE PARTNER LEVEL  FOLLOWING ANY NECESSARY CHANGES TO THE RETURN, A FINAL DRAFT IS REVIEWED BY EACH AFFILIATES VICE PRESIDENT OF FINANCE AND/OR CFO  PRIOR TO FILING THE IRS FORM 990, THE ORGANIZATION'S BOARD CHAIRMAN, TREASURER, AUDIT COMMITTEE CHAIRMAN, EXECUTIVE COMMITTEE CHAIRMAN OR OTHER MEMBER OF THE BOARD WITH SIMILAR AUTHORITY WILL REVIEW THE IRS FORM 990  ALL BOARD MEMBERS ARE PROVIDED WITH A COPY OF THE FINAL IRS FORM 990 BEFORE FILING |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| CONFLICT OF INTEREST POLICY MONITORING & ENFORCEMENT | FORM 990, PART VI, SECTION B, LINE 12C THE ORGANIZATION'S OFFICERS, DIRECTORS AND MEDICAL STAFF MEMBERS, AS APPLICABLE, SHALL DISCLOSE CONFLICTS OF INTEREST OR POTENTIAL CONFLICTS OF INTEREST BETWEEN THEIR PERSONAL INTERESTS AND THE INTERESTS OF THE ORGANIZATION, OR ANY ENTITY CONTROLLED BY OR OWNED IN SUBSTANTIAL PART BY THE ORGANIZATION A QUESTIONNAIRE WHICH DISCLOSES POTENTIAL CONFLICTS OF INTEREST IS DISTRIBUTED ANNUALLY TO OFFICERS, DIRECTORS AND KEY EMPLOYEES THE GENERAL COUNSEL OF UMMS REVIEWS THE RESPONSES FOR UMMS AND CERTAIN OTHER AFFILIATES THE CEO OR CFO OF EACH OF THE OTHER ENTITIES IN THE UMMS SYSTEM REVIEWS THE RESPONSES FOR THOSE ENTITIES THE GENERAL COUNSEL, IN CONSULTATION WITH THE AUDIT COMMITTEE, IF NECESSARY, WOULD DETERMINE IF A CONFLICT OF INTEREST EXISTED WITH RESPECT TO THE OTHER ENTITIES IN THE UMMS SYSTEM, THE GENERAL COUNSEL MAY BE CALLED FOR CONSULT IF SO, THE GENERAL COUNSEL MAY CONSULT THE AUDIT COMMITTEE, IF NECESSARY WHENEVER A CONFLICT OR POTENTIAL CONFLICT OF INTEREST EXISTS, THE NATURE OF THE CONFLICT OR POTENTIAL CONFLICT OF INTEREST MUST BE DISCLOSED IN WRITING TO THE ORGANIZATION'S BOARD, BOARD COMMITTEE, AN OFFICER OF THE ORGANIZATION OR OTHER APPROPRIATE EXECUTIVE SUCH INDIVIDUAL HAVING A POTENTIAL CONFLICT OF INTEREST SHALL PLAY NO ROLE ON BEHALF OF THE ORGANIZATION, OR ANY ORGANIZATION CONTROLLED OR SUBSTANTIALLY OWNED, IN ANY TRANSACTION IN WHICH A CONFLICT EXISTS ALL INVITATIONS FOR BIDS, PROPOSALS OR SOLICITATIONS FOR OFFERS INCLUDE THE FOLLOWING PROVISION ANY VENDOR, SUPPLIER OR CONTRACTOR MUST DISCLOSE ANY ACTUAL OR POTENTIAL TRANSACTION WITH ANY ORGANIZATION OFFICER, DIRECTOR, EMPLOYEE OR MEMBER OF THE MEDICAL STAFF, INCLUDING FAMILY MEMBERS WITHIN FIVE DAYS OF THE TRANSACTION FAILURE TO COMPLY WITH THIS PROVISION IS A MATERIAL BREACH OF AGREEMENT IN ADDITION, A BOARD DISCLOSURE REPORT IS FILED WITH THE MARYLAND HEALTH SERVICES COST REVIEW COMMISSION ON AN ANNUAL BASIS SHOWING ANY BUSINESS TRANSACTIONS BETWEEN THE BOARD MEMBERS AND THE ORGANIZATION |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| PROCESS FOR DETERMINING COMPENSATION | FORM 990, PART VI, SECTION B, LINES 15A AND 15B THE ORGANIZATION DETERMINES THE EXECUTIVE COMPENSATION PAID TO ITS EXECUTIVES IN THE FOLLOWING MANNER PRESCRIBED IN THE IRS REGULATI ONS  EXECUTIVE COMPENSATION PACKAGES ARE DETERMINED BY A COMMITTEE OF THE BOARD THAT IS CO MPOSED ENTIRELY OF BOARD MEMBERS WHO HAVE NO CONFLICT OF INTEREST  THE COMMITTEE ACQUIRES CREDIBLE COMPARABILITY MARKET DATA CONCERNING THE COMPENSATION PACKAGES OF SIMILARLY SITUA TED EXECUTIVES  THE COMMITTEE CAREFULLY REVIEWS THAT DATA, THE EXECUTIVE'S PERFORMANCE AND THE PROPOSED COMPENSATION PACKAGES DURING THE DECISION MAKING PROCESS  THE COMMITTEE MEMO RIALIZES ITS DELIBERATIONS IN DETAILED MINUTES REVIEWED AND ADOPTED AT THE NEXT-FOLLOWING MEETING  THE COMMITTEE SEEKS AN OPINION OF COUNSEL THAT IT HAS MET THE REQUIREMENTS OF THE IRS INTERMEDIATE SANCTIONS REGULATIONS  THIS PROCESS IS USED TO DETERMINE THE COMPENSATIO N PACKAGES FOR ALL MANAGEMENT EMPLOYEES FROM THE VICE PRESIDENT LEVEL AND UP |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| HOW DOCUMENTS ARE MADE AVAILABLE TO THE PUBLIC | FORM 990, PART VI, SECTION C, LINE 19 THE ORGANIZATION'S GOVERNING DOCUMENTS ARE MADE PUBLICLY AVAILABLE THROUGH THE STATE OF MARYLAND VIA THE SECRETARY OF STATE'S OFFICE  THE CONFLICT OF INTEREST POLICY IS GENERALLY AVAILABLE ON THE ORGANIZATION'S OR AFFILIATE'S WEBSITE  FINANCIAL STATEMENTS ARE MADE PUBLICLY AVAILABLE ON A QUARTERLY BASIS THROUGH FILINGS ON THE ELECTRONIC MUNICIPAL MARKET ACCESS ("EMMA") SYSTEM |

HUM_0000600

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| TAX EXEMPT BOND ISSUE | PART IV, LINE 24A PURSUANT TO A MASTER LOAN AGREEMENT DATED DECEMBER 1, 2017 (THE "MASTER LOAN AGREEMENT"), AS AMENDED, UMMS AND SEVERAL OF ITS SUBSIDIARIES HAVE ISSUED DEBT THROUGH THE MARYLAND HEALTH AND HIGHER EDUCATIONAL FACILITIES AUTHORITY (THE "AUTHORITY")  AS SECURITY FOR THE PERFORMANCE OF THE BOND OBLIGATION UNDER THE MASTER LOAN AGREEMENT, THE AUTHORITY MAINTAINS A SECURITY INTEREST IN THE REVENUE OF THE OBLIGORS  THE MASTER LOAN AGREEMENT CONTAINS CERTAIN RESTRICTIVE COVENANTS  THESE COVENANTS REQUIRE THAT RATES AND CHARGES BE SET AT CERTAIN LEVELS, LIMIT INCURRENCE OF ADDITIONAL DEBT, REQUIRE COMPLIANCE WITH CERTAIN OPERATING RATIOS AND RESTRICT THE DISPOSITION OF ASSETS  THE OBLIGATED GROUP UNDER THE MASTER LOAN AGREEMENT INCLUDES UMMS, ROI, UM MIDTOWN, UM BALTIMORE WASHINGTON, SHORE HEALTH (UM MEMORIAL AND UM DORCHESTER), UM CHESTER RIVER, UM CHARLES REGIONAL, UM ST  JOSEPH, UM UPPER CHESAPEAKE, UM HARFORD MEMORIAL, UM LAUREL, UM PRICE GEORGES, BOWIE HEALTH CENTER (BOWIE), AND THE UMMS FOUNDATION  EACH MEMBER OF THE OBLIGATED GROUP IS JOINTLY AND SEVERALLY LIABLE FOR THE REPAYMENT OF THE OBLIGATIONS UNDER THE MASTER LOAN AGREEMENT OF THE CORPORATION'S $1,745,628,000 OF OUTSTANDING AUTHORITY BONDS ON JUNE 30, 2018  ALL OF THE BONDS WERE ISSUED IN THE NAME OF UMMS AND ARE REPORTED ON SCHEDULE K OF ITS FORM 990 |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| HOURS ON RELATED ENTITIES | PART VII, SECTION A, COL (B) UMMS IS A MULTI-ENTITY HEALTH CARE SYSTEM THAT INCLUDES 13 ACUTE CARE HOSPITALS, 1 ACUTE CARE HOSPITAL OWNED IN A JOINT VENTURE ARRANGEMENT AND VARIOUS SUPPORTING ENTITIES  A NUMBER OF INDIVIDUALS PROVIDE SERVICES TO VARIOUS ENTITIES WITHIN THE SYSTEM  IN GENERAL, THE OFFICERS AND KEY EMPLOYEES OF UMMS AVERAGE IN EXCESS OF 40 HOURS PER WEEK SERVING THE DIFFERENT ENTITIES THAT COMPRISE UMMS |

HUM_0000602

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| OTHER CHANGES IN NET ASSETS OR FUND BALANCES | FORM 990, PART XI, LINE 9 ENERGY REBATE CHECK $ 350,875 EQUITY TRANSFER - UMMC $ 50,712 IN FORMATION SYSTEMS - CAPITAL PROJECT $ 21,785 STRATEGIC PRIORITY FUNDING $(3,872,555) SWAP $ (872,143) ROUNDING $ (260) -------------- TOTAL $(4,321,586) ============== |

HUM_0000603

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FORM 990 PART IX LINE 11G | DESCRIPTION SHARED SERVICES TOTAL FEES 40710979 |

HUM_0000604

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FORM 990 PART IX LINE 11G | DESCRIPTION CONTRACTED SERVICES TOTAL FEES 28510711 |

HUM_0000605

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FORM 990 PART IX LINE 11G | DESCRIPTION PHYSICIAN CONTACT FEES TOTAL FEES 7349569 |

HUM_0000606

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FORM 990 PART IX LINE 11G | DESCRIPTION CONSULTING TOTAL FEES 3759177 |

HUM_0000607

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| FORM 990 PART IX LINE 11G | DESCRIPTION TEMP LABOR TOTAL FEES 2799511 |

HUM_0000608

# SCHEDULE R
## (Form 990)

Department of the Treasury
Internal Revenue Service

# Related Organizations and Unrelated Partnerships

▶ **Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.**
▶ **Attach to Form 990.**
▶ **Information about Schedule R (Form 990) and its instructions is at www.irs.gov/form990.**

OMB No 1545-0047

# 2017

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| UMSJ Health System LLC | 46-2097818 |

---

**Part I** **Identification of Disregarded Entities** Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

See Additional Data Table

| (a) Name, address, and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

---

**Part II** **Identification of Related Tax-Exempt Organizations** Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related tax-exempt organizations during the tax year.

See Additional Data Table

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b) (13) controlled entity? | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

---

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**          Cat No  50135Y          **Schedule R (Form 990) 2017**

**Part III**   **Identification of Related Organizations Taxable as a Partnership** Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related organizations treated as a partnership during the tax year.

Case 1:21-cv-02088-DKC   Document 105-12   Filed 07/25/22   Page 94 of 103

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income (related, unrelated, excluded from tax under sections 512-514) | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? | | (i) Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No | | Yes | No | |
| **(1)** Arundel Physicians Associates LLC<br><br>301 Hospital Drive<br>Glen Burnie, MD 20161<br>52-2000762 | Healthcare | MD | APA Inc | | | | | | | | | |
| **(2)** Baltimore Washington Imaging LLC<br><br>301 Hospital Drive<br>Glen Burnie, MD 20161<br>20-0806027 | Healthcare | MD | UMBWMS | | | | | | | | | |
| **(3)** Universitycare LLC<br><br>22 South Greene Street<br>Baltimore, MD 21201<br>52-1914892 | Healthcare | MD | UMMSC | | | | | | | | | |
| **(4)** O'Dea Medical Arts Limited Partnership<br><br>7601 Osler Drive<br>Towson, MD 21204<br>52-1682964 | Rental | MD | SJMC Prop | | 521,769 | -1,818,713 | | | | | | 82 000 % |
| **(5)** Advanced Imaging at St Joseph Medical C<br><br>7601 Osler Drive<br>Towson, MD 21204<br>52-1958002 | Healthcare | MD | UMSJMC | | | | | | | | | 51 000 % |
| **(6)** University of Maryland Charles Regional<br><br>PO Box 1070<br>LaPlata, MD 20646<br>30-0956382 | Healthcare | MD | UMCRCP | | | | | | | | | |
| **(7)** Baltimore ASC Ventures LLC<br><br>7620 York Road<br>Towson, MD 21204<br>82-4133899 | Healthcare | DE | UMSJMC | | | | | | | | | 51 000 % |

**Part IV**   **Identification of Related Organizations Taxable as a Corporation or Trust** Complete if the organization answered "Yes" on Form 990, Part IV, line 34 because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b) (13) controlled entity? | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Yes | No |
| See Additional Data Table | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

HUM_0000610

| **Part V** | **Transactions With Related Organizations** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36. |

| | | | Yes | No |
|---|---|---|---|---|
| **Note.** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule | | | | |
| **1** During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II–IV? | | | | |
| **a** Receipt of **(i)** interest, **(ii)** annuities, **(iii)** royalties, or **(iv)** rent from a controlled entity . . . . . . . . . . . . . . . | **1a** | | | No |
| **b** Gift, grant, or capital contribution to related organization(s) . . . . . . . . . . . . . . . . . . . . . | **1b** | Yes | |
| **c** Gift, grant, or capital contribution from related organization(s) . . . . . . . . . . . . . . . . . . . . | **1c** | Yes | |
| **d** Loans or loan guarantees to or for related organization(s) . . . . . . . . . . . . . . . . . . . . . | **1d** | Yes | |
| **e** Loans or loan guarantees by related organization(s) . . . . . . . . . . . . . . . . . . . . . . | **1e** | | | No |
| | | | | |
| **f** Dividends from related organization(s) . . . . . . . . . . . . . . . . . . . . . . . . . | **1f** | | | No |
| **g** Sale of assets to related organization(s) . . . . . . . . . . . . . . . . . . . . . . . . . | **1g** | | | No |
| **h** Purchase of assets from related organization(s) . . . . . . . . . . . . . . . . . . . . . . . | **1h** | | | No |
| **i** Exchange of assets with related organization(s) . . . . . . . . . . . . . . . . . . . . . . . | **1i** | | | No |
| **j** Lease of facilities, equipment, or other assets to related organization(s) . . . . . . . . . . . . . . . . | **1j** | Yes | |
| | | | | |
| **k** Lease of facilities, equipment, or other assets from related organization(s) . . . . . . . . . . . . . . . | **1k** | | | No |
| **l** Performance of services or membership or fundraising solicitations for related organization(s) . . . . . . . . . . . . | **1l** | | | No |
| **m** Performance of services or membership or fundraising solicitations by related organization(s) . . . . . . . . . . . . | **1m** | | | No |
| **n** Sharing of facilities, equipment, mailing lists, or other assets with related organization(s) . . . . . . . . . . . | **1n** | | | No |
| **o** Sharing of paid employees with related organization(s) . . . . . . . . . . . . . . . . . . . . . | **1o** | | | No |
| | | | | |
| **p** Reimbursement paid to related organization(s) for expenses . . . . . . . . . . . . . . . . . . . . | **1p** | Yes | |
| **q** Reimbursement paid by related organization(s) for expenses . . . . . . . . . . . . . . . . . . . . | **1q** | | | No |
| | | | | |
| **r** Other transfer of cash or property to related organization(s) . . . . . . . . . . . . . . . . . . . . | **1r** | | | No |
| **s** Other transfer of cash or property from related organization(s) . . . . . . . . . . . . . . . . . . . | **1s** | Yes | |

**2** If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds

| **(a)** Name of related organization | **(b)** Transaction type (a-s) | **(c)** Amount involved | **(d)** Method of determining amount involved |
|---|---|---|---|
| **(1)** UNIV OF MD ST JOSEPH FOUNDATION | B | 110,000 | FMV |
| **(2)** UNIV OF MD ST JOSEPH FOUNDATION | C | 234,545 | FMV |
| | | | |
| | | | |
| | | | |
| | | | |

| **Part VI** | **Unrelated Organizations Taxable as a Partnership** Complete if the organization answered "Yes" on Form 990, Part IV, line 37. |
|---|---|

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization  See instructions regarding exclusion for certain investment partnerships

| **(a)** Name, address, and EIN of entity | **(b)** Primary activity | **(c)** Legal domicile (state or foreign country) | **(d)** Predominant income (related, unrelated, excluded from tax under sections 512-514) | **(e)** Are all partners section 501(c)(3) organizations? | | **(f)** Share of total income | **(g)** Share of end-of-year assets | **(h)** Disproportionate allocations? | | **(i)** Code V-UBI amount in box 20 of Schedule K-1 (Form 1065) | **(j)** General or managing partner? | | **(k)** Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Yes** | **No** | | | **Yes** | **No** | | **Yes** | **No** | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

HUM_0000612

Page **5**

| **Part VII** | **Supplemental Information** |
| --- | --- |

Provide additional information for responses to questions on Schedule R (see instructions)

**Schedule R (Form 990) 2017**

HUM_0000613

# Additional Data

**Software ID:**
**Software Version:**
**EIN:** 46-2097818
**Name:** UMSJ Health System LLC

## Form 990, Schedule R, Part I - Identification of Disregarded Entities

| (a)<br>Name, address, and EIN (if applicable) of disregarded entity | (b)<br>Primary Activity | (c)<br>Legal Domicile<br>(State<br>or Foreign Country) | (d)<br>Total income | (e)<br>End-of-year assets | (f)<br>Direct Controlling<br>Entity |
|---|---|---|---|---|---|
| SJMC Physicians LLC<br>7601 Osler Drive<br>Towson, MD 21204<br>36-4734065 | Healthcare | MD | | | UMSJHS |
| Univ of MD Med Reg Supplier Services<br>7601 Osler Drive<br>Towson, MD 21204<br>45-5565991 | Healthcare | MD | 4,205,000 | 1,146,000 | UMSJHS |
| Univ of MD Med Reg Prof Services<br>7601 Osler Drive<br>Towson, MD 21204<br>45-5559036 | Healthcare | MD | 4,276,000 | 2,693,000 | UMSJHS |
| UMSJ Properties LLC<br>7601 Osler Drive<br>Towson, MD 21204<br>30-0755741 | Rental | MD | 1,419,000 | 6,380,000 | UMSJHS |
| Univ of MD St Joseph Medical Center LLC<br>7601 Osler Drive<br>Towson, MD 21204<br>35-2445106 | Healthcare | MD | 364,411,000 | 297,761,000 | UMSJHS |
| Univ of MD St Joseph Medical Group LLC<br>7601 Osler Drive<br>Towson, MD 21204<br>37-1704041 | Healthcare | MD | 47,160,000 | 4,623,000 | SJMC Phys |
| Univ of MD St Joseph Orthopaedics LLC<br>7601 Osler Drive<br>Towson, MD 21204<br>32-0391006 | Healthcare | MD | 22,860,000 | 1,799,000 | SJMC Phys |

HUM_0000614

**Form 990, Schedule R, Part II - Identification of Related Tax-Exempt Organizations**

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512 (b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|
| 301 Hospital Drive<br>Glen Burnie, MD 21061<br>52-1756326 | Healthcare | MD | 501(c)(3) | 12A | BWHS | | No |
| 301 Hospital Drive<br>Glen Burnie, MD 21061<br>52-1830243 | Healthcare | MD | 501(c)(3) | 12A | UMBWMS | | No |
| 301 Hospital Drive<br>Glen Burnie, MD 21061<br>52-0689917 | Healthcare | MD | 501(c)(3) | 3 | UMBWMS | | No |
| 301 Hospital Drive<br>Glen Burnie, MD 21061<br>52-1830242 | Healthcare | MD | 501(c)(3) | 12A | UMMSC | | No |
| 301 Hospital Drive<br>Glen Burnie, MD 21061<br>52-1318404 | Real Estate | MD | 501(c)(2) | | NCC | | No |
| 301 Hospital Drive<br>Glen Burnie, MD 21061<br>52-1591355 | Real Estate | MD | 501(c)(2) | | UMBWMS | | No |
| 100 Brown Street<br>Chestertown, MD 21620<br>52-1338861 | Fundraising | MD | 501(c)(3) | 8 | UMSRH | | No |
| 100 Brown Street<br>Chestertown, MD 21620<br>52-2046500 | Healthcare | MD | 501(c)(3) | 12A | UMMSC | | No |
| 100 Brown Street<br>Chestertown, MD 21620<br>52-0679694 | Healthcare | MD | 501(c)(3) | 3 | UMSRH | | No |
| 200 Morgnec Road<br>Chestertown, MD 21620<br>52-6070333 | Healthcare | MD | 501(c)(3) | 10 | UMSRH | | No |
| 827 Linden Avenue<br>Baltimore, MD 21201<br>52-1566211 | Healthcare | MD | 501(c)(3) | 12B | UMMTH | | No |
| 827 Linden Avenue<br>Baltimore, MD 21201<br>52-1175337 | Healthcare | MD | 501(c)(3) | 12B | UMMSC | | No |
| 827 Linden Avenue<br>Baltimore, MD 21201<br>52-0591667 | Healthcare | MD | 501(c)(3) | 3 | UMMTH | | No |
| 219 South Washington Street<br>Easton, MD 21601<br>52-1510269 | Healthcare | MD | 501(c)(3) | 10 | SHS | | No |
| 219 South Washington Street<br>Easton, MD 21601<br>52-1282080 | Fundraising | MD | 501(c)(3) | 12A | SHS | | No |
| 219 South Washington Street<br>Easton, MD 21601<br>52-0610538 | Healthcare | MD | 501(c)(3) | 3 | UMSRH | | No |
| 22 South Greene Street<br>Baltimore, MD 21201<br>52-1874111 | Healthcare | MD | 501(c)(3) | 3 | UMMSC | | No |
| 2200 Kernan Drive<br>Baltimore, MD 21207<br>52-0591639 | Healthcare | MD | 501(c)(3) | 3 | UMMSC | | No |
| 22 South Greene Street<br>Baltimore, MD 21201<br>52-2238893 | Fundraising | MD | 501(c)(3) | 12A | UMMSC | | No |
| 22 South Greene Street<br>Baltimore, MD 21201<br>52-1362793 | Healthcare | MD | 501(c)(3) | 3 | NA | | No |

HUM_0000615

**Form 990, Schedule R, Part II - Identification of Related Tax-Exempt Organizations**

| (a)<br>Name, address, and EIN of related organization | (b)<br>Primary activity | (c)<br>Legal domicile<br>(state<br>or foreign country) | (d)<br>Exempt Code<br>section | (e)<br>Public charity<br>status<br>(if section 501(c)<br>(3)) | (f)<br>Direct controlling<br>entity | (g)<br>Section 512<br>(b)(13)<br>controlled<br>entity?<br>Yes | No |
|---|---|---|---|---|---|---|---|
| PO Box 1070<br>La Plata, MD 20646<br>52-2155576 | Healthcare | MD | 501(c)(3) | 12C | UMMSC | | No |
| PO Box 1070<br>La Plata, MD 20646<br>52-0445374 | Healthcare | MD | 501(c)(3) | 3 | UMCRH | | No |
| PO Box 1070<br>La Plata, MD 20646<br>52-1414564 | Fundraising | MD | 501(c)(3) | 12A | UMCRH | | No |
| PO Box 1070<br>La Plata, MD 20646<br>52-1131193 | Fundraising | MD | 501(c)(3) | 12A | UMCRH | | No |
| 7601 Osler Drive<br>Towson, MD 21204<br>52-1681044 | Fundraising | MD | 501(c)(3) | 12A | UMSJHS | Yes | |
| 520 Upper Chesapeake Dr<br>Bel Air, MD 21014<br>52-0591484 | Healthcare | MD | 501(c)(3) | 3 | UMUCHS | | No |
| 520 Upper Chesapeake Dr<br>Bel Air, MD 21014<br>52-1398513 | Healthcare | MD | 501(c)(3) | 12C, III-FI | UMMSC | | No |
| 520 Upper Chesapeake Dr<br>Bel Air, MD 21014<br>52-1398507 | Fundraising | MD | 501(c)(3) | 12A | UMUCHS | | No |
| 520 Upper Chesapeake Dr<br>Bel Air, MD 21014<br>52-1253920 | Healthcare | MD | 501(c)(3) | 3 | UMUCHS | | No |
| 520 Upper Chesapeake Dr<br>Bel Air, MD 21014<br>52-1501734 | Healthcare | MD | 501(c)(3) | 10 | UMUCHS | | No |
| 520 Upper Chesapeake Dr<br>Bel Air, MD 21014<br>52-1907237 | Real Estate | MD | 501(c)(2) | | UMUCHS | | No |
| 520 Upper Chesapeake Dr<br>Bel Air, MD 21014<br>26-0737028 | Hospice | MD | 501(c)(3) | 7 | UMUCHS | | No |
| 520 Upper Chesapeake Dr<br>Bel Air, MD 21014<br>52-1229742 | Home Care | MD | 501(c)(3) | 10 | UMUCHS | | No |
| 3001 Hospital Drive<br>Cheverly, MD 20785<br>52-1289729 | Healthcare | MD | 501(c)(3) | 3 | UMMSC | | No |
| 3001 Hospital Drive<br>Cheverly, MD 20785<br>52-1902711 | Healthcare | MD | 501(c)(3) | 12A | UMCAPRH | | No |
| 250 W Pratt St Ste 2400<br>Baltimore, MD 21201<br>82-3596114 | Healthcare | MD | 501(c)(3) | 12C | UMMSC | | No |

HUM_0000616

**Form 990, Schedule R, Part III - Identification of Related Organizations Taxable as a Partnership**

| (a)<br>Name, address, and EIN of related organization | (b)<br>Primary activity | (c)<br>Legal Domicile (State or Foreign Country) | (d)<br>Direct Controlling Entity | (e)<br>Predominant income(related, unrelated, excluded from tax under sections 512-514) | (f)<br>Share of total income | (g)<br>Share of end-of-year assets | (h)<br>Disproportionate allocations? | | (i)<br>Code V-UBI amount in Box 20 of Schedule K-1 (Form 1065) | (j)<br>General or Managing Partner? | | (k)<br>Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Yes** | **No** | | **Yes** | **No** | |
| Arundel Physicians Associates LLC<br><br>301 Hospital Drive<br>Glen Burnie, MD 20161<br>52-2000762 | Healthcare | MD | APA Inc | | | | | | | | | |
| Baltimore Washington Imaging LLC<br><br>301 Hospital Drive<br>Glen Burnie, MD 20161<br>20-0806027 | Healthcare | MD | UMBWMS | | | | | | | | | |
| Universitycare LLC<br><br>22 South Greene Street<br>Baltimore, MD 21201<br>52-1914892 | Healthcare | MD | UMMSC | | | | | | | | | |
| O'Dea Medical Arts Limited Partnership<br><br>7601 Osler Drive<br>Towson, MD 21204<br>52-1682964 | Rental | MD | SJMC Prop | | 521,769 | -1,818,713 | | | | | | 82 000 % |
| Advanced Imaging at St Joseph Medical C<br><br>7601 Osler Drive<br>Towson, MD 21204<br>52-1958002 | Healthcare | MD | UMSJMC | | | | | | | | | 51 000 % |
| University of Maryland Charles Regional<br><br>PO Box 1070<br>LaPlata, MD 20646<br>30-0956382 | Healthcare | MD | UMCRCP | | | | | | | | | |
| Baltimore ASC Ventures LLC<br><br>7620 York Road<br>Towson, MD 21204<br>82-4133899 | Healthcare | DE | UMSJMC | | | | | | | | | 51 000 % |

HUM_0000617

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512 (b)(13) controlled entity? |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Yes / No |
| Arundel Physicians Associates Inc<br>301 Hospital Drive<br>Glen Burnie, MD 21061<br>52-1992649 | Healthcare | MD | BWHE | C Corp | | | | No |
| Baltimore Washington Health Enterprises<br>301 Hospital Drive<br>Glen Burnie, MD 21061<br>52-1936656 | Healthcare | MD | UMBWMS | C Corp | | | | No |
| BW Professional Services Inc<br>301 Hospital Drive<br>Glen Burnie, MD 21061<br>52-1655640 | Healthcare | MD | BWHE | C Corp | | | | No |
| NA Executive Building Condo Assn Inc<br>301 Hospital Drive<br>Glen Burnie, MD 21061 | Real Estate | MD | NADCO | C Corp | | | | No |
| UM Charles Regional Care Partners<br>PO Box 1070<br>La Plata, MD 20646<br>52-2176314 | Healthcare | MD | UMCRH | C Corp | | | | No |
| University Midtown Prof Center A Condo<br>827 Linden Avenue<br>Baltimore, MD 21201<br>52-1891126 | Real Estate | MD | UMMH | C Corp | | | | No |
| University of Maryland Health Advantage<br>22 South Greene Street<br>Baltimore, MD 21201<br>46-1411902 | Insurance | MD | UMMSHP | C Corp | | | | No |
| University of Maryland Health Partners<br>22 South Greene Street<br>Baltimore, MD 21201<br>45-2815803 | Insurance | MD | UMMSHP | C Corp | | | | No |
| University of Maryland Medical System He<br>22 South Greene Street<br>Baltimore, MD 21201<br>45-2815722 | Insurance | MD | UM Hlth Vent | C Corp | | | | No |
| Upper Chesapeake Insurance Company<br>520 Upper Chesapeake Dr<br>Bel Air, MD 21014<br>98-0468438 | Insurance | MD | UMUCHS | LTD | | | | No |
| Upper Chesapeake Health Ventures Inc<br>520 Upper Chesapeake Dr<br>Bel Air, MD 21014<br>52-2031264 | Healthcare | MD | UMUCHS | C Corp | | | | No |
| Upper Chesapeake Medical Center Land Con<br>520 Upper Chesapeake Dr<br>Bel Air, MD 21014<br>77-0674478 | Real Estate | MD | UC Med Crt | C Corp | | | | No |
| Upper Chesapeake Medical Office Building<br>520 Upper Chesapeake Dr<br>Bel Air, MD 21014<br>52-1946829 | Real Estate | MD | UC Hlth Vent | C Corp | | | | No |
| Shore Orthopedics Inc<br>219 S Washington Street<br>Easton, MD 21601<br>37-1817262 | Healthcare | MD | SHS | C Corp | | | | No |
| Madison Manor Inc<br>5801 42nd Ave<br>Hyattsville, MD 20781<br>52-1269059 | Healthcare | MD | UMCAPRH | C Corp | | | | No |

HUM_0000618

**Form 990, Schedule R, Part IV - Identification of Related Organizations Taxable as a Corporation or Trust**

| (a)<br>Name, address, and EIN of related organization | (b)<br>Primary activity | (c)<br>Legal domicile (state or foreign country) | (d)<br>Direct controlling entity | (e)<br>Type of entity (C corp, S corp, or trust) | (f)<br>Share of total income | (g)<br>Share of end-of-year assets | (h)<br>Percentage ownership | (i)<br>Section 512 (b)(13) controlled entity? | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Yes | No |
| Affiliated Enterprises Inc<br>3001 Hospital Drive<br>Cheverly, MD 20785<br>52-1542144 | Healthcare | MD | UMCAPRH | C Corp | | | | | No |
| Dimensions Assurance LTD<br>PO Box 1363 Genesis Bldg<br>Grand Cayman<br>CJ          98-0348082 | Insurance | CJ | UMMSC | C Corp | | | | | No |
| Riverside Health of Delaware Inc<br>1966 Greenspring Drive Ste 600<br>Timonium, MD 21093<br>46-3205820 | Healthcare | DE | UMMSHP | C Corp | | | | | No |
| Riverside Health of DC Inc<br>1966 Greenspring Drive Ste 600<br>Timonium, MD 21093<br>46-1411713 | Healthcare | DC | UMMSHP | C Corp | | | | | No |

HUM_0000619