# EXHIBIT 11

(Filed under seal pursuant to
the Parties' Confidentiality Order,
ECF Nos. 69 & 70)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-cv-2088-DKC |
| ) | |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF FILING EXHIBITS UNDER SEAL
ON AN INTERIM BASIS**

Pursuant to Local Rules 104.13(c), 105.11, and Section 3 of the Stipulated Confidentiality Order in this case (ECF Nos. 69 & 70), Plaintiff Jesse Hammons hereby attaches Exhibits 2, 11, 13, 14, 16, 19, 20, and 22 in accordance with his Consolidated Interim Sealing Motion. Plaintiff has simultaneously moved for leave to file Exhibits 2, 11, 19, and 20 to his Cross-Motion for Summary Judgment under seal, and for leave to file Exhibits 13, 14, 16, and 22 (designated as confidential by Defendants) to his Cross-Motion for Summary Judgment publicly.

Dated: July 25, 2022

                                                      Respectfully submitted,

                                                      */s/ Louis J. Ebert*
                                                      Louis J. Ebert (Fed. Bar No. 02031)
                                                      ROSENBERG MARTIN GREENBERG, LLP
                                                      25 South Charles Street, 21st Floor
                                                      Baltimore, Maryland 21201
                                                      Telephone: (410) 727-6600
                                                      Fax: (410) 727-1115
                                                      lebert@rosenbergmartin.com

Aron Fischer (*pro hac vice*)
Andrew D. Cohen (*pro hac vice*)
Abigail E. Marion (*pro hac vice*)
Jonathan S. Z. Hermann (*pro hac vice*)
Edward J. Delman (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
afischer@pbwt.com
acohen@pbwt.com
amarion@pbwt.com
jhermann@pbwt.com
edelman@pbwt.com

Joshua A. Block (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2627
Fax: (212) 549-2650
jblock@aclu.org
lcooper@aclu.org

Daniel Mach (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW
Washington, DC 20005
Tel: (202) 675-2330
Fax: 202-546-0738
dmach@aclu.org

*Counsel for Plaintiff Jesse Hammons*