# EXHIBIT 12

In the Matter Of:

Hammons vs University of Maryland Medical System

1:20-CV-02088-DKC

FATHER LOUIS ASOBI

April 11, 2022



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MARYLAND

 3    ---------------------------------x

 4    JESSE HAMMONS,                   )

 5              Plaintiff,             )

 6              V.                     ) Case No.

 7    UNIVERSITY OF MARYLAND MEDICAL   ) 1:20-CV-02088-DKC

 8    SYSTEM CORPORATION, et al.,      )

 9              Defendants.            )

10    ---------------------------------x Pages 1-108

11

12            REMOTE VIDEOTAPED DEPOSITION OF

13                   FATHER LOUIS ASOBI

14                Monday, April 11, 2022

15                       Towson, MD

16

17

18    Reported by:  Sherry L. Brooks

19                  Certified LiveNote Reporter

20

21    Job No.  J8078715

22
```



```
 1                            April 11, 2022

 2                            10:03 a.m.

 3

 4

 5    Remote videotaped deposition via Zoom

 6    videoconferencing of Father Louis Asobi at:

 7

 8         Towson, MD

 9

10         Pursuant to notice, before Sherry L. Brooks,

11    Certified LiveNote Reporter and Notary Public, in and

12    for the State of Maryland.

13

14

15

16

17

18

19

20

21

22
```



```
 1  ON BEHALF OF PLAINTIFF:
 2       Joshua M. Goldman, Esquire
 3       Jonathan S.Z. Hermann, Esquire
 4       1133 Avenue of the Americas
 5       New York, NY  10036
 6       (212) 336-2000
 7       E-mail:  JGoldman@pbwt.com
 8       E-mail:  JHermann@pbwt.com
 9
10  ON BEHALF OF DEFENDANTS:
11       Hannah Wigger, Esquire
12       Sheppard Mullin
13       2099 Pennsylvania Avenue, NW
14       Suite 100
15       Washington, DC  20006
16       (202) 747-1900
17       E-mail:  HWigger@SheppardMullin.com
18
19  ALSO PRESENT:
20       George Ellis, Videographer
21
22
```



```
 1   Saint Joe's remaining Catholic.
 2              BY MR. GOLDMAN:
 3        Q.    Thank you.  Earlier you said that part of
 4   your job deals with the ethical and religious
 5   directives for Catholic Health Care Services; is that
 6   correct?
 7        A.    Yes.
 8        Q.    Are those referred to as the ERDs?
 9        A.    Yes.
10        Q.    What generally are the ERDs?
11        A.    The ER- -- the ERD is a document put
12   together by the entire body of the United States
13   Catholic Bishops Conference, and that document is put
14   together for all Catholic hospitals in the United
15   States to be a document that will guide them in the
16   practice of medicine.
17        Q.    And what is the basis for your knowledge
18   about the ERDs?
19        A.    The basis of my knowledge is that I
20   studied it.  It's part of my education to be the vice
21   president of Mission Integration and I've learned in
22   seminars and workshops for the interpretation of the
```



```
 1   document and implementation of the document in all
 2   Catholic hospitals within the United States.
 3        Q.   And you mentioned that the ERDs are
 4   published by the United States Conference of Catholic
 5   Bishops; is that correct?
 6        A.   Yes.
 7        Q.   Have you read the entirety of the ERDs?
 8        A.   I have.
 9        Q.   And when was the last time you read the
10   entirety of the ERDs?
11        A.   I just read it again over the weekend.
12        Q.   Wonderful.  Me, too.
13             Are the ERDs updated regularly?
14        A.   They're updated based on whenever the
15   bishops conference see it -- when they deem that it
16   is time for a review, they will do that, depending on
17   things happening within the society and in our
18   culture.  So right now we are working with the sixth
19   edition.
20             We don't know whenever they're ready to
21   come up with the seventh edition, so we are working
22   with this just like we did the -- what do you call
```



```
 1                THE WITNESS:  Oh, okay.  Sorry.
 2                MR. GOLDMAN:  That was my fault.  I
 3     apologize.
 4                Oh, and I'm sorry.  For the court reporter
 5     again, are we going up from where we left off with
 6     the last deposition?
 7                THE REPORTER:  I'm sorry.  Usually --
 8     typically, when we do different witnesses, we start
 9     with 1.
10                MR. GOLDMAN:  That's fine.  So we'll make
11     that 1.
12                BY MR. GOLDMAN:
13         Q.    All right.  Father Asobi, do you see this
14     document in front of you?
15         A.    Yes.
16                MR. GOLDMAN:  I'll mark this as Exhibit 2.
17                (Exhibit Number 2 was marked for
18     identification and was attached to the deposition.)
19                MR. GOLDMAN:  And I'll represent that it
20     has been produced as UMMS with the Bates ending in 4.
21                BY MR. GOLDMAN:
22         Q.    Have you ever seen this document before?
```



```
 1        A.    Yes, I've seen the document.
 2        Q.    Would you like to take a second to reread
 3   it before I ask you questions about it?
 4        A.    Okay.  Okay.  I've read it.
 5              MS. WIGGER:  So do you have a question
 6   pending?
 7              MR. GOLDMAN:  I have scrolled down to
 8   page 2 to give the witness a chance to read it.  I
 9   wasn't sure if he was done reading it yet.
10              MS. WIGGER:  Oh, I thought the ready was
11   for a question.  Never mind.
12        A.    Okay.
13              BY MR. GOLDMAN:
14        Q.    Okay.  So I'm going back up to page 1 of
15   Exhibit 2.
16              This was prepared by the National Catholic
17   Bioethics Center, right?
18        A.    Yes.
19        Q.    And can you remind me what the National
20   Catholic Bioethics Center's relationship with the
21   Catholic church is?
22              MS. WIGGER:  Object to form.
```



```
 1       A.    The National Catholic Bioethics Center is
 2   part of the Catholic church.  It is a center that is
 3   instituted by the Catholic church to evaluate all
 4   Catholic hospitals to see that they are in line with
 5   what the church teaches and to be sure that they are
 6   applying the ERDs in their practice of medicine.
 7             And they visit each Catholic hospital to
 8   do an assessment, just like the joint commission
 9   does, and the assessment has been done in the
10   hospital to evaluate the ERD, the ethical and
11   religious directives, and also how the hospital
12   applies that in their practice of medicine, and they
13   usually make a report.
14             That goes -- after the draft has been
15   agreed upon as fair and accurate, the report goes to
16   the local ordinary, who may be a bishop or an
17   archbishop or a cardinal, who will then discuss the
18   report with the hospital.
19             BY MR. GOLDMAN:
20       Q.    Understood.  Do you -- did the conclusions
21   and recommendations in documents like the one that
22   you're looking at -- do those need to be followed by
```



```
 1   Catholic hospitals?
 2            MS. WIGGER:  Object to form.
 3            Go ahead and answer.
 4       A.   Yes.
 5            BY MR. GOLDMAN:
 6       Q.   So this document that we're looking at
 7   must be followed by Saint Joseph's?
 8            MS. WIGGER:  Object to form.
 9       A.   Yes, because if you look at the -- the
10   first section that is quoted just up here at the
11   top -- the top --
12            BY MR. GOLDMAN:
13       Q.   The top of the first page?
14       A.   Yes.
15       Q.   Okay.
16       A.   Can you go up a little bit?  Here.  You
17   will see that as they prepared this document they
18   quoted the ERD.
19            And the ERD -- you know, they put in the
20   USCCB, the United States (inaudible) Bishops
21   Conference of the ERD, the fifth edition, and they
22   put it in here, which means they are beginning this
```



```
 1   conversation in line with what the bishops have put

 2   together in the ERD and they put it in the summary.

 3        Q.    So do you understand this document to be

 4   an accurate summary of how the ERDs approach

 5   transgender health care?

 6             MS. WIGGER:  Objection.  Hold on.  Object

 7   to form.

 8             You may answer.

 9        A.    This is how the NCBC interpreted or

10   presented to the bishops who verified it and it

11   became part of the practice in Catholic hospitals.

12             BY MR. GOLDMAN:

13        Q.    And that's based on the ERDs, right?

14        A.    Yes.

15        Q.    So it's fair to say that this document

16   summarizes how the ERDs approach transgender health

17   care?

18             MS. WIGGER:  Object.  Object to form --

19   sorry.

20        A.    It summarizes the approach, which is still

21   in conversation until today as we speak.

22             BY MR. GOLDMAN:
```



```
 1        Q.    Understood.  Does this document describe
 2   the approach to transgender health care at Saint
 3   Joseph's?
 4              MS. WIGGER:  Object to form.  It may also
 5   be helpful if we set a -- a time frame for that
 6   question.
 7              MR. GOLDMAN:  Currently.
 8              MS. WIGGER:  Same objection.
 9              You may answer.
10        A.    Yes.
11              BY MR. GOLDMAN:
12        Q.    According to this document, "gender
13   transitions should never be performed, encouraged, or
14   positively affirmed as good in Catholic health care,"
15   right?
16              MS. WIGGER:  Object to form.
17        A.    Yes.
18              MR. GOLDMAN:  Sorry.  Counsel, that was a
19   direct quote from the document.  I'll just represent
20   that that is in the document.
21              MS. WIGGER:  That wasn't clear, so thank
22   you.
```



Case 1:20-cv-02088-DKC   Document 105-14   Filed 07/25/22   Page 14 of 14
FATHER LOUIS ASOBI                                                April 11, 2022
Hammons vs University of Maryland Medical System                              94

```
 1                 BY MR. GOLDMAN:
 2         Q.      And that includes surgeries, the
 3   administration of cross-sex hormones or pubertal
 4   blockers and any social or behavioral modifications.
 5                 That is also a quote, correct?
 6         A.      Yes, according to the document.
 7         Q.      Is it also true that, according to this
 8   document, maintaining cross-sex hormone treatment,
 9   even if the patient is being treated for unrelated
10   reasons, is cooperation with evil; is that correct?
11                 MS. WIGGER:  Object to form.
12         A.      According to the document.
13                 MS. WIGGER:  I'm sorry.  Is that one also
14   a quote?
15                 MR. GOLDMAN:  Yes, where it says,
16   "maintenance of cross-sex hormone regimens," the
17   first bullet point under cooperation with evil.  I'll
18   just highlight it.
19                 MS. WIGGER:  Same objection.
20                 MR. GOLDMAN:  There it is right there.
21                 THE WITNESS:  Can you see that, Counsel?
22                 MS. WIGGER:  I can see the document.
```

