# EXHIBIT 15

**In the Matter Of:**

Hammons vs University of Maryland Medical System

1:20-CV-02088-DKC

---

# DR. MICHAEL J. MARION

*April 06, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF MARYLAND

 3     ----------------------------:
       JESSE HAMMONS,              :
 4                                 :
                    Plaintiff,     :
 5          vs.                    :Case No.
                                   :1:20-CV-02088-DKC
 6     UNIVERSITY OF MARYLAND      :
       MEDICAL SYSTEM CORPORATION, :
 7                                 :
       UMSJ HEALTH SYSTEM, LLC,    :
 8                                 :
       UNIVERSITY OF MARYLAND ST.  :
 9     JOSEPH MEDICAL CENTER, LLC, :
                    Defendants.    :
10     ----------------------------:

11                       Towson, Maryland

12                  Wednesday, April 6, 2022

13     Video Conference Deposition of:

14                    DR. MICHAEL J. MARION

15     called for oral examination by counsel for

16     Plaintiff, pursuant to notice, in Towson, Maryland,

17     before Sheri C. Stewart, RPR, RMR, of Esquire

18     Deposition Solutions, a Notary Public in and for the

19     State of Maryland, beginning at 12:01 p.m., when

20     were present on behalf of the respective parties:

21

22     Job No. J8078711
```



 1  A P P E A R A N C E S:

 2  On behalf of Plaintiff:

 3       JONATHAN HERMANN, ESQUIRE
         ANDREW D. COHEN, ESQUIRE
 4       ARON FISCHER, ESQUIRE
         JOSHUA M. GOLDMAN, ESQUIRE
 5       Patterson, Belknap, Webb & Tyler, LLP
         1133 Avenue of the Americas
 6       New York, New York  10036
         (212) 336-2000
 7       JHermann@pbwt.com
         ACohen@pbwt.com
 8       AFischer@pbwt.com
         JGoldman@pbwt.com

 9

10  On behalf of Defendants:

11       DANIELLE VRABIE, ESQUIRE
         Sheppard, Mullin, Richter & Hampton, LLP
12       30 Rockefeller Plaza
         New York, New York  10112
13       (212) 634-3081
         DVrabie@sheppardmullin.com

14

15  Also present:  George Ellis, videographer

16

17

18

19

20

21

22



| | | |
|---|---|---|
| 1 | need to break now, we can always take a brief break. | 12:33:12 |
| 2 |     A    No, I'm fine. | 12:33:16 |
| 3 |     Q    All right.  I'm going to shift focus to | 12:33:17 |
| 4 | hysterectomies. | 12:33:20 |
| 5 |     A    Okay. | 12:33:21 |
| 6 |     Q    Could you explain to me what a | 12:33:22 |
| 7 | hysterectomy is? | 12:33:23 |
| 8 |     A    Removal of the uterus. | 12:33:24 |
| 9 |     Q    Are hysterectomies performed at SJMC? | 12:33:27 |
| 10 |     A    They are. | 12:33:30 |
| 11 |     Q    Approximately how frequently? | 12:33:32 |
| 12 |     A    Across the board it's one of the more | 12:33:37 |
| 13 | common GYN surgeries that occurs. | 12:33:39 |
| 14 |     Q    A few times a week? | 12:33:46 |
| 15 |     A    A few times a week, maybe a hundred a year | 12:33:47 |
| 16 | so that's twice a week. | 12:33:50 |
| 17 |     Q    As a matter of course are you made aware | 12:33:53 |
| 18 | when a patient is scheduled to receive a | 12:33:54 |
| 19 | hysterectomy at SJMC? | 12:33:56 |
| 20 |     A    No, I'm not. | 12:33:59 |
| 21 |     Q    Is a scheduled hysterectomy posted on the | 12:34:01 |
| 22 | status board? | 12:34:03 |



| | | |
|---|---|---|
| 1 | A     So the way you said scheduling, what I | 12:36:05 |
| 2 | would tell you is I think you're construing, when we | 12:36:07 |
| 3 | talk about scheduling, and life threatening, we're | 12:36:10 |
| 4 | talking about acuity, which is a measure of time. | 12:36:16 |
| 5 | So when something is life threatening in my world, I | 12:36:20 |
| 6 | think of it as emergent, we have to do the case | 12:36:24 |
| 7 | within 24 hours or the patient's going to die. | 12:36:28 |
| 8 | That's life threatening in my world.  Fibroids are | 12:36:31 |
| 9 | not -- | 12:36:35 |
| 10 | BY MR. HERMANN: | 12:36:38 |
| 11 | Q    I'm sorry? | 12:36:38 |
| 12 | A     Fibroids are not life threatening, they're | 12:36:38 |
| 13 | scheduled electively because they can be scheduled | 12:36:40 |
| 14 | this month or next month without being life | 12:36:43 |
| 15 | threatening, are they an indication, medically | 12:36:46 |
| 16 | necessary as you were saying, are they an indication | 12:36:51 |
| 17 | for surgery for hysterectomy?  Yeah, they are.  Is | 12:36:55 |
| 18 | it of medical necessity?  It may be.  But if you can | 12:36:57 |
| 19 | schedule it electively, meaning that it doesn't have | 12:37:02 |
| 20 | to be done this week, it could be done next week or | 12:37:04 |
| 21 | the week after, that's scheduled electively and | 12:37:07 |
| 22 | that's not life threatening.  I'm not sure if that | 12:37:10 |



DR. MICHAEL J. MARION                                April 06, 2022
Hammons vs University of Maryland Medical System                  39

| | | |
|---|---|---|
| 1 | Q    Understood.  If we can just focus on that | 12:42:24 |
| 2 | 2018 case for a moment.  Do you recall anything | 12:42:29 |
| 3 | specific about, about that procedure? | 12:42:33 |
| 4 | A    Yes. | 12:42:37 |
| 5 | Q    What do you recall? | 12:42:39 |
| 6 | A    That there was a question of whether the | 12:42:45 |
| 7 | case could be performed because the, the patient | 12:42:47 |
| 8 | identified as transgender. | 12:42:56 |
| 9 | Q    And do you remember the outcome of that | 12:43:01 |
| 10 | case? | 12:43:03 |
| 11 | A    I believe the case was performed. | 12:43:04 |
| 12 | Q    Shifting gears just briefly.  Are you | 12:43:14 |
| 13 | familiar with the ethical and religious directives | 12:43:17 |
| 14 | of the Catholic health services? | 12:43:20 |
| 15 | A    Yes. | 12:43:22 |
| 16 | Q    And I'm just going to refer to them as | 12:43:23 |
| 17 | ERDs.  Would you understand if I refer to them as | 12:43:24 |
| 18 | ERDs?  What do you know about the ERDs? | 12:43:27 |
| 19 | A    They are a list of directives from the | 12:43:33 |
| 20 | U.S. Conference of Catholic Bishops that help govern | 12:43:37 |
| 21 | what may and may not be done in Catholic hospitals. | 12:43:42 |
| 22 | Q    And what's the basis for your | 12:43:48 |



| | | |
|---|---|---|
| 1 | Q    Putting aside procedures involving | 12:51:05 |
| 2 | transgender patients, as you eluded to before.  Are | 12:51:07 |
| 3 | you aware of any hysterectomy that has not been | 12:51:09 |
| 4 | performed at SJMC because of the ERDs? | 12:51:12 |
| 5 | A    I'm sorry, aside from the 2018 case? | 12:51:20 |
| 6 | Q    Correct. | 12:51:24 |
| 7 | A    And then there's the case that you're | 12:51:25 |
| 8 | referring to.  Besides those two cases, no. | 12:51:27 |
| 9 | Q    Do you understand, and summarize the | 12:51:45 |
| 10 | conversation we're having, putting aside procedures | 12:51:49 |
| 11 | for transgender patients, it's true that there's no | 12:51:51 |
| 12 | procedure in place at SJMC for reviewing whether a | 12:51:53 |
| 13 | hysterectomy complies with the ERDs, correct? | 12:51:56 |
| 14 | MS. VRABIE:  Objection.  You can answer, | 12:52:01 |
| 15 | Dr. Marion, if you understood the question. | 12:52:09 |
| 16 | A    So there was concern after, in 2020, with | 12:52:16 |
| 17 | the Hammons' case.  There was concern from the | 12:52:24 |
| 18 | admission integration that we needed to try to | 12:52:33 |
| 19 | ensure that the posting department had a way, | 12:52:40 |
| 20 | because again, they are not medical people, they are | 12:52:43 |
| 21 | administrative, had a way of knowing the cases | 12:52:47 |
| 22 | should or shouldn't be posted.  So in Epic, there | 12:52:52 |



| | | |
|---|---|---|
| 1 | were flags put in so that certain keywords like | 12:52:59 |
| 2 | abortion would create a, an alert to let them know | 12:53:02 |
| 3 | that we, this case cannot be canceled, it needs | 12:53:09 |
| 4 | further clarification. | 12:53:13 |
| 5 | BY MR. HERMANN: | 12:53:16 |
| 6 |    Q   And transgender was one of those alerts, | 12:53:16 |
| 7 | correct? | 12:53:20 |
| 8 |    A   Actually, I think it wasn't transgender, I | 12:53:21 |
| 9 | think it was just gender. | 12:53:24 |
| 10 |    Q   I see.  And so before Mr. Hammons' | 12:53:26 |
| 11 | scheduled procedure, was there any formal procedure | 12:53:31 |
| 12 | at SJMC for evaluating whether hysterectomies comply | 12:53:37 |
| 13 | with the ERDs? | 12:53:41 |
| 14 |    A   No, not that I'm aware of. | 12:53:42 |
| 15 |    Q   And we discussed back and forth a bit the | 12:53:44 |
| 16 | term life threatening.  Is it your understanding | 12:53:48 |
| 17 | that the term life threatening doesn't have a | 12:53:50 |
| 18 | particular meaning with respect to the ERDs? | 12:53:53 |
| 19 |      MS. VRABIE:  Objection.  You can answer, | 12:53:57 |
| 20 |    Dr. Marion. | 12:54:00 |
| 21 |    A   Again, for me, life threatening means | 12:54:03 |
| 22 | acuity and it connotes time, so I don't honestly | 12:54:05 |



| | | |
|---|---|---|
| 1 | Q    Dr. Marion, without going into the | 13:09:05 |
| 2 | substance of the conversation, did you have any | 13:09:07 |
| 3 | conversations with counsel over break? | 13:09:09 |
| 4 | A    No. | 13:09:12 |
| 5 | Q    We were discussing before the break a bit | 13:09:16 |
| 6 | about the ERDs.  Is it your understanding that the | 13:09:18 |
| 7 | ERDs prohibit Catholic hospitals from participating | 13:09:22 |
| 8 | in gender transitions or what I'll call | 13:09:25 |
| 9 | gender-affirming treatments for transgender | 13:09:28 |
| 10 | patients? | 13:09:31 |
| 11 | A    That is my understanding. | 13:09:31 |
| 12 | Q    And when did you learn about this | 13:09:34 |
| 13 | restriction? | 13:09:37 |
| 14 | A    Again, you know, I became an employed | 13:09:42 |
| 15 | physician in 2012 and as part of our employment | 13:09:46 |
| 16 | contract there was a clause that we had to follow | 13:09:54 |
| 17 | the ERDs and so I believe that that's when I first | 13:09:59 |
| 18 | went through the ERDs, you know, more fully and | 13:10:04 |
| 19 | gained that understanding.  You know, previously I | 13:10:10 |
| 20 | had been operating at St. Joe's since 1998, but | 13:10:14 |
| 21 | again, in private practice hand surgeon, you know, | 13:10:19 |
| 22 | those issues wouldn't have come up or affected me. | 13:10:26 |



| | | |
|---|---|---|
| 1 | But when I was then hired by the St. Joseph medical | 13:10:30 |
| 2 | group, as an employed physician and I was reviewing | 13:10:36 |
| 3 | my contract and I saw that in my contract, I did | 13:10:39 |
| 4 | look over the ERDs and understood that that was part | 13:10:42 |
| 5 | of the flavor of the ERDs, so to speak. | 13:10:46 |
| 6 | Q    And so when you say flavor, was it your | 13:10:51 |
| 7 | understanding reading the ERDs that Catholic | 13:10:54 |
| 8 | hospitals could not participate in any | 13:10:57 |
| 9 | transgender-related surgeries of any kind, that is | 13:11:01 |
| 10 | gender-affirming surgeries? | 13:11:06 |
| 11 | A    That was my -- | 13:11:08 |
| 12 | MS. VRABIE:  Objection. | 13:11:08 |
| 13 | A    Sorry.  That was my understanding, yes. | 13:11:09 |
| 14 | BY MR. HERMANN: | 13:11:14 |
| 15 | Q    And we discussed earlier, too, that you | 13:11:14 |
| 16 | recalled a case in 2018 of a canceled or initially | 13:11:18 |
| 17 | canceled hysterectomy; is that right? | 13:11:22 |
| 18 | A    Correct. | 13:11:24 |
| 19 | Q    I'm going to attempt to share my screen | 13:11:27 |
| 20 | here.  The document is UMMS395 which I will | 13:11:28 |
| 21 | introduce, I believe we're at exhibit, Plaintiff's | 13:11:32 |
| 22 | Exhibit 10. | 13:11:36 |



| | | |
|---|---|---|
| 1 | (Whereupon, Exhibit No. 10 was marked for | 13:11:37 |
| 2 | identification.) | 13:11:37 |
| 3 | BY MR. HERMANN: | 13:11:44 |
| 4 | Q   Dr. Marion, do you see UMMS395 up on the | 13:11:48 |
| 5 | screen? | 13:11:54 |
| 6 | A   Yes. | 13:11:55 |
| 7 | Q   One moment. | 13:11:57 |
| 8 | MS. VRABIE:  Yeah, I note that it's also a | 13:11:58 |
| 9 | multipage exhibit and I'd like to have the | 13:12:00 |
| 10 | chance for the witness to look through the | 13:12:03 |
| 11 | entire document, so. | 13:12:05 |
| 12 | MR. HERMANN:  Sure.  Why don't we do -- | 13:12:10 |
| 13 | why don't we do -- why don't we do this.  Why | 13:12:11 |
| 14 | don't I try and drop the file into the chat and | 13:12:16 |
| 15 | Dr. Marion will see if that works.  Let's see. | 13:12:18 |
| 16 | THE WITNESS:  So what I am doing | 13:12:53 |
| 17 | downloading this file?  Is that what I'm | 13:12:54 |
| 18 | supposed to do? | 13:12:57 |
| 19 | MS. VRABIE:  Yeah, if you download the | 13:12:58 |
| 20 | file then you'll be able to open it and scroll | 13:12:59 |
| 21 | through it and read it. | 13:13:04 |
| 22 | MR. HERMANN:  I'll still share my screen | 13:13:09 |



1          if that's all right just to make sure that        13:13:11

2          we're on the same page literally and              13:13:13

3          figuratively.  Let us know when you open that     13:13:15

4          document up.                                       13:13:24

5               THE WITNESS:  I'm actually having a little    13:13:34

6          trouble with it, honestly.  Oh, I got it.         13:13:36

7          Okay.  It's open.                                 13:13:41

8    BY MR. HERMANN:                                         13:13:42

9          Q    I'll give you a minute just to skim          13:13:43

10   through it and refresh your recollection.               13:13:45

11         A    Sure.  All right.  Yes.  Thank you.          13:13:48

12         Q    I'm on what's stamped as page UMMS399, it    13:14:31

13   is page five of the PDF.  Do you see that?              13:14:36

14         A    Yes.                                          13:14:42

15         Q    Do you recall receiving this e-mail from     13:14:42

16   Kate Barbara on October 11, 2018, with the subject      13:14:45

17   line Adashek 11, slash, 12?                             13:14:48

18         A    Yes.  I mean, I don't recall it.  I know I   13:14:52

19   reviewed it so, yes.                                     13:14:54

20         Q    Do you recall who Kate Barbara is?           13:14:58

21         A    Yes.                                          13:15:00

22         Q    And who is she?                              13:15:02



800.211.DEPO (3376)
EsquireSolutions.com

1      A    She's the head of surgical business          13:15:03

2   administrator who's also in charge of the posting    13:15:09

3   department.                                          13:15:12

4      Q    And you mentioned earlier that the           13:15:14

5   administrative department is responsible for         13:15:17

6   training the schedulers, correct?                    13:15:19

7      A    Correct.                                      13:15:22

8      Q    And that's with respect to identifying       13:15:23

9   certain procedures that might be flagging, correct?  13:15:25

10      A    Yes.                                         13:15:30

11      Q    Do you recall the details about what she    13:15:30

12   calls this, quote, case?  That she's identifying in  13:15:33

13   this e-mail?                                         13:15:37

14      A    Yes.                                         13:15:37

15      Q    And we started discussing it a little       13:15:38

16   earlier, but if you could just tell me what you     13:15:40

17   remember about this case.                           13:15:42

18      A    There was a question about whether the      13:15:46

19   case could be posted because the patient was        13:15:49

20   identified as transgender and as I had mentioned,   13:15:52

21   our nonclinical posting department is trained to    13:15:59

22   understand the ethical and religious directives so  13:16:04



1    that raised a red flag for them and so they          13:16:08

2    contacted Kate, their supervisor, to see if we could  13:16:10

3    or should be posting this case at St. Joe's.          13:16:15

4         Q    And so your understanding is that they      13:16:20

5    flagged this case based on their understanding of     13:16:22

6    what the ERDs permit and do not permit?               13:16:25

7         A    That's right.                               13:16:28

8         Q    Do you recall forwarding this e-mail chain  13:16:33

9    to Dr. Smyth, CC'ing Keith Riddle?                    13:16:34

10        A    I do.                                       13:16:40

11        Q    Okay.  Who is Thomas Smyth?                 13:16:41

12        A    He's the CEO of the hospital.               13:16:45

13        Q    And he's a medical doctor?                  13:16:48

14        A    He is.  He's a urologist by training.       13:16:50

15        Q    And we discussed Keith Riddle a little bit  13:16:53

16   before.  Is he a medical doctor?                      13:16:56

17        A    No.                                         13:16:57

18        Q    Do you recall writing to Dr. Smyth that     13:16:58

19   you, quote, didn't think that there was a problem,    13:17:02

20   unquote, in doing a hysterectomy?                     13:17:05

21        A    Yes.                                        13:17:07

22        Q    What did you mean by that?                  13:17:07



| | | |
|---|---|---|
| 1 | A    I didn't think that this case was in | 13:17:10 |
| 2 | violation of the ERDs. | 13:17:16 |
| 3 | Q    And why didn't you think it was a | 13:17:20 |
| 4 | violation of the ERDs? | 13:17:22 |
| 5 | A    If my recollection is correct, I clarified | 13:17:24 |
| 6 | with the surgeon, Dr. Adashek, who was posting the | 13:17:29 |
| 7 | case, to ask what the symptoms were for which | 13:17:33 |
| 8 | Dr. Adashek was posting the hysterectomy and I was | 13:17:40 |
| 9 | told that it was abnormal uterine bleeding or | 13:17:44 |
| 10 | dysmenorrhea.  We -- I'm sorry. | 13:17:47 |
| 11 | Q    Go ahead. | 13:17:52 |
| 12 | A    No, no. | 13:17:53 |
| 13 | Q    Go ahead.  I didn't want to cut you off. | 13:17:53 |
| 14 | You were talking about your conversation with | 13:17:56 |
| 15 | Dr. Adashek. | 13:17:58 |
| 16 | A    Yes.  So upon finding out that the | 13:17:59 |
| 17 | diagnosis was abnormal uterine bleeding I felt that | 13:18:02 |
| 18 | that was an indication for hysterectomy, that does | 13:18:07 |
| 19 | not run afoul of the ERDs. | 13:18:12 |
| 20 | Q    And did you speak to Dr. Adashek before | 13:18:16 |
| 21 | you received this e-mail from Ms. Barbara? | 13:18:20 |
| 22 | A    No. | 13:18:22 |



| | | |
|---|---|---|
| 1 | Q    So you called him after you received this | 13:18:23 |
| 2 | e-mail, correct? | 13:18:28 |
| 3 | A    Yeah.  I believe I called him.  I don't | 13:18:29 |
| 4 | think that there was an e-mail, I think I called | 13:18:32 |
| 5 | him. | 13:18:34 |
| 6 | Q    And just to be clear, Dr. Adashek was the | 13:18:35 |
| 7 | surgeon scheduling this procedure, correct? | 13:18:37 |
| 8 | A    Correct. | 13:18:40 |
| 9 | Q    Did you know Dr. Adashek before this | 13:18:42 |
| 10 | procedure? | 13:18:45 |
| 11 | A    Yes. | 13:18:46 |
| 12 | Q    Has he performed hysterectomies at SJMC | 13:18:47 |
| 13 | before? | 13:18:51 |
| 14 | A    Yes. | 13:18:51 |
| 15 | Q    You write here that the, quote, the | 13:18:54 |
| 16 | scheduling department was questioning whether we | 13:18:56 |
| 17 | could do the surgery in a Catholic institution.  And | 13:18:58 |
| 18 | you're referring of course to SJMC, correct? | 13:19:01 |
| 19 | A    Yes. | 13:19:05 |
| 20 | Q    And by we, you're referring to the doctors | 13:19:05 |
| 21 | and the staff affiliated with SJMC? | 13:19:07 |
| 22 | A    I was referring to the institution itself | 13:19:13 |



 1  being governed by ERDs.                                    13:19:16

 2      Q   And you said that the scheduling                   13:19:21

 3  department is instructed to check whether procedures       13:19:22

 4  are compliant with the ERDs?                               13:19:25

 5      A   They are trained such that when a                  13:19:28

 6  procedure comes up, it may be running afoul of the         13:19:31

 7  ERDs, they're to bring that to their supervisor,           13:19:35

 8  which was the case here, yeah.                             13:19:38

 9      Q   To your knowledge, has scheduling ever             13:19:40

10  raised a question about whether any other                  13:19:44

11  hysterectomy could take place at SJMC due to the           13:19:45

12  ERDs?                                                      13:19:50

13      A   In fact, this was the only case that has          13:19:52

14  ever been brought to me by the scheduling                  13:19:54

15  department.                                                13:19:57

16      Q   Was this case brought to you, not                  13:20:00

17  including plaintiff's case, brought to you where           13:20:02

18  that case concerned a scheduled hysterectomy?              13:20:08

19      A   No.  In fact, just to be clear, the               13:20:12

20  plaintiff's case didn't come to me either.                 13:20:14

21      Q   Understood.  I'm going to scroll up a             13:20:19

22  little bit to Mr. Riddle's response to you.  He            13:20:25



| | | |
|---|---|---|
| 1 | says, quote, no gender reassignment surgeries are to | 13:20:29 |
| 2 | be done in a Catholic institution.  Do you see that? | 13:20:32 |
| 3 | A    Yes. | 13:20:36 |
| 4 | Q    And what did you understand him to mean by | 13:20:38 |
| 5 | that? | 13:20:40 |
| 6 | A    The procedures that are being done for | 13:20:41 |
| 7 | gender affirmation cannot be performed in a Catholic | 13:20:44 |
| 8 | institution because it runs afoul of the ERDs, which | 13:20:48 |
| 9 | I need to paraphrase, and again, I'm no expert on | 13:20:56 |
| 10 | the ERDs, but altering God given normal anatomy and | 13:20:58 |
| 11 | taking out normal organs is not condoned by the | 13:21:02 |
| 12 | ERDs. | 13:21:05 |
| 13 | Q    And again when you say normal organs | 13:21:07 |
| 14 | you're referring to healthy tissue? | 13:21:09 |
| 15 | A    Healthy tissue, yeah. | 13:21:11 |
| 16 | Q    And Mr. Riddle writes further, we could | 13:21:16 |
| 17 | not do the gender reassignment surgery but if there | 13:21:20 |
| 18 | was another medical reason for something that, all | 13:21:23 |
| 19 | caps, might, could be considered.  Do you see that? | 13:21:27 |
| 20 | A    Yes. | 13:21:31 |
| 21 | Q    And what do you understand or what did you | 13:21:32 |
| 22 | understand him to mean by that? | 13:21:34 |



| | | |
|---|---|---|
| 1 | A    Well, in my e-mail I had said that I don't | 13:21:35 |
| 2 | think that there's a problem with this case because | 13:21:39 |
| 3 | in this particular case there was a diagnosis of | 13:21:42 |
| 4 | dysmenorrhea or abnormal uterine bleeding which is a | 13:21:47 |
| 5 | diagnosis that we, meaning St. Joseph Medical | 13:21:51 |
| 6 | Center, performed hysterectomies for. | 13:21:55 |
| 7 | Q    And nevertheless, if we scroll up just a | 13:21:59 |
| 8 | little bit, this e-mail from Dr. Smyth, he says, I | 13:22:01 |
| 9 | don't think we can do this case, right? | 13:22:06 |
| 10 | A    That's what he said. | 13:22:11 |
| 11 | Q    And is it your understanding that SJMC | 13:22:15 |
| 12 | could not do this case because the patient was | 13:22:18 |
| 13 | transgender? | 13:22:21 |
| 14 | A    It was my understanding that Dr. Smyth was | 13:22:24 |
| 15 | concerned that this particular case was running | 13:22:27 |
| 16 | close to the red line that St. Joe's is not allowed | 13:22:33 |
| 17 | to cross. | 13:22:38 |
| 18 | Q    And what -- | 13:22:39 |
| 19 | A    Based on the ERDs. | 13:22:40 |
| 20 | Q    As you understand it, what is that red | 13:22:44 |
| 21 | line? | 13:22:45 |
| 22 | A    St. Joe's can't remove normal organs and | 13:22:48 |



Case 1:20-cv-02088-DKC   Document 105-17   Filed 07/25/22   Page 21 of 30
DR. MICHAEL J. MARION                                    April 06, 2022
Hammons vs University of Maryland Medical System                      62

 1   can't do gender-affirming surgery for transgender        13:22:50

 2   patients.                                                 13:22:54

 3        Q    Dr. Smyth further instructs here to, for        13:22:58

 4   Mr. Riddle to forward to Gail so that she can review      13:23:08

 5   for medical necessity and primary diagnosis,             13:23:12

 6   correct?                                                  13:23:16

 7        A    Yes.                                            13:23:17

 8        Q    And that's Dr. Cunningham the CMO?             13:23:18

 9        A    Correct.                                        13:23:21

10        Q    Does Dr. Cunningham have final say over        13:23:22

11   whether a surgery can take place?                        13:23:26

12        A    She would have, yes, she, I report to her,     13:23:30

13   she would supercede with my judgment, yes.               13:23:35

14        Q    And does anybody supercede hers?              13:23:38

15        A    I suppose that she can discuss that with       13:23:42

16   the CEO and the ethics committee.                        13:23:45

17        Q    And so she also may have final say about       13:23:51

18   whether the surgery's compliant with the ERDs,          13:23:54

19   correct?                                                  13:23:57

20        A    Correct.                                       13:23:58

21        Q    So based on this e-mail chain it's            13:24:05

22   accurate to say that a hysterectomy cannot be           13:24:07



1  performed at SJMC if the primary reason for that          13:24:09

2  surgery is gender affirming, correct?                     13:24:12

3      A    Correct.                                         13:24:15

4      Q    But if the primary reason for a                  13:24:17

5  hysterectomy was unrelated to the gender-affirming        13:24:18

6  surgery then the hysterectomy could be performed,         13:24:22

7  correct?                                                  13:24:24

8      A    Right.  If there's another diagnosis and,        13:24:25

9  you know, so just to put it in, you know, more            13:24:27

10  simple terms, if the organ was diseased, so to           13:24:29

11  speak, if there was some diagnosis of abnormality        13:24:34

12  then, yes, if it's something that we do                  13:24:36

13  hysterectomies for then we would be able to do it        13:24:39

14  regardless of the patient being transgender or not.      13:24:42

15      Q    And in this case the primary diagnosis          13:24:47

16  that you note was abnormal uterine bleeding,             13:24:48

17  correct?                                                 13:24:51

18      A    Correct.                                        13:24:52

19      Q    And that is a medical indication for           13:24:53

20  receiving a hysterectomy?                               13:24:57

21      A    Yes.                                            13:24:59

22      Q    And in fact, that's what you wrote, that       13:25:01



| | | |
|---|---|---|
| 1 | the primary diagnosis was in fact abnormal bleeding, | 13:25:02 |
| 2 | right? | 13:25:06 |
| 3 | A    Correct. | 13:25:07 |
| 4 | Q    Do hysterectomies scheduled at SJMC with a | 13:25:07 |
| 5 | medical indication of abnormal uterine bleeding | 13:25:12 |
| 6 | typically require your approval? | 13:25:13 |
| 7 | A    No. | 13:25:17 |
| 8 | Q    Before this had they ever required your | 13:25:18 |
| 9 | approval? | 13:25:20 |
| 10 | A    This was the only case that I can recall | 13:25:22 |
| 11 | of a hysterectomy coming to me for my approval. | 13:25:24 |
| 12 | Q    What about Dr. Cunningham or Dr. Smyth's | 13:25:30 |
| 13 | approval?  Are you aware of any others before this | 13:25:33 |
| 14 | case? | 13:25:36 |
| 15 | A    Before this case, no, I'm not.  The only | 13:25:37 |
| 16 | other case I know is the plaintiff's case in 2020 | 13:25:40 |
| 17 | that came to Dr. Cunningham.  But again -- | 13:25:43 |
| 18 | Q    And what about -- | 13:25:48 |
| 19 | A    Just to clarify, I'm a chief, while I'm a | 13:25:50 |
| 20 | chief of surgery, there may have been instances that | 13:25:54 |
| 21 | have been brought forward to the chief of OB-GYN | 13:25:57 |
| 22 | that I would not be privy to. | 13:26:03 |



 1       Q    Understood.  And we talked before about       13:26:04

 2   how hysterectomies were fairly routine; is that        13:26:11

 3   correct?                                               13:26:14

 4       A    They're one of the more common diagnoses.     13:26:16

 5   They're one of the more common procedures that GYNs    13:26:17

 6   do in the hospital, yes.                               13:26:22

 7       Q    And in fact, you write this in 2018 that      13:26:23

 8   hysterectomies are a routine procedure?                13:26:25

 9       A    Yes.                                          13:26:29

10       Q    And that was true when this e-mail was        13:26:30

11   sent?                                                  13:26:32

12       A    Yes.                                          13:26:33

13       Q    That was true in 2020?                        13:26:35

14       A    Yes.                                          13:26:37

15       Q    And so you can't identify any other           13:26:44

16   medical indications or pre-operation diagnoses for     13:26:49

17   hysterectomies that would have required your           13:26:51

18   approval, right?                                       13:26:53

19       A    Correct.                                      13:26:58

20       Q    So it's true here that by reposting the       13:27:05

21   surgery with the diagnosis abnormal uterine bleeding   13:27:08

22   that surgery could in fact be performed at SJMC,       13:27:10



1   think January 13th.                                    13:54:02

2        Q    And you had no further discussions about    13:54:05

3   the cancellation after this e-mail thread?             13:54:07

4        A    Again, there were, there were discussions    13:54:12

5   about the process, there were process issues that we   13:54:15

6   were concerned about, you know, why was this case      13:54:17

7   still on the status board listed as a surgical case    13:54:21

8   when it was canceled.  If there was an issue with      13:54:24

9   posting, that's when we, that, when I say we, that's   13:54:28

10  when the posting department worked with Epic to put    13:54:33

11  in an alert that if, you know, to highlight, I think   13:54:37

12  the word was gender, if there was a case posted that   13:54:40

13  had the term gender in it, it would cause an alert     13:54:42

14  to say we need more information, please contact the    13:54:46

15  supervisor before posting this case.  So there were    13:54:51

16  process issues, but, no, I did not discuss the         13:54:54

17  actual Mr. Hammons' case with Dr. Adashek after this   13:54:59

18  incident.                                              13:55:04

19       Q    Did you discuss the specifics of            13:55:06

20  Mr. Hammons' case scheduling a procedure aside with    13:55:08

21  anyone else at SJMC?                                   13:55:12

22       A    I don't believe so, no.  Again, I wasn't    13:55:14



1        A    No, it was my understanding that the        14:02:03

2   patient was transgender.                              14:02:04

3        Q    We can look back at Ms. Barbara's e-mail.   14:02:10

4   She speaks of making the system, quote, mistake       14:02:13

5   proof.  What do you understand her to mean by that?   14:02:18

6        A    Yes.  So that's language that we use in     14:02:24

7   the, that comes from the Toyota Production System to  14:02:29

8   become a high reliability organization much like the  14:02:34

9   airline industry where we want to put in processes    14:02:37

10  to help avoid error.                                  14:02:42

11       Q    And she references a BPA?                   14:02:46

12       A    Yes.  That's the alert that I was           14:02:50

13  referring to that pops up on the screen that Epic     14:02:52

14  uses to notify whoever's using the, the EHR, that     14:02:59

15  there is an issue.                                     14:03:06

16       Q    And the process you described, the          14:03:08

17  scheduling process, that alert would appear on the    14:03:10

18  scheduler's screen, correct?                          14:03:14

19       A    Yes.                                        14:03:16

20       Q    And what does BPA stand for?                14:03:17

21       A    Oh, you know what, I am blanking on the     14:03:21

22  name but it's an alert.  It's an Epic term for an     14:03:23



| | | |
|---|---|---|
| 1 | alert. | 14:03:27 |
| 2 |     Q    So it's an Epic specific term? | 14:03:30 |
| 3 |     A    Yeah. | 14:03:32 |
| 4 |     Q    Does best practice advisory sound right? | 14:03:32 |
| 5 |     A    Yes, yes. | 14:03:39 |
| 6 |     Q    And now we were looking at the chart again | 14:03:42 |
| 7 | and I'm going to zoom in.  And I know it's a little | 14:03:45 |
| 8 | gray but under column C, can you see it says | 14:03:50 |
| 9 | canceled? | 14:03:54 |
| 10 |     A    Yes. | 14:03:55 |
| 11 |     Q    Does that indicate whether the surgeries | 14:03:56 |
| 12 | were posted? | 14:03:57 |
| 13 |     A    Again, I know that the second case was | 14:04:00 |
| 14 | definitely posted.  I don't know if the first case | 14:04:02 |
| 15 | actually was on the status board or if the case was | 14:04:07 |
| 16 | just canceled out of the system.  I don't know what | 14:04:12 |
| 17 | that refers to. | 14:04:15 |
| 18 |     Q    But either way it was somehow entered into | 14:04:17 |
| 19 | the system, correct? | 14:04:19 |
| 20 |     A    It was entered into the system.  In other | 14:04:22 |
| 21 | words, if someone from the, an outside office | 14:04:25 |
| 22 | contacted the scheduling department, gave that | 14:04:31 |



| | | |
|---|---|---|
| 1 | information, they entered the information into the | 14:04:34 |
| 2 | system and at some point it was then canceled, but I | 14:04:36 |
| 3 | don't know if it was actually put on the schedule. | 14:04:40 |
| 4 | Q   And the purpose of the BPA would avoid any | 14:04:44 |
| 5 | of this from being entered into Epic in the first | 14:04:48 |
| 6 | place, correct? | 14:04:50 |
| 7 | A   It would alert the schedulers, the purpose | 14:04:51 |
| 8 | of the BPA is to alert the schedules that they need | 14:04:54 |
| 9 | more information, that they need to contact their | 14:04:57 |
| 10 | supervisor to find out more about the case before it | 14:05:00 |
| 11 | could be scheduled. | 14:05:04 |
| 12 | Q   And if through that discussion it's | 14:05:07 |
| 13 | determined that the procedure cannot be performed at | 14:05:12 |
| 14 | SJMC, then the procedure wouldn't take place; is | 14:05:15 |
| 15 | that correct? | 14:05:18 |
| 16 | A   Not at SJMC. | 14:05:20 |
| 17 | Q   To your knowledge, was this BPA ever | 14:05:24 |
| 18 | implemented? | 14:05:27 |
| 19 | A   Yes, I believe it is. | 14:05:28 |
| 20 | Q   Have any hysterectomies been flagged since | 14:05:32 |
| 21 | 2020? | 14:05:34 |
| 22 | A   Again, not that I'm aware of.  But it | 14:05:36 |



```
 1   seems like this comes up every two years so we're        14:05:43

 2   good.                                                     14:05:47

 3       Q    Are you aware of any other mechanism that        14:05:47

 4   flags these preop diagnoses?                              14:05:49

 5       A    Electronic mechanisms?                           14:05:53

 6       Q    Any mechanism to flag something in a preop       14:05:57

 7   diagnosis?                                                14:05:59

 8       A    No.  I mean, it's this and like I said,          14:06:00

 9   the training that the surgical schedulers receive.        14:06:03

10       Q    So you're not familiar with any other           14:06:11

11   specific BPA as to preop diagnosis, are you?              14:06:15

12       A    For hysterectomies, no.                          14:06:21

13       Q    What about for any procedure?                    14:06:24

14       A    Again, I don't know if there's anything in       14:06:31

15   there, I mean, look, as I told you, in order to post      14:06:33

16   a case, the provider, the surgeon, needs to be            14:06:38

17   credentialed and privileged for the procedure.  We       14:06:42

18   don't do abortions, so based on that, no, no              14:06:45

19   provider would have the privilege to do, to do an         14:06:49

20   abortion at St. Joe's.  I don't know if there's any       14:06:52

21   BPA that alerts for language around abortion or           14:06:55

22   sterilization.                                            14:07:00
```



| | | |
|---|---|---|
| 1 | Q   So to your knowledge, this is the only BPA | 14:07:01 |
| 2 | that creates an alert based on the preop diagnosis? | 14:07:05 |
| 3 | A   Right. | 14:07:09 |
| 4 | Q   And that BPA flags the term gender? | 14:07:11 |
| 5 | A   According to this e-mail, that's my | 14:07:15 |
| 6 | understanding, yes. | 14:07:16 |
| 7 | Q   And your understanding is, in fact, that | 14:07:18 |
| 8 | has been implemented? | 14:07:20 |
| 9 | A   Yes. | 14:07:22 |
| 10 | Q   Do you as chief of surgery receive any of | 14:07:26 |
| 11 | these warnings when certain preop diagnoses are | 14:07:28 |
| 12 | entered into Epic? | 14:07:32 |
| 13 | A   No, so the BPA is, is contextual, right, | 14:07:34 |
| 14 | it comes up only for the people who are entering the | 14:07:39 |
| 15 | information.  I wouldn't get an alert from posting | 14:07:42 |
| 16 | that a BPA fired. | 14:07:45 |
| 17 | Q   So it's only the, the schedulers who are | 14:07:47 |
| 18 | entering this information? | 14:07:50 |
| 19 | A   Yes. | 14:07:52 |
| 20 | Q   We could take a break now or in about ten | 14:08:06 |
| 21 | minutes.  Which would you prefer, Dr. Marion? | 14:08:12 |
| 22 | A   I'm fine to continue. | 14:08:15 |

