# EXHIBIT 18

**In the Matter Of:**

Hammons vs University of Maryland Medical System

1:20-cv-02088-DKC

---

# MONICA BUESCHER, M.D.

*March 21, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

```
 1   JESSE HAMMONS,                    UNITED STATES DISTRICT
                                       COURT
 2
                  Plaintiff            FOR THE DISTRICT OF
 3                                     MARYLAND

 4   vs.                               CASE NO.
                                       1:20-cv-02088-DKC
 5
     UNIVERSITY OF MARYLAND
 6   MEDICAL SYSTEM CORPORATION,
     et al.
 7
                  Defendants
 8
     _____/
 9

10

11

12            The deposition of MONICA BUESCHER, M.D. was

13   held on Monday, March 21, 2022 commencing at 9:02 a.m.

14   Via Zoom before Eric Leichter, Notary Public.

15

16

17

18

19

20

21   REPORTED BY:  Eric Leichter
```



```
 1    APPEARANCES:

 2


 3        ON BEHALF OF THE PLAINTIFF:

 4        EDWARD J. DELMAN, ESQUIRE

 5            PATTERSON BELKNAP WEBB & TYLER LLP

 6            1133 Avenue of the Americas

 7            New York, NY 10036

 8            212-336-2000

 9            edelman@pbwt.com

10


11        ON BEHALF OF THE DEFENDANT:

12        DANIELLE VRABIE, ESQUIRE

13            SHEPPARD MULLIN

14            30 Rockefeller Plaza

15            New York, NY 10112

16            212-653-8700

17            dvrabie@sheppardmullin.com

18


19


20


21
```



| 1 | Q      Dr. Buescher, are there different ways of |

     1          Q      Dr. Buescher, are there different ways of

     2   performing hysterectomies?

     3                 MS. VRABIE:  Objection.

     4          A      There are different -- there are different

     5   techniques for performing hysterectomy.

     6          Q      And what sorts of different techniques are

     7   there?

     8          A      You can have an open laparotomy, which is a

     9   big incision, and do the hysterectomy directly.  You can

    10   use a laparoscopic approach, which involves using a

    11   laparoscope and small wounds with the uterus being

    12   finally removed through the vagina.  You can do a

    13   robotic hysterectomy, which is essentially a

    14   laparoscopic hysterectomy but using a robot as the

    15   vehicle for wielding the surgical instruments.  And you

    16   can a vaginal hysterectomy, which is a direct

    17   hysterectomy through the vaginal approach.

    18          Q      In general, are hysterectomies performed as

    19   elective sterilization procedures?

    20          A      No.

    21          Q      Even outside of St. Joseph, hysterectomies



1    are never performed as elective sterilization

2    procedures?

3              MS. VRABIE:  Objection.

4         A    They should not be --

5              THE WITNESS:  Do I answer?

6              MS. VRABIE:  Go ahead, Dr. Buescher.  You

7    can answer if you know.

8         A    They should not be performed for elective

9    sterilization because it's a major surgical procedure

10   compared to a minor surgical procedure, which is

11   typically used for elective sterilization.

12        Q    In your experience at St. Joseph, are

13   hysterectomies ever performed as elective sterilization

14   procedures?

15        A    No.

16        Q    And concerning elective sterilization, what

17   sorts of minor procedures would be more appropriate?

18        A    For women, you're asking?

19        Q    Correct.  Yes.

20        A    For women, some form of tubal fallopian

21   tube interruption is used.  And typically, that is done



1    her uterus is turning her vagina inside out; neoplasia,

2    whether it's a premalignant lesion or a malignant

3    lesion.  I already alluded to pain during the menstrual

4    cycle.  That's most of it.

5         Q     So is there anything else you can think of

6    that would be a medically necessary reason?

7         A     I would have to sit down and make a list.

8    Not off the top of my head.  I'm sure there are others.

9         Q     Now, returning to excessive or abnormal

10   menstruation, are surgeons allowed to perform

11   hysterectomies to treat excessive or abnormal

12   menstruation at SJMC?

13        A     Yes.

14        Q     And generally speaking, would you say that

15   excessive or abnormal menstruation is a life-threatening

16   condition?

17        A     It can be.  Most of the time it's not.

18        Q     In what circumstances?  In what

19   circumstances?  Sorry.  Did you say, most of the time,

20   it's not?

21        A     I'd say most of the time, it's not.  Most



 1   -- what would make it life-threatening is the need for

 2   transfusion.  We would like to keep that from ever

 3   happening.  So if a woman requires transfusion and then

 4   goes to hysterectomy, we're a little late in the

 5   ballgame there.

 6        Q     If you're in a situation where the woman

 7   needs a transfusion, would you say that's a situation

 8   where, if the hysterectomy is not performed immediately,

 9   the patient will die?

10        A     I -- I will answer that, but you do realize

11   in medicine, we avert things like patients dying.  So

12   it's done before it can ever get to that point.

13        Q     Understood.  Would you say it is a common

14   occurrence that a patient -- strike that.  We just -- we

15   just discussed that a hysterectomy to treat a excessive

16   or abnormal menstruation could be life-threatening --

17   could be considered a life-threatening condition if that

18   patient is in immediate need of a transfusion.  Right?

19        A     Correct.

20              MS. VRABIE:  Objection.

21        Q     Would you say that's a common occurrence in



1  hysterectomies to treat excessive or abnormal

2  menstruation involves the removal of healthy tissue?

3       A     No.

4       Q     In what way do they not involve the removal

5  of healthy tissue?

6       A     A uterus that is bleeding enough to create

7  a iron deficiency or anemia circumstance or is not a

8  healthy organ that has pathology attached to it.

9       Q     Now Dr. Buescher, we -- you -- we discussed

10  also hysterectomies that were performed for medically

11  sufficient reasons.  Right?

12       A     Yes.

13             MS. VRABIE:  Objection.

14       Q     And what would you -- what would you say

15  are some of those medically sufficient reasons?

16       A     This would be in my personal opinion as a

17  treating --

18       Q     Yes.

19       A     -- physician.

20       Q     Yes, Dr. Buescher.

21       A     I think if a woman is losing time from work



```
 1  because of circumstances that her uterus is imposing

 2  upon her is a sufficient reason.  So quality-of-life

 3  issues.

 4       Q      And -- and so in -- in a circumstance where

 5  a woman were missing work because of -- is -- would that

 6  be sort of due to pelvic pain, that sort of issue?

 7       A      It could be due to pain.

 8       Q      What else could it be due to?

 9       A      It could be because her periods are so

10  heavy that she can't get out of her house without

11  soiling her clothing in less than an hour to two hours.

12       Q      But that sort of heavy -- heavy menstrual

13  bleeding -- do you see a distinction between that and

14  the excessive menstruation you were just discussing?

15              MS. VRABIE:  Objection.

16       A      If you mean whether it can be quantified by

17  a presence of anemia or iron deficiency, yes.  There may

18  be times where a woman is keeping up with her blood loss

19  in terms of her physiology but she still can't get out

20  of the house on one or two days of her menstrual cycle.

21       Q      Okay.  If a -- or if a woman were seeking a
```



1  hysterectomy because she was suffering pelvic pain such

2  that it was getting in the way of her work, would that

3  hysterectomy be allowed to be performed at St. Joseph?

4        A     Yes.

5        Q     And would you say that that sort of -- that

6  sort of issue was a life-threatening condition?

7        A     Not immediately life-threatening, but she's

8  the only one who can tell you how it impacts on her

9  daily life.

10       Q     And what circumstance would you say that

11 that condition could be life-threatening?

12       A     If she were to commit suicide because she

13 can't live that way, I would consider that

14 life-threatening.

15       Q     If that condition led to such mental

16 distress that it could lead to suicide, that would be

17 life-threatening?

18       A     If the pain were.

19       Q     Dr. Buescher, do you know if hysterectomies

20 are performed -- strike that.  Dr. Buescher, are you

21 familiar with ovarian cysts?



1        A       Yes.

2        Q       And what are ovarian cysts?

3        A       They are fluid-filled sacs on the surface

4  of the ovary.

5        Q       And can ovarian cysts be either benign or

6  malignant?

7        A       Yes.

8        Q       Are -- would you say the benign ovarian

9  cysts are a medically necessary reason to perform a

10  hysterectomy?

11        A       They are sometimes.  Not a hysterectomy.

12  Excuse me.  It has nothing to do with the uterus.

13        Q       When you say it has nothing --

14        A       I'm sorry.  I was thinking -- I was

15  thinking cystectomy or oophorectomy when you said that.

16  Ovarian cysts have nothing to do with the uterus.

17        Q       Even where --

18        A       If they're ovarian cancer, then part of the

19  therapy is removing the uterus because you remove

20  everything that could be involved with the ovarian

21  cancer.  But in benign conditions, ovarian cysts have



1    nothing to do with the uterus.

2         Q     So benign ovarian cysts would never be a

3    reason to perform a hysterectomy?

4         A     No.

5         Q     Dr. Buescher, are you familiar with the

6    condition known as vulvar dysplasia?

7         A     Yes.

8         Q     And what is vulvar dysplasia?

9         A     It's a pre-skin cancer.  Skin pre-cancer.

10        Q     And that's presumably on the vulva?

11        A     Yes.

12        Q     And would -- would you say that vulvar

13   dysplasia is ever a reason to perform a hysterectomy?

14        A     No.

15        Q     Dr. Buescher, are you familiar with

16   fibroids?

17        A     Yes.

18        Q     And what are fibroids?

19        A     They are smooth muscle tumors of the

20   uterus.

21        Q     And fibroids are fairly common.  Right?



```
 1        A       Yes.

 2        Q       Would you say fibroids are a fairly common

 3   reason for a patient to get a hysterectomy?

 4        A       Yes.

 5        Q       In your opinion, are fibroids a medically

 6   necessary reason to perform a hysterectomy?

 7        A       They might be.  If they're the source of --

 8        Q       And --

 9        A       -- excessive bleeding, for example.

10        Q       In general, even if they're not a source of

11   excessive bleeding, would you view fibroids as being a

12   medically sufficient reason to perform a hysterectomy?

13        A       Yes.

14        Q       Are surgeons allowed to perform

15   hysterectomies to treat fibroids at SJMC?

16        A       Yes.

17        Q       And generally speaking, would you say that

18   fibroids are a life-threatening condition?

19        A       No.

20        Q       Dr. Buescher, are you familiar with gender

21   dysphoria?
```



1        A        Right.  'Cause it might not have to do with

2    billing or whatever, or it might just be an oversight.

3    That's the only qualifier I put on it.  If I wanted to

4    know the whole story, I would go to the chart.

5        Q        Dr. Buescher, I'm going to scroll down here

6    to the bottom -- okay.  Now Dr. Buescher, according to

7    this spreadsheet, there were approximately 634

8    hysterectomies performed at SJMC between fiscal year

9    2017 and fiscal year -- into fiscal year 2022.  Right?

10       A        Yeah.  It looks that way.

11       Q        Does that number seem accurate to you?

12                MS. VRABIE:  Objection.

13       A        I don't have any sense of how many

14   hysterectomies were done.  I don't keep track of that

15   personally.

16       Q        As chief of OB-GYN, you have no sense of

17   how many hysterectomies were performed at the hospital?

18       A        I don't -- no.  I don't keep those

19   statistics.

20       Q        Is it fair to say that about two to three

21   hysterectomies are performed a week at SJMC?



```
 1              MS. VRABIE:  Objection.

 2      A      My knowledge of it has more to do with my

 3  teaching medical students because they report back to me

 4  with cases they had seen.  So I think, typically, it's

 5  probably three to five hysterectomies a week, but it

 6  varies.

 7      Q      You'd agree that hysterectomies are a

 8  fairly common procedure at SJMC.  Right?

 9      A      Yes.

10      Q      And hysterectomies aren't generally

11  disallowed at SJMC.  Right?

12              MS. VRABIE:  Objection.

13      A      I'm going to say that if there's an

14  appropriate reason for doing the hysterectomy, then they

15  are allowed.

16      Q      And what qualifies as an appropriate

17  reason?

18      A      The things that we've already discussed.

19  Some type of disease process or symptomatology for which

20  a hysterectomy would be appropriate.

21      Q      So as long as there is a medically
```



1    diagnosed condition being treated --

2              MS. VRABIE:  Objection.

3      Q      -- hysterectomies are allowed at SJMC?

4              MS. VRABIE:  Objection.

5      A      Yes.  I would say yes.  In general, that's

6    correct.

7      Q      So, in general, how are surgeries scheduled

8    at SJMC?

9      A      That's a pretty wide question.  I'm not

10   sure what you mean by that, how are they scheduled.  A

11   surgeon decides that a operative procedure is

12   appropriate for a given individual patient, and a phone

13   call is made to the posting -- surgical posting officer

14   at the hospital.  And the case with the patient's

15   demographic information, preoperative diagnosis is

16   given.  Time is assigned.

17     Q      And is there any difference between that

18   general process that you just described and the process

19   for scheduling hysterectomies?

20     A      No.

21             MR. DELMAN:  One moment.  Pulling that



1      Q      And you review the whole chart?

2      A      I review the chart -- yes.  I may not have

3   access to the entire chart.  They may not be on Epic.

4   But I will ask to see the office records leading to the

5   decision to have the surgical procedure.

6      Q      So, other than insertions of IUDs, are

7   there any -- are there any other procedures for which

8   physician needs to get prior approval from you before

9   scheduling that procedure?

10     A      I don't think so.  Not that I can pull off

11  the top of my head.

12     Q      Physicians don't need to get clearance from

13  you before scheduling a hysterectomy.  Right?

14     A      No. No, they don't.

15     Q      As far as you're aware, physicians don't

16  need to get clearance from one of SJMC's chaplains

17  before scheduling a hysterectomy?

18     A      No.

19     Q      And physicians don't need to get clearance

20  from Gail Cunningham before scheduling a hysterectomy?

21     A      No.



1        Q        And as a general matter, physicians don't

2    need to get clearance from the ethics committee before

3    scheduling a hysterectomy?

4        A        That's correct.  They do not have to.

5        Q        And in general, I guess sort of from an

6    administrative perspective, what happens between when a

7    surgery is posted and when the surgery takes place?

8        A        I don't know what you're asking me.

9        Q        Are there any forms that need to be

10   approved or any communications that need to happen

11   between when a surgery is posted and when the surgery

12   takes place?

13       A        Surgical consent forms have to be signed

14   before the patient can go to the operating room.  If she

15   needs medical clearance, she needs to achieve that

16   before she goes to the operating room.  Third-party

17   payer concerns need to be addressed before she goes to

18   the operating room.

19       Q        Do physicians have to seek your approval

20   for hysterectomies at some point between when a surgery

21   is posted and when the procedure takes place?



1          A      No.

2          Q      And do they have to get approval from one

3    of SJMC's chaplains at some point between a surgery

4    being posted and it taking place?

5          A      No.

6          Q      And do they need to get approval from Gail

7    Cunningham at some point between when the hysterectomy

8    is posted and when it takes place?

9          A      No.

10         Q      And do they need to get approval from the

11   ethics committee at some point between the hysterectomy

12   is posted and when it takes place?

13         A      No.

14         Q      Dr. Buescher, do you receive any sort of

15   report showing which procedures have been posted or will

16   be performed in your unit?

17         A      No.

18         Q      Do you receive any sort of notice or

19   warning or anything when certain CPT or ICD codes are

20   entered into the hospital system?

21         A      I have not to date.



1      Q      Are you aware of any -- yes.  Are you aware

2   of SJMC having in place any system that automatically or

3   manually flags certain CPT or ICD codes?

4      A      No. I'm not aware of such a system.

5      Q      In general, and putting aside procedures

6   that involve transgender patients, are you aware of any

7   procedural hurdles that a patient might face in getting

8   a hysterectomy at SJMC that they wouldn't face at, say,

9   GBMC?

10      A      No. I'm not aware of any hurdle.

11      Q      And just to confirm, a hysterectomy to

12   treat, say, fibroids will not require any sort of

13   escalation to management.  Right?

14      A      Correct.

15      Q      And the same for pelvic pain?

16      A      Correct.

17      Q      Now Dr. Buescher, I know we've already sort

18   of discussed this document, but you're familiar with a

19   document known as the Ethical and Religious Directives

20   for Catholic Health Care Services.  Right?

21      A      Yes.



MONICA BUESCHER, M.D.                                    March 21, 2022
Hammons vs University of Maryland Medical System                    84

1   sessions on the ERDs?

2       A      No.

3       Q      Do you recall having spoken with any other

4   sort of religious authorities about the ERDs?

5       A      No.

6       Q      And I know we discussed this a little bit

7   already, but what is your general understanding of how

8   the ERDs fit into the OB-GYN practice at SJMC?

9              MS. VRABIE:  Objection.

10      A      I believe you're asking what the

11  restrictions are imposed by the ERDs.

12      Q      We -- I -- I'm happy to hear that answer.

13      A      We cannot provide contraception.  We cannot

14  perform sterilization procedures.  We cannot terminate

15  pregnancies in terms of the -- what most people's

16  understandings are of pregnancy termination.  Let's see.

17  What else?  I already alluded to the gender affirmation

18  treatment.  And I forgot, which I shouldn't have because

19  my husband's a reproductive endocrinologist --

20  reproductive technology.

21      Q      Now, to your understanding, do the ERDs



1  prohibit hysterectomies?

2      A      No. They don't prohibit hysterectomies.

3      Q      Now Dr. Buescher, do you understand the

4  term life-threatening conditions have any particular

5  meaning within the context of the ERDs?

6      A      No. I don't know what the definition -- I

7  think that seems like it ought to be obvious, but I

8  don't know what the definition of that is as regard the

9  ERDs.  I do know that we are -- life-threatening may not

10  have -- I mean, I don't know the degree to which that's

11  applied.  Is it the most severe degree that it's only if

12  there's immediate life-threatening, or is it referring

13  to the well-being of the individual?  I -- I don't know

14  an answer to that.  That's why we have an ethics

15  committee.

16      Q      What does it mean -- what does the term

17  life-threatening condition mean to you?

18      A      What it sounds like, that somebody could

19  die.

20      Q      That someone could die in the immediate

21  term or just at some point?



1   mean?

2        A      No.

3        Q      Do you recall whether a procedure was to

4   treat a life-threatening condition or not ever coming

5   you for discussion on the ethics committee?

6        A      No.

7        Q      Dr. Buescher, is it your understanding that

8   the ERDs prohibit you and other physicians from

9   performing hysterectomies unless it is to treat a

10  life-threatening condition?

11       A      My understanding has been that it's -- we

12  can't use hysterectomies to treat nonmedical conditions.

13  I personally have never used the term life-threatening.

14       Q      And so, what would -- what does a

15  nonmedical reason mean?

16       A      Well, according to the Catholic Church,

17  that would be sterilization --

18       Q      So to --

19       A      -- or the ERD -- yeah.  I mean,

20  sterilization is prohibited by the ERDs.  You can say

21  that sterilization is not a life-threatening or on -- I



1    Church doesn't recognize it.

2         Q     In your -- putting aside the Catholic

3    Church, is it your understanding as a medical

4    professional that gender dysphoria is a medical

5    condition?

6         A     Yes.

7         Q     Just to confirm, physicians aren't required

8    to certify or verify that a patient suffers from a

9    life-threatening condition before scheduling a

10   hysterectomy.  Right?

11        A     Yes.  That's correct.

12        Q     Putting aside procedures involving

13   transgender patients, are you aware of any hysterectomy

14   that has not been permitted to occur because of the

15   ERDs?

16        A     Not that I'm aware of.

17        Q     And putting aside procedures involving

18   transgender patients, are you aware of any discussion of

19   whether a specific hysterectomy was compliant with the

20   ERDs?

21              MS. VRABIE:  Mr. Delman, just to confirm,



1        A       No. I don't recall that terminology.

2        Q       Do you recall it being referred to as a

3   Catholic identity and ethics review?

4        A       No. That was informal terms on my part.  I

5   don't know what it was officially called.

6        Q       As part of the identity and ethics audits,

7   are you aware of either you or anyone else at the

8   hospital having the responsibility to report data on

9   hysterectomies performed at SJMC to the National

10  Catholic Bioethics Center?

11       A       I'm not aware of that.  No.

12               MR. DELMAN:  One moment.  This is UMMS 45.

13  This is marked as Plaintiff's Exhibit 6.

14               (Buescher Exhibit 6 was marked for

15  identification.)

16       Q       Dr. Buescher, I'll represent to you that

17  this was attached to the e-mail that I just showed you

18  before from Mr. Riddle to yourself.

19       A       Okay.

20       Q       Dr. Buescher, do you recall ever seeing

21  this spreadsheet before?



 1          A       I don't remember seeing it.

 2          Q       And here, Dr. Buescher.  I'll actually give

 3   you control so you can scroll through this yourself if

 4   you'd like, if you want to take a scroll through the

 5   different --

 6          A       Mm-hmm.

 7          Q       Take a look.

 8          A       Okay.

 9          Q       Okay.  Dr. Buescher, you can see here that

10   the -- that this spreadsheet requests information on

11   gender transition diagnoses.  Right?

12          A       Yes.

13          Q       So as far as you can see, this spreadsheet

14   does not request any information on hysterectomies.

15   Right?

16          A       I don't see that it does.

17                  MR. DELMAN:  And here.  I'll go back.  One

18   moment.  These are the times when you wish that this was

19   in person instead of remote.  It's a little bit easier

20   some.  I'm getting -- telling me to wait, so, apologies.

21   Okay.



1             MR. DELMAN:  One moment.

2        Q      Hey, Dr. Buescher, have you been in touch

3   with Mr. Riddle at all since he left SJMC?

4        A      No.

5             MR. DELMAN:  All right.  This is UMMS 47.

6   This will be marked as Plaintiff's Exhibit 8.

7             (Buescher Exhibit 8 was marked for

8   identification.)

9        Q      Dr. Buescher, this is a Outlook invite

10  showing a meeting between yourself, Drs. Smyth,

11  Cunningham, and Adashek for January 30th, 2020, to

12  discuss the transgender issue.  Right?

13       A      Yes.

14       Q      I believe we discussed this meeting at the

15  beginning of this deposition.  Right?

16       A      I don't think we actually discussed it

17  other than to acknowledge it.

18       Q      Dr. Buescher, do you recall if anyone other

19  than yourself and Drs. Smyth, Cunningham, and Adashek

20  were in attendance at this meeting?

21       A      I know -- not -- not as a specific memory.



1        Q       Do you recall if Mr. Riddle was at this

2    meeting?

3        A       You know, I seem to think he was, but he's

4    not on the invite and I couldn't swear to it.

5        Q       In your own words, why don't you tell me

6    what you recall occurring at this meeting?

7        A       Well, it was really just a discussion with

8    Dr. Adashek about the application of

9    gender-transformative treatment and its proscription in

10   a Catholic care facility.  I believe this was both for

11   edification purposes.  Transgender affirmation is not

12   specifically discussed in the hard-copy ERDs, so this

13   was a way of essentially communicating.  It was also a

14   chance to give Dr. Adashek his views on the

15   circumstance, which he did.  And it wasn't anything more

16   specific than that.

17       Q       And was this meeting prompted by the

18   cancellation of Plaintiff's hysterectomy?

19       A       I think it was prompted more by the patient

20   complaint.

21       Q       Tell me more about the patient complaint.



1  What -- what is your understanding of the complaint that

2  the patient made?

3       A    I did not see it myself, but I do know that

4  the patient was upset that he had taken time off to have

5  the surgery done, and the date of the surgery then fell

6  out of -- of possibility, could not be changed to a

7  different hospital so quickly; and the fact, I would say

8  -- the -- the discomfort of finding out the day that you

9  are going to have surgery that your surgery was not

10  going to be performed.  So dissatisfaction with St.

11  Joseph Medical Center on that basis.

12       Q    And to your understanding this was a formal

13  written complaint that was made?

14       A    I don't recall ever seeing it.

15       Q    Was -- was Plaintiff's hysterectomy

16  discussed during this meeting?

17       A    I believe the reason why it was canceled

18  was discussed.

19       Q    And what was the reason given for why it

20  was discussed [sic] -- why it was canceled?

21       A    The fact that surgery for gender



```
 1   affirmation is not performed in a Catholic facility.

 2         Q      Dr. Buescher, what was your reaction to

 3   learning of Mr. Hammons' dissatisfaction with SJMC?

 4         A      I'm sorry.  Can you ask that again?

 5         Q      Of course.  Yeah.  What was your reaction

 6   to learning of Mr. Hammons' complaint about SJMC?

 7         A      I was sorry that we had inconvenienced him

 8   in this way.

 9         Q      Dr. Buescher, did you exchange e-mails with

10   anyone at SJMC about the meeting that's here in this

11   document either before or after it occurred?

12         A      I don't have any memory of doing so other

13   than accepting it.

14         Q      And do you recall texting with anyone at

15   SJMC about this meeting either before or after it

16   occurred?

17         A      No. Not as a -- not as a recall.

18         Q      In general, do you communicate by text?

19         A      I don't communicate by text by anything

20   that should be considered to be protected health care

21   information.
```

