# EXHIBIT 21

~~SJMC Meeting~~
~~Gathering~~ ~~Susan ????~~   Keith Riddle — ~~????~~?   VP Mission ????
                Gail Cunningham        ERD Guru!
                Thom Smyth             Presented me with the ERD ?????
                Monica Buescher        (LTH ???ing 2018)

(1)

Discussion Prior to Start — ? ~~Jacket~~ Agenda for meeting? — (No)
NY Times Story about Hospital in Alabama —
    3rd pregnancy, PEC x3. 34 weeks Rpt 9s
    Didn't know couldn't have a tubal ligation
    Couldn't find it on the website

---

Gail — Learning opportunity for SJMC
       Confusion of Lack of understanding of issue
       How can we get message to Staff

Smyth — Don't want it to happen again
        How can we be transparent to the medical Staff
-???? ~~tell she had limited knowledge of ERD~~
        Get our point of view about education +
        Awareness of medical Staff
        Feel Bad for Pt —
        How can we Chg process

My ? — Is the SJMC ERD similar to ???? (GSH)
      — ?? did not see consensus ????
List — Procedures to do/not to do?
       Hosp by Hosp or from on High
       Who makes these decis

294

(3)

Riddle - All Hosp follows same ERD's
  - If reported - Arch Bishop has the ability to Revoke
    Catholic Identity - PR Nightmare!

  We need to be sure that the ERD's on website
  what we do not do @ St Joes

  Monitored Regularly by Arch Diocese -
    Codes Reported → Can terminate Privileges of MD

  We Are NOT discriminate against trans community
  - Had a trans male give birth - No Concern
    ED visit - treat them

  Worst - Remove a healthy organ          #53
    do    Mutilate the Body in Any way    #29

Dr Smith - Inconsistencies at Hospitals - Did I see the
  GT

Ashsik - Grisez "6th edition 7/2018
  moray - 1983 - Tubal Comm Hee  Age x Parity ≥160 - Got A
  No education as to how any Δ in ERD Relates to
    OB/Gyn Surg/ Breast Surg -
  No Education so the ERD has evolved

CNL - Whats the Best way to educate

Slee - very
       Procedure + Dx Specific to the Staff
       Ident Clinical Repre Processes

295

③

Potential [illegible] or [illegible] have organs [illegible]
we can remove them

So — can you say this [illegible] GID Dx, And this [illegible] Hysterectomy
is not allowed there. I hear you loud & clear.

2 cases 2015 — GID became a thing, Ins paid for it
Didn't dawn on me that it wouldn't follow the ERDs
my understanding — Reproduction — Life comes first

{ Don't terminate Pregnancies
Don't get in the way of God's work of
having Children — No TL
No Vasectomy
No IUD for Contracept

- IVF Discuss [illegible]
Prevent — work of God
work of man

Riddle — ERDs Changes every 8 yrs — evolving document
This edition — same as 5th — Partnerships — Secular Hosp
w/ the Catholic Hospitals

[scribbled out]

We Don't do Gender Reassignment
- If Life threatening, then go ahead & document

[illegible] They Pull Codes — once 1 code [illegible] is found can do as
[illegible]. Pull up Codes for these procedures
Pull Codes? — what is the best way for MDs to know what
can or can not be done

296

~~Still~~ You'll need to also say "we would do this proc
for ~~tool~~. Dx."
   We do hysterectomies for Lots of indications

Smyth - Need to be more transparent
                more specific
   to Give to Clinicians                    (4)

Monico - explicit on Gender Reassignment
   this "Remove Normal organs" is a smoke screen -
   so they don't have to ~~say~~ Get into minutia
       We believe you should stay the way you were born
   No matter what
       We don't believe in Gender Reassignment
Remy Normal Organs
   two Footnotes - Kidney Donor - Altruistic
       Always about Reproduction
           Can Remove tubes post menopause -
       Does have to do with Procreation

Cosi ~~You~~ have to Stay the way you were born

Stier - misleading of Gender Reassignmt.
   US - Gender Reass - Add a Penis to a female
   Porus              Add a Vagina to a Male

For us Remy a uterus is not Gender Reassignmt.
~~Remov~~ ~~by~~ At Dysphoric, Leads to psychological trauma

⑤

She Centre accesspt is putting an organ on that wasn't there to begin with

I would buy in the trans gender community

"This is what we believe, what we meant to follow won't ~~how~~ persuade care for the community

Smith: Possible? to come to ~~agreed~~ level of collaboration

~~Abadek~~ Yes —

Catholic Church doesn't believe in Same Sex Relationships but when a lesbian couple delivers, this is the 1st hospital I practice at that put them ~~bands~~ on both sides

This seems very Closed
  I am not an expert
  I do take care of the community
  The community come in —
   How can we provide care if ~~what~~ they need ~~we~~ ~~can need do~~
   is lemmo ~~bees~~ for JW, masky apenes, addg a vagina.  (B)D Dr.
Community already knows you don't do Abortions there

Convince them to walk in for a meeting or ~~meet~~ ~~than wherether Are~~ —

___

2015.—

298

movies - [illegible] up in OB
15 weeks, ROM [illegible]

(6)