UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS,<br><br>   Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM<br>   CORPORATION, et al.,<br><br>   Defendants. | Case No. 20-cv-2088-DKC |

# [PROPOSED] ORDER

Upon consideration of Plaintiff's Cross-Motion for Summary Judgment, as well as the Memorandum and Exhibits submitted in support of the same, it is hereby **ORDERED** that Plaintiff's Cross-Motion for Summary Judgment is GRANTED; and **IT IS FURTHER ORDERED** that judgment is entered in favor of Plaintiff.

SO ORDERED this _____ day of _____, 2022.

_____
DEBORAH K. CHASANOW
United States District Judge