# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNIVERSITY OF MARYLAND MEDICAL SYSTEM ) <br> CORPORATION, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:20-cv-02088-DKC |

## [PROPOSED] ORDER

Upon consideration Plaintiff's Consolidated Interim Sealing Motion, Motion for Leave to File Certain Documents Under Seal, and Motion for Leave to File Certain Documents Publicly, and the grounds in support thereof, **IT IS HEREBY**:

**ORDERED**, that Plaintiff's Consolidated Interim Sealing Motion, Motion for Leave to File Certain Documents Under Seal, and Motion for Leave to File Certain Documents Publicly is **GRANTED IN PART** and **DENIED IN PART**. Exhibits 2, 11, 14, 16, 19, 20, and 22 to Plaintiff's Cross-Motion for Summary Judgment are hereby **SEALED**; Exhibit 13 to Plaintiff's Cross-Motion for Summary Judgment is hereby **FILED PUBLICLY**.

SO ORDERED this _____ day of _____, 2022.

_____
U.S.D.J. Deborah K. Chasanow