# Exhibit 3

**In the Matter Of:**

Hammons vs University of Maryland Medical System

20-cv-02088-DKC

---

# WILLIAM C. GRESKOVICH

*May 20, 2022*

---

*30(b)(6)*



800.211.DEPO (3376)
EsquireSolutions.com

1          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
2

3
    JESSE HAMMONS                    :
4                                    :
       Plaintiff,                    :
5                                    :
    v.                               : Case No:
6                                    : 20-cv-02088-DKC
    UNIVERSITY OF MARYLAND           :
7   MEDICAL SYSTEM                    :
    CORPORATION; UMSJ HEALTH         :
8   SYSTEM, LLC; and                 :
    UNIVERSITY OF MARYLAND           :
9   ST. JOSEPH MEDICAL              :
    CENTER, LLC,                     :
10                                   :
       Defendants.                   :
11

12

13        VIDEOTAPED REMOTE DEPOSITION OF
              WILLIAM C. GRESKOVICH
14                 30(b)(6)

15
             Friday, May 20, 2022
16               1:08 p.m., EST

17

18          Reisterstown, Maryland

19

20
        Megan Sczygelski, Videographer
21      Terry L. Bradley, Court Reporter

22



Case 1:20-cv-02088-DKC   Document 111-3   Filed 08/15/22   Page 4 of 23
WILLIAM C. GRESKOVICH  30(b)(6)                    May 20, 2022
Hammons vs University of Maryland Medical System              2

```
 1              APPEARANCES OF COUNSEL

 2

 3    For the Plaintiff:

 4       PATTERSON BELKNAP WEBB & TYLER, LLP
         JONATHAN HERMANN, ESQ.
 5       1133 Avenue of the Americas
         New York, NY 10036
 6       E-jhermann@pbwt.com

 7

 8    For the Defendants:

         SHEPPARD MULLIN
 9       PAUL A. WERNER, ESQ.
         2099 Pennsylvania Avenue, NW
10       Suite 100
         Washington, DC 20006
11       E-pwerner@sheppardmullin.com

12

13

14

15

16

17

18

19

20

21

22
```



```
1                    INDEX OF EXAMINATION

2


3   EXAMINATION                              PAGE

4   By Mr. Hermann . . . . . . . . . . .      5

5

6                    ~~~~~

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22
```



```
 1              P R O C E E D I N G S

 2

 3          THE VIDEOGRAPHER:  Good afternoon.

 4   I have now started the recording, and we are

 5   now on the record.  The time is 1:08 p.m.,

 6   Eastern Time on Friday, May 20th, 2022.  This

 7   begins the videoconference deposition of

 8   William Greskovich, taken in the matter of

 9   Jesse Hammons versus University of Maryland

10   Medical System Corporation, et al., filed in

11   the U.S. District Court of Maryland, Case No.

12   20 CV 02088.

13          My name is Megan Sczygelski.  I'm

14   your Remote Videographer today.  The Court

15   Reporter is Terry Bradley.  We are representing

16   Esquire Deposition Solutions.

17          Will everyone present please

18   identify themselves and state who you

19   represent, after which the Court Reporter will

20   swear the witness.

21          MR. HERMANN:  Jon Hermann

22   representing the plaintiff, Jesse Hammons.
```



```
 1                 MR. WERNER:  Paul Werner, Sheppard

 2     Mullin, representing the defendants.

 3

 4               Upon the Court Reporter receiving no

 5     objections to administering a binding oath

 6     remotely to this videoconference:

 7

 8               WILLIAM C. GRESKOVICH,

 9      was duly sworn, and testified as follows:

10

11                       EXAMINATION

12     BY MR. HERMANN:

13        Q.    Would you state your name for the

14     record, please.

15        A.    William Charles Greskovich.

16        Q.    Hi Mr. Greskovich.  My name is Jon

17     Hermann.  I represent the plaintiff, Jesse

18     Hammons, in this lawsuit against the University

19     of Maryland Medical System Corporation.

20               (Discussion with the Court

21     Reporter.)

22               THE VIDEOGRAPHER:  We are going off
```



 1              This document I'm sharing with you

 2    is Bates stamped UMMS 832.  It goes from 832 to

 3    1004.  And the first page reads asset purchase

 4    agreement at the top.  And I will share my

 5    screen as well.

 6        A.    So the chat is not working for me to

 7    view it.  So you may have to go to share

 8    screen.

 9              MR. WERNER:  I can't get this to

10    work for me either.

11              THE WITNESS:  I will say this is

12    very small on the screen.

13              MR. HERMANN:  Understood.

14              Mr. Werner, would it make sense for

15    me to e-mail the file to you and to Mr.

16    Greskovich?

17              MR. WERNER:  Can you --

18              Yeah, well, can I just --

19              Can you make what's on the screen

20    bigger?  I think --

21              MR. HERMANN:  Of course.  Sure.

22              MR. WERNER:  Yeah.  I think maybe if



 1   you could just --

 2           You know, maybe this could work.

 3   Put the documents on the screen might be the

 4   easiest thing to do if you can just increase

 5   the font size.

 6           MR. HERMANN:  Unfortunately I can't

 7   see what you see, so just --

 8           If you can't see something, just one

 9   of you please speak up.  We are on Page 1.

10           THE WITNESS:  Yes.

11           MR. HERMANN:  Can you see that all

12   right?

13           THE WITNESS:  Yes.

14   BY MR. HERMANN:

15      Q.    And was this the agreement that you

16   reviewed in preparation of your testimony?

17      A.    That looks like the agreement I

18   reviewed.

19      Q.    I'm going to go to Page 7 of the PDF

20   Bates stamped 838.

21           Zooming out slightly.  Can you see

22   the font on the screen?



1      A.    Yes.

2      Q.    We see here that the agreement lists

3  UMSJ as the buyer.  Do you see that?

4      A.    I'm looking for the exact --

5            I see UMSJHS.  Can you put a cursor

6  on -- -

7            Can you move the hand there?

8      Q.    Sure.

9      A.    It would be helpful.  If you move

10  that hand where you want me to look, that will

11  make it go better.

12     Q.    Yep.  You see here where the hand is

13  now?

14     A.    Yep.  I see that.

15     Q.    And that UMSJ is a buyer --

16     A.    Yep.

17     Q.    -- as defined in this agreement?

18           Did UMMS create UMSJ for the purpose

19  of acquiring and operating St. Joseph?

20     A.    I don't know that.  I didn't --

21           I'm not a lawyer.

22     Q.    Do you know why UMMS created UMSJ?



```
 1        A.    No.

 2        Q.    And do you know when UMMS created

 3   UMSJ?

 4        A.    No.

 5        Q.    Are you familiar with the entity

 6   known as UMSJ?

 7        A.    No.

 8        Q.    Have you heard of UMSJ before

 9   preparing for this testimony?

10        A.    No.

11        Q.    So you're not aware whether UMSJ is

12   the owner of St. Joseph?

13        A.    No.

14        Q.    Earlier we talked about how the sale

15   of St. Joseph, it was your understanding that

16   it required the approval of the Catholic

17   Church.  Is that right?

18        A.    That's my understanding.

19        Q.    And specifically the Archdiocese of

20   Baltimore?

21        A.    That's the path I understand that it

22   goes through.  Yes.
```



1      Q.    And I'm going to go to Page 71 of

2   the PDF, Section 11.6.

3            Can you read that here?

4      A.    Yes.

5      Q.    And does this reflect your

6   understanding that the Catholic Church must

7   have approved the sale of St. Joseph before

8   UMMS could consummate the purchase?

9      A.    Yes.

10     Q.    And similarly, as part of the

11   acquisition UMMS committed to continuing to

12   operate St. Joseph in a manner consistent with

13   the Catholic values and principles.  Is that

14   right?

15     A.    That's my understanding.

16     Q.    And if we go to Section 12.17,

17   that's Bates stamped 832, it's Page 85 of the

18   PDF.  Do you see here Section 12.17?

19     A.    Yes.

20     Q.    And does this memorialize that

21   condition?

22            MR. WERNER:  Object to the form.



1            THE WITNESS:  I couldn't comment

2    whether it does that or not, but it sure seems

3    to intend to do that.

4    BY MR. HERMANN:

5        Q.    By your understanding does this

6    reflect UMMS's commitment to continuing to

7    operate St. Joseph in a manner consistent with

8    Catholic values and principles?

9            MR. WERNER:  Object to the form.

10           THE WITNESS:  Yes.

11   BY MR. HERMANN:

12       Q.    And according to this section -- I'm

13   going to scroll down just a little bit -- UMMS

14   would establish and maintain certain

15   fundamentals to hold St. Joseph accountable for

16   its Catholic Identity.  Is that right?

17       A.    Can you put that cursor where you

18   want me to read.

19       Q.    First paragraph here.

20       A.    Okay.

21           MR. WERNER:  Object to the form.

22           THE WITNESS:  Yes.



1   BY MR. HERMANN:

2        Q.    And one of those fundamentals that

3   UMMS agreed to was to establish and maintain

4   the ERD's and that they would be

5   operationalized at St. Joseph.  Is that right?

6             MR. WERNER:  Object to the form.

7             MR. HERMANN:  And I'm going to move

8   down to show you where I'm reading.

9             THE WITNESS:  Can you restate the

10  question though.

11  BY MR. HERMANN:

12       Q.    Sure.  Sure.  Just above we looked

13  at a section that spelled out certain

14  fundamentals that would be established to --

15            -- with respect to St. Joseph's

16  Catholic Identity.

17            MR. WERNER:  Object to the form.

18  BY MR. HERMANN:

19       Q.    Here in Section 12.17(b) we see that

20  UMMS committed to continuing to operate in a

21  manner consistent with its Catholic values by

22  ensuring that the ERD's are operationalized.



1          Do you see that in this paragraph?

2     A.    Yeah.  The confusion I have is not

3  with the paragraph.  I agree that they agreed

4  to continue with that that was in place.  The

5  end of your sentence, establishing or

6  operationalizing, I'm not sure I can answer

7  that one.  I'm not sure what that part means.

8     Q.    You don't have an understanding as

9  to what operationalized means with respect to

10  this agreement?

11     A.    I do, but I read that as if it was

12  operational and in place by the hospital, we

13  agreed to retain it as you said in the first

14  part of the sentence.

15          Question.  Sorry.

16     Q.    Would it be fair to say that UMMS

17  agreed to assume direct responsibility for

18  ensuring St. Joseph abides by the ERD's?

19          MR. WERNER:  Object to form.

20          THE WITNESS:  Yeah.  I don't --

21          I don't think I have the background

22  to answer that question.  I think that's --



 1  BY MR. HERMANN:

 2      Q.    Did St. Joseph --

 3            I'm sorry.  Go ahead.

 4      A.    Yeah.  I think that's outside.  It

 5  gets --

 6            -- feels legal to me versus

 7  operational.

 8      Q.    In this first sentence we see here

 9  that UMMS and UMSJ shall continue to ensure

10  compliance with the ERD's.

11            Do you see that?

12      A.    Uh-huh.

13      Q.    And you don't have an understanding

14  as to whether UMMS, as a condition to sale,

15  assumed the responsibility to ensure that the

16  ERD's are operationalized at St. Joseph?

17            MR. WERNER:  Object to the form.

18            THE WITNESS:  Yeah, I would --

19            From my operational standpoint we --

20            -- the Catholic Identity is managed

21  locally by the local leadership team and the

22  CEO and senior executives on the Board at the



1   hospital level.

2   BY MR. HERMANN:

3       Q.    But according to this agreement

4   here, it was UMMS's assurance that it would

5   ensure that St. Joseph continued to abide by

6   the ERD's.  Is that right?

7           MR. WERNER:  Object to the form.

8           THE WITNESS:  Yeah.  I couldn't

9   comment on how ensure is used in that context.

10  BY MR. HERMANN:

11      Q.    And again, we see here UMMS and UMSJ

12  and UMSJHS -- which I'll represent is the same

13  entity as UMSJ -- and again, you testified that

14  you are not familiar with the entity UMSJ?

15          MR. WERNER:  Object to the form.

16          THE WITNESS:  Correct.  Prior to

17  reading this document I had no knowledge of

18  that.

19  BY MR. HERMANN:

20      Q.    Prior to reading this document was

21  it your knowledge that UMMS had direct

22  authority over St. Joseph?



1            MR. WERNER:  Object to the form.

2            THE WITNESS:  Again, can you be more

3    clear in what sense --

4            Are we talking about the Catholic

5    Initiative?

6    BY MR. HERMANN:

7       Q.   I'm talking just general

8    organizational structure.  Is St. Joseph a

9    subsidiary of UMMS?

10      A.   Yes.  St. Joe's is a subsidiary of

11   UMMS.  Correct.

12      Q.   I'm going to now go to PDF Page 84,

13   Section 12.16, which is entitled Governance.

14           Do you see that on my screen?

15      A.   I do.

16      Q.   And do you see here that UMMS has

17   the right to directly appoint two voting

18   members of the UMSJ Board?

19      A.   I do.

20      Q.   Are you aware that UMMS currently

21   exercises its right?

22           MR. WERNER:  Object to the form.



1              THE WITNESS:  I --

2              I would imagine we do.  I couldn't

3    confirm that we've got two members on it right

4    now.

5    BY MR. HERMANN:

6        Q.    And to your understanding does

7    UMMS's appointment power extend to both the

8    Board of UMSJ and St. Joseph?

9        A.    Um, I don't know that answer to that

10   question.

11       Q.    Prior to preparing for this

12   deposition were you aware that UMMS had the

13   power to appoint members to the Board of either

14   UMSJ or St. Joseph?

15       A.     I would have assumed there were, but

16   I did not honestly ever think about it.

17       Q.    And just maybe for clarity, why

18   don't I go to Section --

19              Excuse me.

20              -- Subsection C, 12.16 Subsection C.

21   And we see here that UMMS and UMSJ shall ensure

22    that the members of the UMSJ Board constitute



1          CERTIFICATE OF NOTARY PUBLIC

2               I, Terry L. Bradley, the officer before

3     whom the foregoing deposition was taken, do

4     hereby certify that the witness whose testimony

5     appears in the foregoing deposition was duly

6     sworn by me; that the testimony of said witness

7     was taken by me in shorthand and thereafter

8     reduced to computerized transcription under my

9     direction; that said deposition is a true

10    record of the testimony given by said witness;

11    that I am neither counsel for, related to, nor

12    employed by any of the parties to the action in

13    which this deposition was taken; and further,

14    that I am not a relative or employee of any

15    attorney or counsel employed by the parties

16    hereto, nor financially or otherwise interested

17    in the outcome of the action.

18                    _Terri Bradley_____

19                    Notary Public in and for
                      the State of Maryland

20

21    My Commission expires:  November 15, 2023

22

Case 1:20-cv-02088-DKC   Document 111-3   Filed 08/15/22   Page 21 of 23
WILLIAM C. GRESKOVICH  30(b)(6)                                    May 20, 2022
Hammons vs University of Maryland Medical System                          94

```
 1          DEPOSITION ERRATA SHEET

 2   Our Assignment No. J8261281

 3   Case Caption:

 4   Jesse Hammons

 5   vs.

 6   University of Maryland Medical System

 7   Corporation, et al

 8

 9       DECLARATION UNDER PENALTY OF PERJURY

10      I declare under penalty of perjury that I

11   have read the entire transcript of my

12   Deposition taken in the captioned matter or the

13   same has been read to me, and the same is true

14   and accurate, save and except for changes

15   and/or corrections, if any, as indicated by me

16   on the DEPOSITION ERRATA SHEET hereof, with the

17   understanding that I offer these changes as if

18   still under oath.

19

20   Signed on the  17th  day of  June , 2022.

21

22      William C. Greskovich
```



WILLIAM C. GRESKOVICH  30(b)(6)                          May 20, 2022
Hammons vs University of Maryland Medical System                    95

DEPOSITION ERRATA SHEET

Page No.____19____ Line No.____4____ Change to:____2 years____

_____2 years is the correct number_____

Reason for change:_____

Page No.____86____ Line No.____8____ Change to:_____

____Process_____

Reason for change:____Process improvement was the statement____

Page No.__90____ Line No.__3____ Change to:__UMM.EDU__

_____

Reason for change:____Correction_____

Page No._____ Line No._____ Change to:_____

_____

Reason for change:_____

Page No._____ Line No._____ Change to:_____

_____

Reason for change:_____

Page No._____ Line No._____ Change to:_____

_____

Reason for change:_____

SIGNATURE_____DATE:__6/17/22__

        William C. Greskovich



WILLIAM C. GRESKOVICH  30(b)(6)                          May 20, 2022
Hammons vs University of Maryland Medical System                      96

```
 1              DEPOSITION ERRATA SHEET

 2   Page No._____ Line No._____ Change to:_____

 3   _____

 4   Reason for change:_____

 5   Page No._____ Line No._____ Change to:_____

 6   _____

 7   Reason for change:_____

 8   Page No._____ Line No._____ Change to:_____

 9   _____

10   Reason for change:_____

11   Page No._____ Line No._____ Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____ Line No._____ Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____ Line No._____ Change to:_____

18   _____

19   Reason for change:_____

20

21   SIGNATURE:_____ DATE 6/17/22

22            William C. Greskovich
```

