# Exhibit 4

**In the Matter Of:**

Hammons vs University of Maryland Medical System

1:20-CV-02088-DKC

---

**FATHER LOUIS ASOBI**

*April 11, 2022*

---



800.211.DEPO (3376)
EsquireSolutions.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

----------------------------------x

JESSE HAMMONS, )

Plaintiff, )

v. ) Case No.

UNIVERSITY OF MARYLAND MEDICAL ) 1:20-CV-02088-DKC

SYSTEM CORPORATION, et al., )

Defendants. )

----------------------------------x Pages 1-108

REMOTE VIDEOTAPED DEPOSITION OF

FATHER LOUIS ASOBI

Monday, April 11, 2022

Towson, MD

Reported by: Sherry L. Brooks

Certified LiveNote Reporter

Job No. J8078715



April 11, 2022

10:03 a.m.

Remote videotaped deposition via Zoom videoconferencing of Father Louis Asobi at:

Towson, MD

Pursuant to notice, before Sherry L. Brooks, Certified LiveNote Reporter and Notary Public, in and for the State of Maryland.



ON BEHALF OF PLAINTIFF:

Joshua M. Goldman, Esquire
Jonathan S.Z. Hermann, Esquire
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
E-mail: JGoldman@pbwt.com
E-mail: JHermann@pbwt.com

ON BEHALF OF DEFENDANTS:

Hannah Wigger, Esquire
Sheppard Mullin
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006
(202) 747-1900
E-mail: HWigger@SheppardMullin.com

ALSO PRESENT:

George Ellis, Videographer



C O N T E N T S

| EXAMINATION OF FATHER LOUIS ASOBI | PAGE |
|---|---|
| BY MR. GOLDMAN | 6 |

| EXHIBITS | | PAGE |
|---|---|---|
| Exhibit 1 | Ethical and Religious Directives for for Catholic Health Care Services Sixth Edition | 87 |
| Exhibit 2 | Transgender Issues in Catholic Health Care | 88 |

(Exhibits attached to transcript.)

P R O C E E D I N G S

\- - -

THE VIDEOGRAPHER: We are now on the record. The time is 10:03 Eastern Standard Time on April 11th, 2022. This begins the videoconference deposition of Reverend Louis Asobi taken in the matter of Jesse Hammons versus the University of Maryland Medical System Corporation, et al., filed in the United States District Court for the District of Maryland. The case is number 1:20-CV-02088-DKC.

My name is George Ellis. I am the remote videographer. The court reporter is Sherry Brooks. We are both representing Esquire Deposition Solutions.

Counsel, will you please state your name and who you represent, after which, the court reporter will swear in the witness.

MR. GOLDMAN: Good morning. This is Joshua Goldman from the law firm Patterson Belknap. I represent the plaintiff in this matter, Jesse Hammons.

MS. WIGGER: Good morning. My name is



Hannah Wigger from Sheppard Mullin. I represent defendants.

\- - -

This deposition is being held via videoconferencing equipment. The witness and reporter are not in the same room. The witness has been sworn in remotely pursuant to agreement of all parties. The parties stipulate that the testimony is being given as if the witness was sworn in person.

* * * * *

FATHER LOUIS ASOBI

was called for examination by counsel and, after having been duly sworn by the Notary, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR PLAINTIFF

BY MR. GOLDMAN:

Q. Good morning, Father Asobi.

A. Good morning. How are you?

Q. I'm good. How are you, sir?

A. I'm doing well, thank you.

Q. Thank you for taking the time to answer my questions this morning.



Integration?

A. My role --

MS. WIGGER: Object to form -- sorry.

Make sure you pause for just a second to let me object. Object to form.

You may go ahead and answer.

A. My job as vice president of Mission Integration is -- it encompasses the entire organization because the hospital where I'm the vice president was established by the Sisters of Saint Joseph of -- of Philadelphia, and they have a mission, they have a vision, and they have values.

My role is to educate all employees on the vision, the mission, and the values and to make sure that all employees understand what the patrimony of the founding congregation is and for us to live out that tradition and their culture.

BY MR. GOLDMAN:

Q. And day-to-day, what are your responsibilities as vice president for Mission Integration?

A. Day-to-day, I oversee the implementation



of the ethical and religious directives as it affects the delivery of care at Saint Joseph's and also to be sure that we maintain the Catholic identity.

I also supervise the chaplains. I sit as -- as a chair of the Institutional Ethics Committee and the Catholic Identity Committee and I'm also part of the executive (sic) in the operations of the hospital.

Q. Thank you. And in that role, do you interact directly with the archdiocese?

A. Yes.

Q. Can you describe that interaction for me?

A. The interaction I have with the archdiocese is that I'm like the liaison between the archdiocese and the hospital. So I am there to be sure that the hospital, Saint Joseph Medical Center, remains Catholic.

And if there are (sic) anything that is happening that is not in line with the ethical and religious directives, it's my responsibility to inform the archdiocese and have a meeting with their bishop or his designee to iron out things so that we



continue to practice medicine from the lens of Catholic theology and Catholic identity.

Q. And at Saint Joseph's, who do you report to?

A. I report to the president and the CEO.

Q. Is that Tom Smyth?

A. Yes.

Q. Do you report to anyone else at Saint Joseph's?

A. No.

Q. Do you ever report to the board at Saint Joseph's?

A. No.

Q. Do you report to anyone at the University of Maryland Medical, UMMS?

A. No.

Q. Do you have anybody reporting to you?

A. In what area are you asking? Is it UMMS or the University of Maryland Saint Joseph Medical Center?

Q. Well, let's do Saint Joseph's first. Does anybody report to you?



A. Yes, just the chaplains report to me.
Q. The chaplains. And who are those people?
A. The chaplains -- there are -- there are eight of them in number. Some are full-time; some are flex chaplains. And I have an assistant, a pastoral care assistant. They all report to me.
Q. Does anybody else at Saint Joseph's report to you?
A. No.
Q. Does anybody at UMMS report to you?
A. No.
Q. Do you have authority over any of the medical staff at Saint Joseph's?
MS. WIGGER: Object to form.
A. No, I don't.
BY MR. GOLDMAN:
Q. Do you have authority over any other staff at Saint Joseph's?
MS. WIGGER: Object to form.
A. No, I don't.
BY MR. GOLDMAN:
Q. Do you serve on any committees at Saint



Joseph's?

A. I do.

Q. What committees do you serve on?

A. Catholic Identity Committee and the Institutional Ethics Committee.

Q. Saint Joseph is a Catholic hospital, right?

A. Yes.

Q. To your understanding, what does it mean to be a Catholic hospital?

MS. WIGGER: Object to form.

A. To be a Catholic hospital means that the practice of medicine in that hospital has to be in line with the ethical and religious directives as put together by the United States Bishop's Conference and that hospital also has to practice medicine in line with Catholic theology and Catholic identity.

BY MR. GOLDMAN:

Q. And your job is to ensure that Saint Joseph's maintains its Catholic identity; is that right?

MS. WIGGER: Object to form.



A. Yes.

BY MR. GOLDMAN:

Q. I'm sorry. Can you repeat the answer?

A. I said yes.

Q. Thank you. I think your counsel has a little bit of a delay, so when she objects, if you could just wait a moment and then give the answer so that the court reporter can hear it.

A. Thank you.

Q. Thanks. Is Saint Joseph's accredited by any entity as a Catholic hospital?

A. Yes.

Q. What entity would that be?

A. Catholic Health Association.

Q. And what is the Catholic Health Association?

A. The Catholic Health Association is the umbrella that all Catholic hospitals belong to and they pay their dues there. The corporate headquarters is in St. Louis, Missouri.

And the summer (phonetic) association has a program of education for all leaders in Catholic



on the handbook.

We provide them all this, they go through it. If they have any question in the handbook, they approach HR. The same way we're providing this document, if they have any question, they approach me.

BY MR. GOLDMAN:

Q. So is it fair to say that an employee of Saint Joseph's, when they start, they receive orientation that includes the ERDs, but after that there's no requirement that they receive training in it?

Is that fair to say?

MS. WIGGER: Object to form.

A. Well, I'm still new here, so I've yet to see how things happen. But the fact is that everybody's oriented. Do you understand what I said? Every organization has a handbook, even the company you work for, and everybody is provided with the handbook.

If they have any question, they approach HR. If they have any question with the ERD, they



know who to go to, and that has been what I've seen. That has been going on since I've been here.

BY MR. GOLDMAN:

Q. Understood.

Just to confirm, after orientation there is no requirement, as far as you know, that anyone receive any training, correct?

A. I don't know the answer to the question because I don't know what happens after that. I haven't been here for a long time to give you an answer beyond what I have just said.

Q. In your time at Saint Joseph's, you haven't seen any required formal training, have you?

MS. WIGGER: Object to form.

A. I have not yet seen.

BY MR. GOLDMAN:

Q. Okay. And just to clarify, you began in your position as vice president of Mission Integration at the end of 2020?

A. At the end of 2019.

Q. Okay. Now, does Saint Joseph's give out copies of the ERDs to staff with their orientation?



A. The orientation we do right now is online due to COVID. We haven't done it in person, and the copy of that document -- with every other document for orientation it is in our intranet, and every employee is advised to go to those websites and print out those documents or read them by themselves in that intranet.

So just the same way we provide every other document for orientation, the same way we provide the ERD, and it's all -- the entire document is on our internal website for all employees.

Q. Have any physicians ever requested a copy of the ERDs from you?

A. They don't come directly to me. The recruiter who orients the providers provide them with the -- with a copy of the ERDs.

Q. Okay. Stepping back a little bit, in general, is the Catholic hospital required to follow the ERDs?

MS. WIGGER: Object to form.

A. Yes.

BY MR. GOLDMAN:



Q. And why is that?
MS. WIGGER: Object to form.
A. That is what keeps them Catholic.
BY MR. GOLDMAN:
Q. Is Saint Joseph's required to follow the ERDs?
MS. WIGGER: Object to form.
A. Yes.
BY MR. GOLDMAN:
Q. Why is Saint Joseph's required to follow the ERDs?
MS. WIGGER: Object to form.
A. Because Saint Joseph's is a Catholic hospital.
BY MR. GOLDMAN:
Q. Is Saint Joseph's required to follow the ERDs in order to maintain an accreditation as a Catholic hospital?
MS. WIGGER: Object to form.
A. It has to keep the ERDs to remain Catholic.
BY MR. GOLDMAN:



Q. And who requires Saint Joseph's to follow the ERDs?

MS. WIGGER: Object to form.

A. The hospital itself is Catholic, so the hospital requires itself to keep to whatever that makes them Catholic.

BY MR. GOLDMAN:

Q. Does any entity require Saint Joseph's to follow the ERDs?

MS. WIGGER: Object to form.

A. Saint Joseph's is required to keep to the ERDs because it's a Catholic hospital.

BY MR. GOLDMAN:

Q. So is it fair to say that no particular entity requires Saint Joseph's to follow the ERDs?

MS. WIGGER: Object to form.

A. Saint Joseph's is a Catholic hospital. By being a Catholic hospital, they are required to follow not only the ERDs but the Catholic theology and the Catholic identity.

BY MR. GOLDMAN:

Q. That wasn't my question. Let me ask it



 again.

A. Okay.

Q. Is it fair to say that there is no entity that requires Saint Joseph's to follow the ERDs? Yes or no.

MS. WIGGER: Object to -- sorry. Object to form.

A. The Catholic church requires Saint Joseph's to keep the liturgist (phonetic) of the church.

BY MR. GOLDMAN:

Q. Okay. Thank you. So the Catholic church requires Saint Joseph's to follow the ERDs?

MS. WIGGER: Object to form and to mischaracterizing testimony.

BY MR. GOLDMAN:

Q. You can answer, Father.

A. Saint Joseph's is a Catholic hospital, which I've repeated more than three times. It's a Catholic hospital. And because of that, they are required to keep to the ERDs.

Q. Is Saint Joseph's required to follow the



ERDs by any contracts that it's entered into?

MS. WIGGER: Object to form.

You may answer in your personal knowledge.

A. I have no idea about any contract.

BY MR. GOLDMAN:

Q. Do you know how the requirement to follow the ERDs is enforced?

A. I'm not clear with your question.

Q. You mentioned that Saint Joseph's is required to follow the ERDs, correct?

A. Yes.

Q. And you mentioned that Saint Joseph's is required to follow the ERDs because it's a Catholic hospital, correct?

MS. WIGGER: Object to form.

A. Yes.

BY MR. GOLDMAN:

Q. I want to know how that requirement is enforced at Saint Joseph's.

MS. WIGGER: Object to form.

A. I don't know of any particular design or form, but everybody who works at Saint Joe's is



oriented to the document and they know the do's and don'ts of the ERDs. And that is the way we -- Saint Joe's has been practicing medicine, and also the employees understand that.

BY MR. GOLDMAN:

Q. Thank you.

And aside from the ERDs, is there any other set of religious guidance documents that Saint Joseph's is required to follow?

MS. WIGGER: Object to form.

A. Saint Joseph's is required to follow the Catholic theology which can be interpreted as a Catholic identity, what makes the hospital Catholic.

BY MR. GOLDMAN:

Q. I'll ask the question again: Is there any other guidance document that Saint Joseph's is required to follow, aside from the ERDs?

MS. WIGGER: Object to form.

A. The Catholic identity.

BY MR. GOLDMAN:

Q. Is that a guidance document?

A. Yes.



CERTIFICATE OF NOTARY PUBLIC

I, SHERRY L. BROOKS, a Notary Public in and for the STATE OF MARYLAND, before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in Shorthand at the time and place mentioned in the caption hereof and thereafter transcribed by me; that said deposition is a true record of the testimony given by said witness remotely via Zoom videoconferencing; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

SHERRY L. BROOKS
Notary Public in and for
STATE OF MARYLAND

My commission expires: July 9, 2023



ACKNOWLEDGMENT OF DEPONENT

ASSIGNMENT NO.: J8078715

CASE CAPTION: JESSE HAMMONS - V - UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORP., ET AL.

DEPONENT: FATHER LOUIS ASOBI

DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.

Signed on the 23 day of May, 2022.

______________________________
FATHER LOUIS ASOBI

DEPOSITION ERRATA SHEET

Page No. 13 Line No. 16 Change to: "2019" to "2020"

Reason for change: Typographical Error

Page No. 13 Line No. 18 Change to: "2020" to "2021"

Reason for change: Typographical Error

Page No. 13 Line No. 22 Change to: "2019" to "2020"

Reason for change: Typographical Error

Page No._____ Line No._____ Change to:__________

Reason for change:__________

Page No._____ Line No._____ Change to:__________

Reason for change:__________

Page No._____ Line No._____ Change to:__________

Reason for change:__________

SIGNATURE:____________________ DATE:__________

FATHER LOUIS ASOBI



DEPOSITION ERRATA SHEET

Page No.______Line No.______Change to:_________________

____________________________________________________________

Reason for change:_______________________________________

Page No.______Line No.______Change to:_________________

____________________________________________________________

Reason for change:_______________________________________

Page No.______Line No.______Change to:_________________

____________________________________________________________

Reason for change:_______________________________________

Page No.______Line No.______Change to:_________________

____________________________________________________________

Reason for change:_______________________________________

Page No.______Line No.______Change to:_________________

____________________________________________________________

Reason for change:_______________________________________

Page No.______Line No.______Change to:_________________

____________________________________________________________

Reason for change:_______________________________________

SIGNATURE:____________________________DATE:_____________

FATHER LOUIS ASOBI



DEPOSITION ERRATA SHEET

Page No.______Line No.______Change to:_________________

___________________________________________________________

Reason for change:_______________________________________

Page No.______Line No.______Change to:_________________

___________________________________________________________

Reason for change:_______________________________________

Page No.______Line No.______Change to:_________________

___________________________________________________________

Reason for change:_______________________________________

Page No.______Line No.______Change to:_________________

___________________________________________________________

Reason for change:_______________________________________

Page No.______Line No.______Change to:_________________

___________________________________________________________

Reason for change:_______________________________________

Page No.______Line No.______Change to:_________________

___________________________________________________________

Reason for change:_______________________________________

SIGNATURE:____________________________DATE:_____________

FATHER LOUIS ASOBI

