UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:20-cv-02088-DKC |
| ) | |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM ) | |
| CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Summary Judgment, as well as the Memorandum and Exhibits submitted in support of the same and Plaintiff's Cross-Motion for Summary Judgment as well as the Memorandum and Exhibits submitted in support of the same, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment (EFC No. 98) is GRANTED; Plaintiff's Cross-Motion for Summary Judgment (ECF No. 105) is DENIED and

**IT IS FURTHER ORDERED** that judgment is entered in favor of Defendants.

SO ORDERED this _____ day of _____, 2022.

_____
U.S.D.J. Deborah K. Chasanow