UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, et al.<br><br>    Defendants. | Case No. 1:20-cv-02088-DKC |

**JOINT STIPULATION REGARDING PLAINTIFF'S CONSOLIDATED INTERIM SEALING MOTION, MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL, AND MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS PUBLICLY**

The Parties have conferred regarding Plaintiff's Consolidated Interim Sealing Motion, Motion for Leave to File Certain Documents Under Seal, and Motion for Leave to File Certain Documents Publicly (ECF No. 113, "Plaintiff's Second Sealing Motion"), and stipulate and agree as follows:

1. Plaintiff filed his Second Sealing Motion on September 6, 2022, requesting that Exhibit 3 to Plaintiff's Reply Memorandum of Law in Further Support of Plaintiff's Cross-Motion for Summary Judgment (ECF No. 114, "Plaintiff's Reply") be filed publicly.

2. Exhibit 3 to Plaintiff's Reply is an email produced in this litigation containing private information and designated confidential by Defendants.

3. The parties met and conferred between September 9, 2022, and September 13, 2022, on maintaining the confidentiality of certain information in Exhibit 3.

4. Following the parties' meet and confer, the parties agreed that a public version of Exhibit 3 containing the redactions proposed in Exhibit A to this stipulation may be filed to protect personal and private information contained in the email.

5. The Parties agree that the redactions are consistent with the Confidentiality Order entered in this case because they protect the private information of Defendants' personnel and staff.

WHEREFORE, the Parties jointly stipulate and agree that, pursuant to the Confidentiality Order and Local Rules 104.13 and 105.11, Exhibit 3 to Plaintiff's Reply be filed publicly as proposed and redacted in Exhibit A to this stipulation.

Date: September 20, 2022

Respectfully Submitted,

 /s/ Denise Giraudo 
Denise Giraudo (Bar No. 29015)
Paul Werner (admitted *pro hac vice*)
Danielle Vrabie (admitted *pro hac vice*)
Imad Matini (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20036
Tel: 202-747-1906
Fax: 202-747-3933
dgiraudo@sheppardmullin.com
pwerner@sheppardmullin.com
dvrabie@sheppardmullin.com
imatini@sheppardmullin.com

*Counsel for Defendants*

/s/      Louis J. Ebert      
Louis J. Ebert (Fed. Bar No. 02031)
ROSENBERG MARTIN GREENBERG, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Telephone: (410) 727-6600
Fax: (410) 727-1115
lebert@rosenbergmartin.com

Aron Fischer (*pro hac vice*)
Andrew D. Cohen (*pro hac vice*)
Abigail E. Marion (*pro hac vice*)
Jonathan S. Z. Hermann (*pro hac vice*)

Edward J. Delman (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
afischer@pbwt.com
acohen@pbwt.com
amarion@pbwt.com
jhermann@pbwt.com
edelman@pbwt.com

Joshua A. Block (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2627
Fax: (212) 549-2650
jblock@aclu.org
lcooper@aclu.org

Daniel Mach (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW
Washington, DC 20005
Tel: (202) 675-2330
Fax: 202-546-0738
dmach@aclu.org

*Counsel for Plaintiff Jesse Hammons*