```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
```

                                        :
JESSE HAMMONS
                                        :
   v.                                   :    Civil Action No. DKC 20-2088

UNIVERSITY OF MARYLAND MEDICAL          :
SYSTEM CORPORATION, et al.
                                        :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 6th day of January, 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for summary judgment filed by Defendants, (ECF No. 98) BE, and the same hereby IS, DENIED;

2. The cross-motion for summary judgment filed by Plaintiff, (ECF No. 105) BE, and the same hereby IS, GRANTED, reserving the issue of damages for trial;

3. Judgment BE, and the same hereby IS, ENTERED on behalf of Plaintiff as to liability on Count III of the complaint;

4. The motion to seal exhibits to Defendants' motion for summary judgment filed by Defendants, (ECF No. 100), BE, and the same hereby IS, GRANTED IN PART AND DENIED IN PART;

5. The motion to file certain exhibits to Plaintiff's motion for summary judgment under seal and certain documents

publicly filed by Plaintiff, (ECF No. 104), BE, and the same hereby IS, GRANTED;

6. The motion to file certain exhibits to Plaintiff's reply memorandum motion under seal and certain documents publicly filed by Plaintiff, (ECF No. 113), BE, and the same hereby IS, GRANTED IN PART AND DENIED IN PART;

7. Exhibits 2, 7, and 13 to Defendants' motion for summary judgment (ECF Nos. 99-1, 99-2, and 99-4), will remain under seal for 14 days to enable Defendants to file a new request to redact them; if no motion is filed they will be unsealed;

8. The clerk is directed to unseal Exhibits 13, 14, 16, and 22 to Plaintiff's motion for summary judgment (ECF Nos. 107-3, 107-4, 107-5, and 107-9), Exhibit 1 to Plaintiff's reply memorandum (ECF No. 115-1), and the agreed-upon redacted Exhibit 3 to Plaintiff's reply memorandum (ECF No. 116-1); all other documents currently under seal will remain under seal;

9. A telephone scheduling conference will be held on Wednesday, January 25, 2023, at 9:00 a.m. (call-in information will be emailed to counsel); and

10. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                          _____/s/_____
                                          DEBORAH K. CHASANOW
                                          United States District Judge