**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JESSE HAMMONS,   ) <br> ) <br> Plaintiff,   ) <br> ) <br> v.   ) <br> ) <br> UNIVERSITY OF MARYLAND MEDICAL SYSTEM   ) <br> CORPORATION, et al.   ) <br> ) <br> Defendants.   ) <br> ) | Case No. 1:20-cv-02088-DKC |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion For Leave To File Redacted Exhibits 2, 7, and 13 to their Motion for Summary Judgment Under Seal, and the grounds in support thereof, **IT IS HEREBY**:

**ORDERED**, that Defendants Motion For Leave to File Exhibits Under Seal is **GRANTED**, and the redacted portions of Exhibits 2, 7, and 13 to Defendants' Motion for Summary Judgment are **SEALED**.

SO ORDERED this _____ day of _____, 2023.

_____
U.S.D.J. Deborah K. Chasanow