UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS, <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, et al. <br><br> Defendants. | Case No. 1:20-cv-02088-DKC |

**STIPULATION REGARDING DAMAGES**

Plaintiff and Defendants hereby stipulate and agree that Plaintiff's compensatory damages total $748.46, and Plaintiff's prejudgment interest is $119.79, which combine to a total of $868.25.

In light of the Court's memorandum opinion and accompanying order resolving liability as to Plaintiff's claim under Section 1557 of the Affordable Care Act, 42 U.S.C. § 18116(a), Dkts. No. 121 & 122, the Court should enter final judgment in the amount of $868.25 for Plaintiff.

Date: February 1, 2023

Respectfully Submitted,

/s/_____
Denise Giraudo (Bar No. 29015)
Paul Werner (*pro hac vice*)
Danielle Vrabie (*pro hac vice*)
Imad Matini (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., N.W., Suite 100
Washington, D.C. 20036
Tel: 202-747-1906
Fax: 202-747-3933
dgiraudo@sheppardmullin.com
pwerner@sheppardmullin.com
dvrabie@sheppardmullin.com
imatini@sheppardmullin.com

Yaakov M. Roth (*pro hac vice*)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
yroth@jonesday.com

*Counsel for Defendants*


/s/_____
Louis J. Ebert (Fed. Bar No. 02031)
ROSENBERG MARTIN GREENBERG, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Telephone: (410) 727-6600
Fax: (410) 727-1115
lebert@rosenbergmartin.com

(Signed by Denise E. Giraudo With Consent of Louis J. Ebert)


Aron Fischer (*pro hac vice*)
Andrew D. Cohen (*pro hac vice*)
Abigail E. Marion (*pro hac vice*)
Jonathan S. Z. Hermann (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
afischer@pbwt.com
acohen@pbwt.com
amarion@pbwt.com
jhermann@pbwt.com

Joshua A. Block (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2627
Fax: (212) 549-2650
jblock@aclu.org
lcooper@aclu.org

-3-

 Daniel Mach (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW
Washington, DC 20005
Tel: (202) 675-2330
Fax: 202-546-0738
dmach@aclu.org

*Counsel for Plaintiff*