```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
```

|  |  |  |
|---|---|---|
| JESSE HAMMONS | : | |
| | : | |
| v. | : | Civil Action No. DKC 20-2088 |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, et al. | : | |
| | : | |

**ORDER OF JUDGMENT**

Plaintiff Jesse Hammons filed this action against University of Maryland Medical System Corporation, UMSJ Health System, LLC, and University of Maryland St. Joseph Medical Center, LLC, on July 16, 2020. Plaintiff's Establishment Clause and Equal Protection Clause claims were dismissed, but his Affordable Care Act claim remained. Both parties moved for summary judgment, and summary judgment was granted in favor of Plaintiff and against Defendants on liability. The parties stipulated to a damage award of $872.81, including a compensatory damage award of $748.46 and prejudgment interest through March 1, 2023, of $124.35, with an additional $0.14 per day thereafter until final judgment is entered.

Accordingly, it is this 13th day of March, 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. Judgment BE, and the same hereby IS, ENTERED in favor of Plaintiff Jesse Hammons and against Defendants University of Maryland Medical System Corporation, UMSJ Health System, LLC, and

University of Maryland St. Joseph Medical Center, LLC on Plaintiff's Affordable Care Act Claim in the amount of $874.63;

    2. All prior rulings are incorporated herein, and this judgment is final for the purposes of Fed.R.Civ.P. 58; and

    3. The clerk will transmit copies of this Judgment to counsel for the parties and CLOSE this case.

                                         /s/
                            DEBORAH K. CHASANOW
                            United States District Judge