IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-2088-DKC |
| | ) |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(6), notice is hereby given that Plaintiff Jesse Hammons hereby appeals to the United States Court of Appeals for the Fourth Circuit from the dismissal of Plaintiff's constitutional claims in the Order Granting in Part Defendants' Motion to Dismiss (ECF No. 53) and the Order Denying Motion to Reconsider (ECF No. 64), which are incorporated into the final judgment by reference (ECF No. 133, at 2). Copies of those Orders and accompanying Memorandum Opinions are attached hereto as Exhibits A through E.

Dated: April 10, 2023

Respectfully submitted,

*/s/ Louis J. Ebert*
Louis J. Ebert (Fed. Bar No. 02031)
ROSENBERG MARTIN GREENBERG, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Telephone: (410) 727-6600
Fax: (410) 727-1115
lebert@rosenbergmartin.com

Aron Fischer (*pro hac vice*)
Andrew D. Cohen (*pro hac vice*)
Abigail E. Marion (*pro hac vice*)
Jonathan S. Z. Hermann (*pro hac vice*)
PATTERSON BELKNAP WEBB

& TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
afischer@pbwt.com
acohen@pbwt.com
amarion@pbwt.com
jhermann@pbwt.com

Joshua A. Block (*pro hac vice*)
Leslie Cooper (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2627
Fax: (212) 549-2650
jblock@aclu.org
lcooper@aclu.org

Daniel Mach (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th Street, NW
Washington, DC 20005
Tel: (202) 675-2330
Fax: 202-546-0738
dmach@aclu.org

*Counsel for Plaintiff Jesse Hammons*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April 2023, I filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will automatically serve electronic copies upon all counsel of record.

<u>/s/ Louis J. Ebert</u><br>
Louis J. Ebert