# **EXHIBIT C**

```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
                                  :
JESSE HAMMONS
                                  :
     v.                           :   Civil Action No.  DKC 20-2088

UNIVERSITY OF MARYLAND MEDICAL    :
SYSTEM CORPORATION, et al.
                                  :
```

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 25th day of October, 2021, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to reconsider, or in the alternative, certify for interlocutory appeal filed by Plaintiff Jesse Hammons (ECF No. 56) BE, and the same hereby IS, DENIED; and

2. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

```
                              /s/
                    DEBORAH K. CHASANOW
                    United States District Judge
```