UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIVERSITY OF MARYLAND MEDICAL SYSTEM ) <br> CORPORATION, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:20-cv-02088-DKC |

## DEFENDANTS' NOTICE OF CONDITIONAL CROSS-APPEAL

Defendants, pursuant to Fed. R. App. P. 4(a)(3), hereby file this notice of conditional cross-appeal to the U.S. Court of Appeals for the Fourth Circuit from the order denying Defendants' motion for summary judgment and granting Plaintiff's cross-motion for summary judgment (ECF No. 122), which is incorporated into the final judgment entered on March 13, 2023 (ECF No. 133). Defendants file this notice of conditional cross-appeal to preserve their right to appeal that order if and only if the Court of Appeals concludes that it has jurisdiction over Plaintiff's appeal.

April 21, 2023

/s/ Denise Giraudo
Denise Giraudo (Bar No. 29015)
Paul Werner (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Avenue, NW
Washington, D.C. 20036
(202) 747-1906
dgiraudo@sheppardmullin.com
pwerner@sheppardmullin.com

Yaakov M. Roth
JONES DAY
51 Louisiana Avenue, NW
Washington, D.C. 20001
(202) 879-3939
yroth@jonesday.com

*Counsel for Defendants*