FILED: June 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1394 (L)
(1:20-cv-02088-DKC)

_____

JESSE HAMMONS

    Plaintiff - Appellant

v.

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION; UMSJ HEALTH SYSTEM, LLC; UNIVERSITY OF MARYLAND ST. JOSEPH MEDICAL CENTER, LLC

    Defendants - Appellees

_____

No. 23-1452
(1:20-cv-02088-DKC)

_____

JESSE HAMMONS

    Plaintiff - Appellee

v.

UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION; UMSJ HEALTH SYSTEM, LLC; UNIVERSITY OF MARYLAND ST. JOSEPH MEDICAL CENTER, LLC

Defendants - Appellants

---

## J U D G M E N T

---

In accordance with the decision of this court, these appeals are dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK