UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JESSE HAMMONS,)<br>)<br>Plaintiff,)<br>)<br>v.)Case No. 1:20-cv-02088-DKC<br>)<br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM)<br>CORPORATION, et al.)<br>)<br>Defendants.)<br>) | |

### JOINT NOTICE ADVISING OF SETTLEMENT

Plaintiff Jesse Hammons, by and through his undersigned counsel, and Defendants, University of Maryland Medical System Corporation, *et al.*, by and through its undersigned counsel, hereby advise the Court that the parties have settled in principle all claims related to Plaintiff's motion for attorneys' fees and costs in the above-captioned matter, and jointly request the issuance of a Local Rule 111 Settlement Order which affords the parties sixty days to submit a proposed settlement order regarding Plaintiff's entitlement to attorneys' fees.

Dated: October 31, 2025Respectfully submitted,

*/s/ Louis J. Ebert*
Louis J. Ebert (Fed. Bar No. 02031)
Louis J. Ebert, Attorney at Law
4045 Firefly Way
Ellicott City, MD   21042
(443) 386-1152
Louisebert6@gmail.com

Aron Fischer (*pro hac vice*)
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000
afischer@pbwt.com

Joshua A. Block (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor

1

New York, NY 10004
(212) 549-2627
jblock@aclu.org

*Counsel for Plaintiff Jesse Hammons*


/s/ Denise Giraudo
Denise E. Giraudo (MD Bar No. 29015)
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C.  20006-6801
Telephone: (202) 747-1906
Facsimile:  (202) 747-3933
dgiraudo@sheppardmullin.com

*Counsel for Defendant*

Case 1:20-cv-02088-DKC   Document 156   Filed 10/31/25   Page 3 of 3