IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JESSE HAMMONS

      v.

                             :   Civil Action No. DKC 20-2088

UNIVERSITY OF MARYLAND MEDICAL
SYSTEM CORPORATION, et al.

**ORDER**

This court has been advised that the parties have reached a settlement in principle with respect to Plaintiff's motion for attorneys' fees and costs. (ECF No. 156). Accordingly, pursuant to Local Rule 111, the settling parties are directed to submit a proposed order of settlement on or before January 5, 2026.

November 5, 2025

                                            /s/
                             DEBORAH K. CHASANOW
                             United States District Judge