```
        IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MARYLAND
```

|   |   |
|---|---|
| JESSE HAMMONS | : |
| | : |
| v. | :   Civil Action No. DKC 20-2088 |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION, et al. | : |
| | : |

**ORDER OF SETTLEMENT**

The court has been advised by Plaintiff Jesse Hammons and Defendants, University of Maryland Medical System Corporation, et al., that Plaintiff's claim for attorneys' fees and costs against Defendants has been settled. Accordingly, pursuant to Local Rule 111, it is ORDERED that Plaintiff's claim for attorney's fees and costs is hereby dismissed with prejudice.

Dated: <u>January 5, 2026</u>   _____/s/_____
                              Deborah K. Chasanow
                              United States District Judge